UNITED STATES DISTRICT COURT
District of Columbia

United States of America
v.
Christopher John Worrell

Case: 1:21-mj-00296
Assigned To : Harvey, G. Michael
Assign. Date : 03/10/2021
Description: COMPLAINT W/ ARREST WARRANT

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  Christopher John Worrell,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) & (b)(1)(A) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) & (b)(1)(A) - Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(4) & (b)(1)(A) - Knowingly Engaging in Act of Physical Violence in any Restricted Building or Grounds.

Date: 03/10/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.10 22:08:03 -05'00'

Issuing officer's signature

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 03/10/2021, and the person was arrested on (date) 03/12/2021
at (city and state) Naples, Florida.

Date: 03/12/2021

Arresting officer's signature

Alexander Grandy
Printed name and title

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO.: 2:21-mj-1025-MRM

CHRISTOPHER JOHN WORRELL

| Judge: | Mac R. McCoy | Counsel for Government | Simon R. Eth |
|---|---|---|---|
| Deputy Clerk: | Jackie Clay | Counsel for Defendant: | Landon Miller |
| Court Reporter | Digital | Pretrial/Probation | Tad Parks |
| Date/Time | March 12, 2021 03:27 PM-04:07 PM | Interpreter | N/A |
| Bench Time | 40 Minutes | | |

**Initial Appearance - Rule 5(c)/Bond Hearing**

Court advised defendant of rights. Court advised the Defendant about his rights to have the hearing in person. Defendant consented to the hearing to be held by video conference. Government summarized allegations and possible penalties.

Government seeking detention based on a risk of harm and danger to community and person. The Defendant is seeking release. The Government is prepared to go forward by proffer. After proffer and argument by the Government and Defense counsel and review of the pretrial report and exhibit provided, the Court finds that the Government has not met its burden and that there are conditions that can be set. The Government objects to the bond. The objection is noted on the record. The Court will prepare a bond and conditions of release and the defendant is to be released and must report to pretrial services today after processing. The Government is requesting a stay pending an appeal for the bond and release of the defendant. The Court denies the motion.

Oral Order as required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Failing to do so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instruction, dismissal of charges and contempt proceedings.

Defendant waives Identity Hearing and production of the warrant. Court explains the transfer rights of the Defendant.

The Defendant waives his right to a preliminary hearing in this District and in the District for the District of Columbia.

Court orders Defendant removed to the District for the District of Columbia for further proceedings.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 2:21-mj-1025-MRM

CHRISTOPHER JOHN WORRELL
_____/

## APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE

To reasonably assure the appearance of the defendant and the safety of other persons and the community, the Court hereby **ORDERS** that defendant's release is subject to this **BOND** and the **CONDITIONS** set forth herein. Defendant and each surety jointly and severally agree to forfeit the following cash or other property specified below to the United States of America if defendant fails to appear as required for any court proceeding, fails to surrender to serve any sentence imposed as may be noticed or ordered by any court, or fails to comply with any condition of release set by the Court.

### Type of Bond / Financial Conditions

☒   This is an unsecured bond in the amount of $ ___75,000.00___.

☐   This is a secured bond in the amount of $ _____.00, secured by:

  ☐   $ _____.00, in cash deposited with the Court.

  ☐   the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the case or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

      If this bond is secured by real property, documents to protect the secured interest may be filed of record.

  ☐   a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This bond may be forfeited if the defendant does not comply with the conditions set forth herein. The Court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with any condition set forth herein. At the request of the United States, the Court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The Court may order this bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges; or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this bond are included on the bond;
(2) the property is not subject to any claims, liens, mortgages, or other encumbrance except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this bond and have either read all of the conditions of release set by the Court or had them explained to me. I agree to this bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. *See* 28 U.S.C. § 1746.

Date: 3/12/21

_____
Defendant's signature

_____   _____   _____
Surety/Property Owner (printed name)   Surety/Property Owner (signature)   Date

_____   _____   _____
Surety/Property Owner (printed name)   Surety/Property Owner (signature)   Date

_____   _____   _____
Surety/Property Owner (printed name)   Surety/Property Owner (signature)   Date

_____   _____   _____
Surety/Property Owner (printed name)   Surety/Property Owner (signature)   Date

## Standard Conditions of Release

**IT IS ORDERED** that the defendant's release is subject to the following standard conditions:

(1) The defendant **must not** commit any offense in violation of federal, state, or local law while on release.

(2) The defendant **must** cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant **must immediately** advise the Court, the Pretrial Services Office (or the supervising officer), defense counsel, and the U.S. Attorney in writing of any change in address and telephone number.

(4) The defendant **must** appear at all proceedings as required and must surrender for service of any sentence imposed as directed. The defendant **must** next appear in the United States Courthouse and Federal Building or other location in the Courtroom directed upon notice.

## Additional Conditions of Release

**IT IS FURTHER ORDERED** that the defendant's release is subject to the condition(s) marked below:

☒ The defendant is placed in the third-party custody of the third-party custodian identified below, who agrees to: (a) supervise the defendant; (b) use every effort to assure the defendant's appearance at all court proceedings; and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

| _____Tricia Priller_____ | _____ | _____ |
|---|---|---|
| Custodian (printed name) | Custodian (signature) | Date |

☒ Report as directed by the Pretrial Services Office. Must report after processing at the U. S. Marshal Office to the Pretrial Services Office today, 03/12/2021.

☒ Obtain no passport (or other international travel document) and surrender any existing passport (active or expired) to the Clerk's Office no later than <u>4:00 pm 3/15/2021</u>.

☒ Maintain or actively seek verifiable employment.

  ☐ Defendant may not maintain or seek employment in any position that:
  _____.

  ☐ Defendant must inform any employer of the existence and nature of the pending charge(s).

☐ Continue or start an education program.

☒ Refrain from possessing a firearm, destructive device, or other dangerous weapon. Any firearms located at defendant's residence must be removed from the residence and placed in the custody of another person who has the lawful ability to take custody of the firearms.

☐ Refrain from any consumption of alcoholic beverages.

☐ Refrain from excessive consumption of alcoholic beverages.

☒ Refrain from any use or unlawful possession of a narcotic drug or other controlled substance in 21 U.S.C. § 802, unless with prior written approval of the Pretrial Services Office or the supervising officer, or as may be lawfully prescribed in writing by a licensed medical practitioner.

☒ Report as soon as possible to the Pretrial Services Office any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

☐ Abide by the following restriction(s) on personal association:
Defendant must not have contact, directly or indirectly, with _____.

☒ Abide by the following restriction(s) on residence:
Defendant's residence is restricted to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Notwithstanding this restriction, the Pretrial Services Office or the supervising officer may permit the defendant to change his or her residence temporarily in response to a genuine emergency (including, but not limited to, any condition that may threaten the defendant's life, health, or safety) until such time as an appropriate motion seeking to modify this residential restriction can be filed with and resolved by the Court.

☒ Abide by the following restriction(s) on travel:
Defendant's travel is restricted to the <u>Middle of District of Florida and the District for the District of Columbia. Defendant may only travel to the District for the District of Columbia for purposes related to the criminal prosecution pending against him there, and not for leisure or other business purposes.</u>

The defendant may also visit defendant's attorney if outside this area, but only after providing notification to the Pretrial Services Office or the supervising officer. All other travel must be approved by the Pretrial Services Office or the supervising officer. Any request to travel outside the area set forth above must be submitted in writing and approved by the Pretrial Services Office or the supervising officer at least three (3) days before the date on which travel is to commence. A courtesy copy of this written request must also be submitted to the Assistant United States Attorney assigned to this case.

The Middle District of Florida consists of the following Florida counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwannee, Union, and Volusia. The Ft. Myers Division consists of the following Florida counties: Charlotte, Collier, DeSoto, Glades, Hendry, and Lee.

- ☐ Submit to a mental health evaluation or psychiatric evaluation as directed by the Pretrial Services Office.

- ☐ Submit to a mental health evaluation and/or treatment to include crisis counseling, psychiatric treatment, and/or medication management treatment as determined by the Pretrial Services Office.

- ☐ Participate in a program of inpatient or outpatient substance abuse testing, education, or treatment if deemed advisable by the Pretrial Services Office and pay a percentage of the fee as determined by the Pretrial Services Office.

- ☒ Submit to any method of testing required by the Pretrial Services Office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing.

- ☒ Participate in the following location restriction program and comply with its requirements as directed, which may include electronic monitoring or location monitoring.

  - ☐ **Curfew:** You are restricted to your residence every day as follows. "Your residence" means the interior (*i.e.*, within the walls) of your house, condominium, or apartment.

    - ☐ from _____ to _____; or
    - ☐ as directed by the Pretrial Services Office or the supervising officer.

  - ☒ **Home Detention:** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office. "Your residence" means the interior (*i.e.*, within the walls) of your house, condominium, or apartment.

  - ☐ **Home Incarceration:** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court. "Your residence" means the interior (*i.e.*, within the walls) of your house, condominium, or apartment. Visits to your attorney or to the United States Attorney's Office outside of your residence require court approval.

  - ☐ **Stand-Alone Monitoring:** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court. Stand-Alone Monitoring will require electronic monitoring or location monitoring with global positioning system (GPS) technology.

- ☒ Submit to electronic monitoring or location monitoring and comply with its requirements as directed. If Stand-Alone Monitoring is ordered, the Pretrial Services Office must use a GPS

4

tracking device. Otherwise, the Pretrial Services Office must determine the use of appropriate location monitoring technology (*e.g.*, a land line, voice recognition system, radio frequency system, cellular monitoring unit, or GPS tracking device). Defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any electronic monitoring or location monitoring technology. Defendant must pay all or part of the cost of the program based upon Defendant's ability to pay as determined by the Pretrial Services Office.

- ☐ Avoid and refrain from any unsupervised contact with minors, including any verbal, written, telephonic, or electronic communication.
- ☐ Avoid and refrain from any contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including but not limited to: _____.
- ☐ Avoid and refrain from any contact with any co-defendant(s).
- ☐ Refrain from visiting any commercial transportation establishments, including but not limited to: airports; seaports; marinas; commercial bus terminals; train stations; etc. Defendant may not obtain any travel documents from any such establishments.
- ☐ Defendant must not have any computer or internet access. This includes any cellular telephone, smart phone, tablet, gaming console, or any other device that has or is capable of internet access.
- ☒ Other condition(s): The third-party custodian, Tricia Priller, must appear by 4:00 pm on March 15, 2021 at Clerk's Office on the Second Floor of the Federal Courthouse with valid, government-issued photo identification to co-sign the bond paperwork as the surety and as third-party custodian.

## ADVICE OF PENALTIES AND SANCTIONS

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

If you commit a federal felony offense while on release, the punishment is an additional prison term of not more than ten years. For a federal misdemeanor offense, the punishment is an additional prison term of not more than one year. This sentence will be consecutive to (*i.e.*, in addition to) any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

5

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgments

I acknowledge that I am the defendant in this case, a surety, or a custodian and that I am aware of the conditions of release. I, the defendant, promise to obey all conditions of release, to appear as directed, and to surrender to serve any sentence imposed. I – the defendant, surety, or custodian – am aware of the penalties and sanctions set forth above. I swear under penalty of perjury that the above information is true as it relates to me, and I agree to the conditions set forth herein. I also state that I have either read all of the conditions of release imposed on the defendant or they have been explained to me.

Date: 3/12/21

_____
*Defendant's signature*

_____  _____  _____
*Surety (printed name)*         *Surety (signature)*            *Date*

_____  _____  _____
*Surety / Custodian (printed name)*   *Surety / Custodian (signature)*   *Date*

_____  _____  _____
*Surety / Custodian (printed name)*   *Surety / Custodian (signature)*   *Date*

## Directions to the United States Marshal

☒ The defendant is **ORDERED** released after processing.

☐ The United States Marshal is **ORDERED** to keep the defendant in custody until notified by the Clerk or Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judicial officer at the time and place specified.

Date: March 12, 2021

_____
Mac R. McCoy
United States Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER JOHN WORRELL

_____/

CASE NO.: 2:21-mj-1025-MRM

Charging District:
District of Columbia
Charging District Case No.:
1:21-mj-296

### ORDER ON REMOVAL PROCEEDINGS AND COMMITMENT TO ANOTHER DISTRICT

The Defendant was arrested and presented for an Initial Appearance before this Court in connection with removal proceedings pursuant to Fed. R. Crim. P. 5(c), 32.1(a)(5), and 40.. The Court informed Defendant of the rights specified in Fed. R. Crim. P. 5(c) and the provisions of Fed. R. Crim. P. 20. Defendant retained private counsel who appeared at the Initial Appearance. Defendant waived the right to an identity hearing. Defendant also waived the right to production of the warrant. Defendant, through Defendant's counsel, also waived a preliminary hearing in this District and in the United States District Court for the District of Columbia pursuant to Fed. R. Crim. P. 5.1(a).

Following a detention hearing before the Undersigned, Defendant was released on conditions pending Defendant's removal to the United States District Court for the District of Columbia. The chief judge of the charging District has, on the Government's motion, entered an order staying Defendant's release pending

review of the detention decision by that court. (Doc. 13). Despite the Undersigned's order of release, therefore, Defendant remains in custody.

Accordingly, the Court **ORDERS** that:

1. Unless the chief judge of the charging District orders otherwise, the United States Marshal must promptly transport the Defendant, together with a copy of this Order, to the charging District and deliver the Defendant to the United States Marshal for that District, or to another officer authorized to receive the Defendant.

2. The United States Marshal or authorized officer in the charging District should immediately notify the United States Attorney and the Clerk of Court for that District of the Defendant's arrival so that further proceedings may be promptly scheduled.

3. The Clerk of this Court is directed to promptly transmit the papers to the charging District.

**DONE** and **ORDERED** in Fort Myers, Florida on March 12, 2021.

_____
Mac R. McCoy
United States Magistrate Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties
United States Marshals Service

3/19/2021　　Case 1:21-cr-00292-RCL　Electronic Case Filing | U.S. District Court Middle District of Florida　Document 11　Filed 03/19/21　Page 12 of 14

BOND

# U.S. District Court
## Middle District of Florida (Ft. Myers)
## CRIMINAL DOCKET FOR CASE #: 2:21-mj-01025-MRM-1

Case title: USA v. Worrell  
Other court case number: 1:21-mj-296 District of Columbia

Date Filed: 03/12/2021  
Date Terminated: 03/15/2021

Assigned to: Magistrate Judge Mac R. McCoy

**Defendant (1)**

**Christopher John Worrell**  
*TERMINATED: 03/15/2021*

represented by **Landon P. Miller**  
MaNgone & Miller Law Offices  
Suite 502  
2335 Stanford Court  
Naples, FL 34112  
239/774-4100  
Fax: 239/774-7888  
Email: Landonmiller@naplesdefenseattorney.com  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1752.P RESTRICTED BUILDING OR GROUNDS

**Disposition**

**Plaintiff**

USA

represented by **Simon R. Eth**  
US Attorney's Office - FLM

Room 3-137  
2110 First Street  
Ft Myers, FL 33901  
239/461-2235  
Fax: 239/461-2219  
Email: Simon.Eth@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2021 | 1 | Arrest pursuant to Rule 5(c)(2) of Christopher John Worrell from the District of Columbia. (jmc) (Entered: 03/12/2021) |
| 03/12/2021 | 2 | NOTICE OF HEARING as to Christopher John Worrell: Initial Appearance - Rule 5(c)set for 3/12/2021 at 02:30 PM before Magistrate Judge Mac R. McCoy by video conference. The Clerk of Court will transmit instructions for joining the video conference by separate email to the required participants. NOTE THE FOLLOWING SPECIAL PROCEDURES: (1) Only Defendant and Defendant's counsel may join the video conference beginning at 2:30 PM to permit Defendant and counsel to confer before the formal hearing begins, and the Court allocates the first 30 minutes of the video conference for that purpose; and (2) all other hearing participants must join the video conference promptly at *but no sooner than* 3:00 PM, at which time the formal hearing will commence.(jmc) (Entered: 03/12/2021) |
| 03/12/2021 | 3 | NOTICE OF ATTORNEY APPEARANCE: Landon P. Miller appearing for Christopher John Worrell (Miller, Landon) (Entered: 03/12/2021) |
| 03/12/2021 | 5 | ORAL MOTION for Detention by USA as to Christopher John Worrell. (jmc) (Entered: 03/12/2021) |
| 03/12/2021 | 6 | ORAL MOTION for Bond by Christopher John Worrell. (jmc) (Entered: 03/12/2021) |
| 03/12/2021 | 7 | Minute Entry for Virtual proceedings held before Magistrate Judge Mac R. McCoy: denying 5 ORAL Motion for Detention as to Christopher John Worrell and granting 6 ORAL Motion for Bond. Bond set for Christopher John Worrell (1) 75,000.00 as to Christopher John Worrell (1); INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 3/12/2021 as to Christopher John Worrell from the District of Columbia. ; Bond Hearing as to Christopher John Worrell held on 3/12/2021; Detention Hearing as to Christopher John Worrell held on 3/12/2021. (Digital) (jmc) (Entered: 03/12/2021) |
| 03/12/2021 | 8 | ORAL MOTION to Stay Pending Appeal of Bond by USA as to Christopher John Worrell. (jmc) (Entered: 03/12/2021) |
| 03/12/2021 | 9 | **ORAL ORDER denying 8 Motion for Stay Pending Appeal as to the Bond for Christopher John Worrell. Signed by Magistrate Judge Mac R. McCoy on 3/12/2021. (jmc)** (Entered: 03/12/2021) |
| 03/12/2021 | 10 | **ORDER as to Christopher John Worrell: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/2/2020. (jmc)** (Entered: 03/12/2021) |
| 03/12/2021 | 11 | **ORAL ORDER as required by Rule 5(f), the United States is ordered to produce all** |

| | | |
|---|---|---|
| | | exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Failing to do so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instruction, dismissal of charges and contempt proceedings as to Christopher John Worrell Signed by Magistrate Judge Mac R. McCoy on 3/12/2021. (jmc) (Entered: 03/12/2021) |
| 03/15/2021 | 12 | **Unsecured BOND entered as to Christopher John Worrell in amount of $ 75,000.00. and ORDER Setting Conditions of Release as to Christopher John Worrell (1) 75,000.00. Not fully executed by surety and third-party custodian in light of order staying release. Signed by Magistrate Judge Mac R. McCoy on 3/15/2021. (jmc)** . (Entered: 03/15/2021) |
| 03/15/2021 | 13 | NOTICE filing the ORDER on Government's Emergency Stay by USA as to Christopher John Worrell. (jmc) (Entered: 03/15/2021) |
| 03/15/2021 | 14 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to Christopher John Worrell. Signed by Magistrate Judge Mac R. McCoy on 3/12/2021. (jmc)** (Entered: 03/15/2021) |
| 03/15/2021 | | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Christopher John Worrell regarding your case number: 1:21-mj-296. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (jmc) (Entered: 03/15/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/19/2021 11:31:23 | | | |
| **PACER Login:** | BrittanyBryant:6635828:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:21-mj-01025-MRM |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**