UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-MJ-296 (GMH) |
| ) | |
| CHRISTOPHER WORRELL, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING VIDEO

Defendant Christopher Worrell ("Defendant"), through counsel, gives notice that Exhibit D to Declaration of John M. Pierce in support of Defendant's Emergency Motion for Reconsideration, ECF No. 16 is a DVD containing excerpts of video recordings. Defendant has placed a copy of the DVD in the mail to Chief Judge Beryl A. Howell and counsel for Plaintiff.

Date: March 31, 2021

Respectfully Submitted,

*/s/ John M. Pierce*

John M. Pierce (*PHV Admitted*)
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Tel: (213) 400-0725
Email: jpierce@piercebainbridge.com

*Attorney for Defendant Christopher Worrell*

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, March 31, 2021, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                              /s/ John M. Pierce
                                              John M. Pierce