# *EXHIBIT A*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>CHRISTOPHER WORRELL,<br><br>Defendant. | Case No. 21-MJ-00296 (GMH)<br><br>**DECLARATION OF CHRISTOPHER WORRELL REGARDING MEDICAL TREATMENT** |

STATE OF FLORIDA            )
                            )
COUNTY OF CHARLOTTE         )

I, Christopher Worrell of lawful age, being first duly sworn upon oath, depose and state, to-wit:

1. I am the defendant in the above-captioned matter.

2. I am currently incarcerated at the Florida Port Charlotte County Jail.

3. I was first incarcerated at the Florida Port Charlotte County Jail on March 12, 2021.

4. I first filed a written health service report with the Jail on March 12, 2021, requesting my cancer medication and nutritional needs relating to my cancer diagnosis be supplied.

5. During one of my visits to the medical unit, one of the medical staff told me that this unit would be unable to fully treat my cancer due to limitations with staff and facilities.

6. On my third visit with the Jail's medical personnel on March 26, I was informed that my naltrexone hydrochloride prescription could not be refilled but was never informed by medical staff that Dr. Rucker could authorize a refill of this prescription.

7. My first contact with a doctor at the Florida Port Charlotte County Jail was on March 29, 2021.

8. I only have access to a doctor in Florida Port Charlotte County Jail on Mondays.

9. As of today April 1, 2021, I have still not received two of my cancer related prescriptions, namely, Sirolimus Cream .5ml and naltrexone hydrochloride 3mg capsules.

10. I have in my home the prescribed Sirolimus Cream and naltrexone hydrochloride. However, I have been informed these medications cannot be delivered to me in the jail as they have already been opened.

11. My physical condition has worsened inside the jail. I have developed lymphomas on my neck face, chest, back, arms and legs which cause me constant pain and irritation.

12. I have filed multiple medical grievance forms with the jail and have not received any relief for the failure to provide me with my cancer medications.

13. I have been in close physical contact with inmates who do not reside in my jail's "pod" both in hallways on the way to sick call and zoom court and within medical waiting rooms.

14. The jail does not require inmates outside the COVID-19 containment wing to wear masks or any other protective coverings to prevent the spread of COVID-19 within the facility.

<u>/s/Christopher Worrell</u><br>AFFIANT

Sworn and subscribed to me on this Third day of April 2021.

*Christopher Worrell*
_____



Audit Trail

| | |
|---|---|
| **TITLE** | Affidavit |
| **FILE NAME** | Worrell - Affidavit FINAL(2).docx |
| **DOCUMENT ID** | d78bc35c5ac4178aaf0a7195128b81f539815ba7 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

**SENT** — 04 / 03 / 2021  15:58:31 UTC
Sent for signature to Christopher Worrell (cjw352@hotmail.com) from tfishman854@gmail.com
IP: 68.114.205.220

**VIEWED** — 04 / 03 / 2021  15:58:55 UTC
Viewed by Christopher Worrell (cjw352@hotmail.com)
IP: 68.114.205.220

**SIGNED** — 04 / 03 / 2021  15:59:31 UTC
Signed by Christopher Worrell (cjw352@hotmail.com)
IP: 68.114.205.220

**COMPLETED** — 04 / 03 / 2021  15:59:31 UTC
The document has been completed.

Powered by HELLOSIGN