UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**CHRISTOPHER JOHN WORRELL,**<br>*Defendant.* | Case No. 1:21-cr-292-RCL<br><br><u>**UNDER SEAL**</u> |

### ORDER

It has come to the Court's attention that the defendant has tested positive for COVID-19. He is currently in quarantine in the D.C. Jail for at least fourteen days. The jail's quarantine procedures prevent the defendant from appearing before the Court by videoconference.

Thus, Court **FINDS** that the arraignment in this matter scheduled for April 15, 2021 cannot be held safely by videoconference or any other means. Accordingly, the Court **CONTINUES** the arraignment indefinitely. A new date will be set by future order.

The Court incorporates by reference the findings Chief Judge Howell made in Standing Order 21-10 regarding the dangers COVID-19 currently poses in this District and adopts them as its own findings.

Because proceedings cannot be held safely in this matter, the Standing Order suffices to exclude time under the Speedy Trial Act. Out of an abundance of caution, however, the Court additionally **FINDS** that the interests of justice require excluding the period between today and April 28, 2021 under the Speedy Trial Act because (a) the interests of justice are served by continuing criminal proceedings to protect the health and safety of the defendant and the public and (b) the defendant's right to a fair trial—impossible under current conditions—outweighs the public's right to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further **FINDS** that the

failure to grant such a continuance would be likely to make a continuation of this proceeding impossible or result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

Therefore, the Court **ORDERS** that time between today and April 28, 2021 be excluded for purposes of the Speedy Trial Act.

To protect the defendant's medical privacy, this order shall be filed under seal. An entry shall also be entered on the docket indicating only that arraignment has been continued for the reasons stated in this order.

**IT IS SO ORDERED.**

Date: 4/14/21

Royce C. Lamberth
United States District Judge