# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     -v-<br>CHRISTOPHER WORRELL,<br>          Defendant. | Case No. 21-CR-00292 (RCL) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Christopher Worrell, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Minute Order of this Court entered on April 6, 2021, denying Defendant's Emergency Motion for Reconsideration.

Date: April 14, 2021                    Respectfully Submitted,

_John M. Pierce_

John M. Pierce (*PHV* Admitted)
James F. Kelly (*PHV* Admitted)
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Tel: (213) 400-0725
Email: jpierce@piercebainbridge.com
            jkelly@piercebainbridge.com

*Attorney for Defendant Christopher Worrell*

## **CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, March 26, 2021, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

    */s/ John M. Pierce*
*John M. Pierce*