UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

CHRISTOPHER JOHN WORRELL,
*Defendant.*

Case No. 1:21-cr-292-RCL

## ORDER

Yesterday, the Court entered an order [35] excluding time under the Speedy Trial Act and continuing the defendant's arraignment. Because the order disclosed that the defendant has tested positive for COVID-19, the Court filed the order under seal to protect the defendant's medical privacy.

Today, the defendant publicly filed a brief in the D.C. Circuit disclosing the same information. Appellant's Emergency Appeal at 1 n.1, *United States v. Worrell*, No. 21-3020 (D.C. Cir. Apr. 15, 2021). Therefore, there is no longer any reason to maintain yesterday's order under seal.

Accordingly, the Clerk of Court is **DIRECTED** to unseal the order.

**IT IS SO ORDERED.**

Date: 4/15/21

Royce C. Lamberth
United States District Judge