IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | Case No: 21-CR-292 RCL |
| | : | |
| **CHRISTOPHER WORRELL,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S UNOPPOSED MOTION FOR ENTRY OF PROPOSED CONSENT ORDER

The United States of America respectfully submits this unopposed motion requesting a court order authorizing the D.C. Department of Corrections to disclose the medical records of the defendant, Christopher Worrell, who is currently a federal pretrial detainee at the Central Detention Facility (the "D.C. Jail"), to both parties. The proposed order is attached to this filing.

The parties believe that Mr. Worrell's medical records may be relevant to litigation between the parties concerned Mr. Worrell's pretrial release under 18 U.S.C. § 3142. As such, counsel for Mr. Worrell does not object to this motion. The request in this case (and the proposed order) is also limited in scope insofar as it seeks medical records from the D.C. Jail, where Mr. Worrell has been housed only since April 13, 2021.

Therefore, the government requests that the Court issue the attached consent order requiring that the D.C. Department of Corrections disclose the medical records of the defendant to both parties.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

/s/ William Dreher
WILLIAM DREHER
D.C. Bar No. 1033828
Assistant United States Attorney (Detailed)
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-4579
william.dreher@usdoj.gov