IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. :
: Case No: 21-CR-292 RCL
:
CHRISTOPHER WORRELL, :
:
Defendant. :

## CONSENT ORDER

In consideration of the Government's Unopposed Motion for Entry of Proposed Consent Order, it is by the Court this _16th_ day of April 2020,

ORDERED that the D.C. Department of Corrections shall provide to the counsel specifically noted below for both parties in the above-captioned matter, for Defendant Christopher Worrell, Inmate number 377183:

1) All records, documents, and information pertaining to Mr. Worrell's diagnosis and treatment for COVID-19 (or any other illness or condition) since his entry at the D.C. Jail on April 13, 2021;

2) All records, documents, and information pertaining to the status of Mr. Worrell's medication prescriptions and refills, and any requests Mr. Worrell has made for additional medication prescriptions and refills;

3) All records, documents, and information pertaining to Mr. Worrell's requests for an access to medical treatment from April 13, 2021 until present.

FURTHER ORDERED that these materials shall be provided directly to the following counsel for the parties upon receipt of this Order:

William Dreher
Assistant United States Attorney (Detailed)

700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-4579
william.dreher@usdoj.gov

James Kelly
Counsel for Defendant Christopher Worrell
PIERCE BAINBRIDGE P.C.
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
918-727-4129
jkelly@piercebainbridge.com

John M. Pierce
Counsel for Defendant Christopher Worrell
PIERCE BAINBRIDGE P.C.
355 South Grand Avenue, 44th Floor
Los Angeles, CA 90071
213-262-9333
213-279-2008 (fax)
jpierce@piercebainbridge.com

_____
HON. ROYCE C. LAMBERTH
United States District Judge