# UNITED STATES DISTRICT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.         ) | Case No. 1:21-cr-00292-RCL-1 |
| ) | |
| CHRISTOPHER WORRELL,   ) | |
| ) | |
| Defendant.      ) | |

## EMERGENCY MOTION FOR RECONSIDERATION

Defendant Christopher Worrell, by and through his counsel, tenders this Emergency Motion for Reconsideration of Order of Detention/Reopening Detention Hearing Due to Changed Circumstances pursuant to 18 U.S.C. § 3142(f)(2) and Federal Rule of Civil Procedure Rule 59(e), which permits a judicial officer to reopen the issue of detention at any time if information exists which was unknown to the movant at the time of the hearing and which has a material bearing on the issue of whether there are conditions of release that will reasonably assure the appearance of the defendant and the safety of the community. A memorandum of support and declaration with accompanying exhibits are being submitted simultaneously with this motion, and a proposed order granting the relief requested is also tendered.

Date: May 11, 2021                                Respectfully Submitted,

*John M. Pierce*

John M. Pierce (*PHV Admitted*)
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Tel: (213) 400-0725
Email: jpierce@piercebainbridge.com

*Attorney for Defendant Christopher Worrell*

**CERTIFICATE OF SERVICE**

      I, John M. Pierce, hereby certify that on this day, May 11, 2021, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

          /s/ John M. Pierce
          John M. Pierce