UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

CHRISTOPHER WORRELL,

*Defendant.*

Case No. 1:21-cr-292-RCL

## ORDER

Before the Court is the Defendant's Emergency Motion [47] for Reconsideration.

The parties are **ORDERED** to appear before the Court for a hearing on the motion at 10:00 a.m. on Friday, May 14, 2021. The hearing shall proceed by videoconference for the parties. Public access will be available by teleconference line (Toll Free Number: 888-636-3807 / Access Code: 6967853).

Any written opposition to the motion shall be filed by 5:00 p.m. on Thursday, May 13, 2021.

**IT IS SO ORDERED.**

Date: 5/12/21

Royce C. Lamberth
United States District Judge