UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

CHRISTOPHER JOHN WORRELL,
*Defendant.*

Case No. 1:21-cr-292-RCL

## ORDER

The Court today held a hearing on the defendant's Emergency Motion [47] for Reconsideration. In light of that hearing and the government's representation that the defendant will be examined by an oncologist on May 19, the government is **ORDERED** to file a supplemental brief by May 20 update the Court on the defendant's medical condition and treatment. The defendant may file a reply to that brief by May 21.

**IT IS SO ORDERED.**

Date: 5/14/21

Royce C. Lamberth
United States District Judge