## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No: 21-CR-292 RCL** |
| | : | |
| **CHRISTOPHER WORRELL,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

In consideration of the government's representation that it has not yet received medical records from the defendant's May 19, 2021 oncology appointment, and the parties' agreement that an extension of time to update the Court is therefore warranted, the government is **ORDERED** to file its supplemental brief by May 25, 2021 to update the Court on the defendant's medical condition and treatment. The defendant may file a reply to that supplemental brief by May 26, 2021.

**IT IS SO ORDERED.**

Date: _____5/20/21_____

Royce C. Lamberth
United States District Judge