# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>CHRISTOPHER WORRELL,<br>    Defendant. | Case No. 21-cr-00292 (RCL) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF RAMSEY KADDOURA

Pursuant to Local Civil Rule 83.2(d), John M. Pierce, a member of the bar of this Court and counsel for Defendant, hereby moves for the admission pro hac vice of Ramsey Kaddoura in the above-captioned case. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the Bar of this Court.

2. Ramsey Kaddoura is an attorney with Pierce Bainbridge P.C., located at 355 S. Grand Avenue, 44th Floor, Los Angeles, CA 90071. Mr. Kaddoura resides in St. Louis, Missouri wherefrom he practices remotely.

3. As set forth in the attached declaration, Ramsey Kaddoura is an active member in good standing of the state bar of Missouri (72646).

4. Ramsey Kaddoura does not wish to be admitted generally, but for the purposes of this case only.

WHEREFORE, movant respectfully requests that the Court enter an order permitting Ramsey Kaddoura to appear *pro hac vice* in the above-captioned case.

Dated: May 25, 2021         <u>/s/ John M. Pierce</u>
                            John M. Pierce
                            355 S. Grand Avenue, 44th Floor
                            Los Angeles, CA 90071
                            Tel: (213) 262-9333
                            jpierce@piercebainbridge.com

                            *Attorneys for Defendant Christopher Worrell*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 25, 2021, this motion and the accompany declaration was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ Robert L. Jenkins, Jr.
Robert L. Jenkins Jr.