UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>CHRISTOPHER WORRELL,<br>     Defendant. | Case No. 21-cr-00292 (RCL) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of Ramsey Kaddoura, it is hereby ORDERED that the Motion is GRANTED. Ramsey Kaddoura is admitted *pro hac vice* and may appear on behalf of Defendant Christopher Worrell in the above-captioned matter.

Dated:_____, 2021

_____
United States District Judge