UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER WORRELL,<br><br>*Defendant.* | Case No. 1:21-cr-00292-RCL |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby **DENIES** defendant Christopher Worrell's emergency motion [47] for reconsideration. Defendant shall remain in the custody of the U.S. Marshal.

**IT IS SO ORDERED.**

Date: 6/3/21

Royce C. Lamberth
United States District Judge