UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

CHRISTOPHER WORRELL,

*Defendant.*

Case No. 1:21-cr-00292-RCL

## ORDER

The Government filed a motion [59] for leave to file under seal its supplemental brief and exhibits 1 and 3 to the same. The Court has not yet acted on this motion, but until such time as the Court acts, the government's supplemental brief and exhibits are treated as sealed. Defendant Christopher Worrell responded [64] to the government's supplemental brief and exhibits, and later filed a supplement [66] to his response. Neither of defendant's filings are under seal. The Court hereby **ORDERS** defendant to, no later than ten (10) days from this date, advise the Court as to his position on whether the government's filings [60] should be unsealed with redactions in light of his unsealed responses.

The Court **FURTHER ORDERS** the Government and defendant to show cause no later than ten (10) days from this date why the Court's sealed Memorandum Opinion [68] should not be unsealed. If a party does not oppose unsealing the Memorandum Opinion [68], the party shall attach a copy of the Memorandum Opinion [68] with any proposed redactions to its show-cause filing.

**IT IS SO ORDERED.**

Date: 6/3/21

Royce C. Lamberth
United States District Judge

1