UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES,

v.

CHRISTOPHER WORRELL,

*Defendant.*

Case No. 1:21-cr-00292-RCL

ORDER

Before the Court are the parties' filings [70 & 72] in response to this Court's order [69] to show cause why the Court's sealed Memorandum Opinion [68] should not be unsealed. The parties have also advised the Court as to their respective positions on whether the government's supplemental brief [60] and exhibits attached thereto should remain sealed in light of defendant's unsealed responses referencing his medical records. The government has also proposed minor redactions to the Court's memorandum opinion and its supplemental brief but does not otherwise oppose the unsealing of these documents. ECF No. 70 at 1–2. But the government contends that Exhibits One and Three to its supplemental brief should remain sealed to protect defendant's and other individuals' privacy because these exhibits contain the names, addresses, and phone numbers of medical providers and other third parties, as well as defendant's personal identifying information and medical history. *Id.* Defendant has no objection to the unsealing of the Court's memorandum opinion, the government's supplemental brief, or the medical records from the D.C. Jail and Howard University Hospital. ECF No. 72.

Upon consideration of the parties filings, the Court **GRANTS IN PART AND DENIES IN PART** the government's motion [59] for leave to file under seal its supplemental brief and Exhibits One and Three to the same. The Court **GRANTS** the motion [59] to seal the exhibits

attached to the government's supplemental brief [60-3, 60-4]. These exhibits shall remain **SEALED**. The Court **DENIES** the government's motion to seal its supplemental brief, and **ORDERS** that the government's proposed redacted supplemental brief [71-1] shall be unsealed and filed as a separate entry. The Court will issue a redacted version of its memorandum opinion contemporaneously with this order.

    **IT IS SO ORDERED.**

Date: 6/9/21

Royce C. Lamberth
United States District Judge