## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  -v-<br><br>CHRISTOPHER WORRELL,<br><br>         Defendant. | Case No. 21-CR-00292 (RCL) |

### NOTICE OF APPEAL

Notice is hereby given that Defendant Christopher Worrell, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order of this Court Order entered on June 3, 2021, denying Defendant's Emergency Motion for Reconsideration.

Date: June 16, 2021                                  Respectfully Submitted,

                                                                 _John M. Pierce_____
                                                                 John M. Pierce (*PHV* Admitted)
                                                                 355 S. Grand Avenue, 44th Floor
                                                                 Los Angeles, CA 90071
                                                                 Tel: (213) 400-0725
                                                                 Email: jpierce@piercebainbridge.com

                                                                 *Attorney for Defendant Christopher Worrell*

## **CERTIFICATE OF SERVICE**

    I, John M. Pierce, hereby certify that on this day, June 16, 2021, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                                  */s/ John M. Pierce*
                                                  *John M. Pierce*