# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 21-3020**  **September Term, 2020**

1:21-cr-00292-RCL-1

Filed On: June 29, 2021 [1904407]

United States of America,

    Appellee

  v.

Christopher John Worrell,

    Appellant

## M A N D A T E

In accordance with the judgment of May 5, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed May 5, 2021