IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No: 21-CR-292 RCL |
| : | |
| CHRISTOPHER WORRELL, : | |
| : | |
| Defendant. : | |

### GOVERNMENT'S UNOPPOSED MOTION FOR ENTRY OF PROPOSED CONSENT ORDER

The United States of America respectfully submits this unopposed motion requesting a court order authorizing the D.C. Department of Corrections to disclose the medical records of the defendant, Christopher Worrell, who is currently a federal pretrial detainee at the Central Detention Facility (the "D.C. Jail"), to both parties. The order would authorize such disclosure now and any subsequent time, during the pendency of this case, that either party is preparing to file or files a motion before this Court in which Mr. Worrell's medical history while in custody at the D.C. Jail is raised as an issue. The proposed order is attached to this filing.

This Court previously issued a more limited order authorizing the D.C. Jail to provide certain of Mr. Worrell's medical records to the government. *See* Dkt. 42. Now, the government seeks Mr. Worrell's full updated medical records, which are necessary to respond to Mr. Worrell's Emergency Motion for Release from Custody (Dkt. 81), which was filed today. Counsel for Mr. Worrell also seeks a copy of Mr. Worrell's medical records—which will also be provided to Mr. Worrell pursuant to the attached proposed order—and does not oppose this motion.

To be clear, the government does not concede that the Court currently has jurisdiction to address Mr. Worrell's motion, because Mr. Worrell has a currently pending appeal before the

D.C. Circuit Court of Appeals that is an appeal of this Court's most recent order addressing Mr. Worrell's pretrial release. Nonetheless, the government is filing this motion now to expedite the process of responding to the substance of Mr. Worrell's motion, should the Court conclude that it has jurisdiction over that motion notwithstanding Mr. Worrell's pending appeal. The government will elaborate its position on this Court's jurisdiction in a response to Mr. Worrell's motion.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    Acting United States Attorney
    D.C. Bar No. 415793


    */s/ William Dreher*
    WILLIAM DREHER
    D.C. Bar No. 1033828
    Assistant United States Attorney (Detailed)
    700 Stewart Street, Suite 5220
    Seattle, WA 98101
    (206) 553-4579
    william.dreher@usdoj.gov