IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : Case No: 21-CR-292 RCL |
| | : |
| CHRISTOPHER WORRELL, | : |
| | : |
| Defendant. | : |

## CONSENT ORDER

In consideration of the Government's Unopposed Motion for Entry of Proposed Consent Order [82], it is by the Court this __12th__ day of August 2021,

ORDERED that the D.C. Department of Corrections shall provide the medical records of Defendant Christopher Worrell, Inmate number 377183, to the counsel specifically noted below for both parties in the above-captioned matter. In addition, during the pendency of this case, in the event either party is preparing to file or files a motion before this Court raising as an issue the medical care that Mr. Worrell is receiving while in the custody of the D.C. Department of Corrections, the D.C. Department of Corrections is further authorized to provide the medical records of Defendant Christopher Worrell to the counsel specifically noted below upon request of either party.

FURTHER ORDERED that these materials shall be provided directly to the following counsel for the parties upon receipt of this Order:

William Dreher
Assistant United States Attorney (Detailed)
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-4579
william.dreher@usdoj.gov

John M. Pierce

1

Counsel for Defendant Christopher Worrell
PIERCE BAINBRIDGE P.C.
355 South Grand Avenue, 44th Floor
Los Angeles, CA 90071
213-262-9333
213-279-2008 (fax)
jpierce@piercebainbridge.com

Ryan Marshall
Counsel for Defendant Christopher Worrell
PIERCE BAINBRIDGE P.C.
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
424-285-4943
rmarshall@piercebainbridge.com

_____
HON. ROYCE C. LAMBERTH
United States District Judge