# G. Bino Rucker M.D.

**6120 53rd Avenue East**

**Bradenton, Florida** 34201

p- 941-840-1848

F -941 827 9750

To whom it may concern re: Christopher Worrell

Dob: 06 26 1971

I have reviewed his medical record and especially his imaging results from 8/13/2021.  The results are quite worrisome for recurrence of Lymphoma, specifically lymph node involvement in the right jaw area and left cervical neck area.

Assessment: Recurrence of Lymphoma

Recommended plan: I recommend the patient either be evaluated by a board certified hematology oncology expert or Moffitt Cancer center at this point in time.


8/31/2021

G. Bino Rucker, M.D.

GB RUCKER