UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-296 (RCL) |
| | ) | |
| CHRISTOPHER WORRELL, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO STRIKE FILING AT ECF DOCKET NOS. 87 AND 88**

Defendant Christopher Worrell, by and through his attorneys, Pierce Bainbridge P.C., submits this motion to respectfully request that the Court order that the Defendants' Reply to Government's Opposition to Defendant's Emergency Motion to Revoke Detention Order filed as ECF Docket Nos. 87 and 88 be stricken and disregarded, because that filing contained an error in the reply brief. The appropriate Defendants' Reply to Government's Opposition to Defendant's Emergency Motion to Revoke Detention Order with the corrected brief was filed as ECF Docket No. 89. We respectfully request that document filed as ECF Docket No. 89 be recognized as the operative pleading

Date: September 1, 2021               Respectfully Submitted,

                                      John M. Pierce
                                      355 S. Grand Avenue, 44th Floor
                                      Los Angeles, CA 90071
                                      Tel: (213) 400-0725
                                      Email: jpierce@piercebainbridge.com

                                      *Attorney for Defendant Christopher Worrell*

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, September 1, 2021, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce