# Exhibit 2

**Central Cell Block**

600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*September 15, 2021*
Page   1
Chronic Care Clinic

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB:                                    377183

**09/15/2021 - Chronic Care Clinic: f/u**
**Provider: Margaret Crenshaw - MD**
**Location of Care: Correctional Treatment Facility**
**Status: ON HOLD DOCUMENT.  Contents are preliminary**

**Current Problems:**
SCREENING FOR HEPATITIS (ICD-V73.89) (ICD10-Z13.818)
EPIDERMOID CYST (ICD-706.2) (ICD10-L72.0)
URINARY HESITANCY (ICD-788.64) (ICD10-R39.11)
LOWER BACK PAIN (ICD-724.2) (ICD10-M54.5)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1)
(ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Current Allergies:**
* PERCOCET: HIVES (Critical)

**Vital Signs**
Height:  **75** in.
Weight:  **265** lbs.
BMI:  **33.24**
Temperature:  **96.8**  degrees F
Temp Site:  **Oral**
Respirations:  **16**
Pulse Rate:  **84**
Rhythm:  **Regular**
Blood Pressure:  **107/78**  mm Hg
(mm Hg)
Pulse Ox: 98%

off of metoprolol and with normal HR and BP

2 sutures removed

_____

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*September 15, 2021*
Page   2
Chronic Care Clinic

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB:                                    377183

**09/15/2021 - Physical Therapy: Follow Up**
**Provider: Rayan Hagona-Wordie - PT**
**Location of Care: Correctional Treatment Facility**

## Physical Therapy
**Visit Type:** Follow Up

### Interview
   Patient assessment of current condition/
     response to previous treatment: Pt states that L shoulder pain fluctuates and may be due to sleeping on the shoulder at night because pt has not been changing activity level or doing any new workouts
   Intensity pain rating and characterization of pain:        6/10
Walking:  not limited
Fall risk:  no

### Treatment
Exercises
**Comments:** UBE 10 mins 5 mins forward and 5 mins bwds.
wand AAROM abduction 10X 10 secs hold
shoulder isometrics flex, abd, ER 5 X 10 sec hold
rows BTB 30X
resisted IR/ER BTB 30X ea
resisted flex/ext BTB 30X ea
CP application to L shoulder 10 mins post ther exs

**Treatment Plan:** continue physical therapy services
**Frequency/duration:** 1-2 visits/week for 3 weeks

### Education/Follow Up
Patient was provided instruction and training on self-therapy, and demonstrated accurate knowledge of the program.
Consent:  Patient agreed to treatment plan.

**Electronically Signed by Rayan Hagona-Wordie - PT on 09/15/2021 at 10:10 AM**
_____

**09/14/2021 - TextNote: Grievance**
**Provider: Traci Outlaw**
**Location of Care: Central Detention Facility**

Resident submitted a grievance that he had bruising, pain and possible infection from a procedure on 9/3/2021 and requested that something be done and that the nursing staff was doing nothing to help other than offering pain medication.
Resident has been receiving pain medication as ordered, seen for chronic care appointment 9/10,

**Central Cell Block**                                            *September 15, 2021*
600 Indiana Avenue, N.W.   Washington, DC 20003                          Page   3
2027276182  Fax:                                                 Chronic Care Clinic

## CHRISTOPHER WORRELL                                            Home: 377183
Male  DOB: ▊▊▊▊                         377183


provider has scheduled resident for testing since he stated that he may have been exposed to Hep C. Resident has been receiving medical care as required to provide treatment to address all of his medical concerns. Grievance resolved


**Electronically Signed by Traci Outlaw on 09/14/2021 at 9:42 AM**

---


**09/10/2021 - Lab Report: CBC With Differential/Platelet, Hep B Surface Ab, HBsAg Scre ...**
**Provider: Margaret Crenshaw - MD**
**Location of Care: Correctional Treatment Facility**


```
Patient: CHRISTOPHER  WORRELL
ID: 1100 377183
Note: All result statuses are Final unless otherwise noted.

Tests: (1) CBC With Differential/Platelet (005009)
   WBC                    5.6 x10E3/uL           3.4-10.8
   RBC                    4.98 x10E6/uL          4.14-5.80
   Hemoglobin             14.4 g/dL              13.0-17.7
   Hematocrit             43.9 %                 37.5-51.0
   MCV                    88 fL                  79-97
   MCH                    28.9 pg                26.6-33.0
   MCHC                   32.8 g/dL              31.5-35.7
   RDW                    12.5 %                 11.6-15.4
   Platelets              258 x10E3/uL           150-450
   Neutrophils            59 %                   Not Estab.
   Lymphs                 18 %                   Not Estab.
   Monocytes              13 %                   Not Estab.
   Eos                    7 %                    Not Estab.
   Basos                  2 %                    Not Estab.
 Neutrophils (Absolute)
                          3.3 x10E3/uL           1.4-7.0
   Lymphs (Absolute)      1.0 x10E3/uL           0.7-3.1
  Monocytes(Absolute)     0.7 x10E3/uL           0.1-0.9
   Eos (Absolute)         0.4 x10E3/uL           0.0-0.4
   Baso (Absolute)        0.1 x10E3/uL           0.0-0.2
! Immature Granulocytes
                          1 %                    Not Estab.
! Immature Grans (Abs)    0.0 x10E3/uL           0.0-0.1

Tests: (2) Hep B Surface Ab (006395)
! Hep B Surface Ab, Qual
                       Non Reactive
            Non Reactive: Inconsistent with immunity,
                          less than 10 mIU/mL
            Reactive:     Consistent with immunity,
                          greater than 9.9 mIU/mL


Tests: (3) HBsAg Screen (006510)
  HBsAg Screen           Negative                Negative
```

**Central Cell Block**                                          *September 15, 2021*
600 Indiana Avenue, N.W.   Washington, DC 20003                          Page  4
2027276182  Fax:                                              Chronic Care Clinic

**CHRISTOPHER WORRELL**                                      Home: 377183
Male  DOB: ████████                      377183


```
Tests: (4) Hep A Ab, Total (006726)
  Hep A Ab, Total          Negative                Negative

Tests: (5) Hep A Ab, IgM (006734)
  Hep A Ab, IgM            Negative                Negative

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 09/11/2021 9:36 AM
_____

(1) Order result status: Final
Collection or observation date-time: 09/10/2021 09:20
Requested date-time:
Receipt date-time: 09/11/2021 00:00
Reported date-time: 09/11/2021 09:35
Referring Physician:
Ordering Physician: M Crenshaw (mcrenshaw)
Specimen Source:
Source: 1100
Filler Order Number: 25318451110 LAB
Lab site: Performed At: BN, LabCorp Burlington 1447 York Court, Burlington NC
272153361 Sanjai Nagendra MD   Phone: 8007624344

(2) Order result status: Final
Collection or observation date-time: 09/10/2021 09:20
Requested date-time:
Receipt date-time: 09/11/2021 00:00
Reported date-time: 09/11/2021 09:35
Referring Physician:
Ordering Physician: M Crenshaw (mcrenshaw)
Specimen Source:
Source: 1100
Filler Order Number: 25318451110 LAB
Lab site: Performed At: BN, LabCorp Burlington 1447 York Court, Burlington NC
272153361 Sanjai Nagendra MD   Phone: 8007624344

(3) Order result status: Final
Collection or observation date-time: 09/10/2021 09:20
Requested date-time:
Receipt date-time: 09/11/2021 00:00
Reported date-time: 09/11/2021 09:35
Referring Physician:
Ordering Physician: M Crenshaw (mcrenshaw)
Specimen Source:
Source: 1100
Filler Order Number: 25318451110 LAB
Lab site: Performed At: BN, LabCorp Burlington 1447 York Court, Burlington NC
272153361 Sanjai Nagendra MD   Phone: 8007624344

(4) Order result status: Final
Collection or observation date-time: 09/10/2021 09:20
Requested date-time:
Receipt date-time: 09/11/2021 00:00
```

**Central Cell Block**                                                    *September 15, 2021*
600 Indiana Avenue, N.W.   Washington, DC 20003                                       Page  5
2027276182 Fax:                                                          Chronic Care Clinic

**CHRISTOPHER WORRELL**                                                        Home: 377183
Male  DOB: ▓▓▓▓▓▓▓▓                                    377183

Reported date-time: 09/11/2021 09:35
Referring Physician:
Ordering Physician: M Crenshaw (mcrenshaw)
Specimen Source:
Source: 1100
Filler Order Number: 25318451110 LAB
Lab site: Performed At: BN, LabCorp Burlington 1447 York Court, Burlington NC
272153361 Sanjai Nagendra MD   Phone: 8007624344

(5) Order result status: Final
Collection or observation date-time: 09/10/2021 09:20
Requested date-time:
Receipt date-time: 09/11/2021 00:00
Reported date-time: 09/11/2021 09:35
Referring Physician:
Ordering Physician: M Crenshaw (mcrenshaw)
Specimen Source:
Source: 1100
Filler Order Number: 25318451110 LAB
Lab site: Performed At: BN, LabCorp Burlington 1447 York Court, Burlington NC
272153361 Sanjai Nagendra MD   Phone: 8007624344


-----------------

The following lab values were dispersed to the flowsheet
with no units conversion:

  WBC, 5.6 X10E3/UL, (F)  expected units: 10*3/mm3
  RBC, 4.98 X10E6/UL, (F)  expected units: 10*6/mm3
  MCHC, 32.8 G/DL, (F)  expected units: %
  Platelets, 258 X10E3/UL, (F)  expected units: /mm3
  Neutrophils (Absolute), 3.3 X10E3/UL, (F)  expected units: 10*3/mm3
  Lymphs (Absolute), 1.0 X10E3/UL, (F)  expected units: 10*3/mm3
  Monocytes(Absolute), 0.7 X10E3/UL, (F)  expected units: 10*3/mm3
  Eos (Absolute), 0.4 X10E3/UL, (F)  expected units: /mm3
  Baso (Absolute), 0.1 X10E3/UL, (F)  expected units: 10*3/mm3

-----------------

The following results were not dispersed to the flowsheet:

  Immature Granulocytes, 1 %, (F)
  Immature Grans (Abs), 0.0 x10E3/uL, (F)
  Hep B Surface Ab, Qual, Non Reactive, (F)


**Electronically Signed by Margaret Crenshaw - MD on 09/15/2021 at 11:34 AM**
_____


**09/10/2021 - Chronic Care Clinic: f/u cutaneous lymphoma**
**Provider: Margaret Crenshaw - MD**
**Location of Care: Correctional Treatment Facility**

**Central Cell Block**                                                *September 15, 2021*
600 Indiana Avenue, N.W.   Washington, DC 20003                          Page   6
2027276182  Fax:                                                   Chronic Care Clinic

**CHRISTOPHER WORRELL**                                              Home: 377183
Male  DOB:                              377183


## Chronic Care

Current Medications:  METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE)
Take 1 tab P.o bid.
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) Take 2 tabs po BID as needed for
pain; Route: ORAL


### HPI

**Current Problems:**
EPIDERMOID CYST (ICD-706.2) (ICD10-L72.0)
URINARY HESITANCY (ICD-788.64) (ICD10-R39.11)
LOWER BACK PAIN (ICD-724.2) (ICD10-M54.5)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1)
(ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)


**Current Medications:**
METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid.
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) Take 2 tabs po BID as needed for
pain; Route: ORAL


**Current Allergies:**
* PERCOCET: HIVES (Critical)

**#. Primary cutaneous follicular b cell lymphoma**
-recurrent, with lesions now on face, neck, and upper chest
-**following with HUH oncology with recommednation for: repeat skin bx, bone marrow bx and
PET/CT for interim staging**
---**skin bx completed, awating pathology**
-pt took down dressing as recommended yesterday, sutures still in place (due for removal next week)
---b**one marrow biopsy** was completed 6/2021 and is WNL
---**PET/CT** scans done 6/2021 and significant for new "mildly active" submandibular and cervical
lymphnodes c/f possible lymphamatous/tumor involvement
---given PET findings, seen by ENT with rec for **US-guided FNA** with interventional radiology which was
scheduled **completed, pathology pending**
-pt reports no changes today other than continued persistent itching which did not improve with prev trial
of antihistamine
[--additional history--]
-initially dx 2007 and tx w rituximab with subsequent recurrence and repeat tx w retuximab c/b
development of an allergic vs infusion reaction
-recurrence dx again in 2019 with recommendation from onc at that time for repeat chemotherapy which

**Central Cell Block**                                    *September 15, 2021*
600 Indiana Avenue, N.W.   Washington, DC 20003                        Page   7
2027276182  Fax:                                          Chronic Care Clinic

**CHRISTOPHER WORRELL**                                     Home: 377183
Male  DOB:                              377183

the patient declined
-opted instead for treatment with an alternative medicine provider who prescribed topical rapamycin and naltrexone
-this regimen has not been continued as it is not evidence based and pt was instaed referred to HUH oncology as above

**#. hepatitis testing**
-pt requesting screening for hepatitis
-states he is concerned he was exposed to hep A
-is currently asmyptomatic
-denies nausea, vomiting, diarrhea, abd pain, fever

**#. HTN, h/o tachycardia**
-on metoprolol reported h/o HTN and tachycardia
-BP and HR have been consistently WNL
-today, pt states he is only taking metoprolol once a day because he is worried about low blood pressure
-is asymptomatic --denies SOB, DOE, dizziness, and fatigue

**#. L shoulder pain**
-working with PT

**#. R 5th metacarpal neck fracture**
-seen by Dr. Wilson (ortho hand) and rec'd for surgical repair
-awaiting OR date

**ROS:** Denies fever, chills, CP, SOB, DOE, nausea, vomiting, diarrhea, and joint pain

**Vital Signs**
Height: **75** in.
Weight:  **263** lbs.
BMI: **32.99**
Temperature:  **97.5**  degrees F
Temp Site:  **Tympanic**
Respirations:  **16**
Pulse Rate:  **80**
Rhythm:  **Regular**
Blood Pressure:  **119/84**  mm Hg
(mm Hg)
Pulse Ox: 99%

**Physical Exam**

**General Appearance**
Comfortable, NAD
**Respiratory**
**Effort:**  Normal
**Musculoskeletal**

**Central Cell Block**                                    *September 15, 2021*
600 Indiana Avenue, N.W.   Washington, DC 20003                    Page   8
2027276182  Fax:                                      Chronic Care Clinic

**CHRISTOPHER WORRELL**                                Home: 377183

Male  DOB:                              377183

**Gait & Station:** Normal
**Mental Status and Exam**
**Mood & Affect:** Normal


**Assessment and Plan**
**Assessment/Plan:**
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE - Unchanged.
-skin and lymph node biopsies have now been completed
-awaiting pathology
-onc f/u pending

SCREENING FOR HEPATITIS.
-pt c/f hep A exposure, asymptomatic
-will screen as below with plan for vaccine if non-immune given high -risk
-HCV negative on intake
Orders: Hep A Ab, Total;  HBsAg Screen;  Anti-HBs;  Hep A Ab, IgM

HYPERTENSION.
-BP has been well-controlled and occ low, asymptomatic
-unclear indication for metoprolol
-will d/c and re-eval at next visit

Risks, benefits, and alternatives to treatment plan discussed.


Follow-up: for suture removal in 1  weeks.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.
**New Orders:** Hep A Ab, Total [006726]
HBsAg Screen [006510]
Anti-HBs [006395]
CBC With Diff [005009]
Hep A Ab, IgM [006734]

**Process Orders**
Check Orders Results:
    LabCorp: ABN not required for this insurance.
Tests Sent for requisitioning (September 10, 2021 9:19 AM):
    09/10/2021: LabCorp -- Hep A Ab, Total [006726] (signed)
    09/10/2021: LabCorp -- HBsAg Screen [006510] (signed)
    09/10/2021: LabCorp -- Anti-HBs [006395] (signed)
    09/10/2021: LabCorp -- CBC With Diff [005009] (signed)
    09/10/2021: LabCorp -- Hep A Ab, IgM [006734] (signed)

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*September 15, 2021*
Page   9
Chronic Care Clinic

## CHRISTOPHER WORRELL

Home: 377183

Male  DOB: �one                                          377183

---

**Electronically Signed by Margaret Crenshaw - MD on 09/10/2021 at 2:47 PM**

---

**09/08/2021 - Urgent Care: Patient Return --HUH Derm Skin Bx**
**Provider: Margaret Crenshaw - MD**
**Location of Care: Correctional Treatment Facility**

## Patient Return
Hospital:  HUH Dermatology
Return Type:  Outside Consultation
Records Received:  Yes
Comments:
-Punch biopsies taken on L temple and R infra auricular face
-take dressing off in 24 hours --wound care recs given to patient
-sutures to be removed by jail in 7 days
-will fax path report in 1-2 weeks
Referrals Written:  No
Follow-Up:  Chronic Care Clinic
Scheduled:  Yes

---

**Electronically Signed by Margaret Crenshaw - MD on 09/08/2021 at 4:20 PM**

---

**09/08/2021 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**

```
Appointment status changed to canceled by
Rayan Hagona-Wordie - PT on 09/08/2021 10:03 AM.

Cancellation Comments
---------------------

refused. signed and witnessed

Appointment Information
-----------------------

Appt Type:  Physical Therapy
     Date:  Wednesday, September 8, 2021
```

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*September 15, 2021*
Page  10
Chronic Care Clinic

# CHRISTOPHER WORRELL

Home: 377183

Male  DOB:                                        377183

```
    Time:  9:45 AM for 5 min
 Urgency:  Routine
 Made By:  Rayan Hagona-Wordie - PT
To Visit:  CTF Physical Therapy
  Reason:
```

Appt Comments
-------------

**Electronically Signed by Doctor Unity on 09/10/2021 at 4:30 PM**

---

**09/07/2021 - TextNote: SC**
**Provider: Tamela Clinkscale**
**Location of Care: DC JAIL MMHS**
**This document contains external references**

**Electronically Signed by Tamela Clinkscale on 09/07/2021 at 1:02 PM**

---

**09/07/2021 - Physical Therapy: Follow Up**
**Provider: Rayan Hagona-Wordie - PT**
**Location of Care: Correctional Treatment Facility**

## Physical Therapy
**Visit Type:** Follow Up

### Interview
   Patient assessment of current condition/
    response to previous treatment: Pt c/o pinching pain in L shoulder with raising extended arm overhead in abduction plane at about 120 degrees abduction
   Intensity pain rating and characterization of pain:        6/10
Walking:  not limited
Fall risk:  no

### Treatment
Exercises, Manual Therapy
**Comments:** L scapular mobilization multi-directional grade 3, L AC joint mobilization grade 4, thoracic spine PA mobilization and rotatory mobilization
wand AAROM abduction 10X 10 secs hold
shoulder isometrics flex, abd, ER 5 X 10 sec hold
rows BTB 30X

**Central Cell Block**
*September 15, 2021*
600 Indiana Avenue, N.W.   Washington, DC 20003
Page  11
2027276182  Fax:
Chronic Care Clinic

## CHRISTOPHER WORRELL
Home: 377183

Male  DOB:                                                         377183

resisted IR/ER BTB 30X ea
resisted flex/ext BTB 30X ea
shoulder 3 way 6# 30X

**Treatment Plan:** continue physical therapy services
**Frequency/duration:** 1-2 visits/week for 4 weeks

**Education/Follow Up**
Patient was provided instruction and training on self-therapy, and demonstrated accurate knowledge of the program.
Consent:  Patient agreed to treatment plan.

**Electronically Signed by Rayan Hagona-Wordie - PT on 09/07/2021 at 12:11 PM**

___

**09/04/2021 - Sick Call: Follow-Up Visit**
**Provider: Meena Kumar - NP**
**Location of Care: Correctional Treatment Facility**

## Sick Call Provider
Referral Source: Other:

Reason for Visit: Follow-Up Visit

HPI: patient was seen for follow up  on - COVID VACCINE offer
Hx of Biopsy left neck recetnly - needed  - site check
 denies any trouble swallowing, fever or SOB ,
C/O  site is still tender on touch -

## Vital Signs
Height: **75** in.
Temperature: **98.0**  degrees F
Temp Site:  **Oral**
Respirations:  **18**
Pulse Rate:  **72**
Rhythm:  **Regular**
(mm Hg)
Pulse Ox: 98%

## Review of Systems
**General:** Patient denies anorexia.
**Eyes:** Patient denies blurring.

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*September 15, 2021*
Page  12
Chronic Care Clinic

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB:                              377183

---

**Ears/Nose/Throat:** Patient denies decreased hearing.
**Cardiovascular:** Patient denies chest pain.
**Respiratory:** Patient denies cough.
**Gastrointestinal:** Patient denies nausea, vomiting.
**Skin:** Patient denies rash.
**Neurologic:** Patient denies headache.
**Psychiatric:** Patient denies anxiety, suicidal ideation.

## Physical Exam

**General Appearance**
well developed, well nourished, well hydrated, in no acute distress
**Head**
**Inspection:**  NC/AT
**Eyes**
**External:**  conjunctivae and lids normal
**Pupils:**  equal, round, reactive to light
**Ears/Nose/Throat**
**External Ears:**  normal, no lesions or deformities
**Otoscopic:**  canals clear, tympanic membranes intact
**Hearing:**  grossly intact
**External Nose:**  normal, no lesions or deformities
**Nasal:**  mucosa, septum, and turbinates normal
**Lips/Teeth/Gums:**  mucosa pink and moist
**Pharynx:**  e
**Neck**
**Neck:**  left neck  jaw angle  -  area mildly tender  on palp
**Respiratory**
**Effort:**  no intercostal retractions or use of accessory muscles
**Auscultation:**  no rales, rhonchi, or wheezes
**Cardiovascular**
**Auscultation:**  S1 S2 +
**Musculoskeletal**
**Gait & Station:**  normal, can undergo exercise testing and/or participate in exercise program
**Digits & Nails:**  no clubbing, cyanosis, petechiae, or nodes
**Neck:**  normal strength, no deformities
**Spine, Ribs,& Pelvis:**  normal
**Extremities**
**RUE:**  walking independently
**LUE:**  walking independently
**RLE:**  walking independently
**LLE:**  walking independently
**Neurological**
**Cranial Nerves:**  II - XII grossly intact
**Reflexes:**  2+, symetric, no pathalogical reflexes
**Sensation & Strength:**  grossly intact
**Skin**
**Inspection:**  no rashes, lesions, ulcerations,

**Central Cell Block**

*September 15, 2021*

600 Indiana Avenue, N.W.   Washington, DC 20003

Page 13

2027276182  Fax:

Chronic Care Clinic

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB:               377183

## Mental Status and Exam
**Judgement:**  intact
**Orientation:**  oriented to time, place, and person
**Memory:**  intact for recent and remote events
**Mood & Affect:**  no depression, anxiety, or agitation

## Assessment and Plan

General health and wellness, including healthy diet and aerobic exercise during recreational time, reviewed with the patient. Health hazards of tobacco, illicit drug use, and excessive alcohol intake discussed and patient advised to quit if using, or not to initiate if not already using.
**Assessment/Plan:**  Hx of Biposy left neck
 site c/o tender ,
 no edema or swelling noted
 tender on palp
 requesting extra strength Tylenol - order placed
 Offered COVID Vaccine information -
 patient declined  vaccine

stated "I already signed refusal Form  2 times "

Patient signed another refusal form dated  today
 discussed risk

Patient informed on how to utilize the sick call process and advised that if you feel like your health concerns are not being addressed, please follow the DOC grievance process as stated in the Inmate Handbook..
Risks, benefits, and alternatives to treatment plan discussed.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.

**Problems:**  EPIDERMOID CYST (ICD-706.2) (ICD10-L72.0)
URINARY HESITANCY (ICD-788.64) (ICD10-R39.11)
LOWER BACK PAIN (ICD-724.2) (ICD10-M54.5)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1) (ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Medications:**  METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid.
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) Take 2 tabs po BID as needed for pain; Route: ORAL

**Allergies:**  * PERCOCET: HIVES (Critical)

**Central Cell Block**                                          *September 15, 2021*
600 Indiana Avenue, N.W.   Washington, DC 20003                          Page  14
2027276182  Fax:                                               Chronic Care Clinic

## CHRISTOPHER WORRELL                                         Home: 377183

Male  DOB:                              377183

Electronically Signed by Meena Kumar - NP on 09/05/2021 at 3:26 PM
_____

**09/03/2021 - TextNote: Grievance**
**Provider: Traci Outlaw**
**Location of Care: Central Detention Facility**


Resident submitted a grievance that he had not received his prescription eyeglasses for 62 days as of
8/30/2021.
Resident received his eyeglasses on 9/1/2021, grievance resolved.


Electronically Signed by Traci Outlaw on 09/03/2021 at 2:59 PM
_____

**09/03/2021 - Urgent Care: Patient Return - Georgetown Interventional Radiology**
**Provider: Gayle Juenemann - NP**
**Location of Care: Correctional Treatment Facility**




**Patient Return**
Hospital:  Other: Georgetown
Return Type:  Outside Imaging/Diagnostic Test
Comments:  Patient with primary cutaneous follicular b-cell lymphoma referred to Georgetown
interventional radiology for ultrasound guided bx FNA CPT 10005 d/t recent PET scan showing mildly
active R submandibular and L upper cervical lymph nodes c/f malignancy.
Referrals Written:  No
Comments:  CC provider flagged.
Follow-Up:  Chronic Care Clinic
Comments:  Pt reports he is doing well. Viewed areas of needle biopsy, a few small dots of redness, but
no bleeding.




Electronically Signed by Gayle Juenemann - NP on 09/03/2021 at 12:19 PM
_____

**09/03/2021 - TextNote: Sick Call TextNote**
**Provider: Nicole Morrison - PA**
**Location of Care: Correctional Treatment Facility**

**Central Cell Block**                                       *September 15, 2021*
600 Indiana Avenue, N.W.   Washington, DC 20003                    Page 15
2027276182  Fax:                                          Chronic Care Clinic

## CHRISTOPHER WORRELL                                    Home: 377183
Male  DOB:                              377183

SC slip reviewed. Per chart patient received new glasses on 9/1/21. will schedule for ophthalmology

**Electronically Signed by Nicole Morrison - PA on 09/03/2021 at 9:52 AM**

---

**09/03/2021 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**

```
Appointment status changed to canceled by
Nicole Morrison - PA on 09/03/2021 9:50 AM.

Cancellation Comments
---------------------

see text note

Appointment Information
-----------------------

Appt Type:  CTF MD_Sick Call
    Date:   Friday, September 3, 2021
    Time:   9:15 AM for 5 min
 Urgency:   Routine
 Made By:   Nicole Morrison - PA
To Visit:   CTF Sick Call - Blue
  Reason:   c2b

Appt Comments
-------------
```

**Electronically Signed by Doctor Unity on 09/10/2021 at 4:30 PM**

---

**09/03/2021 - TextNote: sc**
**Provider: Tamela Clinkscale**
**Location of Care: DC JAIL MMHS**
**This document contains external references**

**Electronically Signed by Tamela Clinkscale on 09/03/2021 at 6:27 AM**

---

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*September 15, 2021*
Page  16
Chronic Care Clinic

## CHRISTOPHER WORRELL

Home: 377183

Male  DOB:                                     377183

**09/01/2021 - TextNote:  medical supplies glasses**
**Provider: Tamela Clinkscale**
**Location of Care: DC JAIL MMHS**

Mr.Worrell received 1 pair of glasses per provider.

**Electronically Signed by Tamela Clinkscale on 09/01/2021 at 6:06 PM**

---

**09/01/2021 - Physical Therapy: Initial Visit**
**Provider: Rayan Hagona-Wordie - PT**
**Location of Care: Correctional Treatment Facility**

## Physical Therapy
**Visit Type:** Initial Visit

### Interview
  Patient assessment of current condition/
   response to previous treatment: Pt reports loosing consciousness and falling in early June 2021 and sustaining a fall which resulted in R hand fx and L shoulder pain. Pt describes L shoulder pain as sharp in the anterior aspect of the shoulder with pain radiating along the deltoid. Pt c/o pain with "chicken wing" motion 90 degrees abd with elbow flexion and shoulder IR and when laying on L shoulder. Pt also c/o pain with end range of overhead reach. Pt denies pain at rest when not applying pressure through the shoulder. Pt reports pain range 3-5/10. Pt reports self PT of stetching L shoulder to help maintain ROM since onset of pain and avoiding laying on L shoulder.
   Intensity pain rating and characterization of pain:        5/10
Walking:  not limited
Fall risk:  no

### Exam
Location:  Left and Right; Shoulder
Shoulder
**Range of Motion:** shoulder flex: bil shoulder AROM WNL
shoulder abd: R: WNL L: 122 AROM, WNL PROM with c/o painful arc
shoulder ext:  WN bil
shoulder IR: WNL bil
shoulder ER: WNL bil with c/o L shoulderp qin at end range

**Strength:** shoulder flex: R: 5/5 L: 4+/5
shoulder abd: R: 5/5 L: 4-/5
shoulder ext:  R: 5/5 L: 4+/5
shoulder IR: 5/5 bil
shoulder ER: R: 5/5 L: 4-/5

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*September 15, 2021*
Page  17
Chronic Care Clinic

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB:                                              377183

**Treatment**
**Comments:** Pt educated about nature of present condition, examination findings, PT POC, goals and expected outcomes.
**Treatment Plan:** continue physical therapy services
**Frequency/duration:** 1-2 visits/week for 4 weeks

**Education/Follow Up**
Patient was provided instruction and training on self-therapy, and demonstrated accurate knowledge of the program.
Consent:  Patient agreed to treatment plan.

**Electronically Signed by Rayan Hagona-Wordie - PT on 09/02/2021 at 11:48 AM**
_____

**08/31/2021 - Chronic Care Clinic: upcoming procedure**
**Provider: A. Flora Amankwah Wright - PA-C**
**Location of Care: Correctional Treatment Facility**

**Chronic Care**
Visit Type:  Follow-Up

Current Medications:  METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid.
ANALGESIC BALM OINT (LINIMENTS OINT) AAA bid prn.x10 dys   First dose now; Route: EXTERNAL

Do you need a language interpreter?  No

Are you hard of hearing?  No

**HPI**

**Current Problems:**
PAIN IN LEFT SHOULDER (ICD-719.41) (ICD10-M25.512)
FRACTURE OF FIFTH METACARPAL BONE, RIGHT HAND (ICD-815.09) (ICD10-S62.306A)
EPIDERMOID CYST (ICD-706.2) (ICD10-L72.0)
URINARY HESITANCY (ICD-788.64) (ICD10-R39.11)
LOWER BACK PAIN (ICD-724.2) (ICD10-M54.5)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1) (ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Central Cell Block**                                    *September 15, 2021*
600 Indiana Avenue, N.W.   Washington, DC 20003                      Page  18
2027276182  Fax:                                          Chronic Care Clinic

**CHRISTOPHER WORRELL**                                        Home: 377183

Male  DOB: ▓▓▓▓▓▓                        377183


**Current Medications:**
METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid.
ANALGESIC BALM OINT (LINIMENTS OINT) AAA bid prn.x10 dys   First dose now; Route: EXTERNAL


**Current Allergies:**
* PERCOCET: HIVES (Critical)


**Other HPI**
Pt. with h/o cutaneous lymphoma.  He has an upcoming LN biopsy. He is currently on ASA.  He is here for discussion of cessation of ASA prior to procedure.  Pt. did take ASA this AM.  NO other medical complaints.


Do you currently work within the facility (have a "detail"?):

If yes, what area do you work in?:

If yes, does your job have any negative effects on your health or well-being?:



**Review of Systems**
**General:** Patient denies anorexia, chills, fatigue, malaise, sweats, weight loss.


**Vital Signs**
Height:  **75** in.
Weight:  **264** lbs.
BMI:  **33.12**
Temperature:  **97.2**  degrees F
Temp Site:  **Oral**
Respirations:  **16**
Pulse Rate:  **67**
Rhythm:  **Regular**
Blood Pressure:  **114/80**  mm Hg
(mm Hg)
Pulse Ox: 98%


**Physical Exam**

**General Appearance**
well developed, well nourished, well hydrated, in no acute distress


**Assessment and Plan**

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*September 15, 2021*
Page  19
Chronic Care Clinic

## CHRISTOPHER WORRELL

Home: 377183

Male  DOB:                                        377183

General health and wellness, including healthy diet and aerobic exercise during recreational time, reviewed with the patient. Health hazards of tobacco, illicit drug use, and excessive alcohol intake discussed and patient advised to quit if using, or not to initiate if not already using.
**Assessment/Plan:**
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE - Unchanged.  reviewed need to stop ASA prior to procedure
Pt. will not take meds after today
CC f/u as scheduled

Risks, benefits, and alternatives to treatment plan discussed.

Follow-up: prn.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.

**Electronically Signed by A. Flora Amankwah Wright - PA-C on 08/31/2021 at 9:46 AM**

---

**08/26/2021 - Rx Refill: METOPROLOL TARTRATE 25 MG ORAL TABLET, METOPROLOL TARTRATE 25 MG**
**Provider: Claudia Barrett - PA**
**Location of Care: Central Detention Facility**

**Medications:**
METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid. #180 x 1
       Entered by:    Claudia Barrett - PA
       Authorized by:  Margaret Crenshaw - MD
       Signed by:    Claudia Barrett - PA on 08/26/2021
       Method used:   Printed then faxed to ...

       RxID:   1945595683780070
METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid. #180 x 1
       Entered and Authorized by:    Claudia Barrett - PA
       Signed by:    Claudia Barrett - PA on 08/26/2021
       Method used:   Printed then faxed to ...

       RxID:   1945595683780030

**Central Cell Block**                                                                         *September 15, 2021*
600 Indiana Avenue, N.W.   Washington, DC 20003                                          Page 20
2027276182  Fax:                                                                               Chronic Care Clinic

**CHRISTOPHER WORRELL**                                                              Home: 377183
Male  DOB:                                          377183

---

**Electronically Signed by Claudia Barrett - PA on 08/26/2021 at 11:16 AM**
_____

**08/26/2021 - Rx Refill: METOPROLOL TARTRATE 25 MG ORAL TABLET**
**Provider: Claudia Barrett - PA**
**Location of Care: Central Detention Facility**

**Medications:**
METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid.
#180 x 1
             Entered by:      Claudia Barrett - PA
             Authorized by:   Eleni O'Donovan - MD
             Signed by:       Claudia Barrett - PA on 08/26/2021
             Method used:     Printed then faxed to ...

             RxID:    1945595390772060

**Electronically Signed by Claudia Barrett - PA on 08/26/2021 at 11:14 AM**
_____

**08/23/2021 - Chronic Care Clinic: Cutaneous lymphoma**
**Provider: Terry Nguyen - DO**
**Location of Care: Correctional Treatment Facility**

**Chronic Care**
Visit Type:  Follow-Up
Chief Complaint:  Cutaneous lymmphoma

Current Medications:  METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE)
Take 1 tab P.o bid.
ASPIRIN 81 MG TAB (ASPIRIN) Take one tab po Qdaily.
ANALGESIC BALM OINT (LINIMENTS OINT) AAA bid prn.x10 dys   First dose now; Route: EXTERNAL
IBUPROFEN 600 MG ORAL TABLET (IBUPROFEN) Take one tab po TID as needed for pain. take
mediciation with food to avoid GI upset; Route: ORAL
LIDOCAINE HCL 2 % EXTERNAL GEL (LIDOCAINE HCL) apply to affected area bid prn for pain; Route:
EXTERNAL
ARTIFICIAL TEARS SOLN (HYDROXYPROPYL METHYLCELLULOSE SOLN) 1 drop each eye every 4-
6 hours

Diet:  regular
Do you need a language interpreter?  No

Are you hard of hearing?  No

**Central Cell Block**                                                           *September 15, 2021*
600 Indiana Avenue, N.W.   Washington, DC 20003                                              Page  21
2027276182  Fax:                                                                Chronic Care Clinic

## CHRISTOPHER WORRELL                                                          Home: 377183
Male  DOB:                                     377183


### HPI

**Current Problems:**
PAIN IN LEFT SHOULDER (ICD-719.41) (ICD10-M25.512)
FRACTURE OF FIFTH METACARPAL BONE, RIGHT HAND (ICD-815.09) (ICD10-S62.306A)
EPIDERMOID CYST (ICD-706.2) (ICD10-L72.0)
URINARY HESITANCY (ICD-788.64) (ICD10-R39.11)
LOWER BACK PAIN (ICD-724.2) (ICD10-M54.5)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1)
(ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)


**Current Medications:**
METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid.
ASPIRIN 81 MG TAB (ASPIRIN) Take one tab po Qdaily.
ANALGESIC BALM OINT (LINIMENTS OINT) AAA bid prn.x10 dys   First dose now; Route: EXTERNAL
IBUPROFEN 600 MG ORAL TABLET (IBUPROFEN) Take one tab po TID as needed for pain. take
mediciation with food to avoid GI upset; Route: ORAL
LIDOCAINE HCL 2 % EXTERNAL GEL (LIDOCAINE HCL) apply to affected area bid prn for pain; Route:
EXTERNAL
ARTIFICIAL TEARS SOLN (HYDROXYPROPYL METHYLCELLULOSE SOLN) 1 drop each eye every 4-
6 hours


**Current Allergies:**
* PERCOCET: HIVES (Critical)


**Other HPI**
Cutaneous lymphoma - No new symptoms. Hx of refusal of the lymph node biopsy, and derm biopsy
because they had fallen on his lawyer/court dates.

Do you currently work within the facility (have a "detail"?):

If yes, what area do you work in?:

If yes, does your job have any negative effects on your health or well-being?:


## Review of Systems
**General:** Patient denies fatigue, malaise, weight loss.
**Skin:** Patient complains of itching, suspicious lesions.

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*September 15, 2021*
Page  22
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB:                              377183

Home: 377183

**Vital Signs**
Height: **75** in.
Temperature: **97.3**  degrees F
Temp Site: **Oral**
Respirations: **16**
Pulse Rate:  **38**
Blood Pressure:  **104/74**  mm Hg
(mm Hg)
Pulse Ox: 98%

**Physical Exam**

**General Appearance**
well developed, well nourished, well hydrated, in no acute distress

**Assessment and Plan**

General health and wellness, including healthy diet and aerobic exercise during recreational time,
reviewed with the patient. Health hazards of tobacco, illicit drug use, and excessive alcohol intake
discussed and patient advised to quit if using, or not to initiate if not already using.
**Assessment/Plan:**
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE - Unchanged.  Scheduled for lymph node
biopsy on 9/3/2021. Needs to be off of aspirin on 8/30/2021.

SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 - Unchanged.
Patient has appointment for derm biopsy on 9/7/2021.

Risks, benefits, and alternatives to treatment plan discussed.

Follow-up: in 2  weeks.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.

**Electronically Signed by Terry Nguyen - DO on 08/23/2021 at 3:10 PM**

---

**08/21/2021 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**

**Central Cell Block**                                                    *September 15, 2021*
600 Indiana Avenue, N.W.   Washington, DC 20003                                    Page  23
2027276182  Fax:                                                       Chronic Care Clinic

## CHRISTOPHER WORRELL                                                   Home: 377183
Male  DOB:                                  377183


Appointment status changed to canceled by
DeBreaka Posey - PA on 08/21/2021 4:53 PM.

Cancellation Comments
--------------------

pt request med refill

Appointment Information
----------------------

Appt Type:  CTF MD_Sick Call
     Date:  Sunday, August 22, 2021
     Time:  8:05 AM for 5 min
  Urgency:  Routine
  Made By:  Julia Dorsey - MA
 To Visit:  CTF Sick Call - Purple
   Reason:  C2B -3

Appt Comments
-------------


**Electronically Signed by Doctor Unity on 08/27/2021 at 10:52 AM**

_____


**08/21/2021 - TextNote: Sick Call TextNote**
**Provider: DeBreaka Posey - PA**
**Location of Care: Central Detention Facility**


Patient requesting refill of artifical eye drops. Order written 8/4/21 with refills. pharmacy alerted


**Electronically Signed by DeBreaka Posey - PA on 08/21/2021 at 4:53 PM**

_____


**08/21/2021 - Sick Call:  SC**
**Provider: Julia Dorsey - MA**
**Location of Care: Correctional Treatment Facility**
**This document contains external references**


SC


**Electronically Signed by Julia Dorsey - MA on 08/21/2021 at 3:17 PM**

_____

**Central Cell Block**                                          *September 15, 2021*
600 Indiana Avenue, N.W.   Washington, DC 20003                              Page 24
2027276182  Fax:                                              Chronic Care Clinic

**CHRISTOPHER WORRELL**                                          Home: 377183
Male  DOB:                                377183


**08/13/2021 - Chronic Care Clinic: f/u cutaneous lymphoma**
**Provider: Margaret Crenshaw - MD**
**Location of Care: Correctional Treatment Facility**


## Chronic Care

Current Medications:  METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE)
Take 1 tab P.o bid.
ASPIRIN 81 MG TAB (ASPIRIN) Take one tab po Qdaily.
ANALGESIC BALM OINT (LINIMENTS OINT) AAA bid prn.x10 dys   First dose now; Route: EXTERNAL
IBUPROFEN 600 MG ORAL TABLET (IBUPROFEN) Take one tab po TID as needed for pain. take
mediciation with food to avoid GI upset; Route: ORAL
LIDOCAINE HCL 2 % EXTERNAL GEL (LIDOCAINE HCL) apply to affected area bid prn for pain; Route:
EXTERNAL
ARTIFICIAL TEARS SOLN (HYDROXYPROPYL METHYLCELLULOSE SOLN) 1 drop each eye every 4-
6 hours
HYDROXYZINE HCL 10 MG ORAL TABLET (HYDROXYZINE HCL) take one tab twice daily for itching;
Route: ORAL


## HPI

**Current Problems:**
PAIN IN LEFT SHOULDER (ICD-719.41) (ICD10-M25.512)
FRACTURE OF FIFTH METACARPAL BONE, RIGHT HAND (ICD-815.09) (ICD10-S62.306A)
EPIDERMOID CYST (ICD-706.2) (ICD10-L72.0)
URINARY HESITANCY (ICD-788.64) (ICD10-R39.11)
LOWER BACK PAIN (ICD-724.2) (ICD10-M54.5)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1)
(ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)


**Current Medications:**
METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid.
ASPIRIN 81 MG TAB (ASPIRIN) Take one tab po Qdaily.
ANALGESIC BALM OINT (LINIMENTS OINT) AAA bid prn.x10 dys   First dose now; Route: EXTERNAL
IBUPROFEN 600 MG ORAL TABLET (IBUPROFEN) Take one tab po TID as needed for pain. take
mediciation with food to avoid GI upset; Route: ORAL
LIDOCAINE HCL 2 % EXTERNAL GEL (LIDOCAINE HCL) apply to affected area bid prn for pain; Route:
EXTERNAL
ARTIFICIAL TEARS SOLN (HYDROXYPROPYL METHYLCELLULOSE SOLN) 1 drop each eye every 4-
6 hours
HYDROXYZINE HCL 10 MG ORAL TABLET (HYDROXYZINE HCL) take one tab twice daily for itching;
Route: ORAL

**Central Cell Block**                                        *September 15, 2021*
600 Indiana Avenue, N.W.   Washington, DC 20003                              Page 25
2027276182  Fax:                                              Chronic Care Clinic

**CHRISTOPHER WORRELL**                                       Home: 377183
Male  DOB:                            377183

**Current Allergies:**
* PERCOCET: HIVES (Critical)


**Other HPI**
-

**#. Primary cutaneous follicular b cell lymphoma**
-recurrent, with lesions on face, neck, and upper chest
-**following with HUH oncology with recommednation for: repeat skin bx, bone marrow bx and PET/CT for interim staging**
---**skin bx** is pending (derm eval was scheduled but PT REFUSED visit, this has been rescheduled and is pending)
---**b**one marrow biopsy was completed 6/2021 and is WNL
---**PET/CT** scans done 6/2021 and significant for new "mildly active" submandibular and cervical lymphnodes c/f possible lymphamatous/tumor involvement
---given PET findings, seen by ENT with rec for **US-guided FNA** with IR --this was scheduled and pt refused, now awaiting new date
-**pt reports no changes today other than continued persistent itching**
-**this DID NOT improve with hydroxyzine which was started last visit**
[--additional history--]
-initially dx 2007 and tx w rituximab with subsequent recurrence and repeat tx w retuximab c/b development of an allergic vs infusion reaction
-recurrence dx again in 2019 with recommendation from onc at that time for repeat chemotherapy which the patient declined
-opted instead for treatment with an alternative medicine provider who prescribed topical rapamycin and naltrexone
-this regimen has not been continued as it is not evidence based and pt was instaed referred to HUH oncology as above

**#. R 5th metacarpal neck fracture**
-seen by Dr. Wilson (ortho hand) and rec'd for surgical repair
-unchanged
-awaiting OR date

**#. HTN, h/o tachycardia**
-on metoprolol h/o HTN and tachycardia
-BP and HR WNL today
-feeling well

**#. L shoulder pain**
-awaiting PT eval which is pending


**Review of Systems**
**ROS reviewed.  No changes.**


**Vital Signs**

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*September 15, 2021*
Page  66
Chronic Care Clinic

## CHRISTOPHER WORRELL

Home: 377183

Male  DOB: ████████                              377183

6/15/21
-have not yet yeard back from Dr. Ali regarding an updated POC, called the number on file for his MA, no answer
-will try again tomorrow

6/16/21
-spoke with Dr. Ali after pt's appointment today
-he recommends referral to ENT for eval for excisional biopsy
-if not able to surgically remove all impacted nodes, may require XRT in addition to chemo
-will determine tx plan once lymph node and skin biopsies are completed

**Electronically Signed by Margaret Crenshaw - MD on 06/16/2021 at 2:17 PM**

---

**06/12/2021 - Nursing Note**
**Provider: Christopher Asong - LPN**
**Location of Care: Correctional Treatment Facility**

patient is alert and verbally reponsive,received his artificial tears ophth drops.

**Electronically Signed by Christopher Asong - LPN on 06/12/2021 at 9:37 PM**

---

**06/11/2021 - Nursing Note**
**Provider: Linda Stephens - RN**
**Location of Care: Correctional Treatment Facility**

Seen by the provider no complaints voiced.

**Electronically Signed by Linda Stephens - RN on 06/11/2021 at 2:09 PM**

---

**06/11/2021 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**

```
Appointment status changed to canceled by
Nicole Morrison - PA on 06/11/2021 9:45 AM.

Cancellation Comments
--------------------
```

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*September 15, 2021*
Page 110
Chronic Care Clinic

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB: ▮▮▮▮▮▮                    377183

**Electronically Signed by Margaret Crenshaw - MD on 05/26/2021 at 3:26 PM**
_____

**05/25/2021 - TextNote: sc**
**Provider: Tamela Clinkscale**
**Location of Care: DC JAIL MMHS**
**This document contains external references**

**Electronically Signed by Tamela Clinkscale on 05/25/2021 at 5:06 PM**
_____

**05/25/2021 - TextNote: HUH Oncology Consult**
**Provider: Tamela Clinkscale**
**Location of Care: DC JAIL MMHS**
**This document contains external references**

**Electronically Signed by Tamela Clinkscale on 05/26/2021 at 6:51 AM**
_____

**05/25/2021 - Office Visit: care coordination, huh onc note**
**Provider: Marlon Mitchell - MD**
**Location of Care: Correctional Treatment Facility**

-have been attempting to obtain HUH onc notes for care coordination, was not available as of yesterday evening
-today after multiple attempts able to obtain outpt onc note
-notably, for cutaneous b cell lymphoma no b sxs, pt needs derm eval for repeat skin bx to assess the sample w/ molecular studies, PET scan for interim staging, will need to be treated given symptoms (pruritis) w/ tx likely to be Gazyva/Bendamustine
-->will also need bone bx + port placed
-->pt agreed w/ plan
-there are no s/s of recurrence for head and neck ca
-pt has already been referred to derm, for PET and bone marrow biopsy