# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-3040**                              **September Term, 2021**

**1:21-cr-00292-RCL-1**

**Filed On:** September 15, 2021

United States of America,

      Appellee

   v.

Christopher John Worrell,

      Appellant

### O R D E R

Upon consideration of the joint motion to dismiss appeal and appellant's affidavit in support of voluntary dismissal filed on September 14, 2021, it is

**ORDERED** that the motion be granted and this case be dismissed.  See D.C. Circuit Handbook of Practice and Internal Procedures 35 (2021).

The Clerk is directed to issue the mandate forthwith.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Shawntel R. Jackson
Deputy Clerk