UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTON D.C.

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.                            CASE NO.: 1:2021-CR-00292-RCL-1

CHRISTOPHER J. WORRELL,
    Plaintiff.
_____/

## JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL

COMES NOW, Alex R. Stavrou, P.A., and John M. Pierce, Esquire, who hereby stipulate and agree that Alex R. Stavrou, Esquire, be substituted as Counsel for Defendant, Christopher J. Worrell. It is further agreed that the record, (if any), currently in possession of John Pierce, Esquire, will be sent electronically or via First Class US Mail to Alex R. Stavrou, P.A. at 13046 Racetrack Road, #333, Tampa, Florida 33626 and that John Pierce, Esquire shall have no further responsibilities in the above captioned case.

_____
Alex R. Stavrou, Esquire
Alex R. Stavrou, P.A.
13046 Racetrack Road
#333
Tampa, Florida 33626
Phone: 813-251-1289x1
Fax:    813-489-2528
Fl Bar No.:  0108390

   /s/John M. Pierce, esq.
John Pierce, Esquire
Pierce Bainbridge, P.C.
355 S. Grand Avenue
44th Floor
Los Angeles, CA 90071
Phone: 213-400-7125
Fax:
California Bar No.:

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was sent via email delivery to John Pierce, Esquire, of Pierce Bainbridge, 355 S. Grand Avenue, 44th Floor, Los Angeles, California, 90071, and the United States Attorney, to Assistant United States Attorney William Kennelly Dreher, Esquire, 700 Stewart Street, Suite 5220, Seattle, Washington, 98101, on this 24th day of September, 2021.

Alex R. Stavrou, Esquire
Alex R. Stavrou, P.A.
13046 Racetrack Road, #333
Tampa, Florida 33626
Phone: (813) 251-1289
Fax:   (813) 489-2528
Florida Bar No.: 0108390
Attorney for Defendant