# Exhibit 3

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

*October  6, 2021*
Page   1
Chronic Care Clinic

**CHRISTOPHER WORRELL**                                          Home: 377183
Male  DOB: ____                              377183

**10/06/2021 - Chronic Care Clinic: f/u cutaneous lymphoma, L shoulder pain, etc**
**Provider: Margaret Crenshaw - MD**
**Location of Care: Correctional Treatment Facility**
**Status: ON HOLD DOCUMENT.  Contents are preliminary**

## Chronic Care

Current Medications:  ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) Take 2 tabs po
BID as needed for pain; Route: ORAL

### HPI

**Current Problems:**
BACK PAIN (ICD-724.5) (ICD10-M54.9)
RIGHT 5TH METACARPAL NECK FRACTURE (ICD-V54.12) (ICD10-S62.336D)
EPIDERMOID CYST (ICD-706.2) (ICD10-L72.0)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1)
(ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Current Medications:**
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) Take 2 tabs po BID as needed for
pain; Route: ORAL

**Current Allergies:**
* PERCOCET: HIVES (Critical)

**Other HPI**
#. Left shoulder pain
-with a fall in 5/2021
-imaging at the time without any e/o bony pathology
-pain had been stable and pt was referred to PT for management
-he completed three sessions but then at his fourth session c/o increased pain and stated he was not
able to tolerate additional PT or modalities
-today he states that the pain is persistent
-it fluctuates and is worse with certain movements
-feels like APAP helps somewhat but pain returns

#.  R leg pain
-pt reports that his "sciatica is acting up"
-reports left lower back pain with radiation into the left buttocks and left leg
-pt reports a h/o similar smpyomts but that it hasn't flared up in "years"
-in the past, he was seeing pain management and was on gabpentin for a short time

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

*October  6, 2021*
Page  2
Chronic Care Clinic

**CHRISTOPHER WORRELL**                                                Home: 377183
Male  DOB: ▆▆▆▆▆▆                                    377183

#. Left lower tooth pain
-reports the tooth is broken and has been increasingly painful
-was prev seen by dental and recommended for an extraction but refused at the time
-now states he would like to return for a re-eval
**#. Primary cutaneous follicular b cell lymphoma**
-recurrent, with lesions now on face, neck, and upper chest
-only sympom is persistent itching which did not improve with prior trial of antihistamine
-following with HUH oncology with recommednation for: repeat skin bx, bone marrow bx and PET/CT for
interim staging --these have all been completed
---skin bx completed, path shows superficial and deep atypical lymphoid infiltrate consistent with B cell
lymphoma, c/w recurrence of B cell lymphoma, follicular center cellt ype
---bone marrow biopsy was completed 6/2021 and is WNL
---PET/CT scans done 6/2021 and significant for new "mildly active" submandibular and cervical
lymphnodes c/f possible lymphamatous/tumor involvement
---US-guided FNA done of active lyhphnodes, pathology reviewed with no evidence of metastatic cancer
-since our last visit, **pt had a follow up with oncology:**
-recommended for treatment given refractory pruitis with plan for gazyva/bendamustine
-per oncology, would have preferred exicisional biopsy of the lymphnodes given h/o lymphoma, pt has
been referred back to ENT
-also recommended for eval with rad onc to determine if XRT is indicated in management, referral written

**#. HTN, h/o tachycardia**
-prev on metoprolol reported h/o HTN and tachycardia
-BP and HR are again WNL off of metoprolol
-pt continues to be asymptomatic

**Vital Signs**
Height:  **75** in.
Weight:  **262** lbs.
BMI:  **32.87**
Temperature:  **97.2**  degrees F
Temp Site:  **Oral**
Respirations:  **16**
Pulse Rate:  **86**
Rhythm:  **Regular**
Blood Pressure:  **126/87**  mm Hg
(mm Hg)
Pulse Ox: 98%

**Physical Exam**

**General Appearance**
Comfortable, NAD
**Ears/Nose/Throat**
**Lips/Teeth/Gums:**  #19 with decay, no palpable fluid collection or abscess, no drainage
**Respiratory**
**Effort:**  Normal
**Musculoskeletal**
**Gait & Station:**  Normal

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

*October  6, 2021*
Page   3
Chronic Care Clinic

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB: ███████                                   377183

**Spine, Ribs,& Pelvis:**  No spinal TTP. Mild TTP along low back paraspinal muscles on the right
**Extremities**
**LUE:**  Left shoulder: no deformity or step-offs, no bony TTP. TTP along trap. and supraspinatus with some TTP at lateral and anterior humreral head.  Normal strength testing throughout.  ROM is limited with vertical active abduction and flexion 2/2 pain. Adduction intact.  No pain or issue with internal/external rotation or horizontal abuduction/adduction
**Skin**
**Inspection:**  Normal
**Mental Status and Exam**
**Mood & Affect:**  Normal


**Assessment and Plan**
**Assessment/Plan:**
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE.
-recommended for treatment with gazyva and bendamustine given symptoms of refractory puritis
-per onc, would also like excisional lymph node biopsy and rad onc consultation (referred)
-will clarify if onc would like these done prior to starting first cycle of chemo

PAIN IN LEFT SHOULDER.
-likely 2/2 rotator cuff tendinopathy without c/f tear on exam and prev xray without e/o bony abnormalties
-was prev referred to PT and completed 3 sessions but was not able to conitnue due to pain
-may benefit from subacromial glucocorticoid injection and return to PT if pain improves such that he can tolerate
-scheduled for eval for this

BACK PAIN.
-mild back pain with radiation into right leg c/w pt's report of prev diagnosed sciatica
-will start naproxen , precautions reviewed
-encouraged stretching, strengthening as able
-f/u in 2 weeks for re-eval or sooner as needed

HYPERTENSION.
-BP and HR continue to be well controlled off of medication
-will continue to monitor

RIGHT 5TH METACARPAL NECK FRACTURE.
-awaiting OR date

OTHER SPECIFIED DISORDERS OF TEETH AND SUPPORTING STRUCTURES - Unchanged.
-no e/o abscess
-pt prev rec'd for extraction but refused
-today states he would like to be re-evaluated by dental, referral provided
Orders: DENTAL

Risks, benefits, and alternatives to treatment plan discussed.

Follow-up: in 2  weeks.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

*October  6, 2021*
Page   4
Chronic Care Clinic

**CHRISTOPHER WORRELL**                                      Home: 377183
Male  DOB: ▮▮▮▮▮▮                        377183

Directives reviewed today.
**New Orders:**  DENTAL [DEN]

_____

**10/03/2021 - Sick Call: SMU : back pain**
**Provider: Nicole Morrison - PA**
**Location of Care: Correctional Treatment Facility**

## Sick Call Provider
Referral Source: Self

Chief Complaint: SMU : back pain

Reason for Visit: SMU : back pain

HPI: This 50 yo male who is seen during SMU rounds is requesting Tylenol "my sciatica is bothering me."
Review of chart and pt with complaints of back pain as early as 4/2021. He denies recent injury or
trauma. He denies extremity weakness, bladder or bowel disturbance, tingling or numbness

Vitals not clinically indicated.

## Review of Systems
**Musculoskeletal:** Patient complains of back pain.

## Physical Exam

### General Appearance
well developed, well nourished, well hydrated, in no acute distress
### Respiratory
**Effort:**  no intercostal retractions or use of accessory muscles, non labored breathing, able to speak in
clear sentences, no cough
### Extremities
**RUE:**  able to move
**LUE:**  able to move
**RLE:**  able to move
**LLE:**  able to move

## Assessment and Plan
**Assessment/Plan:**

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

*October  6, 2021*
Page  5
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: ▓▓▓▓▓                                      377183

Home: 377183

BACK PAIN.  1. medication as prescribed
2. review of chart CC appt pending
Patient informed on how to utilize the sick call process and advised that if you feel like your health
concerns are not being addressed, please follow the DOC grievance process as stated in the Inmate
Handbook.

Medications: Acetaminophen 500 mg oral tablet Take 2 tabs po BID as needed for pain.

Risks, benefits, and alternatives to treatment plan discussed.

Follow-up: prn.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.

**Problems:**  BACK PAIN (ICD-724.5) (ICD10-M54.9)
ARM PAIN, LEFT (ICD-729.5) (ICD10-M79.602)
RIGHT 5TH METACARPAL NECK FRACTURE (ICD-V54.12) (ICD10-S62.336D)
EPIDERMOID CYST (ICD-706.2) (ICD10-L72.0)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1)
(ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Medications:**  ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) Take 2 tabs po BID as
needed for pain; Route: ORAL

**Allergies:**  * PERCOCET: HIVES (Critical)

**Electronically Signed by Nicole Morrison - PA on 10/03/2021 at 5:00 PM**
_____

**10/02/2021 - TextNote: MH REf - Anxiety  due to being placed on PC**
**Provider: Ella Robertson-Strother - PA**
**Location of Care: Correctional Treatment Facility**

50 yo m with PMHX ARM PAIN, LEFT (ICD-729.5) (ICD10-M79.602)
RIGHT 5TH METACARPAL NECK FRACTURE (ICD-V54.12) (ICD10-S62.336D)
EPIDERMOID CYST (ICD-706.2) (ICD10-L72.0)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

*October  6, 2021*
Page   6
Chronic Care Clinic

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB: ████                                    377183

SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1) (ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)

 Pt requests PC and is being placed in SMU- very anxious ; will request MH ref. - alerted.
Checked on Client in SMU - per officers. Pt is very quiet,MH alerted.

**Electronically Signed by Ella Robertson-Strother - PA on 10/03/2021 at 6:20 AM**
_____

**09/30/2021 - Urgent Care: Pre-Segregation Health EvaluationC2B-**
**Provider: Ella Robertson-Strother - PA**
**Location of Care: Correctional Treatment Facility**

**Vital Signs**
Height:  **75** in.
Temperature:  **97.4**  degrees F
Temp Site:  **Oral**
Respirations:  **20**
Pulse Rate:  **101**
Rhythm:  **Regular**
Blood Pressure:  **137/100**  mm Hg
(mm Hg)
Pulse Ox: 100%

**Pre-Segregation Health Evaluation**

Name:  **CHRISTOPHER WORRELL**        DCDC#:  **377183**
This inmate received a health assessment to determine if he/she has any medical or mental health contraindications for placement in a segregation unit.

Is the patient on medication for a psychiatric diagnosis?  **No**

Does the patient otherwise require mental health clearance?  **No**
Is patient cleared for administrative segregation by Mental Health?  **Yes**

Is patient medically cleared for administrative segregation?  **Yes**

Special needs?  **No**

Electronically signed by:  **Ella Robertson-Strother - PA** (Medical Provider)
Date/Time: **September 30, 2021 2:49 AM**

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

*October  6, 2021*
Page  7
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB:                                       377183

Home: 377183

## Physical Exam

**General Appearance**
Comfortable, NAD   verbally appropriate- a little anxious
**Head**
**Inspection:**  Inspection:  NC/AT
**Eyes**
**External:**  conjunctivae and lids normal
**Pupils:**  equal, round, reactive to light
**Ophthalmoscopic:**  ne
**Ears/Nose/Throat**
**External Ears:**  normal, no lesions or deformities
**Otoscopic:**  canals clear,
**Hearing:**  grossly intact
**External Nose:**  normal, no lesions or deformities
**Nasal:**  mucosa, septum, and turbinates normal
**Lips/Teeth/Gums:**  mucosa pink and moist
**Pharynx:**  op clear
**Neck**
**Neck:**  supple
**Chest/Breast**
**Breast Inspection:**   ne
**Breast Palpation:**  ne
**Respiratory**
**Effort:**  Normal
**Percussion:**  ctab
**Palpation:**  normal
**Auscultation:**  CTAB  no rales, rhonchi, or wheezes
**Cardiovascular**
**Palpation:**  normal fremitus
**Auscultation:**  S1 S2 +
**Femoral Arteries:**  pulse
**Pedal Pulses:**  2+ radial pulse
**Peripheral Circulation:**  no cyanosis, clubbing, edema, or varicosities
**Gastrointestinal**
**Abdomen:**  wnl bs x4
**Liver & Spleen:**  no enlargement or nodularity
**Hernia:**  no hernias
**Musculoskeletal**
**Gait & Station:**  Normal  gait normal coordination of all extremities
**Neck:**  normal strength, no deformities
**Spine, Ribs,& Pelvis:**  normal
**Extremities**
**RUE:**  walking independently
**LUE:**  walking independently
**RLE:**  walking independently
**LLE:**  walking independently
**Lymphatic**
**Misc:**  Cervical:  no cervical or supraclavicular lymphadenopathy

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

*October  6, 2021*
Page   8
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: ▓▓▓▓                                        377183

Home: 377183

**Neurological**
**Cranial Nerves:**  II - XII grossly intact
**Sensation & Strength:**  grossly intact
**Skin**
**Inspection:**  biopsy sites on face  resolved well
**Mental Status and Exam**
**Judgement:**  intact
**Orientation:**  oriented to time, place, and person
**Memory:**  intact for recent and remote events
**Mood & Affect:**  Normal  a little anxious but coorperative
**Assessment & Plan Summary:**   Pt reports that his life was threatened
 Pt placed on PC- No injuries noted.   physical exam wnl.
 preseg sheets prepared wnl/ Reassurance given
Pt educ on how to contact medical
Pt offered Covid vaccine- refused at this time.
 will consider later.
 Pt sent to unit selected by sEcurity. Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.

**Problems:**  ARM PAIN, LEFT (ICD-729.5) (ICD10-M79.602)
RIGHT 5TH METACARPAL NECK FRACTURE (ICD-V54.12) (ICD10-S62.336D)
EPIDERMOID CYST (ICD-706.2) (ICD10-L72.0)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1)
(ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Allergies:**  * PERCOCET: HIVES (Critical)

**Electronically Signed by Ella Robertson-Strother - PA on 09/30/2021 at 10:15 AM**
_____

**09/30/2021 - Urgent Care: Nursing**
**Provider: Marcel Ngoh - RN**
**Location of Care: Correctional Treatment Facility**

URGENT CARE _ RN
1 Vitals

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

*October  6, 2021*
Page  9
Chronic Care Clinic

**CHRISTOPHER WORRELL**                                             Home: 377183
Male  DOB: ███████                          377183

Vital Signs
Temperature(): 97.4 degrees F
Pulse: 101
Respirations: 20
Blood pressure: 137/100 mm Hg
SPO, 100%.
Patient was brought to medical 68 for evaluation for any contraindication to transfer. He was stable,alert
and oriented to self, place and time. Patient denied any pain and has no injury. He was seen by the PA
on duty before the movement.

**Electronically Signed by Marcel Ngoh - RN on 10/02/2021 at 4:45 AM**
_____

**09/29/2021 - TextNote: medical records HUH oncology visit note**
**Provider: Tamela Clinkscale**
**Location of Care: DC JAIL MMHS**
**This document contains external references**

**Electronically Signed by Tamela Clinkscale on 09/29/2021 at 3:08 PM**
_____

**09/29/2021 - Urgent Care: Patient Return HUH oncology**
**Provider: Sherree Toney - PA**
**Location of Care: Correctional Treatment Facility**

**Patient Return**
Hospital:  HUH
Return Type:  Outside Consultation
Records Received:  Yes
Comments:  please see attached oncology note and plan. recs for labs, chemo Gazyva/Bendamustine 28
day cycles for 6 cycles, additional
labs will need to be ordered prior to chemo sessions
Referrals Written:  Yes
Follow-Up:  Chronic Care Clinic
Scheduled:  Yes

**Process Orders**
Check Orders Results:
    LabCorp: ABN not required for this insurance.

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

*October  6, 2021*
Page  10
Chronic Care Clinic

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB: ▨▨▨▨▨                                        377183

Tests Sent for requisitioning (September 29, 2021 11:44 AM):
  09/29/2021: LabCorp -- CMP14+eGFR [334943] (signed)
  09/29/2021: LabCorp -- CBC With Diff [005009] (signed)
  09/29/2021: LabCorp -- Magnesium, RBC [080283] (signed)

**Electronically Signed by Sherree Toney - PA on 09/29/2021 at 11:46 AM**
─────────────────────────────────────────────────────────────

**09/29/2021 - TextNote: Eye Drop Clarification Medication**
**Provider: Sheila Smith - NP**
**Location of Care: Central Detention Facility**

Artificial Tears Ordered--Forumulary.

**Electronically Signed by Sheila Smith - NP on 09/29/2021 at 9:39 AM**
─────────────────────────────────────────────────────────────

**09/28/2021 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**

```
Appointment status changed to canceled by
Sheila Smith - NP on 09/28/2021 5:33 PM.

Cancellation Comments
---------------------

SC slip reviewed patient has an upcoming CC appt, flag sent.

Appointment Information
-----------------------

Appt Type:  Sick Call_MD
      Date: Tuesday, September 28, 2021
      Time: 8:45 AM for 5 min
   Urgency: Routine
   Made By: Joyce Oppong - NP
  To Visit: CTF Sick Call - Purple
    Reason: C2B r/s from 9/27

Appt Comments
-------------
```