UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Case No. 1:21-cr-00292-RCL-1 |
| ) | |
| CHRISTOPHER WORRELL,      ) | |
| ) | |
| Defendant.                ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JOHN M. PIERCE
ON BEHALF OF DEFENDANT CHRISTOPHER WORRELL**

Pursuant to Local Civil Rule 83.6(b). the undersigned counsel hereby respectfully withdraws his appearance for Defendant Christopher Worrell in the above-caption matter. As of September 24, 2021, Alex R. Stavrou, Sr. of Alex R. Stavrou, P.A. has been retained and will be substituting as counsel of record for Defendant Christopher Worrell. Mr. Stavrou has filed an Appearance of Counsel form in this case.  *See* ECF No. 98.   As Mr. Stavrou will remain as lead counsel, there will be no delay in these proceedings.

Date: October 8, 2021                                  Respectfully Submitted,

*/s/ John M. Pierce*

John M. Pierce (*PHV Admitted*)
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Tel: (213) 400-0725
Email: jpierce@piercebainbridge.com

**CERTIFICATE OF SERVICE**

      I, John M. Pierce, hereby certify that on this day, October 8, 2021, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                             /s/ John M. Pierce
                                             John M. Pierce