## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>CHRISTOPHER WORRELL,<br><br>Defendant. | Case No. 21-cr-00292 (RCL) |

## NOTICE OF WITHDRAWL OF APPEARANCE OF RAMSEY KADDOURA ON BEHALF OF DEFENDANT CHRISTOHPER WORRELL

Pursuant to Local Civil Rule 83.6(b). the undersigned counsel hereby respectfully withdraws his appearance for Defendant Christopher Worrell in the above-caption matter. As of September 24, 2021, Alex R. Stavrou, Sr. of Alex R. Stavrou, P.A. has been retained and will be substituting as counsel of record for Defendant Christopher Worrell. Mr. Stavrou has filed an Appearance of Counsel form in this case. *See* ECF No. 98. As Mr. Stavrou will remain as lead counsel, there will be no delay in these proceedings.

Dated: October 8, 2021

/s/ Ramsey Kaddoura
Ramsey Kaddoura (*PHV Admitted*)

/s/ John M. Pierce
John M. Pierce
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Tel: (213) 262-9333
jpierce@piercebainbridge.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 8, 2021, this motion and the accompany declaration was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ John M. Pierce
John M. Pierce