UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

CHRISTOPHER WORRELL,

*Defendant.*

Case No. 1:21-cr-292-RCL

## ORDER

For the reasons stated in open court, it is **ADJUDGED** that the Warden of the D.C. Jail Wanda Patten and Director of the D.C. Department of Corrections Quincy Booth are in civil contempt of court. The Clerk of the Court is **ORDERED** to transmit a copy of this order this order to the Attorney General of the United States for appropriate inquiry into potential civil rights violations of January 6 defendants, as exemplified in this case. Assistant United States Attorney William K. Dreher can provide appropriate records from this case.

**IT IS SO ORDERED.**

Date: 10/13/21

Royce C. Lamberth
United States District Judge

1