UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No.: 21-cr-292 RCL |
| v. : | |
| CHRISTOPHER WORRELL, : | |
| Defendant. : | |

**NOTICE OF FILING OF DEFENDANT'S MEDICAL RECORDS**

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, and Assistant United States Attorney William Dreher, hereby files the attached medical records (attached as Exhibit 4), received from the D.C. Department of Corrections/D.C. Jail today. The government has conferred with defense counsel regarding this filing, to ensure appropriate redactions were made in the attached documents. These records were provided to the United States Marshals Service on Tuesday, October 12, and the government's understanding is that the Court then received these records. The government files these records to comply with this Court's order of October 9, 2021, ordering that the government file with the Court any records provided by the Department of Corrections in response to that order.

In particular, the attached Exhibit 4 includes the amended narrative notes from Dr. Wilson relating to Mr. Worrell's hand fracture (pages 4-5), the original narrative notes from Dr. Wilson (pages 6-7), and notes of a follow-up conversation between Dr. Wilson and Dr. O'Donovan (of the D.C. Jail's medical staff) last Thursday, October 7 (page 3).

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:   */s/ William Dreher*
WILLIAM DREHER
Assistant United States Attorney
D.C. Bar No. 1033828
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-4579
william.dreher@usdoj.gov