Exhibit 4

**Central Detention Facility**                                    *October 12, 2021*
1901 D Street, SE   Washington, DC 20003                              Page 1
 Fax:                                                          Chart Summary

**CHRISTOPHER WORRELL**                                       Home: 377183
Male  DOB:                                    377183

## Patient Information

| | | | |
|---|---|---|---|
| **Name:** | CHRISTOPHER WORRELL | **Home Phone:** | 377183 |
| **Address:** | | **Work Phone:** | |
| **Patient ID:** | | **Fax:** | |
| **Birth Date:** | | **Status:** | Active |
| **Gender:** | | **Marital Status:** | |
| **Contact By:** | | **Race:** | White |
| **Soc Sec No:** | | **Language:** | |
| **Resp Prov:** | | **Unit/Cell:** | |
| **Referred by:** | | **Emp. Status:** | |
| **Email:** | | **Sens Chart:** | No |
| **Home LOC:** | Central Detention Facility | **DCDC:** | 377183 |

## Problems

OPEN WOUND ON LEFT FOOT (ICD-906.1) (ICD10-S91.309S)
OTHER SPECIFIED DISORDERS OF TEETH AND SUPPORTING STRUCTURES (ICD-525.8) (ICD10-K08.89)
PAIN IN LEFT SHOULDER (ICD-719.41) (ICD10-M25.512)
BACK PAIN (ICD-724.5) (ICD10-M54.9)
RIGHT 5TH METACARPAL NECK FRACTURE (ICD-V54.12) (ICD10-S62.336D)
EPIDERMOID CYST (ICD-706.2) (ICD10-L72.0)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1) (ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)

## Procedures

## Medications

ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) Take 2 tabs po BID as needed for pain
Last Refill:  #60 x 0, 10/03/2021, Nicole Morrison - PA
NAPROXEN 500 MG ORAL TABLET (NAPROXEN) take one tab every 12 hours as needed for pain, take with food
Last Refill:  #40 x 1, 10/06/2021, Margaret Crenshaw - MD
CVS DRY EYE RELIEF 0.2-0.2 % OPHTHALMIC SOLUTION (GLYCERIN-HYPROMELLOSE-PEG 400) Instill one drop on  each eye every 6 hours Qdialy.
Last Refill:  #1 x 0, 10/10/2021, Joyce Oppong - NP
BACITRACIN (EX) OINT (BACITRACIN OINT) Clean and apply to affected area bid x 5days. Given 3pks
Last Refill:  #3 x 0, 10/12/2021, Eleni O'Donovan - MD

## Immunizations

(Immunizations from observation terms)
TB-PPD: Done (04/13/2021)

## Directives

DR. BINO RUCKER  CELL:                    (INTERGRATIVE MEDICINE SPECIALIST, FLORIDA)
                    MA FOR DR ALI

Report run by Lynda Boykin - HIMS Manager

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

*October 12, 2021*
Page 2
Chart Summary

**CHRISTOPHER WORRELL**
Male  DOB:                               377183

Home: 377183

### Allergies and Adverse Reactions
* PERCOCET: HIVES (Critical)

### Services Due

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

## CHRISTOPHER WORRELL
Male  DOB: ▓▓▓▓▓▓▓           377183

Home: 377183

**10/07/2021 - TextNote: Communication with HUH Ortho**
**Provider: Eleni O'Donovan - MD**
**Location of Care: Central Detention Facility**

I spoke with Dr. Wilson who saw the patient this summer. Per Dr. Wilson, Mr. Worrell's injury is often treated conservatively and he had not thought patient needed surgery when he evaluated him in June. When I explained that the documentation sent by HUH indicated that we should be setting up surgery, he scheduled the patient for a follow-up visit next week to re-evaluate and determine the next step. Per referral coordinator appt currently is 10/14/21.

**Electronically Signed by Eleni O'Donovan - MD on 10/08/2021 at 3:37 PM**

*Amanda's Note*
*377143*

## HOWARD UNIVERSITY
### Faculty Practice Plan
### Orthopaedics and Rehabilitative Services

RE: Christopher Worrell
MRN: 3544810
DOB:

06/10/2021

**Chief Complaint**
1. Hand Problem
Pt. is present for a follow-up concerning his 5th Met (Right Hand)

**History of Present Illness**
HPI: Mr. Worrell Suffered a right hand injury on 05/16/21, he was brought to the emergency room at age 2 H were radiographs confirmed a metacarpal diaphyseal fracture. The patient was treated with closed reduction and application of a protective splint. Patient now presents for initial evaluation and treatment in the clinic. He has no significant pain. He has removed the splint.

**Active Problems**
1. Follicular center nodal or systemic B-cell lymphoma with skin involvement (202.00)
2. History of chemotherapy (V87.41) (Z92.21)
3. History of head and neck cancer (V10.89) (Z85.89)

**Allergies**
1. Percocet TABS

**Physical Exam**

Constitutional:. general appearance normal.
Musculoskeletal:. normal gait and station.
Right Hand: Appearance: Moderate swelling dorsally, loss of knuckle prominence over 4th and 5th metacarpal heads, skin intact. Tenderness: diffuse dorsal aspect of the hand and metacarpal(s). Palpatory findings include no crepitus ( limited range of motion noted.)

Psychiatric:. orientation to person, place, and time normal. normal mood and affect.

**Results/Data**

Views:  of the right hand.
Findings.
5th metacarpal diaphyseal fracture, comminuted, dorsal angulation 70?, healed 4th metacarpal fracture with mild dorsal angulation, 5th CMC joint with moderate signs of degenerative wear.

**Assessment**
1. Fracture of shaft of fifth metacarpal bone of right hand (815.03) (S62.326A)

**Discussion/Summary**
the patient has a significant injury though we will treated conservatively. Patient agrees to an ulnar gutter cast. We will follow up in 3-4 weeks for re-evaluation, re-evaluation.

Howard Faculty Practice Plan
Orthopaedics and Rehabilitative Services
2041 Georgia Avenue, NW
Suite A, 1st Floor HUH
Washington, DC  20060

Opt-Out: Not Defined

Christopher Worrell                                                                2 of 2

06/10/2021

ADDENDUM: 7/8/21
Actually, the patient has requested surgery for this injury. There has been a misunderstanding, noted in the initial
documentation. Surgery is indicated. We will begin the scheduling for this patient as soon as possible.

RHW

Amended By: Wilson, Robert; Jul 08 2021 2:05 PM EST

Signatures
Electronically signed by : Robert Wilson, MD, Jul 8 2021 2:10 PM EST (Author)

Howard Faculty Practice Plan
Orthopaedics and Rehabilitative Services
2041 Georgia Avenue, NW
Suite A, 1st Floor HUH
Washington, DC  20060

Opt-Out: Not Defined
5



HOWARD
UNIVERSITY
Faculty Practice Plan
Orthopaedics and Rehabilitative Services

RE: Christopher Worrell
MRN: 3544810
DOB:

06/10/2021

## Chief Complaint
1. Hand Problem
Pt. is present for a follow-up concerning his 5th Mel (Right Hand)

## History of Present Illness
HPI: Mr. WorrellSuffered a right hand injury on 05/16/21. he was brought to the emergency room at age 2 H were radiographs confirmed a metacarpal diaphyseal fracture. The patient was treated with closed reduction and application of a protective splint. Patient now presents for initial evaluation and treatment in the clinic. He has no significant pain. He has removed the splint.

## Active Problems
1. Follicular center nodal or systemic B-cell lymphoma with skin involvement (202.00)
2. History of chemotherapy (V87.41) (Z92.21)
3. History of head and neck cancer (V10.89) (Z85.89)

## Allergies
1. Percocet TABS

## Physical Exam

Constitutional:. general appearance normal.
Musculoskeletal:. normal gait and station.
Right Hand: Appearance: Moderate swelling dorsally, loss of knuckle prominence over 4th and 5th metacarpal heads, skin intact. Tenderness: diffuse dorsal aspect of the hand and metacarpal(s). Palpatory findings include no crepitus. ( limited range of motion noted.)

Psychiatric:. orientation to person, place, and time normal. normal mood and affect.

## Results/Data

Views:  of the right hand.
Findings:
5th metacarpal diaphyseal fracture, comminuted, dorsal angulation 70?, healed 4th metacarpal fracture with mild dorsal angulation, 5th CMC joint with moderate signs of degenerative wear.

## Assessment
1. Fracture of shaft of fifth metacarpal bone of right hand (815.03) (S62.326A)

## Discussion/Summary
the patient has a significant injury though we will treated conservatively. Patient agrees to an ulnar gutter cast. We will follow up in 3-4 weeks for re-evaluation.

Howard Faculty Practice Plan
Orthopaedics and Rehabilitative Services
2041 Georgia Avenue, NW
Suite A, 1st Floor HUH
Washington, DC  20060

Opt-Out: Not Defined

Christopher Worrell

2 of 2

06/10/2021

**Signatures**
Electronically signed by : Robert Wilson, MD: Jun 22 2021  6:58PM EST (Author)

Howard Faculty Practice Plan
Orthopaedics and Rehabilitative Services
2041 Georgia Avenue, NW
Suite A, 1st Floor HUH
Washington, DC  20060

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
Fax:

*October 12, 2021*
Page 1
Urgent Care

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB:                                    377183

**06/10/2021 - Urgent Care: Patient Return Ortho (Wilson)**
**Provider: Charles Sarbeng - DNP**
**Location of Care: Correctional Treatment Facility**

**Patient Return**
Hospital:  HUH
Return Type:  Outside Consultation
Comments:  patient returned from HUH ortho with Dr Wilson. Report
Diagnosis: right small finger metacarpal diaphyseal fracture sustained 2 1/2 weeks ago.
Recommended surgical fixation. Obtain pre-op labs, cbc, bmp, covid test, urine drug screen, ekg, cxt, call
orthopedic clinic at                              for any question.
referral generated
labs ordered

covid screening, EKG and CXR pending surgery date

**Process Orders**
Check Orders Results:
    LabCorp: ABN not required for this insurance.
Tests Sent for requisitioning (June 10, 2021 1:54 PM):
    06/10/2021: LabCorp -- CBC With Diff [005009] (signed)
    06/10/2021: LabCorp -- Basic Metab Panel [322758] (signed)

**Electronically Signed by Charles Sarbeng - DNP on 06/11/2021 at 9:30 AM**

**06/11/2021 - Append: Patient Return Ortho (Wilson)**
**Provider: Charles Sarbeng - DNP**
**Location of Care: Correctional Treatment Facility**

urine toxicology

**Electronically Signed by Charles Sarbeng - DNP on 06/11/2021 at 10:34 AM**

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

**CHRISTOPHER WORRELL**                                              Home: 377183
Male  DOB: ██████                          377183

**05/17/2021 - Nursing Note: Hospital return**
**Provider: Marcel Ngoh - RN**
**Location of Care: Correctional Treatment Facility**

**Vital Signs**
Height: **75** in.
Temperature: **97.8**  degrees F
Temp Site:  **Oral**
Pulse Rate:  **77**
Rhythm: **Regular**
Blood Pressure:  **116/87**  mm Hg
(mm Hg)
Pulse Ox: 96%
Hospital returned with hands right hand, 5th finger metacarpal neck fracture. patient has an AC wrap
support on his right hand. He denies having any pain at this time before returning to his unit.

**Electronically Signed by Marcel Ngoh - RN on 05/17/2021 at 6:48 AM**

---

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

*October 12, 2021*
Page 1
Urgent Care

## CHRISTOPHER WORRELL
Male  DOB: ▓▓▓▓▓                                377183

Home: 377183

**05/17/2021 - Urgent Care: Patient Return: HUH ER**
**Provider: Cheikhna Aidara - PA**
**Location of Care: Correctional Treatment Facility**

**Vital Signs**
Height: **75** in.
Temperature: **97.8**  degrees F
Temp Site: **Oral**
Respirations: **20**
Pulse Rate: **77**
Rhythm: **Regular**
Blood Pressure: **116/87**  mm Hg
(mm Hg)
Pulse Ox: 96%

**Patient Return**
Hospital:  HUH
Return Type:  Emergency Department
Medications:  None
Records Received:  Yes
Comments:  Consult sheet with recommendations received.
Referrals Written:  Yes
Comments:  Follow up with Dr Wilson in a week.
Follow-Up:  Chronic Care Clinic, Outside Clinic
Scheduled:  Yes
Comments:  Patient recommended to follow up in two days with Ortopedic Dr Wilson.

**Electronically Signed by Cheikhna Aidara - PA on 05/17/2021 at 5:11 AM**

---

**05/17/2021 - Append: Patient Return: HUH ER**
**Provider: Cheikhna Aidara - PA**
**Location of Care: Correctional Treatment Facility**

- Closed right 5th metacarpal neck fracture
- Closed Reduced.
- Follow up with Dr Wilson in one week.

**Electronically Signed by Cheikhna Aidara - PA on 05/17/2021 at 5:27 AM**

---

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

**CHRISTOPHER WORRELL**
Male  DOB:                        377183

Home: 377183

**Central Detention Facility**
1901 D Street, SE  Washington, DC 20003
 Fax:

## CHRISTOPHER WORRELL

Home: 377183

Male  DOB:               377183


**05/16/2021 - Urgent Care: Onjury Right Hand**
**Provider: Meena Kumar - NP**
**Location of Care: Correctional Treatment Facility**
**This document contains external references**


## Vital Signs
Height:  **75** in.
Temperature:  **98.2**  degrees F
Temp Site:  **Oral**
Respirations:  **18**
Pulse Rate:  **93**
Rhythm:  **Regular**
Blood Pressure:  **120/78**  mm Hg
(mm Hg)
Pulse Ox: 98%


## HPI
HPI: 49 year old male came to Urgent care with officers to be seen,
C/O injury Right hand about half hour ago ,
Patient  reproted slipped and fall  while walking on unit and tried to break fall with Right hand,
 Hx of injury and fracture with metal placed  few years ago
C/O pain 9/10
**Previous TST:**  0 (04/15/2021 10:01:56 PM)

**Current Problems:**
EPIDERMOID CYST (ICD-706.2) (ICD10-L72.0)
URINARY HESITANCY (ICD-788.64) (ICD10-R39.11)
LOWER BACK PAIN (ICD-724.2) (ICD10-M54.5)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1)
(ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)


**Current Medications:**
METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid.
First dose now; KOP
ASPIRIN 81 MG TAB (ASPIRIN) Take one tab po Qdaily.  First dose now; KOP
ANALGESIC BALM OINT (LINIMENTS OINT) AAA bid prn.x10 dys   First dose now; Route: EXTERNAL
CVS DRY EYE RELIEF 0.2-0.2-1 % OPHTHALMIC SOLUTION (GLYCERIN-HYPROMELLOSE-PEG
400) 1-2 gtt in eyes prn; Route: OPHTHALMIC


**Current Allergies:**
* PERCOCET: HIVES (Critical)

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

**CHRISTOPHER WORRELL**
Male  DOB: ▓▓▓▓▓                              377183

Home: 377183

## Review of Systems
**General:** Patient denies anorexia.
**Eyes:** Patient denies blurring.
**Ears/Nose/Throat:** Patient denies decreased hearing.
**Cardiovascular:** Patient denies chest pain.
**Respiratory:** Patient denies dyspnea.
**Gastrointestinal:** Patient denies nausea, vomiting.
**Musculoskeletal:** Patient complains of joint pain, joint swelling.
**Psychiatric:** Patient denies anxiety.

## Physical Exam

**General Appearance**
well developed, well nourished, well hydrated, in no acute distress
**Head**
**Inspection:** NC/AT
**Eyes**
**External:** conjunctivae and lids normal
**Pupils:** equal, round, reactive to light
**Ears/Nose/Throat**
**Hearing:** grossly intact
**Neck**
**Neck:** supple, no masses, trachea midline
**Respiratory**
**Effort:** no intercostal retractions or use of accessory muscles
**Auscultation:** no rales, rhonchi, or wheezes
**Cardiovascular**
**Auscultation:** S1 S2 +
**Musculoskeletal**
**Gait & Station:** normal, can undergo exercise testing and/or participate in exercise program
**Digits & Nails:** no clubbing, cyanosis, petechiae, or nodes
**Neck:** normal strength, no deformities
**Spine, Ribs,& Pelvis:** normal mobility,
**Extremities**
**RUE:** Right hand Palmer area
5th finger ( Pinky ) carpel and metacarpel area swelling with pain on movement ,
previous surgical  old well healed scar
**LUE:** normal ROM and strength, no joint enlargement or tenderness
**RLE:** normal ROM and strength, no joint enlargement or tenderness
**LLE:** normal ROM and strength, no joint enlargement or tenderness
**Neurological**
**Cranial Nerves:** II - XII grossly intact
**Reflexes:** 2+, symetric, no pathological reflexes
**Sensation & Strength:** grossly intact
**Skin**
**Inspection:** no rashes, lesions, ulcerations, or erythema

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

# CHRISTOPHER WORRELL

Male  DOB: ▮▮▮▮▮▮                              377183

Home: 377183

**Mental Status and Exam**
**Judgement:** intact
**Orientation:** oriented to time, place, and person
**Memory:** intact for recent and remote events
**Mood & Affect:** no depression, anxiety, or agitation

**Assessment and Plan**

General health and wellness, including healthy diet and aerobic exercise during recreational time, reviewed with the patient. Health hazards of tobacco, illicit drug use, and excessive alcohol intake discussed and patient advised to quit if using, or not to initiate if not already using.
**Assessment/Plan:**
UNSPECIFIED INJURY OF RIGHT WRIST, HAND AND FINGER(S), INITIAL ENCOUNTER -.
Motrin 800 mg po x1 now- given  , ice applied locally
  ? fracture  -  hx of previous injury and  surgical repair and plate placement
 will send patient to ER HUH  via special conveyence  trasportation   for Xray and splint placement

Risks, benefits, and alternatives to treatment plan discussed.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.

**Electronically Signed by Meena Kumar - NP on 05/16/2021 at 5:49 PM**

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS

INMATE INJURY REPORT

Form No. 24103 (4-70)
Stock No. 6527

☐ INCIDENT TRACKING IN PROGRESS
EOR/SIR #

Four copies of this report are to be completed in full and submitted to the Institutional Warden within 24 hours after injury. (Type or Print)

NAME: Worrell Christopher          DCDC No: 377.183

DIVISION: CTF          UNIT or SQUAD: C2A          ASSIGN: Cell #29

ACCIDENT LOCATION: Inside cell #13 DATE: 5-16-21 TIME: 12:10 AM/**PM**

DESCRIBE IN FULL DETAIL HOW ACCIDENT OCCURRED: Inmate stated that
he tripped Exiting his cell

NATURE OF INJURY: Right Hand ring finger

WAS INJURY A RESULT OF INMATE'S MISCONDUCT? YES / NO - INMATE'S NEGLIGENCE? YES / NO

WERE UNSAFE WORK HABITS OR FAULTY EQUIPMENT A CONTRIBUTING FACTOR? YES / NO

Explain:

NAME OF ANY WITNESSES:

DATE: 5/16/ 20 21          _____
                          Reporting Official

TO BE COMPLETED BY THE MEDICAL OFFICER

INMATE WAS TREATED ON: DATE: 5-16-2021 20   TIME: 1:00 Pm AM/**PM**

DIAGNOSIS: (R) Hand Injury

TREATMENT GIVEN: send to HUHER special conveyen

WAS INMATE HOSPITALIZED? YES /(NO)

DATE: 5-16-20 21          _____
                          Medical Officer

☐ Minor Injury     ☐ Serious-Low Injury     ☐ Serious-High Injury     ☐ Major Injury

Medical data entered into Incident Tracking Database   YES / NO

15

Government of the District of Columbia
DEPARTMENT OF CORRECTIONS
Medical Unit

Physical Profile

Name  Warrel christopher  DC# 377 183

Date of Birth [redacted]     Date  5-16-2021

TO BE COMPLETED BY THE MEDICAL OFFICER



Brand
Swollen.

16