IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Case No: 21-CR-292 RCL |
| : | |
| **CHRISTOPHER WORRELL,** : | |
| : | |
| **Defendant.** : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR
ENTRY OF PROPOSED CONSENT ORDER**

The United States of America respectfully submits this unopposed motion requesting a court order authorizing the D.C. Department of Corrections, its medical contractor, Unity Health Care, and Dr. Robert H. Wilson of Howard University Hospital to disclose any medical records, notes, or any other information (oral or written) that relate to the diagnosis of, treatment of, or medical care for the finger fracture that Defendant Christopher Worrell suffered on May 16, 2021. The order would authorize such disclosure now and any subsequent time, during the pendency of this case, that either party is preparing to file or files a motion or update with this Court that relates to the finger fracture. The proposed order is attached to this filing.

This Court previously issued an order authorizing the D.C. Department of Corrections to provide certain of Mr. Worrell's medical records to the government. *See* Dkt. 83. The Department of Corrections has always timely provided such records upon request. However, the government now seeks information beyond the medical records, as well as potentially information from Dr. Wilson of Howard University Hospital, neither of which is covered by this Court's prior order. Counsel for Mr. Worrell also seeks this information and does not oppose this motion.

1

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793


*/s/ William Dreher*
WILLIAM DREHER
D.C. Bar No. 1033828
Assistant United States Attorney (Detailed)
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-4579
william.dreher@usdoj.gov