UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 1:21-cr-292-RCL |
| CHIRSTOPHER WORRELL, | |
| *Defendant.* | |

## CONSENT ORDER

In consideration of the Government's Unopposed Motion for Entry of Proposed Consent Order,[1] it is hereby

**ORDERED** that the D.C. Department of Corrections, its medical contractor, Unity Health Care, and Dr. Robert H. Wilson of Howard University Hospital shall provide any medical records, notes, or any other information (oral or written) that relate to the diagnosis of, treatment of, or medical care for the hand fracture that Defendant Christopher Worrell, Inmate number 377183, suffered on May 16, 2021. The medical records, notes, or any other information (oral or written) subject to this Order shall be provided to the counsel specifically noted below for both parties in the above-captioned matter and can then be provided to this Court. In addition, during the pendency of this case, if either party is preparing to file or files a motion or update with this Court that relates to the hand fracture that Mr. Worrell suffered on May 16, 2021, the aforementioned

---

[1] On October 13, 2021, the Court held the Warden of the D.C. Jail and Director of the D.C. Department of Corrections ("DOC") in civil contempt for failure to timely provide the U.S. Marshals Service notes from Dr. Wilson—Mr. Worrell's treating physician for his hand fracture. ECF No. 106. In light of DOC's failure to timely provide the Marshals Service with requested medical records for *months* after Mr. Worrell's injury had occurred and DOC's failure to timely provide the Marshals Service with these same documents after being expressly ordered to do so forthwith by this Court, the Court finds the government's statement that DOC "has always timely provided such [medical] records upon request" to be preposterous. ECF No. 110 at 1.

entities are further authorized to provide, on an ongoing basis, the medical records, notes, or any other information (oral or written) that relates to the diagnosis, treatment, or medical care of that finger fracture to the counsel specifically noted below upon request of either party:

William Dreher
Assistant United States Attorney (Detailed)
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-4579
william.dreher@usdoj.gov

Alex R. Stavrou, P.A.
13046 Racetrack Road, #333
Tampa, Florida 33626
(813) 51-12289
alex@alexstavrou.com

**IT IS SO ORDERED.**

Date: _____

Royce C. Lamberth
United States District Judge