UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.                                                         Case No. 1:21-cr-292-RCL

CHIRSTOPHER WORRELL,

*Defendant.*

## ORDER

The Clerk of the Court shall place into the record redacted versions of the following documents on which the Court relied for its Order of Contempt [106]:

1. A September 20, 2021, Unity Health Care Consultation Request transmitted from Department of Corrections ("DOC") to U.S. Marshals Service ("USMS").

2. An email exchange between DOC and USMS occurring between September 17, 2021 and September 24, 2021.

3. DOC Attorney Advisor Michelle K. Wilson's email response to USMS on October 8, 2021, upon receipt of the Court's Order to transmit required information to USMS.

4. An email from the USMS Medical Management Branch with a timeline concerning communications between DOC and USMS regarding the need for Worrell's hand surgery.

5. A October 14, 2021, Unity Health Care Consultation Request transmitted from DOC to USMS.

6. An Electronic Medical Submission form submitted by the DOC to the USMS on October 14, 2021.

**IT IS SO ORDERED.**

Date:  __10/15/21__

Royce C. Lamberth
United States District Judge

1