| Unity Health Care Consultation Request | | PATIENT NAME (LAST, FIRST) Worrell, Christopher | |
|---|---|---|---|
| [redacted] | 9/20/21 | ☐ MEDICAID  ☒ MEDICARE  OTHER _____ | ID NUMBER 377183 |
| Referring Provider Signature | Date | DATE OF BIRTH [redacted] | SEX ☒ MALE  ☐ FEMALE |
| [redacted signature] pager/phone # | | | |
| Referring Provider Name (Stamp or print clinic name, address, telephone # and fax below.) | | ADDRESS (STREET, CITY, APT) | |
| | | STATE, ZIP | PHONE |
| | | SOCIAL SECURITY # | MEDICAL RECORD # |

| SPECIALIST NAME  Huff ortho | AUTHORIZATION # | NUMBER OF VISITS AUTHORIZED ☐ 1  ☐ 2  ☐ ___ |
|---|---|---|
| SPECIALIST ADDRESS | | PHONE |

| DIAGNOSIS | | |
|---|---|---|
| 1. (R) ~~finger~~ 5th metacarpal neck fracture ICD 815.09 | ☐ INITIAL CONSULTATION | ☒ FOLLOW-UP EVALUATION |
| 2. | APPOINTMENT DATE | APPOINTMENT TIME  AM / PM |

REASON FOR REFERRAL
SP y/o p. ī (R) 5th metacarpal fx in 05/2021. Initially referred and recommended for surgery. Still awaiting date for surgery. Pls consider.

[signature] 4/30/21 9/20/21

CONSULTANT'S REPORT

| CONSULTANT SIGNATURE ▶ | PROVIDER # | DATE |
|---|---|---|

FOR OFFICE USE ONLY
☐ Mail Referral to Pt.   ☐ Call Pt. to Pick Up Referral   ☐ Fax Referral to Consultant   ☐ Pt. Waiting _____
☐ Patient Will Pick Up Referral on (date) _____                    Other: _____

NOTE: Consultant, please mail all correspondence/findings to the address listed above for the Health Center. Thank You!

| All-4 | Form 117 | MR R04/02 |

White Copy - Consultant        Yellow Copy - Unity Chart

Central Detention Facility
1901 D Street, SE  Washington, DC 20003
Fax:

September 20, 2021
Page 1
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: █████████             377183

Home: 377183

**09/10/2021 - Chronic Care Clinic: f/u cutaneous lymphoma**
**Provider: Margaret Crenshaw - MD**
**Location of Care: Correctional Treatment Facility**

## Chronic Care

Current Medications:  METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid.
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) Take 2 tabs po BID as needed for pain; Route: ORAL

### HPI

**Current Problems:**
EPIDERMOID CYST (ICD-706.2) (ICD10-L72 0)
URINARY HESITANCY (ICD-788.64) (ICD10-R39.11)
LOWER BACK PAIN (ICD-724.2) (ICD10-M54.5)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1) (ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Current Medications:**
METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid.
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) Take 2 tabs po BID as needed for pain; Route: ORAL

**Current Allergies:**
* PERCOCET- HIVES (Critical)

**#. Primary cutaneous follicular b cell lymphoma**
-recurrent, with lesions now on face, neck, and upper chest
**-following with HUH oncology with recommednation for: repeat skin bx, bone marrow bx and PET/CT for interim staging**
---**skin bx completed, awating pathology**
-pt took down dressing as recommended yesterday, sutures still in place (due for removal next week)
---**bone marrow biopsy** was completed 6/2021 and is WNL
---**PET/CT** scans done 6/2021 and significant for new "mildly active" submandibular and cervical lymphnodes c/f possible lymphamatous/tumor involvement
---given PET findings, seen by ENT with rec for **US-guided FNA** with interventional radiology which was scheduled **completed, pathology pending**
-pt reports no changes today other than continued persistent itching which did not improve with prev trial of antihistamine
[--additional history--]
-initially dx 2007 and tx w rituximab with subsequent recurrence and repeat tx w retuximab c/b

**Central Detention Facility**
1901 D Street, SE  Washington, DC 20003
Fax:

*September 20, 2021*
Page 2
Chronic Care Clinic

**CHRISTOPHER WORRELL**                                                             Home: 377183
Male  DOB: ███████                             377183

development of an allergic vs infusion reaction
-recurrence dx again in 2019 with recommendation from onc at that time for repeat chemotherapy which the patient declined
-opted instead for treatment with an alternative medicine provider who prescribed topical rapamycin and naltrexone
-this regimen has not been continued as it is not evidence based and pt was instaed referred to HUH oncology as above

#. hepatitis testing
-pt requesting screening for hepatitis
-states he is concerned he was exposed to hep A
-is currently asmyptomatic
-denies nausea, vomiting, diarrhea, abd pain, fever

#. HTN, h/o tachycardia
-on metoprolol reported h/o HTN and tachycardia
-BP and HR have been consistently WNL
-today, pt states he is only taking metoprolol once a day because he is worried about low blood pressure
-is asymptomatic --denies SOB, DOE, dizziness, and fatigue

#. L shoulder pain
-working with PT

#. R 5th metacarpal neck fracture
-seen by Dr. Wilson (ortho hand) and rec'd for surgical repair
-awaiting OR date

**ROS:** Denies fever, chills, CP, SOB, DOE, nausea, vomiting, diarrhea, and joint pain

**Vital Signs**
Height: **75** in.
Weight: **263** lbs.
BMI: **32.99**
Temperature: **97.5** degrees F
Temp Site: **Tympanic**
Respirations: **16**
Pulse Rate: **80**
Rhythm: **Regular**
Blood Pressure: **119/84** mm Hg (mm Hg)
Pulse Ox: 99%

**Physical Exam**

**General Appearance**
Comfortable, NAD
**Respiratory**

Central Detention Facility
1901 D Street, SE   Washington, DC 20003
Fax:

*September 20, 2021*
Page 3
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: ███████████        377183

Home: 377183

Effort: Normal
**Musculoskeletal**
Gait & Station: Normal
**Mental Status and Exam**
Mood & Affect: Normal

**Assessment and Plan**
Assessment/Plan:
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE - Unchanged.
-skin and lymph node biopsies have now been completed
-awaiting pathology
-onc f/u pending

SCREENING FOR HEPATITIS.
-pt c/f hep A exposure, asymptomatic
-will screen as below with plan for vaccine if non-immune given high -risk
-HCV negative on intake
Orders: Hep A Ab, Total;  HBsAg Screen;  Anti-HBs;  Hep A Ab, IgM

HYPERTENSION.
-BP has been well-controlled and occ low, asymptomatic
-unclear indication for metoprolol
-will d/c and re-eval at next visit

Risks, benefits, and alternatives to treatment plan discussed.

Follow-up: for suture removal in 1 weeks.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.
**New Orders:** Hep A Ab, Total [006726]
HBsAg Screen [006510]
Anti-HBs [006395]
CBC With Diff [005009]
Hep A Ab, IgM [006734]

**Process Orders**
Check Orders Results:
    LabCorp: ABN not required for this insurance.
Tests Sent for requisitioning (September 10, 2021 9:19 AM):
    09/10/2021: LabCorp -- Hep A Ab, Total [006726] (signed)
    09/10/2021: LabCorp -- HBsAg Screen [006510] (signed)
    09/10/2021: LabCorp -- Anti-HBs [006395] (signed)
    09/10/2021: LabCorp -- CBC With Diff [005009] (signed)
    09/10/2021: LabCorp -- Hep A Ab, IgM [006734] (signed)

| | |
|---|---|
| **Central Detention Facility**<br>1901 D Street, SE   Washington, DC 20003<br>Fax: | *September 20, 2021*<br>Page 4<br>Chronic Care Clinic |

**CHRISTOPHER WORRELL**                                         Home: 377183
Male  DOB: ███████                              377183

**Electronically Signed by Margaret Crenshaw - MD on 09/10/2021 at 2:47 PM**

Case 1:21-cr-00292-RCL   Document 112-1   Filed 10/15/21   Page 5 of 10

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
Fax:

*September 20, 2021*
Page 4
Chronic Care Clinic

**CHRISTOPHER WORRELL**                                         Home: 377183
Male  DOB: ███████                              377183

**Central Detention Facility**  
1901 D Street, SE   Washington, DC 20003  
Fax:

*September 20, 2021*  
*Page 1*  
*Urgent Care*

**CHRISTOPHER WORRELL**  
Male  DOB: ██████████                              377183

Home: 377183

**06/10/2021 - Urgent Care: Patient Return Ortho (Wilson)**  
**Provider: Charles Sarbeng - DNP**  
**Location of Care: Correctional Treatment Facility**

**Patient Return**  
Hospital: HUH  
Return Type: Outside Consultation  
Comments:  patient returned from HUH ortho with Dr Wilson. Report  
Diagnosis: right small finger metacarpal diaphyseal fracture sustained 2 1/2 weeks ago.  
Recommended surgical fixation. Obtain pre-op labs, cbc, bmp, covid test, urine drug screen, ekg, cxt, call orthopedic clinic at (202)-865-1183 for any question.  
referral generated  
labs ordered

covid screening, EKG and CXR pending surgery date

**Process Orders**  
Check Orders Results:  
   LabCorp: ABN not required for this insurance.  
Tests Sent for requisitioning (June 10, 2021 1:54 PM):  
   06/10/2021: LabCorp -- CBC With Diff [005009] (signed)  
   06/10/2021: LabCorp -- Basic Metab Panel [322758] (signed)

**Electronically Signed by Charles Sarbeng - DNP on 06/11/2021 at 9:30 AM**

# Howard University Hospital

| WORRELL, CHRISTOPHER | MRN 1337101 | | | Gender M | DOB |
|---|---|---|---|---|---|
| Phone | SSN | Account # | Patient Class | Attending 999979 EDHUH PHYSICIAN | Admitted | Discharged |

Admitting:  
Referring:  
Primary Care  
Consulting:

## Problems

| Date | Code | Description | Type |
|---|---|---|---|

No Records to Display

## Report Information — HAND, RIGHT, COMPLETE (Radiology) — Status: Final

| | | | |
|---|---|---|---|
| Report ID: | c5988ef0-234e-e67e-b77d-767b39d0f5eb | Ordered By: | 904292 MICHEAL TESFAZION | Ordered/Requested On: |
| Result Report/Status Change: | 2021-05-16 | Ordered by Physician ID: | | Body Site: |
| Collected On: | | Priority: | | Specimen Source: |
| Copy To: | | Received On: | | Interpreter: |
| Observed On: | 2021-05-16 | | | |

Narrative

EXAMINATION: HAND, RIGHT, COMPLETE
EXAM DATE: May 16 2021
CPT: 73130

Clinical History: FALL,,

Study: WRIST, RT COMPLETE, 3 views and right hand, 3 views.

FINDINGS: Right hand, 3 views.

There is displaced transverse fracture of the fifth metacarpal bone distal waist region with angulation. There is evidence of old trauma of the fourth metacarpal bone with foreshortening. There are focal intramedullary lucencies through the shaft of the fourth metacarpal bone. This is compatible with prior screw and plate placements. There is diffuse soft tissue swelling of the thenar region. The joint spaces are intact. No foreign body is identified.

Impression: There is displaced transverse fracture of the distal waist of the region of the fifth metacarpal bone.

Evidence of prior fracture with foreshortening of the fourth metacarpal bone.

Signed by: Estelle Cooke-Sampson, M.D. Signed Date 5/17/2021 1:01 AM

Unrestricted

READING MD: ESTELLE COOKE-SAMPSON MD
REVIEWING MD: ESTELLE COOKE-SAMPSON MD
REVIEWED/SIGNED ON: May 17 2021 1:01A
TRANSCRIBED BY: May 17 2021 1:01A

Generated: 2021-09-20 12:13:58 By: Marion Mitchell * Times are displayed in Eastern Standard Time
This document contains private and confidential health information protected by state and federal law
Page 1 of 1

# Howard University Hospital

| WORRELL, CHRISTOPHER | MRN 1337101 | | | | Gender M | DOB |
|---|---|---|---|---|---|---|
| Phone | SSN | Account # | Patient Class | Attending 999979 EDHUH PHYSICIAN | Admitted | Discharged |

Admitting:  
Referring:

Primary Care:  
Consulting:

## Problems

| Date | Code | Description | | | Type |
|---|---|---|---|---|---|

No Records to Display

## Report Information

| | | HAND, RIGHT, COMPLETE (Radiology) | | Status: | Final |
|---|---|---|---|---|---|
| Report ID: | c2e1af8e-748a-0105-736c-7396da82977b | Ordered By: | 904292 MICHEAL TESFAZION | Ordered/Requested On: | |
| Result Report/Status Change: | 2021-05-17 | Ordered by Physician ID | | Body Site: | |
| Collected On: | | Priority: | | Specimen Source: | |
| Copy To: | | Received On: | | Interpreter: | |
| Observed On: | 2021-05-17 | | | | |

Narrative

EXAMINATION: HAND, RIGHT, COMPLETE  
EXAM DATE: May 17 2021  
CPT: 73130

Clinical History: Post reduction.

Technique: Frontal, oblique and lateral views of the right hand were submitted for evaluation utilizing a portable technique.

Findings: A partial cast has been placed to stabilize a previously described acute angulated fracture through the distal shaft of the fifth metacarpal bone (see prior report dated 5/16/2021). There is minimal to no change in the appearance of the fracture fragments. Please correlate clinically.

Impression: As above.

Signed by: Bonnie Davis, M.D. Signed Date 5/17/2021 5:23 PM

Unrestricted

READING MD: BONNIE DAVIS MD  
REVIEWING MD: BONNIE DAVIS MD  
REVIEWED/SIGNED ON: May 17 2021 5:23P  
TRANSCRIBED BY: May 17 2021 5:23P

Generated: 2021-09-20 12:13:38 By: Marlon Mitchell * Times are displayed in Eastern Standard Time
This document contains private and confidential health information protected by state and federal law

Page 1 of 1

# Howard University Hospital

| WORRELL, CHRISTOPHER | MRN 1337101 | | Gender M | DOB |
|---|---|---|---|---|
| Phone | SSN | Account # | Patient Class | Attending 999979 EDHUH PHYSICIAN | Admitted | Discharged |

Admitting:            Primary Care:
Referring:            Consulting:

## Problems

| Date | Code | Description | Type |
|---|---|---|---|

No Records to Display

## Report Information

WRIST, RT COMPLETE (Radiology)     Status: Final

| Report ID: | a0a5aff1-bbca-317f-1832-390e4f928361 | Ordered By: | 904292 MICHEAL TESFAZION | Ordered/Requested On: |
|---|---|---|---|---|
| Result Report/Status Change: | 2021-05-16 | Ordered by Physician ID: | | Body Site: |
| Collected On: | | Priority: | | Specimen Source: |
| Copy To: | | Received On: | | Interpreter: |
| Observed On: | 2021-05-16 | | | |

Narrative

EXAMINATION: WRIST, RT COMPLETE
EXAM DATE: May 16 2021
CPT: 73110

Clinical History: FALL,,

Study: WRIST, RT COMPLETE, 3 views and right hand, 3 views.

FINDINGS: Right hand, 3 views.

There is displaced transverse fracture of the fifth metacarpal bone distal waist region with angulation. There is evidence of old trauma of the fourth metacarpal bone with foreshortening. There are focal intramedullary lucencies through the shaft of the fourth metacarpal bone. This is compatible with prior screw and plate placements. There is diffuse soft tissue swelling of the thenar region. The joint spaces are intact. No foreign body is identified.

Impression: There is displaced transverse fracture of the distal waist of the region of the fifth metacarpal bone.

Evidence of prior fracture with foreshortening of the fourth metacarpal bone.

Signed by: Estelle Cooke-Sampson, M.D. Signed Date 5/17/2021 1:01 AM

Unrestricted

READING MD: ESTELLE COOKE-SAMPSON MD
REVIEWING MD: ESTELLE COOKE-SAMPSON MD
REVIEWED/SIGNED ON: May 17 2021 1:01A
TRANSCRIBED BY: May 17 2021 1:01A

**Central Detention Facility**
1901 D Street, SE  Washington, DC 20003
Fax:

*September 20, 2021*
*Page 1*
*Urgent Care*

**CHRISTOPHER WORRELL**
Male  DOB:                                    377183

Home: 377183

**05/17/2021 - Urgent Care: Patient Return: HUH ER**
Provider: Cheikhna Aidara - PA
Location of Care: Correctional Treatment Facility

**Vital Signs**
Height: **75** in.
Temperature: **97.8** degrees F
Temp Site: **Oral**
Respirations: **20**
Pulse Rate: **77**
Rhythm: **Regular**
Blood Pressure: **116/87** mm Hg (mm Hg)
Pulse Ox: **96%**

**Patient Return**
Hospital: HUH
Return Type: Emergency Department
Medications: None
Records Received: Yes
Comments: Consult sheet with recommendations received.
Referrals Written: Yes
Comments: Follow up with Dr Wilson in a week.
Follow-Up: Chronic Care Clinic, Outside Clinic
Scheduled: Yes
Comments: Patient recommended to follow up in two days with Ortopedic Dr Wilson.

**Electronically Signed by Cheikhna Aidara - PA on 05/17/2021 at 5:11 AM**