Thanks.

Lamont J. Ruffin
United States Marshal (A)
District for the District of Columbia - (D/DC)
▇▇▇▇▇▇▇▇▇

Sent from mobile - pardon any typos

NOTICE:  This email (including any attachments) is intended for the use of the individual or entity to which it is addressed.  It may contain information that is privileged, confidential, or otherwise protected by applicable law.  If you are not the intended recipient (or the recipient's agent), you are hereby notified that any dissemination, distribution, copying, or use of this email or its contents is strictly prohibited.  If you received this email in error, please notify the sender immediately and destroy all copies.

> On Sep 24, 2021, at 4:49 PM, ▇▇▇▇▇▇ (USMS) ▇▇▇▇@usms.doj.gov> wrote:
>
> Good Afternoon,
>
> I have just spoken to Michelle Wilson (OGC) via phone and she has confirmed that defendant Christopher Worrell (USMS# 34356-509) refused to have surgery. Please see below response I received earlier this week from Michelle.
>
> **From:** ▇▇▇▇▇▇ (USMS) ▇▇▇▇@usms.doj.gov>
> **Sent:** Tuesday, September 21, 2021 4:06 PM
> **To:** Ruffin, Lamont (USMS) ▇▇▇@usms.doj.gov>
> **Cc:** ▇▇▇▇▇▇ (USMS) ▇▇▇▇@usms.doj.gov>
> **Subject:** FW: Christopher Worrell (USMS# 34356-509)
>
> FYI
>
> **From:** Wilson, Michelle (DOC) ▇▇▇▇▇▇@dc.gov>
> **Sent:** Tuesday, September 21, 2021 3:51 PM
> **To:** ▇▇▇▇ (USMS) ▇▇▇▇@usms.doj.gov>
> **Cc:** ▇▇▇▇▇▇@unityhealthcare.org>; ▇▇▇▇▇▇@unityhealthcare.org>; ▇▇▇▇▇▇@unityhealthcare.org>; ▇▇▇ (USMS) ▇▇▇@usms.doj.gov>; ▇▇▇▇ (USMS) ▇▇▇@usms.doj.gov>; ▇▇▇▇ (USMS) ▇▇▇@usms.doj.gov>
> **Subject:** [EXTERNAL] Re: Christopher Worrell (USMS# 34356-509)
>
> Good afternoon,
>
> I am away from my computer right now and cannot search back that far on my phone. There have been so many emails and exchange of medical records for Mr. Worrell that I cannot be sure as to what was discussed or disclosed with a search.
>
> As for the refusal, he refused care by HUH and therefore was not scheduled for surgery.

Michelle K. Wilson
Attorney Advisor
District of Columbia Department of Corrections

Please excuse any errors, this message was sent from my iPhone.

> On Sep 21, 2021, at 3:19 PM, ████████ (USMS) ████████@usdoj.gov> wrote:
>
> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).
>
> Good Afternoon Michelle,
>
> Per Marshal Ruffin, was USMS ever notified of inmate Christopher Worrell's (DCDC# 377183) injury? Also, when you stated that Mr. Worrell "refused care from HUH" is this a follow-up visit or did inmate Worrell refuse surgery? Just so that I am clear, before I relay this information to the courts (Judge Lamberth?
>
> **From:** Wilson, Michelle (DOC) ████████@dc.gov>
> **Sent:** Monday, September 20, 2021 9:56 AM
> **To:** ████████ (USMS) ████████@usms.doj.gov>; ████████@UnityHealthCare.org>; ████████ ████████@UnityHealthCare.org>; ████████@UnityHealthCare.org>
> **Cc:** ████████ (USMS) ████████@usms.doj.gov>; ████████ (USMS) <████████@usms.doj.gov>; ████████ (USMS) ████████>
> **Subject:** [EXTERNAL] RE: Christopher Worrell (USMS# 34356-509)
>
> Good morning,
>
> To follow up on last week's email: Mr Worrell refused care from HUH ortho and was initially *not scheduled for a recommended surgery because of his recalcitrance.* He is still being seen and has follow-up with ortho.
>
> Please let me know if you have additional questions.
>
> Michelle K. Wilson

Attorney Advisor
D.C. Department of Corrections
Office of the General Counsel
2000 14th Street, N.W., 7th Floor
Washington, D.C. 20009

██████████@dc.gov
www.doc.dc.gov
<image001.png>

---

**From:** Wilson, Michelle (DOC)
**Sent:** Friday, September 17, 2021 3:33 PM
**To:** ████████ (USMS) ████████@usdoj.gov>; ████████@UnityHealthCare.org>; ████████@UnityHealthCare.org>; ████████@UnityHealthCare.org>
**Cc:** ████████ (USMS) ████████@usdoj.gov>; ████████ (USMS) ████████@usdoj.gov>; ████████ (USMS) ████████@usdoj.gov>
**Subject:** RE: Christopher Worrell (USMS# 34356-509)

Good afternoon,

Per your request please see the attached medical records for Mr. Worrell.  Code 2700

Please note that Mr. Worrell had physical therapy on the arm/shoulder area as recently as 9/15/2021.  I will provide further details from the medical unit once it I have received it.

Have a good weekend.


Michelle K. Wilson
Attorney Advisor
D.C. Department of Corrections
Office of the General Counsel
2000 14th Street, N.W., 7th Floor
Washington, D.C. 20009

██████████@dc.gov
www.doc.dc.gov

<image001.png>

---

**From:** ████████ (USMS) ████████@usdoj.gov>
**Sent:** Friday, September 17, 2021 2:24 PM

**To:** ▬▬▬▬ (DOC) ▬▬▬▬@dc.gov>; ▬▬▬▬
▬▬▬▬@UnityHealthCare.org>; ▬▬▬▬ @UnityHealthCare.org>;
▬▬▬▬ @UnityHealthCare.org>
**Cc:** ▬▬▬▬ (USMS) ▬▬▬▬ @usdoj.gov>; ▬▬▬▬
(USMS) ▬▬▬▬ @usdoj.gov>; ▬▬▬▬ (USMS)
▬▬▬▬ @usdoj.gov>
**Subject:** FW: Christopher Worrell (USMS# 34356-509)

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Good Afternoon Michelle & DC Jail medical staff,

Can someone please provide medical documentation or further information in regards to inmate Christopher Worrell (DCDC# 377183) medical status? Approximately 83 days ago defendant Worrell broke his wrist while housed at DC Jail. Our office is inquiring whether inmate Worrell received medical treatment for his broken wrist and when was treatment rendered?

---

**From:** ▬▬▬▬ (USMS)
**Sent:** Friday, September 17, 2021 1:32 PM
**To:** ▬▬▬▬ (USMS) ▬▬▬▬ @usms.doj.gov>
**Subject:** Christopher Worrell (USMS# 34356-509)

Good Afternoon,

I just received a call from the Marshal inquiring as to defendant Christopher Worrell (DCDC# 377183) medical status. Approximately 83 days ago defendant Worrell broke his wrist while housed at DC Jail-CTF. Judge Lamberth plans on filing an order today. Do you know if this defendant ever received medical care and when was his wrist treated?

*Thank you in advance,*

▬▬▬▬
*Deputy U.S. Marshal*
*Criminal Investigator*
*District of Columbia, District Court*
▬▬▬▬
▬▬▬▬ *@usdoj.gov*