**From:** "Wilson, Michelle (DOC)" <██████@dc.gov>
**Date:** October 8, 2021 at 3:45:01 PM EDT
**To:** "██████ (USMS)" <██████@usms.doj.gov>, "Glover, Eric (DOC)" <██████@dc.gov>
**Cc:** "Booth, Quincy (DOC)" <██████@dc.gov>
**Subject:** [EXTERNAL] RE: Order in USA v. Worrell

Good afternoon Marshal ██████,

Please be advised that I spoke with the medical team. Resident Worrell is scheduled for a re-evaluation by the hospital surgeon next week on October 14, 2021. DOCs medical team has requested from the surgeon's office that Mr. Worrell return to the facility with the appropriate medical note. DOC will provide the documentation following Mr. Worrell's return from the medical appointment.

Michelle K. Wilson
Attorney Advisor
D.C. Department of Corrections
Office of the General Counsel
2000 14th Street, N.W., 7th Floor
Washington, D.C. 20009
██████
██████
██████@dc.gov
www.doc.dc.gov

<image001.png>

**From:** ██████ (USMS) <██████@usdoj.gov>
**Sent:** Friday, October 8, 2021 3:12 PM
**To:** Wilson, Michelle (DOC) <██████@dc.gov>; Glover, Eric (DOC) <██████@dc.gov>
**Cc:** Booth, Quincy (DOC) <██████@dc.gov>
**Subject:** RE: Order in USA v. Worrell

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

See attached order.

**From:** ██████ (USMS)
**Sent:** Friday, October 8, 2021 3:05 PM

Writing:
**To:** Wilson, Michelle (DOC) ▮▮▮@dc.gov>; Glover, Eric (DOC) ▮▮▮@dc.gov>
**Subject:** FW: Order in USA v. Worrell

Good afternoon Michelle,

Please see the attached order pertaining to inmate Worrell.

R/

*▮▮▮, MBA*
***Supervisory Deputy U.S. Marshal***
***District of Columbia - District Court***
▮▮▮
▮▮▮@usdoj.gov