**From:** ███████████ (USMS) ███████@usms.doj.gov>
**Sent:** Tuesday, October 12, 2021 4:56 PM
**To:** Ruffin, Lamont (USMS) ███████@usms.doj.gov>; ███████████ (USMS) ███████@usms.doj.gov>
**Subject:** RE: [EXTERNAL] RE: Order in USA v. Worrell

Good Afternoon All,

Here is the MMB timeline on Mr. Worrell's case:

5/25/21 – Medical submission was received for an orthopedic follow-up after ER discharge for fracture of 5th metacarpal bone of right hand. Approved by MMB with instruction:  If further testing, treatment, or surgery is required, please enter another submission with supporting objective medical documentation/notes, lab results, x-rays, diagrams, proposed treatment plan, etc. for review by MMB prior to care.

9/21/21 – MMB received a medical submission was received for orthopedic surgery stating Mr. Worrell has a right small finger metacarpal diaphyseal fracture sustained 21/2 weeks ago;
      recommended surgical  fixation.

9/22/21 – MMB returned medical submission back to jail requesting the full ortho (hand specialist) narrative notes for review. What was attached on 9/22/21 did not include Dr. Wilson's notes (see
      attached).

9/27/21 -  PC Supervisor ███████████ called me to clarify what is needed. He sent an email to jail medical contact to get the needed additional documentation. He stated will
      forward documents to MMB once received.

9/29/21 – Sent an email to PC Supervisor ███████████ for a status update. He immediately responded that he emailed the request to the jail a second time.

10/5/21 – Sent another email to PC Supervisor ███████████ to follow-up on this request. He copied me on an email that he sent back to the jail contacts for a status update.

10/6/21 – Received an email from PC Supervisor ███████████ with attached medical documents (see attached). Once reviewed I noticed that it was the same documents already
      sent without the orthopedic surgery (hand specialist notes). Sent an email back to PC Supervisor Deputy ███████ that I was closing the request since unable to review without supportive
      documentation.

10/6/21 – Administratively denied medical submission per MMB policy stating the following: This submission was returned with request for additional information a minimum of 14 days ago and an
      attempt was made to obtain the information directly from the facility. The requested information has not been received by MMB. Therefore, MMB is unable to complete adjudication of this
      request. If the detention facility wishes to have a medical determination made for this medical request, please submit a new request with the required supporting medical documentation.
      Thank you.

10/12/21 – Received an email @ 1231 from PC Supervisor ███████████ with attachment of additional medical documents (250 pages) and an email stating, Resident Worrell is scheduled for a re-
      evaluation by the hospital surgeon next week on October 14, 2021. DOCs medical team has requested from the surgeon's office that Mr. Worrell return to the facility with the appropriate

medical note. DOC will provide the documentation following Mr. Worrell's return from the medical appointment. Due to the copious amount of miscellaneous notes MMB nurse review had not been completed.

10/12/21 – MMB received a medical submission @ 1531 requesting for an ortho surgery follow-up on 10/14/21 for a re-evaluation due to worsening pain. Approved by MMB with instruction:  If further  testing,  treatment, or surgery is required, please enter another submission with supporting objective medical documentation/notes, lab results, x-rays, diagrams, proposed treatment plan, etc. for review by MMB prior to  care.

10/12/21 – Received an email @ 1541 from PC Supervisor ▇▇▇▇▇▇▇▇ that **included the HUH orthopaedics and rehabilitative services note dated 6/10/21 sent from jail that MMB was requesting since 9/22/21**. Specialist stated, has a significant injury though will be treated conservatively with ulnar gutter cast and follow-up in 3-4 weeks for re-evaluation. An addendum was added and signed by Dr. Wilson stating that surgery is indicated and patient wants to have surgery. Scheduling was to be done as soon as possible. Jail medical included an updated note dated 10/7/21 stating that Dr. Wilson wants him to be seen for a re-evaluation and determine next steps.


Respectfully,

▇▇▇▇▇▇▇▇▇▇▇▇, DNP, MPH, RN
CDR, U.S. Public Health Service
Nurse Utilization Review Coordinator
Prisoner Operations Division
Medical Management Branch
United States Marshals Service
Washington, D.C. 20530-1000
▇▇▇▇▇▇▇

Nurse Case line: ▇▇▇▇▇▇▇
▇▇▇▇▇▇▇@usdoj.gov


*NOTICE:  This e-mail message is intended FOR OFFICIAL USE ONLY and may contain LAW ENFORCEMENT SENSITIVE OR CONFIDENTIAL information which is for the sole use of the intended recipient(s).  Any unauthorized review, use, disclosure, or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.  Any Protected Health Information contained in this e-mail is to be used only to aid in providing healthcare services to federal prisoners.  Any other use is a violation of Federal HIPAA Law and/or the Privacy Act and will be reported as such.*