| **Unity Health Care Consultation Request** | PATIENT NAME (LAST, FIRST) |  |
|---|---|---|
| [signature] 10/8/21 | Worrell, Christopher | |
| Referring Provider Signature   Date | ☐ MEDICAID  ☐ MEDICARE | ID NUMBER |
| [name], MD | OTHER _____ | 377183 |
| Referring Provider Name   pager/phone # | DATE OF BIRTH | SEX |
| (Stamp or print clinic name, address, telephone # and fax below.) | [redacted] | ☒ MALE   ☐ FEMALE |
| | ADDRESS (STREET, CITY, APT) | |
| | STATE, ZIP | PHONE |
| HUH Orthopedic Clinic | SOCIAL SECURITY # | MEDICAL RECORD # |

10/14/21

| SPECIALIST NAME | AUTHORIZATION # | NUMBER OF VISITS AUTHORIZED |
|---|---|---|
| HUH Ortho Wilson | | ☒ 1   ☐ 2   ☐ ___ |
| SPECIALIST ADDRESS | | PHONE |
| DIAGNOSIS | ☐ INITIAL CONSULTATION | ☒ FOLLOW-UP EVALUATION |
| 1. (R) 5th metacarpal fx | | |
| 2. | APPOINTMENT DATE  10/14/21 | APPOINTMENT TIME  12:30  AM / PM |

**REASON FOR REFERRAL**

SP UIO M c̄ fx of (R) 5th metacarpal, prev recommended for surgical repair but impairing pain. Please eval/tx

**CONSULTANT'S REPORT**

| CONSULTANT SIGNATURE | PROVIDER # | DATE |
|---|---|---|
| ▶ | | |

**FOR OFFICE USE ONLY**
☐ Mail Referral to Pt.  ☐ Call Pt. to Pick Up Referral  ☐ Fax Referral to Consultant  ☐ Pt. Waiting _____
☐ Patient Will Pick Up Referral on (date)   Other:

NOTE: Consultant, please mail all correspondence/findings to the address listed above for the Health Center. Thank You!

| All-4 | Form 117 | MR R04/02 |

*White Copy - Consultant*   *Yellow Copy - Unity Chart*

10/8/21

**Correctional Treatment Facility**
1901 E Street, SE   Washington, DC 20003
Fax:

*October 12, 2021*
*Page 1*
*Urgent Care*

**CHRISTOPHER WORRELL**
Male  DOB: ███████████              377183

Home: 377183

**06/10/2021 - Urgent Care: Patient Return Ortho (Wilson)**
**Provider: Charles Sarbeng - DNP**
**Location of Care: Correctional Treatment Facility**

## Patient Return
Hospital:  HUH
Return Type:  Outside Consultation
Comments:  patient returned from HUH ortho with Dr Wilson. Report
Diagnosis: right small finger metacarpal diaphyseal fracture sustained 2 1/2 weeks ago.
Recommended surgical fixation. Obtain pre-op labs, cbc, bmp, covid test, urine drug screen, ekg, cxt, call orthopedic clinic at ███████████ for any question.
referral generated
labs ordered

covid screening, EKG and CXR pending surgery date

### Process Orders
Check Orders Results:
  LabCorp: ABN not required for this insurance.
Tests Sent for requisitioning (June 10, 2021 1:54 PM):
  06/10/2021: LabCorp -- CBC With Diff [005009] (signed)
  06/10/2021: LabCorp -- Basic Metab Panel [322758] (signed)

**Electronically Signed by Charles Sarbeng - DNP on 06/11/2021 at 9:30 AM**

**Correctional Treatment Facility**
1901 E Street, SE  Washington, DC 20003
Fax:

*October 12, 2021*
*Page 1*
*Chronic Care Clinic*

**CHRISTOPHER WORRELL**
Male DOB: ███████                    377183

Home: 377183

**06/11/2021 - Chronic Care Clinic: f/u cutaneous lymphoma, hand fx**
**Provider: Margaret Crenshaw - MD**
**Location of Care: Correctional Treatment Facility**

## Chronic Care

Current Medications: METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid.
ASPIRIN 81 MG TAB (ASPIRIN) Take one tab po Qdaily.
ANALGESIC BALM OINT (LINIMENTS OINT) AAA bid prn.x10 dys   First dose now; Route: EXTERNAL
CVS DRY EYE RELIEF 0.2-0.2-1 % OPHTHALMIC SOLUTION (GLYCERIN-HYPROMELLOSE-PEG 400) 1-2 gtt in eyes prn; Route: OPHTHALMIC
IBUPROFEN 600 MG ORAL TABLET (IBUPROFEN) Take one tab po TID as needed for pain. take mediciation with food to avoid GI upset; Route: ORAL
* HOLD ASPIRIN 6/5, 6/6, 6/7. RESUME AFTER PROCEDURE
LIDOCAINE HCL 2 % EXTERNAL GEL (LIDOCAINE HCL) apply to affected area bid prn for pain; Route: EXTERNAL

### HPI

**Current Problems:**
DENTAL  DISORDER NOS (ICD-525.9) (ICD10-K08.9)
HEADACHE, MIXED (ICD-784.0) (ICD10-G44.89)
PAIN IN LEFT SHOULDER (ICD-719.41) (ICD10-M25.512)
FRACTURE OF FIFTH METACARPAL BONE, RIGHT HAND (ICD-815.09) (ICD10-S62.306A)
EPIDERMOID CYST (ICD-706.2) (ICD10-L72.0)
URINARY HESITANCY (ICD-788.64) (ICD10-R39.11)
LOWER BACK PAIN (ICD-724.2) (ICD10-M54.5)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1) (ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Current Medications:**
METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid.
ASPIRIN 81 MG TAB (ASPIRIN) Take one tab po Qdaily.
ANALGESIC BALM OINT (LINIMENTS OINT) AAA bid prn.x10 dys   First dose now; Route: EXTERNAL
CVS DRY EYE RELIEF 0.2-0.2-1 % OPHTHALMIC SOLUTION (GLYCERIN-HYPROMELLOSE-PEG 400) 1-2 gtt in eyes prn; Route: OPHTHALMIC
IBUPROFEN 600 MG ORAL TABLET (IBUPROFEN) Take one tab po TID as needed for pain. take mediciation with food to avoid GI upset; Route: ORAL
* HOLD ASPIRIN 6/5, 6/6, 6/7. RESUME AFTER PROCEDURE
LIDOCAINE HCL 2 % EXTERNAL GEL (LIDOCAINE HCL) apply to affected area bid prn for pain; Route: EXTERNAL

**Current Allergies:**

Correctional Treatment Facility
1901 E Street, SE   Washington, DC 20003
Fax:

October 12, 2021
Page 2
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: ▆▆▆▆▆▆   377183   Home: 377183

* PERCOCET: HIVES (Critical)

### Other HPI
#. Primary cutaneous follicular b cell lymphoma
-initially diagnosed in 2007 and treated initially with rituximab
-with subsequent recurrence and treatment again with retuximab with development of an allergic vs infusion reaction
-recurrence documented again in 2019 which was the last time the pt had imaging but did not undergo the oncology-recommended treatment at that time but instead was following with an alternative medicine provider who prescribed topical rapamycin and naltrexone
-the patient currently has skin lesions on his face, neck, and upper chest
-the patient was seen by HUH oncology on 5/19/21 to re-establish oncology care
-recommednations were for a repeat skin bx, bone marrow bx and PET/CT for interim staging
-pt completed bone marrow biopsy and PET/CT
-awaiting results which have not been received here yet
-pt reports he is doing well
-bone marrow bx site healing well
-no concerns today

#. SCC of head/neck, base of tongue
-treated with surgery, chemo, and XRT in 2007
-had not had recent surveillance imaging prior to incarcaration but no s/s c/f refurrence

#. R 5th metacarpal neck fracture
-seen by Dr. Wilson (ortho hand) this week
-rec'd for surgical repair

#. HTN, h/o tachycardia
-on metoprolol h/o HTN and tachycardia
-BP and HR are both WNL today

#. L shoulder pain
-pt reports new L shoulder pain over the past few weeks
-may have started after fall with R hand fx as above
-describes the pain as "a muscular pain"
-xray was done which showed some mild joint narrowing but no acute process
-was prev referred to PT which is pending

### Review of Systems
ROS reviewed. No changes.

### Vital Signs
Height: **75** in.
Weight: **253** lbs.
BMI: **31.74**
Temperature: **97.5** degrees F
Temp Site: **Tympanic**

**Correctional Treatment Facility**
1901 E Street, SE  Washington, DC 20003
Fax:

October 12, 2021
Page 3
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB:                                              377183                                              Home: 377183

Respirations: **16**
Pulse Rate: **81**
Rhythm: **Regular**
Blood Pressure: **108/73** mm Hg (mm Hg)
Pulse Ox: 97%

## Physical Exam

**General Appearance**
Comfortable, NAD
**Respiratory**
**Effort:** Normal
**Musculoskeletal**
**Gait & Station:** Normal
**Skin**
**Inspection:** very small healed biopsy site over right sacrum wihtout any drainiage, discharge, or erythemea
**Mental Status and Exam**
**Mood & Affect:** Normal

## Assessment and Plan

Hypertension Control: Controlled
**Assessment/Plan:**
FRACTURE OF FIFTH METACARPAL BONE, RIGHT HAND.
-following with orthopedics and recommended for surgical repair
-working to coordinate OR date and will do requested preop work up including labs, EKG, and CXR
-of note, pt has requested that he NOT be scheduled for any outside medical appointments next week so he has a chance to get the commissary order he has placed for "healthy" foods he feels he does not get on the trays
-reviewed w pt the risks of potentially delaying care, pt accepts these and reiterates his request for no outside visits next week
-will d/w referral coordinator to ensure no visits next week

FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE.
-recurrent disease, following with oncology and awaiting derm eval for biopsy
-was rec'd for PET/CT and bone marrow bx which were completed
-unable to review PET and bone marrow biopsy reports until after patient visit
-bone marrow bx reviewed showing normal bone marrow
-PET/CT results reviewed as below
- significant for mildly active R submandibular and left upper cervical lymph nodes, suspicious for lymphomatous/tumor involvement
-no e/o metastatic dz/malignancy w/i chest, abdomen, or pelvis
-no e/o intracranial metastatic disease
-results were NOT reviewed w the patient as they were obtained after his visit, will review w pt at visit next week
-call placed to Dr. Ali's (oncology) office and message left with his MA to determine if lymph node bx should be persued prior to onc follow up

**Correctional Treatment Facility**
1901 E Street, SE   Washington, DC 20003
Fax:

*October 12, 2021*
*Page 4*
*Chronic Care Clinic*

**CHRISTOPHER WORRELL**
Male  DOB:   377183

Home: 377183

-as of this note's signing, had not received a call back
-will f/u with pt in 1 week

SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007.
-recent PET/CT with no e/o soft tissue recurrence w/i the throat

HYPERTENSION - Unchanged.  -BP at goal today
-c/w current regimen

PAIN IN LEFT SHOULDER.
-imaging w/o acute bony process
-PT scheduled

Risks, benefits, and alternatives to treatment plan discussed.

Follow-up: in 1  weeks.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.

**Electronically Signed by Margaret Crenshaw - MD on 06/11/2021 at 3:06 PM**

**Correctional Treatment Facility**
1901 E Street, SE  Washington, DC 20003
Fax:

*October 12, 2021*
*Page 1*
*Chronic Care Clinic*

**CHRISTOPHER WORRELL**
Male  DOB: ███████                    377183                        Home: 377183

**06/16/2021 - Chronic Care Clinic: f/u cutaneous lymphoma, hand fx; result review**
Provider: Margaret Crenshaw - MD
Location of Care: Correctional Treatment Facility

## Chronic Care

Current Medications: METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid.
ASPIRIN 81 MG TAB (ASPIRIN) Take one tab po Qdaily.
ANALGESIC BALM OINT (LINIMENTS OINT) AAA bid prn.x10 dys   First dose now; Route: EXTERNAL
CVS DRY EYE RELIEF 0.2-0.2-1 % OPHTHALMIC SOLUTION (GLYCERIN-HYPROMELLOSE-PEG 400) 1-2 gtt in eyes prn; Route: OPHTHALMIC
IBUPROFEN 600 MG ORAL TABLET (IBUPROFEN) Take one tab po TID as needed for pain. take mediciation with food to avoid GI upset; Route: ORAL
LIDOCAINE HCL 2 % EXTERNAL GEL (LIDOCAINE HCL) apply to affected area bid prn for pain; Route: EXTERNAL

### HPI

**Current Problems:**
DENTAL  DISORDER NOS (ICD-525.9) (ICD10-K08.9)
PAIN IN LEFT SHOULDER (ICD-719.41) (ICD10-M25.512)
FRACTURE OF FIFTH METACARPAL BONE, RIGHT HAND (ICD-815.09) (ICD10-S62.306A)
EPIDERMOID CYST (ICD-706.2) (ICD10-L72.0)
URINARY HESITANCY (ICD-788.64) (ICD10-R39.11)
LOWER BACK PAIN (ICD-724.2) (ICD10-M54.5)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1) (ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Current Medications:**
METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid.
ASPIRIN 81 MG TAB (ASPIRIN) Take one tab po Qdaily.
ANALGESIC BALM OINT (LINIMENTS OINT) AAA bid prn.x10 dys   First dose now; Route: EXTERNAL
CVS DRY EYE RELIEF 0.2-0.2-1 % OPHTHALMIC SOLUTION (GLYCERIN-HYPROMELLOSE-PEG 400) 1-2 gtt in eyes prn; Route: OPHTHALMIC
IBUPROFEN 600 MG ORAL TABLET (IBUPROFEN) Take one tab po TID as needed for pain. take mediciation with food to avoid GI upset; Route: ORAL
LIDOCAINE HCL 2 % EXTERNAL GEL (LIDOCAINE HCL) apply to affected area bid prn for pain; Route: EXTERNAL

**Current Allergies:**
* PERCOCET: HIVES (Critical)

**Correctional Treatment Facility**
1901 E Street, SE  Washington, DC 20003
Fax:

*October 12, 2021*
*Page 2*
*Chronic Care Clinic*

## CHRISTOPHER WORRELL
Male  DOB:                                377183

Home: 377183

### Other HPI
#. Primary cutaneous follicular b cell lymphoma
-initially diagnosed in 2007 and treated initially with rituximab
-with subsequent recurrence and treatment again with retuximab with development of an allergic vs infusion reaction
-recurrence documented again in 2019 which was the last time the pt had imaging but did not undergo the oncology-recommended treatment at that time but instead was following with an alternative medicine provider who prescribed topical rapamycin and naltrexone
-the patient currently has skin lesions on his face, neck, and upper chest
-the patient was seen by HUH oncology on 5/19/21 to re-establish oncology care
-recommednations were for a repeat skin bx, bone marrow bx and PET/CT for interim staging
-bone marrow biopsy was completed 6/2021 and is WNL
-PET/CT scans done 6/2021, results reviewed with patient today
-significant for findings of "mildly active" right submandibular and left upper cervical lymph nodes c/f possible lymphamatous/tumor involvement
-no e/o metastatic disease or malignancy in the chest, abd, pelvis or intracranially
-these lymph node findings are apparently new since the pt's last PET scan done in 2019

#. SCC of head/neck, base of tongue
-treated with surgery, chemo, and XRT in 2007
-6/2021 PET /CT without any c/f recurrence

#. R 5th metacarpal neck fracture
-seen by Dr. Wilson (ortho hand) and rec'd for surgical repair
-awaiting OR

#. HTN, h/o tachycardia
-on metoprolol h/o HTN and tachycardia
-BP and HR WNL today

#. L shoulder pain
-not addressed today, awaiting PT

### Review of Systems
**General:** Patient denies chills, fatigue, malaise.
**Cardiovascular:** Patient denies chest pain.
**Respiratory:** Patient denies cough.

### Vital Signs
Height: **75** in.
Weight: **253** lbs.
BMI: **31.74**
Temperature: **97.7** degrees F
Temp Site: **Oral**
Respirations: **16**
Pulse Rate: **70**
Rhythm: **Regular**
Blood Pressure: **103/77** mm Hg

**Correctional Treatment Facility**
1901 E Street, SE  Washington, DC 20003
Fax:

October 12, 2021
Page 3
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: ███████            377183

Home: 377183

(mm Hg)
Pulse Ox: 98%

## Physical Exam

### General Appearance
Comfortable, NAD
### Neck
**Neck:** no palpably enlarged lymph nodes
### Respiratory
**Effort:** Normal
### Musculoskeletal
**Gait & Station:** Normal
### Skin
**Inspection:** scattered erythematous patches w some induration most noticable posterior to and below the right earlobe, along the hairline over his left eyebrow, and below his left earlobe
### Mental Status and Exam
**Mood & Affect:** Normal

## Assessment and Plan
Hypertension Control: Controlled
**Assessment/Plan:**
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE.
-recently re-established care wtih oncology last month and working on re-staging
-bone marrow biopsy done and WNL
-PET/CT done with new mildly active right submandibular and left upper cervical lymphnodes c/f possible tumor involvement
-after patient visit, case was discussed with Dr. Ali (pt's oncologist at HUH) and he recommended further eval of these lymph nodes by ENT for possible excisional biopsy
-still awaiting skin biopsy with derm
-treatment plan to be determined based on the results of these biopsies
-ENT referral generated, will schedule ASAP; will review plan with pt next visit

SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007.
-no e/o recurrence in recent scans

FRACTURE OF FIFTH METACARPAL BONE, RIGHT HAND.
-awaiting OR date

HYPERTENSION.
-BP at goal today
-c/w current regimen

Risks, benefits, and alternatives to treatment plan discussed.

Follow-up: 2 days.
Problems reviewed today.
Medications reviewed today.

**Correctional Treatment Facility**
1901 E Street, SE   Washington, DC 20003
Fax:

*October 12, 2021*
*Page 4*
*Chronic Care Clinic*

**CHRISTOPHER WORRELL**
Male  DOB: ▮▮▮▮▮▮              377183

Home: 377183

Allergies reviewed today.
Directives reviewed today.

**Electronically Signed by Margaret Crenshaw - MD on 06/16/2021 at 2:28 PM**

**Correctional Treatment Facility**
1901 E Street, SE  Washington, DC 20003
Fax:

October 12, 2021
Page 1
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: ████████                    377183

Home: 377183

**10/06/2021 - Chronic Care Clinic: f/u cutaneous lymphoma, L shoulder pain, etc**
**Provider: Margaret Crenshaw - MD**
**Location of Care: Correctional Treatment Facility**

## Chronic Care

Current Medications: ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) Take 2 tabs po BID as needed for pain; Route: ORAL

### HPI

**Current Problems:**
BACK PAIN (ICD-724.5) (ICD10-M54.9)
RIGHT 5TH METACARPAL NECK FRACTURE (ICD-V54.12) (ICD10-S62.336D)
EPIDERMOID CYST (ICD-706.2) (ICD10-L72.0)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1) (ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Current Medications:**
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) Take 2 tabs po BID as needed for pain; Route: ORAL

**Current Allergies:**
* PERCOCET: HIVES (Critical)

**Other HPI**
#. Left shoulder pain
-with a fall in 5/2021
-imaging at the time without any e/o bony pathology
-pain had been stable and pt was referred to PT for management
-he completed three sessions but then at his fourth session c/o increased pain and stated he was not able to tolerate additional PT or modalities
-today he states that the pain is persistent
-it fluctuates and is worse with certain movements
-feels like APAP helps somewhat but pain returns

#. R leg pain
-pt reports that his "sciatica is acting up"
-reports left lower back pain with radiation into the left buttocks and left leg
-pt reports a h/o similar smpyomts but that it hasn't flared up in "years"
-in the past, he was seeing pain management and was on gabpentin for a short time

#. Left lower tooth pain

**Correctional Treatment Facility**  
1901 E Street, SE   Washington, DC 20003  
Fax:

*October 12, 2021*  
Page 2  
Chronic Care Clinic

**CHRISTOPHER WORRELL**  
Male  DOB: ▮▮▮▮▮▮   377183

Home: 377183

-reports the tooth is broken and has been increasingly painful  
-was prev seen by dental and recommended for an extraction but refused at the time  
-now states he would like to return for a re-eval

**#. Primary cutaneous follicular b cell lymphoma**  
-recurrent, with lesions now on face, neck, and upper chest  
-only sympom is persistent itching which did not improve with prior trial of antihistamine  
-following with HUH oncology with recommednation for: repeat skin bx, bone marrow bx and PET/CT for interim staging --these have all been completed  
---skin bx completed, path shows superficial and deep atypical lymphoid infiltrate consistent with B cell lymphoma, c/w recurrence of B cell lymphoma, follicular center cellt ype  
---bone marrow biopsy was completed 6/2021 and is WNL  
---PET/CT scans done 6/2021 and significant for new "mildly active" submandibular and cervical lymphnodes c/f possible lymphamatous/tumor involvement  
---US-guided FNA done of active lyhphnodes, pathology reviewed with no evidence of metastatic cancer  
-since our last visit, **pt had a follow up with oncology:**  
-recommended for treatment given refractory pruitis with plan for gazyva/bendamustine  
-per oncology, would have preferred exicisional biopsy of the lymphnodes given h/o lymphoma, pt has been referred back to ENT  
-also recommended for eval with rad onc to determine if XRT is indicated in management, referral written

**#. HTN, h/o tachycardia**  
-prev on metoprolol reported h/o HTN and tachycardia  
-BP and HR are again WNL off of metoprolol  
-pt continues to be asymptomatic

ROS: Denies fever, chills, CP, SOB, DOE, nausea, vomiting, and diarrhea

**Vital Signs**  
Height: **75** in.  
Weight: **262** lbs.  
BMI: **32.87**  
Temperature: **97.2** degrees F  
Temp Site: **Oral**  
Respirations: **16**  
Pulse Rate: **86**  
Rhythm: **Regular**  
Blood Pressure: **126/87** mm Hg  
(mm Hg)  
Pulse Ox: 98%

**Physical Exam**

**General Appearance**  
Comfortable, NAD  
**Ears/Nose/Throat**  
**Lips/Teeth/Gums:** #19 with decay, no palpable fluid collection or abscess, no drainage  
**Respiratory**  
**Effort:** Normal  
**Musculoskeletal**

**Correctional Treatment Facility**
1901 E Street, SE   Washington, DC 20003
Fax:

October 12, 2021
Page 3
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: ▮▮▮▮▮▮   377183

Home: 377183

**Gait & Station:** Normal
**Spine, Ribs,& Pelvis:** No spinal TTP. Mild TTP along low back paraspinal muscles on the right
**Extremities**
**LUE:** Left shoulder: no deformity or step-offs, no bony TTP. TTP along trap. and supraspinatus with some TTP at lateral and anterior humreral head. Normal strength testing throughout. ROM is limited with vertical active abduction and flexion 2/2 pain. Adduction intact. No pain or issue with internal/external rotation or horizontal abuduction/adduction
**Skin**
**Inspection:** Normal
**Mental Status and Exam**
**Mood & Affect:** Normal

**Assessment and Plan**
**Assessment/Plan:**
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE.
-recommended for treatment with gazyva and bendamustine given symptoms of refractory puritis
-per onc, would also like excisional lymph node biopsy and rad onc consultation (referred)
-will clarify if onc would like these done prior to starting first cycle of chemo

PAIN IN LEFT SHOULDER.
-likely 2/2 rotator cuff tendinopathy without c/f tear on exam and prev xray without e/o bony abnormalties
-was prev referred to PT and completed 3 sessions but was not able to conitnue due to pain
-may benefit from subacromial glucocorticoid injection and return to PT if pain improves such that he can tolerate
-scheduled for eval for this

BACK PAIN.
-mild back pain with radiation into right leg c/w pt's report of prev diagnosed sciatica
-will start naproxen , precautions reviewed
-encouraged stretching, strengthening as able
-f/u in 2 weeks for re-eval or sooner as needed

HYPERTENSION.
-BP and HR continue to be well controlled off of medication
-will continue to monitor

RIGHT 5TH METACARPAL NECK FRACTURE.
-awaiting OR date

OTHER SPECIFIED DISORDERS OF TEETH AND SUPPORTING STRUCTURES - Unchanged.
-no e/o abscess
-pt prev rec'd for extraction but refused
-today states he would like to be re-evaluated by dental, referral provided
Orders: DENTAL

Risks, benefits, and alternatives to treatment plan discussed.

Follow-up: in 2  weeks.
Problems reviewed today.
Medications reviewed today.

**Correctional Treatment Facility**
1901 E Street, SE   Washington, DC 20003
 Fax:

*October 12, 2021*
*Page 4*
*Chronic Care Clinic*

**CHRISTOPHER WORRELL**
Male  DOB: ███████         377183

Home: 377183

Allergies reviewed today.
Directives reviewed today.
**New Orders:** DENTAL [DEN]

**Electronically Signed by Margaret Crenshaw - MD on 10/08/2021 at 8:53 AM**
**Electronically Signed by Margaret Crenshaw - MD on 10/08/2021 at 12:19 PM**

**Correctional Treatment Facility**
1901 E Street, SE   Washington, DC 20003
Fax:

October 12, 2021
Page 1
TextNote

**CHRISTOPHER WORRELL**
Male DOB:   377183

Home: 377183

**10/07/2021 - TextNote: Communication with HUH Ortho**
**Provider: Eleni O'Donovan - MD**
**Location of Care: Central Detention Facility**

I spoke with Dr. Wilson who saw the patient this summer. Per Dr. Wilson, Mr. Worrell's injury is often treated conservatively and he had not thought patient needed surgery when he evaluated him in June. When I explained that the documentation sent by HUH indicated that we should be setting up surgery, he scheduled the patient for a follow-up visit next week to re-evaluate and determine the next step. Per referral coordinator appt currently is 10/14/21.

**Electronically Signed by Eleni O'Donovan - MD on 10/08/2021 at 3:37 PM**