UNCLASSIFIED // FOR OFFICIAL USE ONLY

**U.S. Department of Justice**
United States Marshals Service

# Medical Submission

**NON-EMERGENCIES**: Prior to seeking outside medical attention for a prisoner, complete this form and email or fax it to the USMS district office. USMS will notify you of approval or denial of the request. **EMERGENCIES**: Obtain treatment and notify USMS by emailing or faxing this form to the USMS district office within 24 hours.

## PRISONER DETAILS

| Last Name | First Name | Date of Birth | USMS # |
|---|---|---|---|
| WORRELL | CHRISTOPHER | [redacted] | 34356-509 |

**Facility Name**: CORRECTIONAL TREATMENT FACILITY

## MEDICAL POINT OF CONTACT

| Title | Last Name | First Name |
|---|---|---|
| LEAD LEGAL INSTRUMENT EXAMINER | [redacted] | [redacted] |

| Type of Contact | Phone Number | Extension | Email Address |
|---|---|---|---|
| FEDERAL BILLING | [redacted] | | [redacted]@dc.gov |

## SUBMISSION INFORMATION

**MEDICAL** *View Medical Submission Addendum*

**Specialty**: Orthopedics

**Service**: Other (explain in remarks)

**Other Service Requested** - *Required if Service is 'Other'*
Follow-up evaluation of Right 5th Metacarpal

**Comments**: Follicular Cutaneous Lymphoma

## MEDICATION

**Is the facility enrolled in the National Managed Care Contract (NMCC) Discount Pharmacy Program?**  ○ Yes  ○ No

If enrolled in the USMS NMCC Pharmacy Program, all medication requests for USMS prisoners should be made through the USMS NMCC Pharmacy Program. If you need assistance, please contact the Heritage Health Solutions Customer Care Team at 1-866-265-0124.

| Medication | Dosage | Frequency | End Date |
|---|---|---|---|
|  |  |  |  |

**Comments**

## NOTIFICATIONS *View Notification Type Definitions*

**Notification Type**

The United States Marshals Service collects the information on this form to assist in providing medical care for individuals in USMS custody. The authority for collecting the information on this USM 551 Prisoner Medical Request is found at 28 C.F.R. § 0.111 (j), (k) and 18 U.S.C. § 4086, which provides for the care and custody of USMS prisoners. The USMS authority to manage standards for prisoner health care derives from 18 U.S.C. §§ 4006, 4013, 4241- 4247, and S.142 - Hyde Amendment Codification Act. Providing the information on this form is voluntary. However, failure to do so may affect the ability of USMS personnel to assist in obtaining relevant medical care. Pursuant to the Privacy Act of 1974, the information provided on this form may be disclosed to the court or other adjudicative body when relevant to a proceeding; and to other federal, state, or local law enforcement agencies, to the extent that disclosure is relevant to their law enforcement responsibilities or necessary to assist in prisoner medical care. Depending on the circumstances, this information may be disclosed without the consent of the person to whom the information pertains. Routine uses permitting the disclosure of this information can be found in USM-005, U.S. Marshals Service, Capture Prisoner Management-System of Records Notice.

UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Comments**

*Every submission should include supporting medical documentation.*
*\* Note: USMS pays no more than Medicare rates.*

The United States Marshals Service collects the information on this form to assist in providing medical care for individuals in USMS custody. The authority for collecting the information on the USM 551 Prisoner Medical Request is found at 28 C.F.R. § 0.111 (j), (k) and 18 U.S.C. § 4086, which provides for the care and custody of USMS prisoners. The USMS authority to manage standards for prisoner health care derives from 18 U.S.C. §§ 4006, 4013, 4241-4247, and S.142 - Hyde Amendment Codification Act. Providing the information on this form is voluntary. However, failure to do so may affect the ability of USMS personnel to assist in obtaining relevant medical care. Pursuant to the Privacy Act of 1974, the information provided on this form may be disclosed to the court or other adjudicative body when relevant to a proceeding; and to other federal, state, or local law enforcement agencies, to the extent that disclosure is relevant to their law enforcement responsibilities or necessary to assist in prisoner medical care. Depending on the circumstances, this information may be disclosed without the consent of the person to whom the information pertains. Routine uses permitting the disclosure of this information can be found in USM-005, U.S. Marshals Service, Capture Prisoner Management-System of Records Notice.