UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No.: 21-cr-292 RCL |
| v. : | |
| CHRISTOPHER WORRELL, : | |
| Defendant. : | |

### NOTICE OF FILING OF AND UPDATE ON DEFENDANT'S MEDICAL RECORDS

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, and Assistant United States Attorney William Dreher, hereby files the attached medical records (attached as Exhibit 5), received from the D.C. Department of Corrections (DOC) on the evening of Thursday, October 14, 2021, and provided to the Court and defense counsel via email on Friday, October 15, 2021.  The government has conferred with defense counsel regarding this filing, to ensure appropriate redactions were made in the attached documents.

As an update, the government notifies the Court that DOC has stated that Mr. Worrell's hand surgery has been tentatively scheduled for next week.  The government has also provided a copy of the Court's recent order (Dkt. 111) authorizing the disclosure of Mr. Worrell's medical records to DOC and to the orthopedics department at Howard University Hospital.[1]

Respectfully submitted,

CHANNING D. PHILLIPS

---

[1] The government also seeks to clarify one statement in its Unopposed Motion for Entry of Proposed Consent Order, in which the government stated: "The Department of Corrections has always timely provided [Mr. Worrell's medical records] upon request." *See* Dkt. 110 at 1.  That statement was overbroad.  It was meant to narrowly refer only to the fact that, after the Court's entry of an August order authorizing the disclosure of medical records, *see* Dkt. 83, DOC thereafter timely provided Mr. Worrell's *electronic medical record* (EMR) to counsel for the parties (and the parties in turn provided the EMR to the Court in the parties' filings in August and September).  However, as the Court observed at the October 13, 2021 hearing, the records provided by DOC to the parties (i.e, the EMR) did not include the hand specialist's notes requested by the U.S. Marshals Service.  *See* Dkt. 111 at 1 n.1.  The government did not intend, in its recent motion, to characterize as "timely" DOC's response to the U.S. Marshals Service's request for those records, and the government's submission should have been clearer on that point.

       Acting United States Attorney
       D.C. Bar No. 415793

By:   */s/ William Dreher*
WILLIAM DREHER
Assistant United States Attorney
D.C. Bar No. 1033828
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-4579
william.dreher@usdoj.gov