# Exhibit 5

Urgent    10/14/21

| Unity Health Care Consultation Request | PATIENT NAME (LAST, FIRST): Worrell, Christopher |
|---|---|

MCSY   10/8/21
Referring Provider Signature   Date
N. Crenshaw, MD
Referring Provider Name   pager/phone #
(Stamp or print clinic name, address, telephone # and fax below.)

HUH Orthopedic Clinic

☐ MEDICAID  ☐ MEDICARE   ID NUMBER: 377183
OTHER ____
DATE OF BIRTH   SEX: ☒ MALE  ☐ FEMALE
ADDRESS (STREET, CITY, APT)
STATE, ZIP
SOCIAL SECURITY #   MEDICAL RECORD #

**SPECIALIST NAME:** HUH Ortho Wilson
**AUTHORIZATION #:**
**NUMBER OF VISITS AUTHORIZED:** ☒ 1  ☐ 2  ☐ ___
**SPECIALIST ADDRESS:**
**PHONE:**
**DIAGNOSIS:** 1. (R) 5th metacarpal fx
2.
☐ INITIAL CONSULTATION   ☒ FOLLOW-UP EVALUATION
**APPOINTMENT DATE:** 10/14/21   **APPOINTMENT TIME:** 12:30 PM

**REASON FOR REFERRAL:** SP U/O M C fx of (R) 5th metacarpal, prev recommended for surgical repair but improving pain. Please eval/tx.
* Please send back regular office note as well. Thanks.

**CONSULTANT'S REPORT:** 50 yo § ō (R) 4th and 5th comminuted and malunion of 4/5 metacarpals. Long, contentious discussion. Surgery indications are weak, though pt insistent on repair of malunion. Risks are moderate and chance of improving function limited. Pt is unwavering. Therefore will proceed surgically and put best effort to improve. Pt agrees and demands that plan.

**CONSULTANT SIGNATURE:**   **PROVIDER #:**   **DATE:** 10/13/21

**FOR OFFICE USE ONLY**
☐ Mail Referral to Pt.   ☐ Call Pt to Pick Up Referral   ☐ Fax Referral to Consultant   ☐ Pt. Waiting ____
☐ Patient Will Pick Up Referral on (date) ____   Other: ____

NOTE: Consultant, please mail all correspondence/findings to the address listed above for the Health Center. Thank You!

| All-4 | Form 117 | MR R04/02 |

White Copy - Consultant   Yellow Copy - Unity Chart

10/8/21