Exhibit 6

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

*October 20, 2021*
Page 1
Nursing Note

**CHRISTOPHER WORRELL**
Male  DOB:                                377183

Home: 377183

**05/17/2021 - Nursing Note: Hospital return**
**Provider: Marcel Ngoh - RN**
**Location of Care: Correctional Treatment Facility**


**Vital Signs**
Height: **75** in.
Temperature: **97.8** degrees F
Temp Site: **Oral**
Pulse Rate: **77**
Rhythm: **Regular**
Blood Pressure: **116/87**  mm Hg
(mm Hg)
Pulse Ox: 96%
Hospital returned with hands right hand, 5th finger metacarpal neck fracture. patient has an AC wrap
support on his right hand. He denies having any pain at this time before returning to his unit.

**Electronically Signed by Marcel Ngoh - RN on 05/17/2021 at 6:48 AM**

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

*October 20, 2021*
Page 1
Urgent Care

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB:                                    377183

**05/16/2021 - Urgent Care: Onjury Right Hand**
**Provider: Meena Kumar - NP**
**Location of Care: Correctional Treatment Facility**
**This document contains external references**

**Vital Signs**
Height: **75** in.
Temperature: **98.2** degrees F
Temp Site: **Oral**
Respirations: **18**
Pulse Rate: **93**
Rhythm: **Regular**
Blood Pressure: **120/78** mm Hg
(mm Hg)
Pulse Ox: 98%

**HPI**
HPI: 49 year old male came to Urgent care with officers to be seen,
C/O injury Right hand about half hour ago ,
Patient  reproted slipped and fall  while walking on unit and tried to break fall with Right hand,
 Hx of injury and fracture with metal placed  few years ago
C/O pain 9/10
**Previous TST:**  0 (04/15/2021 10:01:56 PM)

**Current Problems:**
EPIDERMOID CYST (ICD-706.2) (ICD10-L72.0)
URINARY HESITANCY (ICD-788.64) (ICD10-R39.11)
LOWER BACK PAIN (ICD-724.2) (ICD10-M54.5)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1)
(ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)

**Current Medications:**
METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid.
First dose now; KOP
ASPIRIN 81 MG TAB (ASPIRIN) Take one tab po Qdaily.  First dose now; KOP
ANALGESIC BALM OINT (LINIMENTS OINT) AAA bid prn.x10 dys   First dose now; Route: EXTERNAL
CVS DRY EYE RELIEF 0.2-0.2-1 % OPHTHALMIC SOLUTION (GLYCERIN-HYPROMELLOSE-PEG
400) 1-2 gtt in eyes prn; Route: OPHTHALMIC

**Current Allergies:**
* PERCOCET: HIVES (Critical)

2

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

*October 20, 2021*
Page 2
Urgent Care

**CHRISTOPHER WORRELL**
Male  DOB: ⬛⬛⬛⬛⬛⬛                           377183

Home: 377183

## Review of Systems
**General:** Patient denies anorexia.
**Eyes:** Patient denies blurring.
**Ears/Nose/Throat:** Patient denies decreased hearing.
**Cardiovascular:** Patient denies chest pain.
**Respiratory:** Patient denies dyspnea.
**Gastrointestinal:** Patient denies nausea, vomiting.
**Musculoskeletal:** Patient complains of joint pain, joint swelling.
**Psychiatric:** Patient denies anxiety.

## Physical Exam

**General Appearance**
well developed, well nourished, well hydrated, in no acute distress
**Head**
**Inspection:** NC/AT
**Eyes**
**External:** conjunctivae and lids normal
**Pupils:** equal, round, reactive to light
**Ears/Nose/Throat**
**Hearing:** grossly intact
**Neck**
**Neck:** supple, no masses, trachea midline
**Respiratory**
**Effort:** no intercostal retractions or use of accessory muscles
**Auscultation:** no rales, rhonchi, or wheezes
**Cardiovascular**
**Auscultation:** S1 S2 +
**Musculoskeletal**
**Gait & Station:** normal, can undergo exercise testing and/or participate in exercise program
**Digits & Nails:** no clubbing, cyanosis, petechiae, or nodes
**Neck:** normal strength, no deformities
**Spine, Ribs,& Pelvis:** normal mobility,
**Extremities**
**RUE:** Right hand Palmer area
5th finger ( Pinky )  carpel and metacarpel area swelling with pain on movement ,
previous surgical  old well healed scar
**LUE:** normal ROM and strength, no joint enlargement or tenderness
**RLE:** normal ROM and strength, no joint enlargement or tenderness
**LLE:** normal ROM and strength, no joint enlargement or tenderness
**Neurological**
**Cranial Nerves:** II - XII grossly intact
**Reflexes:** 2+, symetric, no pathalogical reflexes
**Sensation & Strength:** grossly intact
**Skin**
**Inspection:** no rashes, lesions, ulcerations, or erythema

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

*October 20, 2021*
Page 3
Urgent Care

## CHRISTOPHER WORRELL

Male  DOB:                                377183

Home: 377183

**Mental Status and Exam**
**Judgement:** intact
**Orientation:** oriented to time, place, and person
**Memory:** intact for recent and remote events
**Mood & Affect:** no depression, anxiety, or agitation

**Assessment and Plan**

General health and wellness, including healthy diet and aerobic exercise during recreational time, reviewed with the patient. Health hazards of tobacco, illicit drug use, and excessive alcohol intake discussed and patient advised to quit if using, or not to initiate if not already using.
**Assessment/Plan:**
UNSPECIFIED INJURY OF RIGHT WRIST, HAND AND FINGER(S), INITIAL ENCOUNTER -.
Motrin 800 mg po x1 now- given  , ice applied locally
  ? fracture  -  hx of previous injury and  surgical repair and plate placement
 will send patient to ER HUH  via special conveyence  trasportation   for Xray and splint placement

Risks, benefits, and alternatives to treatment plan discussed.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.

**Electronically Signed by Meena Kumar - NP on 05/16/2021 at 5:49 PM**

4



377185

## HOWARD
## UNIVERSITY
**Faculty Practice Plan**
*Orthopaedics and Rehabilitative Services*

**RE: Christopher Worrell**
**MRN: 3544810**
**DOB:**

06/10/2021

### Chief Complaint
1. Hand Problem
Pt. is present for a follow-up concerning his 5th Met (Right Hand)

### History of Present Illness
HPI: Mr. Worrell suffered a right hand injury on 05/16/21, he was brought to the emergency room at age 2 H were radiographs confirmed a metacarpal diaphyseal fracture. The patient was treated with closed reduction and application of a protective splint. Patient now presents for initial evaluation and treatment in the clinic. He has no significant pain. He has removed the splint.

### Active Problems
1. Follicular center nodal or systemic B-cell lymphoma with skin involvement (202.00)
2. History of chemotherapy (V87.41) (Z92.21)
3. History of head and neck cancer (V10.89) (Z85.89)

### Allergies
1. Percocet TABS

### Physical Exam

Constitutional: general appearance normal.
Musculoskeletal: normal gait and station.
Right Hand: Appearance: Moderate swelling dorsally, loss of knuckle prominence over 4th and 5th metacarpal heads, skin intact. Tenderness: diffuse dorsal aspect of the hand and metacarpal(s). Palpatory findings include no crepitus. ( limited range of motion noted.)

Psychiatric: orientation to person, place, and time normal, normal mood and affect.

### Results/Data

Views: of the right hand.
Findings:
5th metacarpal diaphyseal fracture, comminuted, dorsal angulation 70?, healed 4th metacarpal fracture with mild dorsal angulation, 5th CMC joint with moderate signs of degenerative wear.

### Assessment
1. Fracture of shaft of fifth metacarpal bone of right hand (815.03) (S62.326A)

### Discussion/Summary
the patient has a significant injury though we will treated conservatively. Patient agrees to an ulnar gutter cast. We will follow up in 3-4 weeks for re-evaluation.

Howard Faculty Practice Plan
Orthopaedics and Rehabilitative Services
2041 Georgia Avenue, NW
Suite A, 1st Floor HUH
Washington, DC  20060
Office:                    Fax: (202) 865-3039

Christopher Worrell                                                                                2 of 2

06/10/2021

**Signatures**
Electronically signed by : Robert Wilson, MD; Jun 22 2021  6:58PM EST (Author)

Howard Faculty Practice Plan
Orthopaedics and Rehabilitative Services
2041 Georgia Avenue, NW
Suite A, 1st Floor HUH
Washington, DC  20060
Office:                    Fax: (202) 865-3039

2025464818                 From: (57907)                                07/19/21 03:10 PM    Page 1 of 2



Amanda NW
377143

## HOWARD
UNIVERSITY
Faculty Practice Plan
Orthopaedics and Rehabilitative Services

RE: Christopher Worrell
MRN: 3544810
DOB:

06/10/2021

### Chief Complaint
1. Hand Problem
Pt. is present for a follow-up concerning his 5th Mel (Right Hand)

### History of Present Illness
HPI; Mr. WorrellSuffered a right hand injury on 05/16/21, he was brought to the emergency room at age 2 H were radiographs confirmed a metacarpal diaphyseal fracture. The patient was treated with closed reduction and application of a protective splint. Patient now presents for initial evaluation and treatment in the clinic. He has no significant pain. He has removed the splint.

### Active Problems
1. Follicular center nodal or systemic B-cell lymphoma with skin involvement (202.00)
2. History of chemotherapy (V87.41) (Z92.21)
3. History of head and neck cancer (V10.89) (Z85.89)

### Allergies
1. Percocel TABS

### Physical Exam

Constitutional:. general appearance normal.
Musculoskeletal:. normal gait and station.
Right Hand: Appearance: Moderate swelling dorsally, loss of knuckle prominence over 4th and 5th metacarpal heads, skin intact. Tenderness: diffuse dorsal aspect of the hand and metacarpal(s). Palpatory findings include no crepitus. ( limited range of motion noted.)

Psychiatric:. orientation to person, place, and time normal. normal mood and affect.

### Results/Data

Views: of the right hand
Findings
5th metacarpal diaphyseal fracture, comminuted, dorsal angulation 70?, healed 4th metacarpal fracture with mild dorsal angulation, 5th CMC joint with moderate signs of degenerative wear.

### Assessment
1. Fracture of shaft of fifth metacarpal bone of right hand (815.03) (S62.326A)

### Discussion/Summary
the patient has a significant injury though we will treated conservatively. Patient agrees to an ulnar gutter cast. We will follow up in 3-4 weeks for re-evaluation.re-evaluation.

Howard Faculty Practice Plan
Orthopaedics and Rehabilitative Services
2041 Georgia Avenue, NW
Suite A, 1st Floor HUH
Washington, DC  20060
Office:                          Fax: (202) 865-3039

Christopher Worrell
06/26/1971

ADDENDUM: 7/8/21
Actually, the patient has requested surgery for this injury. There has been a misunderstanding, noted in the initial documentation. Surgery is indicated. We will begin the scheduling for this patient as soon as possible.

RHW[1]

_Amended By: Wilson, Robert: Jul 08 2021 2:05 PM EST_

Signatures
Electronically signed by : Robert Wilson, MD, Jul 8 2021 2:10PM EST (Author)

Howard Faculty Practice Plan
Orthopaedics and Rehabilitative Services
2041 Georgia Avenue, NW
Suite A, 1st Floor HUH
Washington, DC 20060
Office:　　　　　　　Fax: (202) 865-3039

Opt-Out - Not Defined

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

*October 20, 2021*
Page 1
Radiology

**CHRISTOPHER WORRELL**                                                    Home: 377183
Male  DOB:                                      377183


**10/13/2021 - Radiology: Urgent, HAND RIGHT**
**Provider: Eleni O'Donovan - MD**
**Location of Care: Correctional Treatment Facility**

## Radiology Processing
**X-Ray Type:** Urgent, HAND RIGHT
**X-Ray Group:** UE
**X-Ray Ordered:** HAND RIGHT
**Date Requested:** 10/13/2021
**Exam Status:** Complete
**Exam Date:** 10/13/2021
**Technologist:** R. Douglas

## Radiographic Report
**Report Date:** 10/13/2021
**Exam:** UE, HAND RIGHT
**Findings:** Clinical History: "Follow-up R 5th metacarpal neck fracture - 3V R hand hand and wrist - patient at CTF"

Technique: Frontal, oblique and lateral views of the right hand were submitted for evaluation. No prior studies available for comparison.

Findings: There is deformity of the shaft of the fifth metacarpal bone compatible with old healing fracture. There is mild narrowing of the radiocarpal joint. The surrounding soft tissues are grossly unremarkable in appearance.

Impression: Old healing fracture deformity of the fifth metacarpal bone as stated above.
**Report Status:** Complete
**Radiologist:** Bonnie Davis, MD


**Electronically Signed by Eleni O'Donovan - MD on 10/15/2021 at 12:18 PM**
_____

( Urgent )                    10/14/21

## Unity Health Care Consultation Request

UCS _____   10/8/21
Referring Provider Signature          Date

N Crenshaw, MD
Referring Provider Name          pager/phone #
*(Stamp or print clinic name, address, telephone # and fax below.)*

HUH Orthopedic Clinic

PATIENT NAME (LAST, FIRST): Worrell, Christopher

☐ MEDICAID  ☐ MEDICARE     ID NUMBER 377183

OTHER

DATE OF BIRTH [redacted]          SEX  ☒ MALE   ☐ FEMALE

ADDRESS (STREET, CITY, APT)  Fax # 202-546-4818

STATE, ZIP [redacted]

SOCIAL SECURITY #          MEDICAL RECORD #

SPECIALIST NAME: HUH Ortho Wilson

AUTHORIZATION #

NUMBER OF VISITS AUTHORIZED   ☒ 1   ☐ 2 _____

SPECIALIST ADDRESS

PHONE

DIAGNOSIS
1. (R) 5th metacarpal fx
2.

☐ INITIAL CONSULTATION   ☒ FOLLOW-UP EVALUATION

APPOINTMENT DATE  10/14/21

APPOINTMENT TIME  12:30   AM (PM)

REASON FOR REFERRAL

50 y/o M c̄ fx of (R) 5th metacarpal, prev recommended for surgical repair but improving pain. Please eval/tx.
* Please send back regular office note as well. Thanks

CONSULTANT'S REPORT

50 yo M c̄ ō (R) 4th and 5th CMC arthritis and malunion of 4/5 metacarpals. Long, contentious discussion. Surgery indications are weak, though pt insistent on repair of malunion. Risks are moderate and chance of improving function limited. Pt is unwavering. Therefore, will proceed surgically and put best effort on improve. Pt agrees and demands that plan.

CONSULTANT SIGNATURE _____   PROVIDER # _____   DATE 10/8/21

FOR OFFICE USE ONLY
☐ Mail Referral to Pt.   ☐ Call Pt. to Pick Up Referral   ☐ Fax Referral to Consultant   ☐ Pt. Waiting _____
☐ Patient Will Pick Up Referral on (date)          Other: _____

*NOTE: Consultant, please mail all correspondence/findings to the address listed above for the Health Center. Thank You!*

| All-4 | Form 117 | MR R04/02 |
|---|---|---|

10/8/21
CW

**Central Detention Facility**                                              *October 20, 2021*
1901 D Street, SE   Washington, DC 20003                                          *Page 1*
 Fax:                                                                         *Urgent Care*

**CHRISTOPHER WORRELL**                                                Home: 377183
Male  DOB:                                          377183

**10/14/2021 - Urgent Care: Patient Return: HUH Ortho clinic**
**Provider: Cheikhna Aidara - PA**
**Location of Care: Correctional Treatment Facility**
**This document contains external references**

**Patient Return**
Hospital:  HUH
Return Type:  Outside Consultation
Medications:  No new meds.
Records Received:  No
Comments:  Only consult sheet received with following recommendations.
50 y/o male with right 4th and 5th ? arthritis  and malunion of the 4/5 metacarpals. Long, contentious
discussion. Surgery indication are weak, though patient insistent on repair of malunion. Risks are
moderate and chances of regaining function limited. Patient is unwavering . Therefore, will proceed
surgically and put best effort to repair. Patient agrees and demands that plan.
Referrals Written:  Yes
Comments:  Referral for surgery written.
Follow-Up:  Chronic Care Clinic, Outside Clinic
Scheduled:  Yes
Comments:  Referral coordinator to schedule patient for surgery as recommended.

**Electronically Signed by Cheikhna Aidara - PA on 10/14/2021 at 6:07 PM**
**Electronically Signed by Margaret Crenshaw - MD on 10/15/2021 at 3:23 PM**



**HOWARD**
UNIVERSITY
**Faculty Practice Plan**
**Orthopaedics and Rehabilitative Services**

RE: Christopher Worrell
MRN: 3544810
DOB:

10/14/2021

## Chief Complaint
1. Hand Problem
Patient is present for a a follow up of the right hand.

## History of Present Illness
**HPI:** Mr. Worrell Suffered a right hand injury on 05/16/21. he was brought to the emergency room at age 2 H were radiographs confirmed a metacarpal diaphyseal fracture. The patient was treated with closed reduction and application of a protective splint. Patient now presents for follow up evaluation and treatment in the clinic. He has no significant pain. He is adamant that he needs surgery. No pleased that his bone is not straight.

## Review of Systems

**Constitutional:** negative.
**ENT:** negative.
**Cardiovascular:** negative.
**Respiratory:** negative.
**Gastrointestinal:** negative.
**Genitourinary:** negative.
**Musculoskeletal:** negative.
**Integumentary and Breasts:** negative.
**Neurological:** negative.

## Allergies
1. Percocet TABS

## Physical Exam

**Constitutional:.** general appearance normal.
**Musculoskeletal:.** normal gait and station.
Right Hand: Appearance: Moderate swelling dorsally, loss of knuckle prominence over 4th and 5th metacarpal heads, skin intact. Tenderness: not the diffuse dorsal aspect of the hand and not the metacarpals. Palpatory findings include no crepitus. (limited range of motion noted.)

**Psychiatric:.** orientation to person, place, and time normal. normal mood and affect.

## Results/Data

Views: of the right hand.
Findings:
5th metacarpal diaphyseal fracture, comminuted, dorsal angulation 70?, healed 4th metacarpal fracture with mild dorsal angulation. 5th CMC joint with moderate signs of degenerative wear.

**Howard Faculty Practice Plan**
**Orthopaedics and Rehabilitative Services**
2041 Georgia Avenue, NW
Suite A, 1st Floor HUH
Washington, DC 20060
Office: Fax: (202) 865-3039

Christopher Worrell

2 of 2

10/14/2021

**Discussion/Summary**
Mr. Worrell present for follow up of metacarpal fracture of right 5th digit. He has discomfort with certain movements. He is not pleased that is metacarpal is not straight. He was informed that surgery has risks that may outweight the benefits of a surgery. Functionally he has no limitations. After all guidance patient was adamant about his need for surgery. He will be booked for surgery.

**Path Statement**
   PATH Statement:
   PATH Statement:
   I examined and evaluated the patient. I discussed the case with Dr. Williams and agree with their findings and plan as documented in their note except as noted below or in the chart

**Signatures**
Electronically signed by : Sean Williams, M.D.; Oct 15 2021  8.59PM EST (Co-author)

**Howard Faculty Practice Plan**
**Orthopaedics and Rehabilitative Services**
2041 Georgia Avenue, NW
Suite A, 1st Floor HUH
Washington, DC  20060
Office:                     Fax: (202) 865-3039

Opt-Out: Not Defined



**HOWARD**
UNIVERSITY
**Faculty Practice Plan**
**Orthopaedics and Rehabilitative Services**

RE: Christopher Worrell
MRN: 3544810
DOB: ▓▓▓▓▓

10/14/2021

### Chief Complaint
1. Hand Problem
Patient is present for a a follow up of the right hand.

### History of Present Illness
**HPI:** Mr. Worrell suffered a right hand injury on 05/16/21. He was brought to the emergency room where radiographs confirmed metacarpal diaphyseal fractures. The patient was treated with closed reduction and application of a protective splint. Previously, surgery had been discussed and planned, though I rescinded that after considering the poor indications. Patient now presents for follow up evaluation and treatment in the clinic. He has no significant pain. He is adamant that he needs surgery. No pleased that his bone is not straight.

### Review of Systems

**Constitutional:** negative.
**ENT:** negative.
**Cardiovascular:** negative.
**Respiratory:** negative.
**Gastrointestinal:** negative.
**Genitourinary:** negative.
**Musculoskeletal:** negative.
**Integumentary and Breasts:** negative.
**Neurological:** negative.

### Allergies
1. Percocet TABS

### Physical Exam

**Constitutional:.** general appearance normal.
**Musculoskeletal:.** normal gait and station.
Right Hand: Appearance: Minimal swelling dorsally, loss of knuckle prominence over 4th and 5th metacarpal heads, healed dorsal laceration. Tenderness: not the diffuse dorsal aspect of the hand and not the metacarpals. Palpatory findings include no crepitus. Minimal diffuse. (MP flexion 0-80, 4th and 5th, full IP ROM, grip 4+/5)

**Cardiovascular:** no edema.
**Neurologic:** no diminished sensation.
**Psychiatric:.** orientation to person, place, and time normal. Mood and Affect: agitated.

### Results/Data

Views: of the right hand.
Findings:

**Howard Faculty Practice Plan**
**Orthopaedics and Rehabilitative Services**
2041 Georgia Avenue, NW
Suite A, 1st Floor HUH
Washington, DC 20060
Office: ▓▓▓▓▓ Fax: (202) 865-3039

Opt-Out: Not Defined

Christopher Worrell                                                        2 of 2

10/14/2021

5th metacarpal diaphyseal healed, dorsal angulation 40 degrees, healed 4th metacarpal fracture with mild dorsal angulation, 5th CMC joint with severe signs of degenerative wear.

**Assessment**
1. Fracture of shaft of fifth metacarpal bone of right hand (815.03) (S62.326A)

**Discussion/Summary**
Mr. Worrell present for follow up of right 4th and 5th metacarpal fractures. He has the precondition of CMC arthritis and previous surgery. He has intermittent discomfort with making a fist. Previously, I had agreed to treat surgically, although I was a bit hesitant due to the lack of indication at that time. I did decide to not proceed after careful consideration. Now, the patient presents with a persistent interest in surgery. He is adamant about requesting surgery. We discussed the indications for surgery, for which he does not understand, are not necessarily present. He has an emotional interest in having surgery. Despite the weak indications for surgery, we will proceed with osteotomy of the 4th and 5th metacarpals. We will proceed due the the patient's insistence and clear psychological effects of the injury. He was informed that surgery has risks that may outweight the benefits of a surgery. Although, we discussed the risks of infection, poor function, pain, etc... the patient s beyond reason at this time. I explained my concerns as a physician, though I will try to provide the best surgical results possible. We will proceed with extreme caution, since it is apparent that ulterior motives are at play. He will be booked for surgery ASAP.

**Path Statement**
PATH Statement:
PATH Statement:
I examined and evaluated the patient. I discussed the case with Dr. Williams and agree with their findings and plan as documented in their note except as noted below or in the chart

**Signatures**
Electronically signed by : Sean Williams, M.D.; Oct 15 2021  8:59PM EST (Co-author)
Electronically signed by . Robert Wilson, MD; Oct 19 2021  9:51AM EST (Author)

**Howard Faculty Practice Plan**
**Orthopaedics and Rehabilitative Services**
2041 Georgia Avenue, NW
Suite A, 1st Floor HUH
Washington, DC  20060
Office:                    Fax: (202) 865-3039

Opt-Out: Not Defined

Unity Health Care Department of Corrections

Patient Refusal of Treatment

INMATE NAME ___Worrell___ , ___Christopher___ DCDC ___377183___
                    LAST              /      FIRST

I refuse the following Medical or Clinical service:

( ) Urgent Care Procedure/Visit          (X) Off-site Medical Appointment

( ) Chronic Care                         ( ) Medication

( ) Sick Call                            ( ) Laboratory/Imaging/Finger stick

( ) TST Placement/Reading                ( ) Dental

( ) Mental Health                        ( ) Intake Medical Evaluation

(X) Other: ___Surgery___

I acknowledge that I have been informed of the risk and possible consequences of the refusal
which include, but not limited to the following:

( ) Progressive worsening of acute/chronic condition to include blindness, coma, organ failure
and possibly death.

(X) Can lead to reduced or loss of use of extremities.

( ) Can lead to worsening mental health condition.

( ) Can lead to worsening pain, swelling and infection.

Other risks/consequences: ___delay of care if surgery refused; date continued.___

I hereby release Unity Health Care, DC Department of Correction and their employees, agents,
and contractors from all responsibility for any and all effects which may result from such
refusal.

INMATE/RESIDENT SIGNATURE: ─refused to sign─          DATE: 10/20/21

Date: _____                    Time: ~1:30 PM

UHC Staff Member:
___Martin Mitchell, MD___
Print

_____
Signature

Correctional Staff Witness:

_____
Print

_____
Signature

Rev7/18/2018

16

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

*October 20, 2021*
Page 1
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB:                                          377183

Home: 377183

**10/20/2021 - Chronic Care Clinic: f/u 5th MC Fx, cutaneous lymphoma, shoulder pain, etc**
**Provider: Margaret Crenshaw - MD**
**Location of Care: Correctional Treatment Facility**

## Chronic Care

Current Medications:  ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) Take 2 tabs po
BID as needed for pain; Route: ORAL
NAPROXEN 500 MG ORAL TABLET (NAPROXEN) take one tab every 12 hours as needed for pain, take
with food; Route: ORAL
CVS DRY EYE RELIEF 0.2-0.2-1 % OPHTHALMIC SOLUTION (GLYCERIN-HYPROMELLOSE-PEG
400) Instill one drop on  each eye every 6 hours Qdialy.; Route: OPHTHALMIC


### HPI

**Current Problems:**
OTHER SPECIFIED DISORDERS OF TEETH AND SUPPORTING STRUCTURES (ICD-525.8) (ICD10-
K08.89)
IMPINGEMENT SYNDROME OF LEFT SHOULDER (ICD-726.2) (ICD10-M75.42)
BACK PAIN (ICD-724.5) (ICD10-M54.9)
RIGHT 5TH METACARPAL NECK FRACTURE (ICD-V54.12) (ICD10-S62.336D)
EPIDERMOID CYST (ICD-706.2) (ICD10-L72.0)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1)
(ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)


**Current Medications:**
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) Take 2 tabs po BID as needed for pain;
Route: ORAL
NAPROXEN 500 MG ORAL TABLET (NAPROXEN) take one tab every 12 hours as needed for pain, take
with food; Route: ORAL
CVS DRY EYE RELIEF 0.2-0.2-1 % OPHTHALMIC SOLUTION (GLYCERIN-HYPROMELLOSE-PEG
400) Instill one drop on  each eye every 6 hours Qdialy.; Route: OPHTHALMIC


**Current Allergies:**
* PERCOCET: HIVES (Critical)


**Other HPI**
#. R 5th metacarpal fracture
-since last visit, pt was seen again by orthopecits for re-eval and recommendation was made for surgical
management
-pre-op work up was recommended and OR date was set
-pt completed pre-op labs and CXR (WNL and reviewed w pt today)
-an EKG was done today (WNL and reviewed w pt)

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
Fax:

*October 20, 2021*
*Page 2*
*Chronic Care Clinic*

**CHRISTOPHER WORRELL**                                        Home: 377183
Male  DOB: ▓▓▓▓▓▓▓                           377183

-he reports that he has no functional limitations and has no difficulty writing, eating, or gripping things
-he does report occasional intermittent pain with certain movements
-he is also unhappy with the appearance of the deformity over the dorsal side of his hand
-he says he feels like the hand is "85% normal" and hopes it can be "back to normal" with surgery
-however, pt today states he would like to have a second opinion before proceeding with surgery

#. Primary cutaneous follicular b cell lymphoma
-recurrent, with lesions now on face, neck, and upper chest
-pt c/o persistent itching which did not improve with prior trial of antihistamine
-following with HUH oncology with recommendation for: repeat skin bx, bone marrow bx and PET/CT for interim staging --these have all been completed
-see prevous notes for details of these results and prior history
-he was also recommended for evaluation by radiation oncology and was seen yesterday
-rad onc did not recommend radiation treatment but to proceed with chemo alone
-pt is also awaiting a follow up visit with ENT to be evaluated for excisional lymph node biopsy (prev compelted FNA which showed no e/o metastatic carcinoma)

#. Left shoulder pain
-with a fall in 5/2021,normal xray
-completed 3 sessions of PT, in his 4th session, c/o increased pain and was not able to tolerate additional PT or modalities
-at last visit, offered eval for subacromial glucocorticoid injection
-pt was seen this week for the injection, but he refused
-reviewed w pt today who reports persistent intermittent pain but states he wants to talk with his own "outside doctor" before proceeding with injection

#. Burn, healing
-pt reports spilling water on his L great toe with resultant burn
-was seen by sick call with rx for topical abx ointment
-no longer draining anything
-pain improved

#. HTN, h/o tachycardia
-prev on metoprolol reported h/o HTN and tachycardia, this has been dc'd
-had an elevated pressure at visit earlier in the week but BP and HR today are WNL
-pt continues to be asymptomatic

#.  Lower back pain w radiation into right leg
-pt c/o this at last visit and was rec'd for naproxen and stretching
-today's visit was focused on the above problems and pt did not c/o any back or leg pain today

#. Left lower tooth pain
-was prev seen by dental and recommended for an extraction but refused at the time
-at last visit, pt requested re-eval and was referred back to dental
-visit scheduled yesterday but was not seen as he was at outside medical


## Review of Systems
**General:** Patient denies fatigue, malaise, sweats.
**Cardiovascular:** Patient denies chest pain, dyspnea on exertion.
**Gastrointestinal:** Patient denies abdominal pain.

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

*October 20, 2021*
Page 3
Chronic Care Clinic

**CHRISTOPHER WORRELL**                                    Home: 377183
Male  DOB:                              377183

**Vital Signs**
Height: **75** in.
Weight: **262** lbs.
BMI: **32.87**
Temperature: **97.0** degrees F
Temp Site: **Oral**
Respirations: **16**
Pulse Rate: **80**
Rhythm: **Regular**
Blood Pressure: **126/86** mm Hg
(mm Hg)
Pulse Ox: 100%
EKG: Sinus Rhythm, HR 70, normal axis, normal intervals, no ST segment changes

**Physical Exam**

**General Appearance**
Comfortable, NAD
**Respiratory**
**Effort:** Normal
**Musculoskeletal**
**Gait & Station:** Normal
**Extremities**
**RUE:** Right hand: inspection: Pt observed to be using his hand normally to gesticulate throughout encounter, noted to have a well-healed incision over 4th metacarpal, no erythema or other skin changes. Does have have mild deformity over dorsal aspect of 5th metacarpal. Palpation: no TTP, no crepitus. ROM: full ROM of thumb and all fingers, normal ROM at wrist, able to make a fist without difficulty or reported pain
**Skin**
**Inspection:** left great toe with scabbed patch on flexor surface of IP joint without any significant erythema. No TTP, warmth, or erythema
**Mental Status and Exam**
**Mood & Affect:** Normal

**Assessment and Plan**
**Assessment/Plan:**
RIGHT 5TH METACARPAL NECK FRACTURE - Improved.
-pt is concerned about appearance of dorsal deformity and persistent occ pain with certain movements although he reports no functional limitations
-he was recommended for surgical management which has been scheduled
-however, today pt states he does not want to proceed to the OR but would like to have a second opinion first
-reviewed w pt that this will delay any potential future surgery , pt expressed understanding
-referral generated for a second opinion

FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE - Unchanged.

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
  Fax:

*October 20, 2021*
*Page 4*
*Chronic Care Clinic*

**CHRISTOPHER WORRELL**                                              Home: 377183
Male  DOB:                              377183

-following with oncology with recommendation for treatment with gazyva and bendamustine
-seen by rad-onc with recommendation for no XRT but to proceed with chemo alone
-awaiting ENT re-eval for excisional lymph node biopsy
-discussed with referral coordinator who is awaiting a visit date and approval for visit

IMPINGEMENT SYNDROME OF LEFT SHOULDER - Unchanged.
-recommended for subacromial steroid injection with goal of improving pain to allow pt to fully participate with PT
-pt refused this when seen for it on Monday
-pt states he prefers to d/w his own doctor outside of the facility first
-has f/u pending for re-eval

HYPERTENSION.
-BP at goal off of medication

BACK PAIN.
-this issue was not addressed in todays visit and pt did not mention any persistent pain
-will re-eval next visit
-has naproxen ordered as needed

OTHER SPECIFIED DISORDERS OF TEETH AND SUPPORTING STRUCTURES - Unchanged.
-pt prev seen by dental with rec for extraction which he declined but he has requested re-eval
-message sent to dental to re-schedule visit which pt missed yesterday when at OSM

BURN - Improved.
-healed
-no further intervention needed

Risks, benefits, and alternatives to treatment plan discussed.

Follow-up: in 2  weeks.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.

**Electronically Signed by Margaret Crenshaw - MD on 10/20/2021 at 2:32 PM**

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

*October 20, 2021*
Page 1
Urgent Care

**CHRISTOPHER WORRELL**                              Home: 377183
Male  DOB:                                377183

**10/19/2021 - Urgent Care: Patient Return - HUH Radiation Oncology**
**Provider: Gayle Juenemann - NP**
**Location of Care: Correctional Treatment Facility**

**Patient Return**
Hospital: HUH - Radonc
Return Type:  Outside Consultation
Records Received:  Yes
Comments:  Consultant's report: Recommend chemotherapy as soon as possible. No rad(next part of word illegible) at this time.
Referrals Written:  Yes
Comments:  Written consultation note provided (ppwk to be scanned in to view part of note containing HPI, ROS, and PE), see below for impression and plan.
-"Impression: Cutaneous B-cell lymphoma with recurrence.
-Plan: I will obtain the radation therapy record from Florida to evaluate the dose of radiation that he was given at that time. As B-cell lymphoma is very sensitive to chemotherapy, I will recommend chemotherapy instead of radation. The radiation therapy may leave lasting skin changes over the face which may affect the patient cosmesis. In addition, he had radiation therapy in the past. There may be increased toxicity if there is any overlap with the previously irradiated area. As the patient is very symptomatic from the pruritis, I recommend to start chemotherapy as soon as possible to alleviate his symptoms. The patient acknowledges his understanding."
Follow-Up:  Chronic Care Clinic, Outside Clinic
Comments:  Pt requesting that excisional biopsy be completed prior to starting chemotherapy. D/w pt that I will defer to his CC provider who is more familiar with his care re: ongoing treatment planning. Referral written for hemonc f/u, to be scheduled by referral coordinator.

**Electronically Signed by Gayle Juenemann - NP on 10/19/2021 at 5:30 PM**

### Howard University Hospital

2041 Georgia Avenue NW
Washington, DC DC 20001
Phone: 2028656100

| Soarian© Chart Report - Consultation Note | | | |
|---|---|---|---|
| **Pt Name:** | CHRISTOPHER  WORRELL | **MRN:** | 1337101 |
| **Pt ID:** | 0101222965 | **Acct No:** | 49304785 |
| **DOB:** | | **Age/Sex:** | 50Y/M |
| **Adm DTime:** | 10/19/2021  12:58 | **Atn Dr:** | Ahmed Ali, MD |
| **Nurs Sta:** | | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | Percocet | | |

## Oncology (Free Text Consult) - Consultation Note

**Collected On: 10/19/2021  15:23**

**Note**

Radiation oncology consultation note.

Chief complaint: Itching of the face.

History of present illness:

This is a 50-year-old Caucasian gentleman had a history of base of tongue carcinoma which was treated with surgery followed by chemoradiation in Florida  The medical record is not available to us.  The patient developed B cell cutaneous lymphoma in 2007 which was treated with Rituximab.  However, the patient developed allergy to the medication and developed recurrence afterward.  The patient complains of severe itching involving the face associated the rash for the past few months.  The itching is intense.  There is no history of fever, chills or weight loss.  Biopsy of the skin lesion reveals recurrent cutaneous B-cell lymphoma.  A bone marrow biopsy did not show any involvement of the bone marrow.  The patient is scheduled to start on chemotherapy with bendamustine and Gazyva.  He is now referred for radiotherapy evaluation.

The patient past medical history is significant for of high blood pressure and COVID infection.

He is allergic to Percocet and hydrocodone.

Social history:  The patient has a 20 pack history of smoking.  He also drank heavily in the past.

Family history:  There is no cancer in the family.

Review of the system:

General:  The patient has no history of fever, chills or weight loss.

Head and neck:  The patient complains of a rash over the face with severe itching.  There is no history of blurring of the vision, hearing loss, sore throat, dysphagia or hoarseness of the voice.

Heart:  The patient has no history of syncope or palpitation.

Lungs:  The patient has no history of chest pain, shortness of breath, cough or hemoptysis.

Gastrointestinal:  The patient has no history of abdominal pain, nausea, vomiting, constipation, diarrhea or gastrointestinal bleeding.

Genitourinary:  The patient has no history hematuria or dysuria.

Skin:  The patient complained of severe itching of the face.  He also had a rash on his forehead.

Endocrine:  The patient has no history of polyuria, polydipsia, excessive tremor or sweating.

Hematologic:  The patient has no history of easy fatigue or bruising.

Neurologic:  The patient has no history of seizure, numbness or weakness of the extremities.

On physical exam, the patient is alert and oriented.  He is a well-developed.

Head and neck exam reveals no lesion of the oral cavity.  The pupils are equal and reactive to light.  There is no palpable cervical, supraclavicular or axillary adenopathy.

---

| **Pt Name:** | CHRISTOPHER  WORRELL | **MRN:** | 1337101 | | Chart Report - Consultation Note |
|---|---|---|---|---|---|
| **Rm/ Bed:** | | | Page 1 of 2 | | ORE_0179_Modal.rpt v2.00 |

Printed By :Nguyen, Nam MD
Printed On :19-Oct-21 15:55

Copyright © Cerner Health Services, Inc. All rights reserved.
Crystal Reports © 2021 Business Objects SA. All rights reserved.

Oncology (Free Text Consult) - Consultation Note

continued from previous page

Collected On: 10/19/2021  15:23

Auscultation of the heart reveals no gallop or murmur.

Auscultation of the lungs reveals no rale.

Abdomen is supple, nontender.  There is no organomegaly.  Bowel sounds are present.

Examination of the extremities reveals no cyanosis or pedal edema.

Examination of skin reveals a rash involving the right temple and forehead.  The rash is diffuse, non tender to palpation.  Palpation of the lymph nodes in the extremities reveals no abnormal nodule.

Neurologic exam reveals no focal motor or sensory deficit.

The right neck is indurated reading crease pigmentation from previous radiotherapy.

The rest of his exam is noncontributory.  I do not perform the rectal exam.

Impression:  Cutaneous B-cell lymphoma with recurrence.

Plan:  I will obtain the of the radiation therapy record from Florida to evaluate the dose of radiation that was given at that time.  As B-cell lymphoma is very sensitive to chemotherapy, I will recommend chemotherapy instead of radiation.  The radiation therapy may leave lasting skin changes over the face which may affect the patient cosmesis..  In addition, he had radiation therapy in the past. There may be increased toxicity if there is any overlap with the previously irradiated area.  As the patient is very symptomatic from the pruritus, I recommend to start chemotherapy as soon as possible to alleviate his symptoms.  The patient acknowledges his understanding.

**Electronically signed by Nam P. Nguyen, MD on 10/19/2021 15:55**

**End of Report**

Copyright © Cerner Health Services, Inc.  All rights reserved.

Crystal Reports © 2021 Business Objects SA. All rights reserved.