# EXHIBIT "A"

**Central Detention Facility**
1901 D Street, SE   Washington, DC 20003
 Fax:

*October 6, 2021*
Page  92
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                                377183

Home: 377183

**06/10/2021 - TextNote: sc**
**Provider: Tamela Clinkscale**
**Location of Care: DC JAIL MMHS**
**This document contains external references**

**Electronically Signed by Tamela Clinkscale on 06/10/2021 at 3:38 PM**
_____

**06/10/2021 - Urgent Care: Patient Return Ortho (Wilson)**
**Provider: Charles Sarbeng - DNP**
**Location of Care: Correctional Treatment Facility**

**Patient Return**
Hospital:  HUH
Return Type:  Outside Consultation
Comments:  patient returned from HUH ortho with Dr Wilson. Report
Diagnosis: right small finger metacarpal diaphyseal fracture sustained 21/2 weeks ago.
Recommended surgical fixation. Obtain pre-op labs, cbc, bmp, covid test, urine drug screen, ekg, cxt, call
orthopedic clinic at (202)-865-1183 for any question.
referral generated
labs ordered

covid screening, EKG and CXR pending surgery date

**Process Orders**
Check Orders Results:
   LabCorp: ABN not required for this insurance.
Tests Sent for requisitioning (June 10, 2021 1:54 PM):
   06/10/2021: LabCorp -- CBC With Diff [005009] (signed)
   06/10/2021: LabCorp -- Basic Metab Panel [322758] (signed)

**Electronically Signed by Charles Sarbeng - DNP on 06/11/2021 at 9:30 AM**
_____

**06/11/2021 - Append: Patient Return Ortho (Wilson)**
**Provider: Charles Sarbeng - DNP**
**Location of Care: Correctional Treatment Facility**

# EXHIBIT "B"

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page 111
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                    377183

Home: 377183

tumor involvement
-after patient visit, case was discussed with Dr. Ali (pt's oncologist at HUH) and he recommended further
eval of these lymph nodes by ENT for possible excisional biopsy
-still awaiting skin biopsy with derm
-treatment plan to be determined based on the results of these biopsies
-ENT referral generated, will schedule ASAP; will review plan with pt next visit

SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007.
-no e/o recurrence in recent scans

FRACTURE OF FIFTH METACARPAL BONE, RIGHT HAND.
-awaiting OR date

HYPERTENSION.
-BP at goal today
-c/w current regimen

Risks, benefits, and alternatives to treatment plan discussed.

Follow-up: 2  days.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.

**Electronically Signed by Margaret Crenshaw - MD on 06/16/2021 at 2:28 PM**

---

**06/14/2021 - TextNote: Communication with Dr. Ali (Onc)**
**Provider: Margaret Crenshaw - MD**
**Location of Care: Correctional Treatment Facility**

<u>6/14/21</u>
-Called and spoke with pt's oncologist Dr. Ali on 6/14/21.  Dr. Ali had not had a chance to review the
recent bone marrow and PET/CT results. These were faxed to Dr. Ali who states he will call back with
recommendation for next steps.

<u>6/15/21</u>
-have not yet yeard back from Dr. Ali regarding an updated POC, called the number on file for his MA, no
answer
-will try again tomorrow

<u>6/16/21</u>

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page 110
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                    377183

Home: 377183

#. L shoulder pain
-not addressed today, awaiting PT

**Review of Systems**
**General:** Patient denies chills, fatigue, malaise.
**Cardiovascular:** Patient denies chest pain.
**Respiratory:** Patient denies cough.

**Vital Signs**
Height: **75** in.
Weight: **253** lbs.
BMI: **31.74**
Temperature: **97.7**  degrees F
Temp Site: **Oral**
Respirations: **16**
Pulse Rate: **70**
Rhythm: **Regular**
Blood Pressure: **103/77**  mm Hg
(mm Hg)
Pulse Ox: 98%

**Physical Exam**

**General Appearance**
Comfortable, NAD
**Neck**
**Neck:**  no palpably enlarged lymph nodes
**Respiratory**
**Effort:**  Normal
**Musculoskeletal**
**Gait & Station:**  Normal
**Skin**
**Inspection:**  scattered erythematous patches w some induration most noticable posterior to and below the right earlobe, along the hairline over his left eyebrow, and below his left earlobe
**Mental Status and Exam**
**Mood & Affect:**  Normal

**Assessment and Plan**
Hypertension Control: Controlled
**Assessment/Plan:**
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE.
-recently re-established care wtih oncology last month and working on re-staging
-bone marrow biopsy done and WNL
-PET/CT done with new mildly active right submandibular and left upper cervical lymphnodes c/f possible

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page 109
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                          377183

Home: 377183

(ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Current Medications:**
METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid.
ASPIRIN 81 MG TAB (ASPIRIN) Take one tab po Qdaily.
ANALGESIC BALM OINT (LINIMENTS OINT) AAA bid prn.x10 dys   First dose now; Route: EXTERNAL
CVS DRY EYE RELIEF 0.2-0.2-1 % OPHTHALMIC SOLUTION (GLYCERIN-HYPROMELLOSE-PEG
400) 1-2 gtt in eyes prn; Route: OPHTHALMIC
IBUPROFEN 600 MG ORAL TABLET (IBUPROFEN) Take one tab po TID as needed for pain. take
mediciation with food to avoid GI upset; Route: ORAL
LIDOCAINE HCL 2 % EXTERNAL GEL (LIDOCAINE HCL) apply to affected area bid prn for pain; Route:
EXTERNAL

**Current Allergies:**
* PERCOCET: HIVES (Critical)

**Other HPI**
#. Primary cutaneous follicular b cell lymphoma
-initially diagnosed in 2007 and treated initially with rituximab
-with subsequent recurrence and treatment again with retuximab with development of an allergic vs
infusion reaction
-recurrence documented again in 2019 which was the last time the pt had imaging but did not undergo
the oncology-recommended treatment at that time but instead was following with an alternative medicine
provider who prescribed topical rapamycin and naltrexone
-the patient currently has skin lesions on his face, neck, and upper chest
-the patient was seen by HUH oncology on 5/19/21 to re-establish oncology care
-recommendnations were for a repeat skin bx, bone marrow bx and PET/CT for interim staging
-bone marrow biopsy was completed 6/2021 and is WNL
-PET/CT scans done 6/2021, results reviewed with patient today
-significant for findings of "mildly active" right submandibular and left upper cervical lymph nodes c/f
possible lymphamatous/tumor involvement
-no e/o metastatic disease or malignancy in the chest, abd, pelvis or intracranially
-these lymph node findings are apparently new since the pt's last PET scan done in 2019

#. SCC of head/neck, base of tongue
-treated with surgery, chemo, and XRT in 2007
-6/2021 PET /CT without any c/f recurrence

#. R 5th metacarpal neck fracture
-seen by Dr. Wilson (ortho hand) and rec'd for surgical repair
-awaiting OR

#. HTN, h/o tachycardia
-on metoprolol h/o HTN and tachycardia
-BP and HR WNL today

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page 117
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                        377183

Home: 377183

**Electronically Signed by Tamela Clinkscale on 06/10/2021 at 4:12 PM**

**06/10/2021 - TextNote: sc**
**Provider: Tamela Clinkscale**
**Location of Care: DC JAIL MMHS**
**This document contains external references**

**Electronically Signed by Tamela Clinkscale on 06/10/2021 at 3:38 PM**

**06/10/2021 - TextNote: ORTHOPEDIC AMENED NOTE 61021**
**Provider: Erin Ellis**
**Location of Care: Correctional Treatment Facility**
**This document contains external references**

**Electronically Signed by Erin Ellis on 10/12/2021 at 3:00 PM**

**06/10/2021 - TextNote: ORTHOPEDIC CLINIC NOTE 6/10/21**
**Provider: Erin Ellis**
**Location of Care: Correctional Treatment Facility**
**This document contains external references**

**Electronically Signed by Erin Ellis on 10/12/2021 at 2:57 PM**

**06/10/2021 - Urgent Care: Patient Return Ortho (Wilson)**
**Provider: Charles Sarbeng - DNP**
**Location of Care: Correctional Treatment Facility**

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page 116
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                    377183

Home: 377183

-will d/w referral coordinator to ensure no visits next week

FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE.
-recurrent disease, following with oncology and awaiting derm eval for biopsy
-was rec'd for PET/CT and bone marrow bx which were completed
-unable to review PET and bone marrow biopsy reports until after patient visit
-bone marrow bx reviewed showing normal bone marrow
-PET/CT results reviewed as below
- significant for mildly active R submandibular and left upper cervical lymph nodes, suspicious for lymphomatous/tumor involvement
-no e/o metastatic dz/malignancy w/i chest, abdomen, or pelvis
-no e/o intracranial metastatic disease
-results were NOT reviewed w the patient as they were obtained after his visit, will review w pt at visit next week
-call placed to Dr. Ali's (oncology) office and message left with his MA to determine if lymph node bx should be persued prior to onc follow up
-as of this note's signing, had not received a call back
-will f/u with pt in 1 week

SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007.
-recent PET/CT with no e/o soft tissue recurrence w/i the throat

HYPERTENSION - Unchanged.  -BP at goal today
-c/w current regimen

PAIN IN LEFT SHOULDER.
-imaging w/o acute bony process
-PT scheduled

Risks, benefits, and alternatives to treatment plan discussed.

Follow-up: in 1  weeks.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.

**Electronically Signed by Margaret Crenshaw - MD on 06/11/2021 at 3:06 PM**

---

**06/10/2021 - TextNote: sc**
**Provider: Tamela Clinkscale**
**Location of Care: DC JAIL MMHS**
**This document contains external references**

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page 115
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                377183

Home: 377183

-xray was done which showed some mild joint narrowing but no acute process
-was prev referred to PT which is pending

## Review of Systems
**ROS reviewed.  No changes.**

## Vital Signs
Height:  **75** in.
Weight:  **253** lbs.
BMI:  **31.74**
Temperature:  **97.5**  degrees F
Temp Site:  **Tympanic**
Respirations:  **16**
Pulse Rate:  **81**
Rhythm:  **Regular**
Blood Pressure:  **108/73**  mm Hg
(mm Hg)
Pulse Ox: 97%

## Physical Exam

**General Appearance**
Comfortable, NAD
**Respiratory**
**Effort:**  Normal
**Musculoskeletal**
**Gait & Station:**  Normal
**Skin**
**Inspection:**  very small healed biopsy site over right sacrum wihtout any drainiage, discharge, or erythemea
**Mental Status and Exam**
**Mood & Affect:**  Normal

## Assessment and Plan
Hypertension Control: Controlled
**Assessment/Plan:**
FRACTURE OF FIFTH METACARPAL BONE, RIGHT HAND.
-following with orthopedics and recommended for surgical repair
-working to coordinate OR date and will do requested preop work up including labs, EKG, and CXR
-of note, pt has requested that he NOT be scheduled for any outside medical appointments next week so he has a chance to get the commissary order he has placed for "healthy" foods he feels he does not get on the trays
-reviewed w pt the risks of potentially delaying care, pt accepts these and reiterates his request for no outside visits next week

# EXHIBIT "C"

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
*Page  13*
*Chronic Care Clinic*

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                              377183

Home: 377183

**This document contains external references**

**TRIP TICKET**

*Imported By: Erin Ellis 10/15/2021 9:04:58 AM*

---

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Electronically Signed by Margaret Crenshaw - MD on 10/20/2021 at 8:30 AM**

---

**10/13/2021 - Radiology: Urgent, HAND RIGHT**
**Provider: Eleni O'Donovan - MD**
**Location of Care: Correctional Treatment Facility**

**Radiology Processing**
**X-Ray Type:** Urgent, HAND RIGHT
**X-Ray Group:** UE
**X-Ray Ordered:** HAND RIGHT
**Date Requested:** 10/13/2021
**Exam Status:** Complete
**Exam Date:** 10/13/2021
**Technologist:** R. Douglas

**Radiographic Report**
**Report Date:** 10/13/2021
**Exam:** UE, HAND RIGHT
**Findings:** Clinical History: "Follow-up R 5th metacarpal neck fracture - 3V R hand hand and wrist - patient at CTF"

Technique: Frontal, oblique and lateral views of the right hand were submitted for evaluation. No prior studies available for comparison.

Findings: There is deformity of the shaft of the fifth metacarpal bone compatible with old healing fracture. There is mild narrowing of the radiocarpal joint. The surrounding soft tissues are grossly unremarkable in appearance.

Impression: Old healing fracture deformity of the fifth metacarpal bone as stated above.
**Report Status:** Complete
**Radiologist:** Bonnie Davis, MD

# EXHIBIT "D"

**Subject:** (none)
**Date:** Saturday, October 30, 2021 at 12:57:17 PM Eastern Daylight Time
**From:** Alex Stavrou <alexstavrousr@icloud.com>
**To:** Alex Stavrou <Alex@alexstavrou.com>
**Attachments:** IMG_0618.jpg



Sent from my iPhone

**Subject:** (none)
**Date:** Saturday, October 30, 2021 at 10:21:39 AM Eastern Daylight Time
**From:** Alex Stavrou <alexstavrousr@icloud.com>
**To:** Alex Stavrou <Alex@alexstavrou.com>
**Attachments:** IMG_0619.jpg



Sent from my iPhone

# EXHIBIT "E"

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page  2
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                          377183

Home: 377183

Respirations: **16**
Pulse Rate: **80**
Rhythm: **Regular**
Blood Pressure: **126/86**  mm Hg
(mm Hg)
Pulse Ox: 100%

---

**10/19/2021 - Urgent Care: Patient Return - HUH Radiation Oncology**
**Provider: Gayle Juenemann - NP**
**Location of Care: Correctional Treatment Facility**

**Patient Return**
Hospital:  HUH - Radonc
Return Type:  Outside Consultation
Records Received:  Yes
Comments:  Consultant's report: Recommend chemotherapy as soon as possible. No rad(next part of word illegible) at this time.
Referrals Written:  Yes
Comments:  Written consultation note provided (ppwk to be scanned in to view part of note containing HPI, ROS, and PE), see below for impression and plan.
-"Impression: Cutaneous B-cell lymphoma with recurrence.
-Plan: I will obtain the radation therapy record from Florida to evaluate the dose of radiation that he was given at that time. As B-cell lymphoma is very sensitive to chemotherapy, I will recommend chemotherapy instead of radation. The radiation therapy may leave lasting skin changes over the face which may affect the patient cosmesis. In addition, he had radiation therapy in the past. There may be increased toxicity if there is any overlap with the previously irradiated area. As the patient is very symptomatic from the pruritis, I recommend to start chemotherapy as soon as possible to alleviate his symptoms. The patient acknowledges his understanding."
Follow-Up:  Chronic Care Clinic, Outside Clinic
Comments:  Pt requesting that excisional biopsy be completed prior to starting chemotherapy. D/w pt that I will defer to his CC provider who is more familiar with his care re: ongoing treatment planning. Referral written for hemonc f/u, to be scheduled by referral coordinator.

**Electronically Signed by Gayle Juenemann - NP on 10/19/2021 at 5:30 PM**

---

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page 112
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                    377183

Home: 377183

-spoke with Dr. Ali after pt's appointment today
-he recommends referral to ENT for eval for excisional biopsy
-if not able to surgically remove all impacted nodes, may require XRT in addition to chemo
-will determine tx plan once lymph node and skin biopsies are completed

**Electronically Signed by Margaret Crenshaw - MD on 06/16/2021 at 2:17 PM**

---

**06/12/2021 - Nursing Note**
**Provider: Christopher Asong - LPN**
**Location of Care: Correctional Treatment Facility**

patient is alert and verbally reponsive,received his artificial tears ophth drops.

**Electronically Signed by Christopher Asong - LPN on 06/12/2021 at 9:37 PM**

---

**06/11/2021 - Nursing Note**
**Provider: Linda Stephens - RN**
**Location of Care: Correctional Treatment Facility**

Seen by the provider no complaints voiced.

**Electronically Signed by Linda Stephens - RN on 06/11/2021 at 2:09 PM**

---

**06/11/2021 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**

Appointment status changed to canceled by
Nicole Morrison - PA on 06/11/2021 9:45 AM.

Cancellation Comments
---------------------

pharmacy contacted and he should receive eye drops today per pharmacy staff

Appointment Information
-----------------------

Appt Type:  CTF MD_Sick Call
      Date:  Friday, June 11, 2021

# EXHIBIT "F"

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page 209
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                              377183

Home: 377183

naltrexone as these are not the standard of care. What's more the topical medication is not readily compoundable, was provided by a non-oncologist on an experimental basis for ~30d and simply cannot be brought into the facilty d/t real security concerns. Pt was very upset during the entire visit, raising his voice etc. Supportive listening provided-however was clear that an update of pt's condition (which may be worsening as a result of delay in outside care) is important to make informed decision for future care. (from prob list, unclear why it did not transfer over when original note was signed)

**Electronically Signed by Marlon Mitchell - MD on 05/05/2021 at 11:39 AM**

---

**05/07/2021 - Append: intial ccc appt**
**Provider: Margaret Crenshaw - MD**
**Location of Care: Correctional Treatment Facility**

Patient was seen in conjunction with Dr. Mitchell. I was present for the above discussion and agree with the plan. In summary, Mr. Worrell has a history of two different malignancies--head/neck scuamous cell carcinoma and primary cutaneous follicle center lymphoma. The SCC was treated with surgery, XRT, and carboplatin. His lymphoma was treated initially with rituximab. Altho his SCC seems to have remained in remission, he has had multiple recurrences of the follicular B cell lymphoma, most recently in 2019. Because the patient has reported a previous allergic reaction to rituximab, he has been seeking an alternative treatment for this most recent recurrence. In 8/2020 a new oncologist recommended repeat PET and bone marrow bx for re-staging with a plan for an alternative systemic chemo regimen. However, the patient did not do this and instead saught care from an alternative medicine provider who is a board certified urologist but who recommended a compounded topical rapamycin along with naltrexone to manage his recurrent disease. The patient feels that this treatment has been working for him and has requested to continue it here. There are a lot of issues with this request. First, there is some concern that without any recent imaging, the patient may have more advanced disease. Additionally, he has had no recent surveillance for his previously treated SCC. Regarding the topical rapamycin and naltrexone regimen that the patient has requested--even if he has no evidence of extracutaneous disease, this treatment does not appear to be the standard of care. A breif literature review does show that topical treatment options for primary cutaneous b-cell lymphooms do exist, however, topical rapamycin does not seem to have any evidence behind it (1). Understandably, as a rare disease with few cases, robust evidence for different therapies is hard to come by. However, this underscores the need for the patient's care to be managed by an oncologist. He has been referred for an oncology evaluation and he can discuss his treatment options further at that visit .

1. Lang CCV, Ramelyte E, Dummer R. Innovative Therapeutic Approaches in Primary Cutaneous B Cell Lymphoma. Front Oncol. 2020;10:1163. Published 2020 Aug 7. doi:10.3389/fonc.2020.01163

**Electronically Signed by Margaret Crenshaw - MD on 05/07/2021 at 12:15 PM**

---

**05/04/2021 - TextNote: Temperature Check - Infrared Thermometer**
**Provider: Alice Atiemo - LPN**
**Location of Care: Correctional Treatment Facility**

# EXHIBIT "G"

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page 147
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                          377183

Home: 377183

**Electronically Signed by Julia Dorsey - MA on 05/29/2021 at 2:39 PM**

---

**05/28/2021 - TextNote: Grievance**
**Provider: Traci Outlaw**
**Location of Care: Central Detention Facility**

Resident submitted a grievance that he needs to be seen for his hand and to see how it is healing.
Resident has been scheduled for several appointments for medical services, provider will follow-up with
resident on the progress of his hand and any other test results as required. Grievance resolved

**Electronically Signed by Traci Outlaw on 05/28/2021 at 12:04 PM**

---

**05/28/2021 - Lab Report: CMP14+eGFR, CBC With Differential/Platelet, Prothrombin Time ...**
**Provider: Marlon Mitchell - MD**
**Location of Care: Correctional Treatment Facility**
**This document contains external references**

```
Patient: CHRISTOPHER  WORRELL
ID: 1100 377183
Note: All result statuses are Final unless otherwise noted.

Tests: (1) CMP14+eGFR (334943)
    Glucose               94 mg/dL              65-99
    BUN                   11 mg/dL              6-24
    Creatinine            0.83 mg/dL            0.76-1.27
!   eGFR If NonAfricn Am  103 mL/min/1.73       >59
!   eGFR If Afrcin Am     119 mL/min/1.73       >59
        **Labcorp currently reports eGFR in compliance with the current**
        recommendations of the National Kidney Foundation. Labcorp will
        update reporting as new guidelines are published from the NKF-ASN
        Task force.

    BUN/Creatinine Ratio  13                    9-20
    Sodium                142 mmol/L            134-144
    Potassium             4.3 mmol/L            3.5-5.2
    Chloride        [H]   107 mmol/L            96-106
    Carbon Dioxide, Total
                          21 mmol/L             20-29
    Calcium               9.3 mg/dL             8.7-10.2
    Protein, Total        6.8 g/dL              6.0-8.5
    Albumin               4.6 g/dL              4.0-5.0
    Globulin, Total       2.2 g/dL              1.5-4.5
```

# EXHIBIT "H"

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page 242
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                      377183

Home: 377183

Pulse Ox: 98%
Patient has no signs or symptoms related to COVID-19.
Voiced no complaints.

**Electronically Signed by Linda Stephens - RN on 04/23/2021 at 11:01 AM**
_____

**04/22/2021 - TextNote: Temperature Check - Infrared Thermometer**
**Provider: Myrtha Mathieux - RN**
**Location of Care: Correctional Treatment Facility**

**Vital Signs**
Height: **75** in.
Temperature: **96.8**  degrees F
Respirations: **18**
Pulse Rate: **83**
Blood Pressure: **107/82**  mm Hg
(mm Hg)
Pulse Ox: 96%
Patient denies signs or symptoms related to COVID-19.

**Electronically Signed by Myrtha Mathieux - RN on 04/22/2021 at 6:32 PM**
_____

**04/22/2021 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**

```
Appointment status changed to canceled by
Anju Menon - MD on 04/22/2021 6:18 PM.

Cancellation Comments
---------------------

at CTF isolation unit

Appointment Information
-----------------------

Appt Type:  Chronic Care_MD
     Date:  Thursday, April 22, 2021
     Time:  7:45 AM for 5 min
  Urgency:  Routine
  Made By:  Robin Jenkins - MA
 To Visit:  CDF CC Menon
```

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page 213
Chronic Care Clinic

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB: 06/26/1971                        377183

- - - - - - - - - - - - -

**Electronically Signed by Doctor Unity on 05/14/2021 at 2:59 PM**
_____

**05/04/2021 - TextNote: Temperature Check - Infrared Thermometer**
**Provider: Julia Dorsey - MA**
**Location of Care: Correctional Treatment Facility**

**Vital Signs**
Height:  **75** in.
Temperature:  **97.3**  degrees F
(mm Hg)
Patient has no signs or symptoms related to COVID-19.

**Electronically Signed by Julia Dorsey - MA on 05/04/2021 at 8:20 AM**
_____

**05/03/2021 - TextNote: Temperature Check - Infrared Thermometer**
**Provider: Alice Atiemo - LPN**
**Location of Care: Correctional Treatment Facility**

**Vital Signs**
Height:  **75** in.
Temperature:  **97.7**  degrees F
(mm Hg)
No Covid symptoms

**Electronically Signed by Alice Atiemo - LPN on 05/03/2021 at 8:35 PM**
_____

**05/03/2021 - Internal Other: Appointment No Show**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**

Appointment status changed to no show by
Terry Nguyen - DO on 05/03/2021 2:57 PM.

No Show Comments
- - - - - - - - - - - - - - - - - - - -

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page 212
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                     377183

Home: 377183

---

**05/04/2021 - TextNote: Sick Call TextNote**
**Provider: Nicole Morrison - PA**
**Location of Care: Correctional Treatment Facility**

SC slip reviewed. Pt has a chronic care appt tomorrow

**Electronically Signed by Nicole Morrison - PA on 05/04/2021 at 9:44 AM**

---

**05/05/2021 - Append: Sick Call TextNote**
**Provider: Nicole Morrison - PA**
**Location of Care: Correctional Treatment Facility**

SC slip reviewed, pt wanted to check on status of "cancer medication.". Discussed this with the patientl
last week.  Spoke with CC provider who will address with pt at CC appt

**Electronically Signed by Nicole Morrison - PA on 05/05/2021 at 3:07 PM**

---

**05/04/2021 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**

```
Appointment status changed to canceled by
Nicole Morrison - PA on 05/04/2021 9:13 AM.

Cancellation Comments
---------------------

Pt has Chronic Care appt tomorrow.

Appointment Information
-----------------------

Appt Type:  CTF MD_Sick Call
    Date:  Tuesday, May 4, 2021
    Time:  8:05 AM for 5 min
 Urgency:  Routine
 Made By:  Tamela Clinkscale
To Visit:  CTF Sick Call - Blue
  Reason:  c2a pm

Appt Comments
```

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page 192
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                              377183

Home: 377183

**Electronically Signed by Marlon Mitchell - MD on 05/06/2021 at 11:37 AM**

_____

**05/06/2021 - Append: awaiting onc f/u**
**Provider: Marlon Mitchell - MD**
**Location of Care: Correctional Treatment Facility**

-spoke w/ onc re case who affirms that the regimen (incl cream and naltrexone) is very irregular
-oncologist will review case and paperwork, anticipates meeting w/ pt to give full recs
-primary here will review care
-wonder if this pt would benefit from palliative care consultation in future, esp for potential sx management

**Electronically Signed by Marlon Mitchell - MD on 05/06/2021 at 11:54 AM**

_____

**05/06/2021 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**

```
Appointment status changed to canceled by
Anju Menon - MD on 05/06/2021 11:17 AM.

Cancellation Comments
---------------------

Patient is at CTF nad has seen CTF provider and f.u is already scheduled.

Appointment Information
-----------------------

Appt Type:  Chronic Care_MD
     Date:  Thursday, May 6, 2021
     Time:  7:25 AM for 5 min
  Urgency:  Routine
  Made By:  Robin Jenkins - MA
To Visit:  CDF CC Menon
   Reason:  URGENT - MUST BE SEEN!!!!!!! / CTF

Appt Comments
-------------
  Hx lymphoma cancer, neuropathic pain, and  Hypertension
recent COVID
```

**Electronically Signed by Doctor Unity on 05/14/2021 at 3:01 PM**

_____

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

October 20, 2021
Page 172
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                          377183

Home: 377183

---

**05/15/2021 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**


```
Appointment status changed to canceled by
Joyce Oppong - NP on 05/15/2021 8:32 PM.

Cancellation Comments
---------------------

see comments

Appointment Information
-----------------------

Appt Type:  CTF MD_Sick Call
     Date:  Saturday, May 15, 2021
     Time:  10:55 AM for 5 min
  Urgency:  Routine
  Made By:  Joyce Oppong - NP
 To Visit:  CTF Sick Call - Purple
   Reason:  C 2A

Appt Comments
-------------
sick call  slip reviewed pt requesting for meds refills eye drops
```

**Electronically Signed by Doctor Unity on 05/21/2021 at 1:41 PM**

---

**05/15/2021 - TextNote: Sick Call TextNote**
**Provider: Joyce Oppong - NP**
**Location of Care: Correctional Treatment Facility**


**Medications:**
CVS DRY EYE RELIEF 0.2-0.2-1 % OPHTHALMIC SOLUTION (GLYCERIN-HYPROMELLOSE-PEG
400) 1-2 gtt in eyes prn  #1 x 2
       Route: OPHTHALMIC
       Entered and Authorized by:     Joyce Oppong - NP
       Signed by:      Joyce Oppong - NP on 05/15/2021
       Method used:    Printed then faxed to ...
                       Unity @ DC Dept of Corrections (retail)

                       Washington, DC  20003  USA
                       Ph: 202-698-0423
                       Fax:
       Note to Pharmacy: Route: OPHTH;

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page 153
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                    377183

Home: 377183

**Location of Care: Correctional Treatment Facility**

**Vital Signs**
Height: **75** in.
Temperature: **97.2** degrees F
(mm Hg)
Patient has no signs or symptoms related to COVID-19.

**Electronically Signed by Julia Dorsey - MA on 05/27/2021 at 8:25 AM**

---

**05/26/2021 - TextNote: Sick Call TextNote**
**Provider: Kamilah Ray-Boyd - PA**
**Location of Care: Correctional Treatment Facility**

Pt was seen in CCC today but did not mention left shoulder pain. Will f/u with pt tomorrow in SC.

**Electronically Signed by Kamilah Ray-Boyd - PA on 05/26/2021 at 2:15 PM**

---

**05/26/2021 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**

```
Appointment status changed to canceled by
Kamilah Ray-Boyd - PA on 05/26/2021 2:13 PM.

Cancellation Comments
---------------------

see text note

Appointment Information
-----------------------

Appt Type: CTF MD_Sick Call
     Date: Wednesday, May 26, 2021
     Time: 8:15 AM for 5 min
  Urgency: Routine
  Made By: Tamela Clinkscale
 To Visit: CTF Sick Call - Blue
   Reason: c2a am

Appt Comments
-------------
```

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page 134
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                         377183

Home: 377183

Rapid COVID-19 PCR test negative.

**Electronically Signed by Marlon Mitchell - MD on 06/03/2021 at 2:34 PM**

---

**06/03/2021 - TextNote: Rapid Abbott COIVD-19 Testing**
**Provider: Jacqueline Yuille - PA**
**Location of Care: Correctional Treatment Facility**

Pt to have PET CT scan and needs COVID-19 results to be sent to hosptial. Rapid Abbott test accepted and performed. Results pending.

**Electronically Signed by Jacqueline Yuille - PA on 06/03/2021 at 11:14 AM**

---

**06/02/2021 - TextNote**
**Provider: Joyce Oppong - NP**
**Location of Care: Correctional Treatment Facility**

Pt swabbed  by cc provider

**Electronically Signed by Joyce Oppong - NP on 06/02/2021 at 12:52 PM**

---

**06/02/2021 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**

```
Appointment status changed to canceled by
Joyce Oppong - NP on 06/02/2021 12:51 PM.

Cancellation Comments
---------------------

see comments

Appointment Information
-----------------------

Appt Type: CTF MD_Sick Call
     Date: Wednesday, June 2, 2021
     Time: 10:15 AM for 5 min
```

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page 128
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                              377183

Home: 377183

---

**Electronically Signed by Kamilah Ray-Boyd - PA on 06/04/2021 at 12:09 PM**

---

**06/04/2021 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**

```
Appointment status changed to canceled by
Kamilah Ray-Boyd - PA on 06/04/2021 12:09 PM.

Cancellation Comments
---------------------

seen by CC provider

Appointment Information
-----------------------

Appt Type:  CTF MD_Sick Call
     Date:  Friday, June 4, 2021
     Time:  8:20 AM for 5 min
  Urgency:  Routine
  Made By:  Tamela Clinkscale
 To Visit:  CTF Sick Call - Blue
   Reason:  c2a am

Appt Comments
-------------
```

---

**Electronically Signed by Doctor Unity on 06/07/2021 at 5:09 PM**

---

**06/04/2021 - Urgent Care: Patient Return PET/CT (with results from CRISP)**
**Provider: Margaret Crenshaw - MD**
**Location of Care: Correctional Treatment Facility**

**Patient Return**
Hospital: WHC
Return Type:  Outside Imaging/Diagnostic Test
Records Received: No
Comments: PET/CT completed
"results to follow"
Referrals Written: No

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page 127
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                    377183

Home: 377183

**Provider: Diane Gatling - MA**
**Location of Care: Correctional Treatment Facility**
**This document contains external references**

**Electronically Signed by Diane Gatling - MA on 06/05/2021 at 8:54 AM**

---

**06/04/2021 - Internal Other: Appointment No Show**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**

```
Appointment status changed to no show by
Margaret Crenshaw - MD on 06/04/2021 12:10 PM.

No Show Comments
--------------------

pt seen for patient return visit, CC visit rescheduled

Appointment Information
-----------------------

Appt Type: Chronic Care_MD
     Date: Friday, June 4, 2021
     Time: 8:40 AM for 5 min
  Urgency: Routine
  Made By: Margaret Crenshaw - MD
 To Visit: CTF CC Crenshaw
   Reason: C2A

Appt Comments
-------------
[]PET/CT 6/4 ([]BMP, []NPO []diet order (covid to be done at WHC))
[]BM Bx 6/7 ([]NPO@mN [] stop ASA 48h prior []COVID [] CBC , INR
[]wilson 6/10
[]Skin biopsy w HUH derm   []onc f/u []port placement
```

**Electronically Signed by Doctor Unity on 06/07/2021 at 5:14 PM**

---

**06/04/2021 - TextNote: Sick Call TextNote**
**Provider: Kamilah Ray-Boyd - PA**
**Location of Care: Correctional Treatment Facility**

Pt is scheduled for CCC visit today. Medical concerns will be addressed at that time.

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page 126
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                    377183

Home: 377183

**New Orders:**  DENTAL [DEN]

**Electronically Signed by Joyce Oppong - NP on 06/06/2021 at 4:08 PM**

**06/05/2021 - TextNote: Sick Call TextNote**
**Provider: Joyce Oppong - NP**
**Location of Care: Correctional Treatment Facility**

There was no sick call slip on file for 5/31/21.

**Electronically Signed by Joyce Oppong - NP on 06/05/2021 at 9:37 AM**

**06/05/2021 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**

```
Appointment status changed to canceled by
Joyce Oppong - NP on 06/05/2021 9:37 AM.

Cancellation Comments
---------------------

see notes

Appointment Information
-----------------------

Appt Type:  CTF PA_Sick Call
    Date:  Monday, May 31, 2021
    Time:  8:15 AM for 5 min
 Urgency:  Routine
 Made By:  DeBreaka Posey - PA
To Visit:  CTF Sick Call - Blue
  Reason:

Appt Comments
-------------
f/u shoulder xray
```

**Electronically Signed by Doctor Unity on 06/07/2021 at 5:13 PM**

**06/05/2021 - TextNote: sc**

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page  89
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                              377183

Home: 377183

Of note, pt has requested that he not have any outside medical visits scheduled monday, tuesday, and wedesday of next week due to upcoming court/leagal dates.  Risks of delaying care reviewed w patient. Will review with scheduling coordinator and work to reschedule visits if needed.
Risks, benefits, and alternatives to treatment plan discussed.

Follow-up: in 3  weeks.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.

**Electronically Signed by Margaret Crenshaw - MD on 07/14/2021 at 12:41 PM**

**07/07/2021 - TextNote: Grievance**
**Provider: Traci Outlaw**
**Location of Care: Central Detention Facility**

Resident submitted a grievance that he had been having eye issues for over a month and has some infection build up usually at the end of the day in his eyes.
Resident was seen for Ophthalmology appointment on 7/1/2021, medication ordered (eye drops), and eyeglasses were ordered. Grievance resolved

**Electronically Signed by Traci Outlaw on 07/07/2021 at 2:33 PM**

**07/06/2021 - TextNote: refusal of outside medical**
**Provider: Tamela Clinkscale**
**Location of Care: DC JAIL MMHS**
**This document contains external references**

**Electronically Signed by Tamela Clinkscale on 07/06/2021 at 2:26 PM**

**07/03/2021 - TextNote: sc**

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page  85
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                               377183

Home: 377183

**07/15/2021 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**

```
Appointment status changed to canceled by
Sheila Smith - NP on 07/15/2021 10:53 AM.

Cancellation Comments
--------------------

SC slip requesting refill of artificial tear drops.

Appointment Information
----------------------

Appt Type:  CTF Nursing
     Date:  Thursday, July 15, 2021
     Time:  8:00 AM for 5 min
  Urgency:  Routine
  Made By:  Tamela Clinkscale
 To Visit:  CTF Sick Call - Blue
   Reason:  c2b pm

Appt Comments
-------------
```

**Electronically Signed by Doctor Unity on 07/16/2021 at 4:00 PM**

---

**07/14/2021 - TextNote: sc**
**Provider: Tamela Clinkscale**
**Location of Care: DC JAIL MMHS**
**This document contains external references**

**Electronically Signed by Tamela Clinkscale on 07/14/2021 at 4:30 PM**

---

**07/14/2021 - Chronic Care Clinic: f/u cutaneous lymphoma**
**Provider: Margaret Crenshaw - MD**
**Location of Care: Correctional Treatment Facility**

**Chronic Care**

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*October 20, 2021*
Page  68
Chronic Care Clinic

**CHRISTOPHER WORRELL**
Male  DOB: 06/26/1971                          377183

Home: 377183

General health and wellness, including healthy diet and aerobic exercise during recreational time, reviewed with the patient. Health hazards of tobacco, illicit drug use, and excessive alcohol intake discussed and patient advised to quit if using, or not to initiate if not already using.
**Assessment/Plan:**
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE - Unchanged.  Scheduled for lymph node biopsy on 9/3/2021. Needs to be off of aspirin on 8/30/2021.

SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 - Unchanged.
Patient has appointment for derm biopsy on 9/7/2021.

Risks, benefits, and alternatives to treatment plan discussed.

Follow-up: in 2  weeks.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.

**Electronically Signed by Terry Nguyen - DO on 08/23/2021 at 3:10 PM**

---

**08/21/2021 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**

```
Appointment status changed to canceled by
DeBreaka Posey - PA on 08/21/2021 4:53 PM.

Cancellation Comments
---------------------

pt request med refill

Appointment Information
-----------------------

Appt Type:  CTF MD_Sick Call
    Date:   Sunday, August 22, 2021
    Time:   8:05 AM for 5 min
 Urgency:   Routine
 Made By:   Julia Dorsey - MA
To Visit:   CTF Sick Call - Purple
  Reason:   C2B -3

Appt Comments
```