IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | |
| : | Case No: 21-CR-292 RCL |
| : | |
| CHRISTOPHER WORRELL, : | |
| : | |
| Defendant.  : | |

## NOTICE OF UPDATE REGARDING REFERRAL TO CIVIL RIGHTS DIVISION

Following its October 13, 2021 hearing in this case, this Court held the Warden of the D.C. Jail and Director of the D.C. Department of Corrections in civil contempt of court for failure promptly to produce medical records as directed. The Court further directed the Clerk of the Court to transmit the civil contempt order to the Attorney General "for appropriate inquiry into potential civil rights violations of January 6 defendants, as exemplified in this case." Dkt. 106.

The government files this notice to advise the Court that the Attorney General received the Clerk's transmittal and has referred this matter to the Civil Rights Division for any further action that may be warranted. The Civil Rights Division has received this referral and will carefully review the information provided, including the records in this case and other matters, other information that may be in the possession of the U.S. Marshals Service, and publicly available information, along with other information we may receive, to determine whether further inquiry is warranted under any applicable federal civil rights laws.

The U.S. Attorney's Office for the District of Columbia has provided the medical records of Mr. Worrell that it has received in this case to the Civil Rights Division.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793


*/s/ William Dreher*
WILLIAM DREHER
D.C. Bar No. 1033828
Assistant United States Attorney (Detailed)
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-4579
william.dreher@usdoj.gov