Exhibit 7

**U.S. Department of Justice**
**United States Marshals**
**Service**

**Medical Submission | MED-22-7332 | Denied**

Date Created: 10/27/2021
Date Completed: 10/28/2021

---

### PRISONER DETAILS

| Name | USMS # | Date of Birth | Facility Name |
|---|---|---|---|
| WORRELL, CHRISTOPHER | | | DC DOC-CENTRAL TREATMENT FACILITY |

### POINT OF CONTACT

| Title | Name | Type of Contact | Phone Number | Ext. | Email Address |
|---|---|---|---|---|---|
| | Samuels, | Medical | | | |

### SUBMISSION INFORMATION

**Medical**

| Speciality | Service | Other Service Requested |
|---|---|---|
| Orthopedics | Consultation, after documented exam by appropriate health care provider, with documentation | 5th metacarpal fracture - patient interested in 2nd opinion |

### DISPOSITION

**Disposition**

Denied

**Notes**

The prisoner request for a second opinion regarding surgery for right hand metacarpal malunion is not authorized. See comment below for an explanation of this denial. Comment: Second opinions are generally only authorized by the USMS Medical Management Branch (MMB) if there are serious questions about a prisoner's current medical or surgical management, for example, if the management is not consistent with current accepted standards of medical or surgical practice. Based upon the reviewed medical documentation, and verbal communication with the treating orthopedic surgeon, during a teleconference on 10/21/2021, the surgeon opined that injuries of the type sustained by the prisoner are usually treated conservatively and that surgical intervention is not a medical necessity. In addition, the orthopedic surgeon has also consistently documented that the prisoner has not had significant right- hand pain due to the injury (the jail physician reports the prisoner c/o occasion pain but has no functional deficits). Please notify the USMS MMB if there are additional clinical concerns that warrant reconsideration of this request.

The United States Marshals Service collects the information on this export to assist in providing medical care for individuals in USMS custody. The authority for collecting the information is stated at 28 C.F.R. § 0.111 (j), (k) and 18 U.S.C. § 4086, which provides for the care and custody of USMS prisoners. The USMS authority to manage standards for prisoner health care derives from 18 U.S.C. §§ 4006, 4013, 4241-4247, and 5,142 - Hyde Amendment Codification Act. You may only disseminate this information within USMS to those Agency employees who have a need to know the information in connection with official duties. Additionally, you should not disseminate prisoner medical information outside the USMS without the consent of the prisoner himself or herself, or (in a case where consent of the prisoner is not obtained) only in certain circumstances. Pursuant to the Privacy Act of 1974, this information may be disclosed to the court or other adjudicative body when relevant to a proceeding; and to other federal, state, or local law enforcement agencies to the extent that disclosure is relevant to their law enforcement responsibilities or necessary to assist in prisoner medical care. Routine uses permitting the disclosure of this information can be found in USM-005, U.S. Marshals Service, Capture Prisoner Management-System of Records Notice.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**U.S. Department of Justice**
United States Marshals
Service

**Medical Submission | MED-22-7332 | Denied**
Date Created: 10/27/2021
Date Completed: 10/28/2021

The United States Marshals Service collects the information on this export to assist in providing medical care for individuals in USMS custody. The authority for collecting the information is stated at 28 C.F.R. § 0.111 (j), (k) and 18 U.S.C. § 4086, which provides for the care and custody of USMS prisoners. The USMS authority to manage standards for prisoner health care derives from 18 U.S.C. §§ 4006, 4013, 4241-4247, and S.142 - Hyde Amendment Codification Act. You may only disseminate this information within USMS to those Agency employees who have a need to know the information in connection with official duties. Additionally, you should not disseminate prisoner medical information outside the USMS without the consent of the prisoner himself or herself, or (in a case where consent of the prisoner is not obtained) only in certain circumstances. Pursuant to the Privacy Act of 1974, this information may be disclosed to the court or other adjudicative body when relevant to a proceeding; and to other federal, state, or local law enforcement agencies to the extent that disclosure is relevant to their law enforcement responsibilities or necessary to assist in prisoner medical care. Routine uses permitting the disclosure of this information can be found in USM-005, U.S. Marshals Service, Capture Prisoner Management-System of Records Notice.

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November 2, 2021*
Page 85
Clinical Lists Update

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB: ___/1971                              377183

**Electronically Signed by Tamela Clinkscale on 09/17/2021 at 10:18 AM**

---

**08/04/2021 - Chronic Care Clinic: f/u cutaneous lymphoma**
**Provider: Margaret Crenshaw - MD**
**Location of Care: Correctional Treatment Facility**

## Chronic Care

Current Medications:  METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE)
Take 1 tab P.o bid.
ASPIRIN 81 MG TAB (ASPIRIN) Take one tab po Qdaily.
ANALGESIC BALM OINT (LINIMENTS OINT) AAA bid prn.x10 dys   First dose now; Route: EXTERNAL
IBUPROFEN 600 MG ORAL TABLET (IBUPROFEN) Take one tab po TID as needed for pain. take
mediciation with food to avoid GI upset; Route: ORAL
LIDOCAINE HCL 2 % EXTERNAL GEL (LIDOCAINE HCL) apply to affected area bid prn for pain; Route:
EXTERNAL
ARTIFICIAL TEARS SOLN (HYDROXYPROPYL METHYLCELLULOSE SOLN) 1 drop each eye every 4-
6 hours   disp. 15cc bottle

## HPI

**Current Problems:**
DX: MILD  BLEPHARITIS - OU PER OPHTHO. (ICD-373.00) (ICD10-H01.003)
PAIN IN LEFT SHOULDER (ICD-719.41) (ICD10-M25.512)
FRACTURE OF FIFTH METACARPAL BONE, RIGHT HAND (ICD-815.09) (ICD10-S62.306A)
EPIDERMOID CYST (ICD-706.2) (ICD10-L72.0)
URINARY HESITANCY (ICD-788.64) (ICD10-R39.11)
LOWER BACK PAIN (ICD-724.2) (ICD10-M54.5)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1)
(ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Current Medications:**
METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid.
ASPIRIN 81 MG TAB (ASPIRIN) Take one tab po Qdaily.
ANALGESIC BALM OINT (LINIMENTS OINT) AAA bid prn.x10 dys   First dose now; Route: EXTERNAL
IBUPROFEN 600 MG ORAL TABLET (IBUPROFEN) Take one tab po TID as needed for pain. take
mediciation with food to avoid GI upset; Route: ORAL

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November  2, 2021*
Page  86
Clinical Lists Update

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB:  ▉▉▉/1971                           377183


LIDOCAINE HCL 2 % EXTERNAL GEL (LIDOCAINE HCL) apply to affected area bid prn for pain; Route: EXTERNAL
ARTIFICIAL TEARS SOLN (HYDROXYPROPYL METHYLCELLULOSE SOLN) 1 drop each eye every 4-6 hours   disp. 15cc bottle


**Current Allergies:**
* PERCOCET: HIVES (Critical)


<u>HPI</u>

**#. Primary cutaneous follicular b cell lymphoma**
-recurrent, with lesions now on face, neck, and upper chest
-following with HUH oncology with **recommednation for: repeat skin bx, bone marrow bx and PET/CT for interim staging**
---**skin bx** is pending (derm eval was scheduled but PT REFUSED visit, this has been rescheduled and is pending)
---**bone marrow biopsy** was completed 6/2021 and is WNL
---**PET/CT** scans done 6/2021 and significant for new "mildly active" submandibular and cervical lymphnodes c/f possible lymphamatous/tumor involvement
---given PET findings, seen by ENT with rec for **US-guided FNA** with interventional radiology which was scheduled last week but PT REFUSED to go out for visit
-pt reports no changes today other than continued persistent itching
[--additional history--]
-initially dx 2007 and tx w rituximab with subsequent recurrence and repeat tx w retuximab c/b development of an allergic vs infusion reaction
-recurrence dx again in 2019 with recommendation from onc at that time for repeat chemotherapy which the patient declined
-opted instead for treatment with an alternative medicine provider who prescribed topical rapamycin and naltrexone
-this regimen has not been continued as it is not evidence based and pt was instaed referred to HUH oncology as above

**#. R 5th metacarpal neck fracture**
-seen by Dr. Wilson (ortho hand) and rec'd for surgical repair
-awaiting OR date

**#. HTN, h/o tachycardia**
-on metoprolol h/o HTN and tachycardia
-BP and HR WNL

**#. L shoulder pain**
-awaiting PT eval which is pending


**Review of Systems**
**ROS reviewed.  No changes.**


**Vital Signs**

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November  2, 2021*
Page  87
Clinical Lists Update

**CHRISTOPHER WORRELL**

Home: 377183

Male   DOB: ████/1971                    377183

Height:  **75** in.
Weight:  **260** lbs.
BMI:  **32.62**
Temperature:  **97.1**  degrees F
Temp Site:  **Oral**
Respirations:  **16**
Pulse Rate:  **78**
Rhythm:  **Regular**
Blood Pressure:  **114/82**  mm Hg
(mm Hg)
Pulse Ox: 100%

**Physical Exam**

**General Appearance**
Comfortable, NAD
**Respiratory**
**Effort:**  Normal
**Musculoskeletal**
**Gait & Station:**  Normal
**Skin**
**Inspection:**   scattered erythematous patches w some induration most noticable posterior to and below the right earlobe, along the hairline over his left eyebrow, and below his left earlobe
**Mental Status and Exam**
**Mood & Affect:**  Normal

**Assessment and Plan**
**Assessment/Plan:**
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE.
-following with oncology and awaiting additional studies to determine treatment options
-currently awaiting derm eval for skin biopsy as well as IR guided lymph node biopsy
-patient has refused to go out for both of these as scheduled
-long conversation again with patient today about the importance of keeping these appointments as wee needed this information to determine hist reatment plan
-pt states he will go to the visits if they do not interfere with his court dates
-will try and reschedule these around his upcoming court visits if possible
-also, given persistent itching, options reviewed with patient who agrees with trial of hydroxyzine, risks and benefits reviewed

Risks, benefits, and alternatives to treatment plan discussed.

Follow-up: in 2  weeks.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November  2, 2021*
Page  88
Clinical Lists Update

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB: ████ 1971                         377183

**Electronically Signed by Margaret Crenshaw - MD on 08/04/2021 at 1:29 PM**

_____

**07/31/2021 - Sick Call: Initial Visit Renewal of Artificial Tears -Mild Blepharitis. res**
**Provider: Ella Robertson-Strother - PA**
**Location of Care: Correctional Treatment Facility**

## Sick Call Provider
Referral Source: Self

Chief Complaint: requests Atifical Tears/ refill

Reason for Visit: Initial Visit

HPI: 50 yo m with SCC head and neck  requests artificial tears . Pt gives h/o rx refill being  ordered 7/21/21. not received. Pharm alerted. Pt denies any ha / fever/ cough/ chills. tremor/  vision changes/ syncope/ cp/sob/ doe/ diaphoresis/ palpktations/ n/v/d/c/abd pain/dysuria. no other  complaints.  Pt reports" otherwise I am fine.".

Vitals not clinically indicated.

## Review of Systems
**General:** see hpi

## Physical Exam

**General Appearance**
Comfortable, NAD  AAOx4 verbally appropriate
**Head**
**Inspection:**  Inspection:  NC/AT, Palpation:  no masses or tenderness of occipital, parietal, frontal bones
**Eyes**
**External:**  no visible eye discharge, no redness noted.- Improved
**Pupils:**  equal, round, reactive to light
**Ophthalmoscopic:**  ne
**Ears/Nose/Throat**
**Hearing:**  grossly intact
**Respiratory**
**Auscultation:**  ctab
**Cardiovascular**
**Auscultation:**  apical systolic murmur, nsr

ASAP

6/25/21

**Unity Health Care Consultation Request**

Referring Provider Signature _____ 10/16/21_ Date

Referring Provider Name   M. Crenshaw, MD   pager/phone #
(Stamp or print clinic name, address, telephone # and fax below.)

Georgetown ENT

PATIENT NAME (LAST, FIRST)   Worrell, Christopher

☐ MEDICAID   ☐ MEDICARE   ID NUMBER ▓▓▓

OTHER _____

DATE OF BIRTH ▓▓▓   SEX   ☒ MALE   ☐ FEMALE

ADDRESS (STREET, CITY, APT)

STATE, ZIP ▓▓▓

SOCIAL SECURITY #   MEDICAL RECORD #

SPECIALIST NAME   ENT

SPECIALIST ADDRESS

AUTHORIZATION #

NUMBER OF VISITS AUTHORIZED   ☐ 1   ☐ 2   ☐ _____

PHONE   202-444-

DIAGNOSIS
1. Follicular cutaneous lymphoma
   C85.10
2.

☒ INITIAL CONSULTATION   ☐ FOLLOW-UP EVALUATION

APPOINTMENT DATE   6/23/21

APPOINTMENT TIME   7:30 . AM / PM

REASON FOR REFERRAL
49 y/o M c̄ primary cutaneous follicular b cell lymphoma initially tx c̄ rituximab in 2007, now c̄ recurrence dx in 2019. Currently undergoing work-up for treatment planning. UHC PET/CT done c̄ mildly active ® submandibular & ℓ upper cervical lymphnodes c/f malignancy. Please eval for excision/bx

CONSULTANT'S REPORT
(of note relo c̄ hx of head/neck SCC s/p xeray surg.)
① No evidence of head & neck cancer recurrence
② (+) Cutaneous rash c/w known cutaneous lymphoma
③ Borderline cervical LAD — Referral to IR for U/S guided FNA hold on exc. Bx for now
④ Onc eval for cutaneous lymphoma

CONSULTANT SIGNATURE _____   PROVIDER #   DATE 6/23/21

FOR OFFICE USE ONLY
☐ Mail Referral to Pt.   ☐ Call Pt. to Pick Up Referral   ☐ Fax Referral to Consultant   ☐ Pt. Waiting _____
☐ Patient Will Pick Up Referral on (date)   Other: _____

*NOTE: Consultant, please mail all correspondence/findings to the address listed above for the Health Center. Thank You!*

5501.

*White Copy - Consultant*   *Yellow Copy - Unity Chart*

All-4   Form 117   MR R04/02

7

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November 2, 2021*
Page   6
Clinical Lists Update

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB: ▇▇▇1971                              377183


General health and wellness, including healthy diet and aerobic exercise during recreational time, reviewed with the patient. Health hazards of tobacco, illicit drug use, and excessive alcohol intake discussed and patient advised to quit if using, or not to initiate if not already using.

**Assessment/Plan:**

IMPINGEMENT SYNDROME OF LEFT SHOULDER - Unchanged.  Patient consented to subacromion bursa injection. Consent form signed. Area cleaned with alcohol x2. 4ml lidocaine 1% (LOT 6124070 EXP 4/24) and 1ml kenalog 40mg/ml (LOT ABX3656 EXP 2/23) was injected into his left subacromion bursa via the posterior lateral approach. Patient tolerated procedure well. To follow up with CCC provider for this problem PRN. Advised to continue with stretches and range of motion.


Follow-up: prn.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.




**Electronically Signed by Terry Nguyen - DO on 10/25/2021 at 2:49 PM**

_____


**10/21/2021 - Ophthalmology: Follow-Up Exam**
**Provider: Jualenda Boschulte - MD**
**Location of Care: Correctional Treatment Facility**


## Ophthamology Exam
**Follow-Up Exam**
Chief Complaint:   " I brought  my glasses . "
HPI:  Follow up




**Aided Acuities**
**OD:**
DVA:   20/30
NVA:  20/25
**OS:**
DVA:  20/20-
NVA:  20/25


## Manifest

Comments:  W -.25 +.50 x 180 / -.25 +.25 x 180 add + 2.50

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November  2, 2021*
Page  7
Clinical Lists Update

## CHRISTOPHER WORRELL

Home: 377183

Male  DOB: ____/1971                        377183

**Final Spectacle Rx**

Comments:  W -.25 +.50 x 180 / -.25 +.25 x 180 add + 2.50

a/p Refractive error , sees wellk out of specs at distance and near . He prefrers the readers he believes are +3.00 , not with him today . I have encouraged him to wear his specs 2-3 hours daily intially to get used to them . He can use his separate reades as he like . Hehas dry eyes and shoul use lubricants liberally every hour if necessary and avoid rubbiung his eyes .
I refill  his lubricants . f/u  1/13/21

**Electronically Signed by Jualenda Boschulte - MD on 10/21/2021 at 11:18 AM**

———————————————————————————————————————————

**10/20/2021 - External Correspondence: Court Order Med Rec Request**
**Provider: Lourdes Encinas - Med Rec**
**Location of Care: Central Detention Facility**
**This document contains external references**

Eric Glover General Counsel DC-DOC request has been processed copied 281 pgs. Mr. Eric Glover, G C. has been called and email for pick up the package. Court Order has been filed in chart.

**Electronically Signed by Lourdes Encinas - Med Rec on 10/20/2021 at 9:13 PM**

———————————————————————————————————————————

**10/20/2021 - Internal Other: Appointment No Show**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**
**Status: UNSIGNED DOCUMENT**

```
Appointment status changed to no show by
Mary M. Brown on 10/20/2021 3:29 PM.

No Show Comments
---------------------

Pt did not show for dental hygiene appt.

Appointment Information
```

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November 2, 2021*
Page  35
Clinical Lists Update

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB: ▒1971                         377183

**Allergies:**  * PERCOCET: HIVES (Critical)

**Medications:**
CVS DRY EYE RELIEF 0.2-0.2-1 % OPHTHALMIC SOLUTION (GLYCERIN-HYPROMELLOSE-PEG
400) Instill one drop on  each eye every 6 hours Qdialy.  #1 x 0
        Route:OPHTHALMIC
        Entered and Authorized by:     Joyce Oppong - NP
        Signed by:     Joyce Oppong - NP on 10/10/2021
        Method used:   Printed then faxed to ...

        Note to Pharmacy: Route: OPHTHALMIC;
        RxID:   1949508072015670

**Electronically Signed by Joyce Oppong - NP on 10/10/2021 at 6:06 PM**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**10/07/2021 - TextNote: Communication with HUH Ortho**
**Provider: Eleni O'Donovan - MD**
**Location of Care: Central Detention Facility**

I spoke with Dr. Wilson who saw the patient this summer. Per Dr. Wilson, Mr. Worrell's injury is often
treated conservatively and he had not thought patient needed surgery when he evaluated him in June.
When I explained that the documentation sent by HUH indicated that we should be setting up surgery, he
scheduled the patient for a follow-up visit next week to re-evaluate and determine the next step. Per
referral coordinator appt currently is 10/14/21.

**Electronically Signed by Eleni O'Donovan - MD on 10/08/2021 at 3:37 PM**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**10/07/2021 - Ophthalmology: Follow-Up Exam**
**Provider: Jualenda Boschulte - MD**
**Location of Care: Correctional Treatment Facility**

# Ophthamology Exam
**Follow-Up Exam**
Chief Complaint:   " I can't read with the glasses on . I prefer the cheap  readers . The glasses are on the
unit "

a/p CO stated it is not possible to  to do round tripfor specs . I have rescheduled the patient for  two

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November 2, 2021*
Page  36
Clinical Lists Update

## CHRISTOPHER WORRELL

Home: 377183

Male  DOB: ███/1971                          377183

weeks 10/21/21  .  I asked him to bring the glasses with him on 10/21/21

**Electronically Signed by Jualenda Boschulte - MD on 10/07/2021 at 10:40 AM**

---

**10/06/2021 - Chronic Care Clinic: f/u cutaneous lymphoma, L shoulder pain, etc**
**Provider: Margaret Crenshaw - MD**
**Location of Care: Correctional Treatment Facility**

## Chronic Care

Current Medications:  ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) Take 2 tabs po
BID as needed for pain; Route: ORAL

**HPI**

**Current Problems:**
BACK PAIN (ICD-724.5) (ICD10-M54.9)
RIGHT 5TH METACARPAL NECK FRACTURE (ICD-V54.12) (ICD10-S62.336D)
EPIDERMOID CYST (ICD-706.2) (ICD10-L72.0)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1)
(ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Current Medications:**
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) Take 2 tabs po BID as needed for
pain; Route: ORAL

**Current Allergies:**
* PERCOCET: HIVES (Critical)

**Other HPI**
#. Left shoulder pain
-with a fall in 5/2021
-imaging at the time without any e/o bony pathology
-pain had been stable and pt was referred to PT for management
-he completed three sessions but then at his fourth session c/o increased pain and stated he was not
able to tolerate additional PT or modalities
-today he states that the pain is persistent
-it fluctuates and is worse with certain movements
-feels like APAP helps somewhat but pain returns

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November  2, 2021*
Page 104
Clinical Lists Update

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB: ███ 1971                    377183

to the hospital.

**Electronically Signed by Joyce Oppong - NP on 07/06/2021 at 3:50 PM**

---

**07/01/2021 - Internal Correspondence: Handout Printed - Ophthalmology Rx**
**Provider: Jualenda Boschulte - MD**
**Location of Care: Correctional Treatment Facility**

```
Printed Handout: Ophthalmology Rx
```

**Electronically Signed by Jualenda Boschulte - MD on 07/01/2021 at 10:40 AM**

---

**07/01/2021 - Ophthalmology: Initial Exam**
**Provider: Jualenda Boschulte - MD**
**Location of Care: Correctional Treatment Facility**

## Ophthamology Exam
**Initial Exam**
Chief Complaint:   "  i can't read with the current readers . Crusting in both eyes for several months .  Hx of head and neck radiation . "
HPI:   Routine eye exam .

## Exam

**Adnexa OD**
External:  normal

**Optic Nerve OD**
Color:  pink and healthy
Cup/Disc:  0.1

**Pupil OD**
**Reactivity:** reactive to light

**Anterior Chamber OD**
Cells:  quiescent

**Cataracts OD**

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November  2, 2021*
Page 105
Clinical Lists Update

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB: ███1971                    377183


**Conjunctiva OD**
Conjunctiva:  discharge
Comments:  mucus in inferior fornix, trace injection

**Cornea OD**
Epithelium:  SPK
Comments:  mid / inferior

**Adnexa OS**
External:  normal

**Anterior Chamber OS**
Cells:  quiescent

**Cataracts OS**
none

**Conjunctiva OS**
Conjunctiva:  unremarkable

**Cornea OS**
Epithelium:  SPK
Comments:  mid/inferior

**Optic Nerve OS**
Color:  pink and healthy
Cup/Disc:  0.1

**Pupil OS**
**Reactivity:** reactive to light


**Unaided Acuities**
**OD:**
DVA: 20/60
NVA:  20/50
**OS:**
DVA: 20/60-
NVA: 20/50

**Manifest**
**OD:**
SPH: -.25
CYL: +.50
AXIS: 165
ADD: +2.50
DVA: 20/20

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

## CHRISTOPHER WORRELL

Home: 377183

Male  DOB: ▆▆▆1971                    377183

NVA: 20/20

**OS:**
SPH:  -.25
CYL:  +.25
AXIS:  180
ADD:  +2.50
DVA:  20/25
NVA:  20/20

Comments:  pd 60 , 54 gents , 22

**Final Spectacle Rx**
**OD:**
SPH:  -.25
CYL:  +.50
AXIS:  165
ADD:  +2.50
DVA:  20/20
NVA:  20/20

**OS:**
SPH:  -.25
CYL:  +.25
AXIS:  180
ADD:  +2.50
DVA:  20/25
NVA:  20/20

Comments:  pd 60 , 54 gents , 22

a/p Mld blepharitis with midline spk both eyes , scant mucus right eye - Lid hygiene four times daily with Artifical Tears 4-6 times daily
    Refractive error rx for specs requested

f/u 3 months prn 10/7/21

**Electronically Signed by Jualenda Boschulte - MD on 07/01/2021 at 10:55 AM**
_____

**06/30/2021 - Dental Procedure: Observation**
**Provider: Donna Ray - DDS**
**Location of Care: Correctional Treatment Facility**

**Exam Comments:**  Temp 96.0

S: Patient presents to dental for restorative tooth #19.

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November  2, 2021*
Page 190
Clinical Lists Update

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB: ____ 1971                          377183

**05/12/2021 - Chronic Care Clinic: f/u cutaneous lympohma; epideromid cyst I+D**
**Provider: Margaret Crenshaw - MD**
**Location of Care: Correctional Treatment Facility**

## Chronic Care

Current Medications:  METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE)
Take 1 tab P.o bid.  First dose now; KOP
ASPIRIN 81 MG TAB (ASPIRIN) Take one tab po Qdaily.  First dose now; KOP
ANALGESIC BALM OINT (LINIMENTS OINT) AAA bid prn.x10 dys   First dose now; Route: EXTERNAL
CVS DRY EYE RELIEF 0.2-0.2-1 % OPHTHALMIC SOLUTION (GLYCERIN-HYPROMELLOSE-PEG
400) 1-2 gtt in eyes prn; Route: OPHTHALMIC

## HPI

**Current Problems:**
DRY EYES (ICD-375.15) (ICD10-H04.129)
URINARY HESITANCY (ICD-788.64) (ICD10-R39.11)
CELLULITIS, BACK (ICD-682.2) (ICD10-L03.312)
LOWER BACK PAIN (ICD-724.2) (ICD10-M54.5)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1)
(ICD10-C80.1)
REPORTED HX OF LYMPHOMA (ICD-202.80) (ICD10-C85.90)
HX OF COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Current Medications:**
METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid.
First dose now; KOP
ASPIRIN 81 MG TAB (ASPIRIN) Take one tab po Qdaily.  First dose now; KOP
ANALGESIC BALM OINT (LINIMENTS OINT) AAA bid prn.x10 dys   First dose now; Route: EXTERNAL
CVS DRY EYE RELIEF 0.2-0.2-1 % OPHTHALMIC SOLUTION (GLYCERIN-HYPROMELLOSE-PEG
400) 1-2 gtt in eyes prn; Route: OPHTHALMIC

**Current Allergies:**
* PERCOCET: HIVES (Critical)

**Other HPI**
#. Primary cutaneous follicular b cell lymphoma
-treated initially with rituximab but with subsequent recurrence
-has prev reported a reaction to rituximab so on eval after recurrence, oncology recommended an
alternative chemo regimen as well as a repeat PET and bome marrow biopsy, however, the pt declined

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November  2, 2021*
Page 191
Clinical Lists Update

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB:        1971                                377183

this treatment strategy
-most recently he was being followed by an alternative medicine provider who was trained as a urologist and who had prescribed topical rapamycin and naltrexone
-no recent imaging/staging
-this regimen has not been re-started here as it is non-evidence based and was not recommended by an oncologist
-the pt is awaiting local oncology evaluation which is scheduled and pending

#. SCC of head/neck, base of tongue
-treated with surgery, chemo, and XRT in 2007
-no recent surveillance imaging

#. Result review
-recent labs significant for:
-mildly elev A1c at 5.9
-now normal WBC and diff
-normal uric acid and LDH
-normal PSA
-very mildly elevated LDL with 10-year ASCVD risk of 2.9%
-no evidence of immunity to hepatitis A and B
-these and all other normal lab results were reviewed with the patient

#. Urinary hesitancy
-pt c/o this at last visit
-today reports no change or new sx
-PSA WNL , no urine results yet
-pt to submit sample today

#. Skin lesion on back
-prev treated for cellutlitis
-lesion is persistent --c/w epidermoid cyst
-no e/o inflammation or in fection today
-pt requesting to have this drained due to mild discomfort esp when lying flat

#. HTN, h/o tachycardia
-pt is taking metoprolol for a reported h/o HTN and tachycardia
-BP and HR are WNL today

## Review of Systems
**General:** Patient denies chills, fatigue, malaise, sweats.
**Cardiovascular:** Patient denies chest pain, dyspnea on exertion.
**Respiratory:** Patient denies cough, excessive sputum.
**Gastrointestinal:** Patient denies abdominal pain.

## Vital Signs
Height: **75** in.
Weight: **253** lbs.
BMI: **31.74**

**Central Cell Block**                                                      *November  2, 2021*
600 Indiana Avenue, N.W.   Washington, DC 20003                                      Page 192
2027276182  Fax:                                                         Clinical Lists Update

**CHRISTOPHER WORRELL**                                                     Home: 377183

Male  DOB:  ████ 1971                          377183


Temperature:  **96.9**  degrees F
Temp Site:  **Tympanic**
Respirations:  **16**
Pulse Rate:  **87**
Rhythm:  **Regular**
Blood Pressure:  **109/68**  mm Hg
(mm Hg)
Pulse Ox: 100%


**Physical Exam**

**General Appearance**
Comfortable, NAD
**Respiratory**
**Effort:**  Normal
**Musculoskeletal**
**Gait & Station:**  Normal
**Skin**
**Inspection:**  back with 2cm area of swelling, soft. mobile, non-tender, with central punctum, no overlying warmth or erythema
**Mental Status and Exam**
**Mood & Affect:**  Normal


**Assessment and Plan**
**Assessment/Plan:**
EPIDERMOID CYST.
-lesion on back c/w epidermoid cyst, not inflamed or infected
-reviewed options with patient including watchful waiting
-reviewed that large exicision with removal of sac is not possible today, but I+D could be done to reduce swelling and discomfort although there are some risks including recurrence
-RAB reviewed, pt requests I+D today
-consent form reviewed and signed
-see below for details of procedure , debris expresed c/w dx, not c/f infection
-post procedure dressing applied with self-wound care recs

URINARY HESITANCY - Unchanged.
-PSA WNL
-awaiting urine studies

PREDIABETES.
-A1c = 5.9
-result reviewed w pt
-encouraged lifestyle modifications as able
-pt requesting special vegetable based diet
-reviewed w pt that he is NOT a candidate for a medical diet but can d/w chaplain if he wants a vegetarian or religious tray

HYPERTENSION.

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November  2, 2021*
Page 215
Clinical Lists Update

## CHRISTOPHER WORRELL

Home: 377183

Male  DOB:      1971                                377183

```
Requested date-time:
Receipt date-time: 05/05/2021 00:00
Reported date-time: 05/06/2021 11:35
Referring Physician:
Ordering Physician: M Crenshaw (mcrenshaw)
Specimen Source:
Source: 1100
Filler Order Number: 12518423140 LAB
Lab site: Performed At:  BN, LabCorp Burlington 1447 York Court  Burlington,
NC 272153361 Sanjai Nagendra MD    Phone:  8007624344


----------------

The following results were not dispersed to the flowsheet:

  HCV Ab, <0.1 s/co ratio, (F)
  Interpretation:, Negative..., (F)
```

**Electronically Signed by Marlon Mitchell - MD on 05/06/2021 at 12:10 PM**
_____

**05/05/2021 - Chronic Care Clinic: intial ccc appt**
**Provider: Marlon Mitchell - MD**
**Location of Care: Correctional Treatment Facility**


## Chronic Care

Current Medications:  METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE)
Take 1 tab P.o bid.  First dose now; KOP
ASPIRIN 81 MG TAB (ASPIRIN) Take one tab po Qdaily.  First dose now; KOP
ANALGESIC BALM OINT (LINIMENTS OINT) AAA bid prn.x10 dys   First dose now; Route: EXTERNAL
CEPHALEXIN 500 MG ORAL CAPSULE (CEPHALEXIN) take 1 tab p.o. bid (first dose given on medical
floor); Route: ORAL


**HPI**

**Current Problems:**
CELLULITIS, BACK (ICD-682.2) (ICD10-L03.312)
LOWER BACK PAIN (ICD-724.2) (ICD10-M54.5)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1)
(ICD10-C80.1)
REPORTED HX OF LYMPHOMA (ICD-202.80) (ICD10-C85.90)
COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November 2, 2021*
Page 216
Clinical Lists Update

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB:  ████1971                           377183

**Current Medications:**
METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid.
First dose now; KOP
ASPIRIN 81 MG TAB (ASPIRIN) Take one tab po Qdaily.  First dose now; KOP
ANALGESIC BALM OINT (LINIMENTS OINT) AAA bid prn.x10 dys   First dose now; Route: EXTERNAL
CEPHALEXIN 500 MG ORAL CAPSULE (CEPHALEXIN) take 1 tab p.o. bid (first dose given on medical
floor); Route: ORAL

**Current Allergies:**
* PERCOCET: HIVES (Critical)

**Hypertension HPI**
Onset: > 5 years
Historical Details: takes medications
Care: followed by PCP, takes meds regularly
Risk Factors: obese/inactive

**Other HPI**
##cancer
-diagnosed in 2007 with squamous cell carcinoma of the head/neck and base of tongue, T2N1 at
diagnosis
-underwent partial glossectomy, R tonsillectomy, and R radical neck dissection in 3/2007
-also treated with XRT and carboplatin at that time
-with initial diagnosis, also underwent biopsy of skin lesions that showed primary cutaneous follicular b
cell lymphoma, stage T3a at dx
-treated with rituximab
-from 2008 -2010 he was undergoing maintenance therapy with rituximab
-in 2016 he had reccurrent disease in the skin and received rituximab again but had a bad reaction and tx
was discontinued prior to completing course of therapy
-in 2019 he was found again to have reucrrence of the follicular B cell lymphoma
-he underwent PET in 3/2019 which showed increased uptake in the nasal cavity but biopsdy was not c/w
lymphoma or malignancy
-he transferred care to a new oncology group in 8/2020
-at this time, it was recommended that the patient undergo repeat PET and bone marrow bx for staging
and to eval for possible systemic disease
-therapy options were discussed including repeating rituximab which the pt was unwilling to try again
-other first line option recommendation was gazyva/bendamustine
-however, it seems at that time, the patient did not want to persue systemic treatment and was seen by
an alternative provider who offered a topical/cutaneous clinic
-pt reports seeing Dr. Bino Rucker (urology) and starting topical tx + naltrexone for ~30d
-seems unaware that Dr Rucker is not an oncologist but maintains he has many "diplomas on his wall"
-more info in 04/29/21 text note summary

##aspirin
-no hx of a fib, clotting or bleeding disorders

##? spider bite
-taking keflex w/out issue

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB:  █████ 1971                              377183

##post covid-19
-"I'm fine"
-no cp, difficulty breathing etc
-declines covid vaccination

##urinary hestitancy
-random, inconsistent, usually at nighttime
-feels it started after chemotherapy
-not taking anything for it
-no inc water intake

##health maintenance

CRC - reports colonscopy in ~2016, decenial f/u

mammogram (F40-75; after 1yr)-n/a

PAP (F21-65)- n/a

Dexa (F65+)- n/a

abd U/S (M65+)- n/a

LDCT (55-80, 30 pack year, 15yr)- n/a

FLP-none yet, obtaining now; calcium scoring of 0 in 2020

Tdap- <10yrs UTD

Pneumonia (PPSV23, PCV13)- n/a

Zoster (RSV >50 x2, VZL >60 x1)- n/a

Flu- out of season
COVID-19 vaccination - refused, refusal obtained

Hep a/b- unknown

HIV- awaiting from intake

RPR-awaiting from intake

GC/chlam/tric/hep-awaiting from intake

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November  2, 2021*
Page 231
Clinical Lists Update

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB: ████1971                          377183

---

Electronically Signed by Tamela Clinkscale on 04/30/2021 at 8:31 AM

---

**04/29/2021 - TextNote: Temperature Check - Infrared Thermometer**
**Provider: Alice Atiemo - LPN**
**Location of Care: Correctional Treatment Facility**

**Vital Signs**
Height:  **75**  in.
Temperature:  **97.5**  degrees F
(mm Hg)
No signs/symptoms of Covid.

---

Electronically Signed by Alice Atiemo - LPN on 04/29/2021 at 10:29 PM

---

**04/29/2021 - Office Visit: review of oncology care, care planning follow-up**
**Provider: Marlon Mitchell - MD**
**Location of Care: Correctional Treatment Facility**

Christopher Worrell is a 49 y/o m with HTN, prediabetes (A1c 5.7 on 01/17/20) and recently recovered COVID-19 (04/2021) who has a complex cancer history with multiple recurrences.

Using a problem list from recent oncologist (Dr. Newman, Florida Cancer Specialists, 03/12/19), second opinion from Moffitt Cancer Center (08/31/2020; pg 47/50 of their contribution) and available primary care physician information, the following history can be provided;

Christopher Worrell presented in 2007 with **T2N1 (with 1/33 positive lymph nodes) squamous cell carcinoma of the head, neck and base of tongue in 2017**, underwent partial glossectomy, right tonsillectomy, right radical neck dissection in 03/2007, carboplantin and radiation therapy. At that time he was also noted to have skin lesions that were biopsied. The biopsy was positive for **T3a cutaneous follicular B cell lymphoma.** He was treated with weekly rituximab x4 followed by maintenance from 2008-2010. He had recurrent disease in the skin in 2016 for which he had more rituximab infusions with poor tolerance ("allergies"); the medication was discontinued before his course was completed. He was then found to have disease recurrence (follicular center cell B-cell lymphoma) confirmed with biopsy of the skin in 2019 with PET scan done in 03/09/2019 showing increased uptake in the nasal cavity. Biopsy of the concerning areas on PET did not show evidence of lymphoma or a malignancy. Per his PCP's note on 01/16/2020 (Dr Ruth Dupont, Millennium Group), Mr Worrell opted not to follow-up with Dr Newman. Instead he sought a second opinion from Moffit Cancer Center in 08/2020 who noted that he continued to "experience flareups of his facial lesions…[with] increasing severity."

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November  2, 2021*
Page 256
Clinical Lists Update

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB: ████1971                         377183

## Physical Exam

### General Appearance
well developed, well nourished, well hydrated, in no acute distress
### Eyes
**External:**  conjunctivae and lids normal
### Respiratory
**Effort:**  no intercostal retractions or use of accessory muscles
**Auscultation:**  no rales, rhonchi, or wheezes
### Cardiovascular
**Auscultation:**  RRR S1/S2-normal
### Musculoskeletal
**Gait & Station:**  Normal


## Assessment and Plan

General health and wellness, including healthy diet and aerobic exercise during recreational time,
reviewed with the patient. Health hazards of tobacco, illicit drug use, and excessive alcohol intake
discussed and patient advised to quit if using, or not to initiate if not already using.
**Assessment/Plan:**
COVID-19 - Improved.
Improved symptoms.
Counselled him today about the COVID transmission and symptoms.
Symptomatic treatment only. Push fluids to maintain good hydration. Please let the officers or providers
know if he has any concerns.
Continue daily rounding.
Vitals stable,see nursing note for full vitals.

REPORTED HX OF LYMPHOMA - Comment Only.
Will check with M82 resarding records. Plan f.u in CC post discharge from isolation.

BACK PAIN - Comment Only.
Medications: Analgesic balm oint AAA bid prn.x10 dys   First dose now.

HYPERTENSION - Comment Only.
Medications: Metoprolol tartrate 25 mg oral tablet Take 1 tab P.o bid.  First dose now, KOP.
Stable, Atypical monotherapy for HTN. Plan f.u in CC for med and hx review.
Risks, benefits, and alternatives to treatment plan discussed.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.


**Electronically Signed by Anju Menon - MD on 04/22/2021 at 10:20 AM**

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November  2, 2021*
Page 123
Clinical Lists Update

**CHRISTOPHER WORRELL**
Male  DOB: ████ 1971                          377183

Home: 377183

-PET/CT done with new mildly active right submandibular and left upper cervical lymphnodes c/f possible tumor involvement
-after patient visit, case was discussed with Dr. Ali (pt's oncologist at HUH) and he recommended further eval of these lymph nodes by ENT for possible excisional biopsy
-still awaiting skin biopsy with derm
-treatment plan to be determined based on the results of these biopsies
-ENT referral generated, will schedule ASAP; will review plan with pt next visit

SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007.
-no e/o recurrence in recent scans

FRACTURE OF FIFTH METACARPAL BONE, RIGHT HAND.
-awaiting OR date

HYPERTENSION.
-BP at goal today
-c/w current regimen

Risks, benefits, and alternatives to treatment plan discussed.

Follow-up: 2  days.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.

**Electronically Signed by Margaret Crenshaw - MD on 06/16/2021 at 2:28 PM**

_____

**06/14/2021 - TextNote: Communication with Dr. Ali (Onc)**
**Provider: Margaret Crenshaw - MD**
**Location of Care: Correctional Treatment Facility**

6/14/21
-Called and spoke with pt's oncologist Dr. Ali on 6/14/21.  Dr. Ali had not had a chance to review the recent bone marrow and PET/CT results. These were faxed to Dr. Ali who states he will call back with recommendation for next steps.

6/15/21
-have not yet yeard back from Dr. Ali regarding an updated POC, called the number on file for his MA, no answer
-will try again tomorrow

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November  2, 2021*
Page 150
Clinical Lists Update

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB: ▮▮/1971                              377183

medicication with food to avoid GI upset; Route: ORAL

**Current Allergies:**
* PERCOCET: HIVES (Critical)

**Hypertension HPI**
Onset: > 5 years
Historical Details: -taking meds w/out issue
-feels he "almost" had a fib or at least had an increased heart rate and thus started taking a bblocker
-no hx of hf
-had possible syncopal episode 5/30/21
-->describes getting up to ? urinate but cannot recall any other events
-->unclear if there was actual LOC
-->eval during MERT did not show any gross abnl, neurologic deficits or hypotension
-->pt was d/c'd w/out issue
Care: followed by PCP, takes meds regularly
Risk Factors: obese/inactive

**Other HPI**
##aspirin
-reasserts no hx of a fib, no hx of cvd (esp given recent calcium score)
-started w/ previous
-no bleeding, bruising, hematuria, hematemesis, black+tarry stools/melena

##b cell follicular lymphoma
-stable, has upcoming imaging appt for re-staging

##labs
-reviewed, wnl
**Medications:**
ASPIRIN 81 MG TAB (ASPIRIN) Take one tab po Qdaily.  #90 x 0
              Entered and Authorized by:     Marlon Mitchell - MD
              Signed by:     Marlon Mitchell - MD on 06/02/2021
              Method used:   Printed then faxed to ...
                             Unity @ DC Dept of Corrections (retail)

                             Washington, DC  20003  USA
                             Ph: ▮▮▮▮▮▮▮▮
                             Fax:
              RxID:     1938258478919290
NPO FROM 6/3/21 11:59PM NPO from 6/3/21 11:59pm for upcoming procedure  #1 x 0
              Entered and Authorized by:     Marlon Mitchell - MD
              Signed by:     Marlon Mitchell - MD on 06/02/2021
              Method used:   Printed then faxed to ...

              RxID:     1938258079901120

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November  2, 2021*
Page  38
Clinical Lists Update

**CHRISTOPHER WORRELL**                                                    Home: 377183

Male  DOB: ███1971                          377183

**General Appearance**
Comfortable, NAD
**Ears/Nose/Throat**
**Lips/Teeth/Gums:**  #19 with decay, no palpable fluid collection or abscess, no drainage
**Respiratory**
**Effort:**  Normal
**Musculoskeletal**
**Gait & Station:**  Normal
**Spine, Ribs,& Pelvis:**  No spinal TTP. Mild TTP along low back paraspinal muscles on the right
**Extremities**
**LUE:**  Left shoulder: no deformity or step-offs, no bony TTP. TTP along trap. and supraspinatus with
some TTP at lateral and anterior humrreral head.  Normal strength testing throughout.  ROM is limited with
vertical active abduction and flexion 2/2 pain. Adduction intact.  No pain or issue with internal/external
rotation or horizontal abuduction/adduction
**Skin**
**Inspection:**  Normal
**Mental Status and Exam**
**Mood & Affect:**  Normal

**Assessment and Plan**
**Assessment/Plan:**
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE.
-recommended for treatment with gazyva and bendamustine given symptoms of refractory puritis
-per onc, would also like excisional lymph node biopsy and rad onc consultation (referred)
-will clarify if onc would like these done prior to starting first cycle of chemo

PAIN IN LEFT SHOULDER.
-likely 2/2 rotator cuff tendinopathy without c/f tear on exam and prev xray without e/o bony abnormalties
-was prev referred to PT and completed 3 sessions but was not able to conitnue due to pain
-may benefit from subacromial glucocorticoid injection and return to PT if pain improves such that he can
tolerate
-scheduled for eval for this

BACK PAIN.
-mild back pain with radiation into right leg c/w pt's report of prev diagnosed sciatica
-will start naproxen , precautions reviewed
-encouraged stretching, strengthening as able
-f/u in 2 weeks for re-eval or sooner as needed

HYPERTENSION.
-BP and HR continue to be well controlled off of medication
-will continue to monitor

RIGHT 5TH METACARPAL NECK FRACTURE.
-awaiting OR date

OTHER SPECIFIED DISORDERS OF TEETH AND SUPPORTING STRUCTURES - Unchanged.
-no e/o abscess

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November 2, 2021*
Page 106
Clinical Lists Update

## CHRISTOPHER WORRELL

Home: 377183

Male  DOB: █████1971                    377183

NVA:  20/20

**OS:**
SPH:  -.25
CYL:  +.25
AXIS:  180
ADD:  +2.50
DVA:  20/25
NVA:  20/20

Comments:  pd 60 , 54 gents , 22

**Final Spectacle Rx**
**OD:**
SPH:  -.25
CYL:  +.50
AXIS:  165
ADD:  +2.50
DVA:  20/20
NVA:  20/20

**OS:**
SPH:  -.25
CYL:  +.25
AXIS:  180
ADD:  +2.50
DVA:  20/25
NVA:  20/20

Comments:  pd 60 , 54 gents , 22

a/p Mld blepharitis with midline spk both eyes , scant mucus right eye - Lid hygiene four times daily with Artifical Tears 4-6 times daily
    Refractive error rx for specs requested

f/u 3 months prn 10/7/21

**Electronically Signed by Jualenda Boschulte - MD on 07/01/2021 at 10:55 AM**
_____

**06/30/2021 - Dental Procedure: Observation**
**Provider: Donna Ray - DDS**
**Location of Care: Correctional Treatment Facility**

**Exam Comments:**  Temp 96.0

S: Patient presents to dental for restorative tooth #19.

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November  2, 2021*
Page 107
Clinical Lists Update

## CHRISTOPHER WORRELL

Home: 377183

Male  DOB: ████1971                              377183

O: Upon Xray tooth Has large DO lesion that extends to the nerve area or will after decay is removed which will turn into a root canal or extraction.
A: Patient in need of extraction #19.
P: Med history reviewed. Annual reviewed. EOIOE reviewed. Explained treatment/treatment options to patient. Patient says that he figured that thats what the problem was and says he doesnt want the tooth taken out at this time. Would like to try and save it. Oral Hygiene discussed with patient. Patient understands. Nutrition and dietary counseling provided. Patient dismissed stable.
NV. restorative lower anterior


**Electronically Signed by Donna Ray - DDS on 06/30/2021 at 11:34 AM**
_____


**06/30/2021 - Chronic Care Clinic: f/u cutaneous lymphoma**
**Provider: Margaret Crenshaw - MD**
**Location of Care: Correctional Treatment Facility**


## Chronic Care

Current Medications:  METOPROLOL TARTRATE 25 MG ORAL TABLET (METOPROLOL TARTRATE) Take 1 tab P.o bid.
ASPIRIN 81 MG TAB (ASPIRIN) Take one tab po Qdaily.
ANALGESIC BALM OINT (LINIMENTS OINT) AAA bid prn.x10 dys   First dose now; Route: EXTERNAL
CVS DRY EYE RELIEF 0.2-0.2-1 % OPHTHALMIC SOLUTION (GLYCERIN-HYPROMELLOSE-PEG 400) 1-2 gtt in eyes prn; Route: OPHTHALMIC
IBUPROFEN 600 MG ORAL TABLET (IBUPROFEN) Take one tab po TID as needed for pain. take mediciation with food to avoid GI upset; Route: ORAL
LIDOCAINE HCL 2 % EXTERNAL GEL (LIDOCAINE HCL) apply to affected area bid prn for pain; Route: EXTERNAL


**HPI**

**Current Problems:**
PAIN IN LEFT SHOULDER (ICD-719.41) (ICD10-M25.512)
FRACTURE OF FIFTH METACARPAL BONE, RIGHT HAND (ICD-815.09) (ICD10-S62.306A)
EPIDERMOID CYST (ICD-706.2) (ICD10-L72.0)
URINARY HESITANCY (ICD-788.64) (ICD10-R39.11)
LOWER BACK PAIN (ICD-724.2) (ICD10-M54.5)
PREDIABETES (ICD-790.29) (ICD10-R73.03)
FOLLICULAR B CELL LYMPHOMA WITH RECURRENCE (ICD-204.80) (ICD10-C85.10)
SQUAMOUS CELL CARCINOMA OF THE HEAD, NECK AND BASE OF TONGUE, 2007 (ICD-199.1) (ICD10-C80.1)
HX OF COVID-19 (ICD10-U07.1)
HYPERTENSION (ICD-401.9) (ICD10-I10)


**Current Medications:**

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November  2, 2021*
Page  37
Clinical Lists Update

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB: ▓▓1971                    377183


#.  R leg pain
-pt reports that his "sciatica is acting up"
-reports left lower back pain with radiation into the left buttocks and left leg
-pt reports a h/o similar smpyomts but that it hasn't flared up in "years"
-in the past, he was seeing pain management and was on gabpentin for a short time

#. Left lower tooth pain
-reports the tooth is broken and has been increasingly painful
-was prev seen by dental and recommended for an extraction but refused at the time
-now states he would like to return for a re-eval
**#. Primary cutaneous follicular b cell lymphoma**
-recurrent, with lesions now on face, neck, and upper chest
-only sympom is persistent itching which did not improve with prior trial of antihistamine
-following with HUH oncology with recommednation for: repeat skin bx, bone marrow bx and PET/CT for interim staging --these have all been completed
---skin bx completed, path shows superficial and deep atypical lymphoid infiltrate consistent with B cell lymphoma, c/w recurrence of B cell lymphoma, follicular center cellt ype
---bone marrow biopsy was completed 6/2021 and is WNL
---PET/CT scans done 6/2021 and significant for new "mildly active" submandibular and cervical lymphnodes c/f possible lymphamatous/tumor involvement
---US-guided FNA done of active lyhphnodes, pathology reviewed with no evidence of metastatic cancer
-since our last visit, **pt had a follow up with oncology:**
-recommended for treatment given refractory pruitis with plan for gazyva/bendamustine
-per oncology, would have preferred exicisional biopsy of the lymphnodes given h/o lymphoma, pt has been referred back to ENT
-also recommended for eval with rad onc to determine if XRT is indicated in management, referral written

**#. HTN, h/o tachycardia**
-prev on metoprolol reported h/o HTN and tachycardia
-BP and HR are again WNL off of metoprolol
-pt continues to be asymptomatic

ROS: Denies fever, chills, CP, SOB, DOE, nausea, vomiting, and diarrhea

**Vital Signs**
Height:  **75** in.
Weight:  **262** lbs.
BMI:  **32.87**
Temperature:  **97.2**  degrees F
Temp Site:  **Oral**
Respirations:  **16**
Pulse Rate:  **86**
Rhythm:  **Regular**
Blood Pressure:  **126/87**  mm Hg
(mm Hg)
Pulse Ox: 98%


**Physical Exam**

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November  2, 2021*
Page   2
Clinical Lists Update

**CHRISTOPHER WORRELL**

Home: 377183

Male  DOB: ███ 1971                              377183

---

**Electronically Signed by Traci Outlaw on 10/28/2021 at 3:08 PM**

---

**10/26/2021 - Dental Procedure: Dental Hygiene x 8**
**Provider: Mary M. Brown**
**Location of Care: Correctional Treatment Facility**


**Chief Complaint:** Teeth cleaning

## Oral Exam
**Nodes:** WNL
**TMJ sounds:** WNL
**TMJ motion:** WNL
**Lips:** WNL
**Gingiva:** moderately inflamed
**Buccal Mucosa:** WNL
**Tongue:** WNL
**Floor of Mouth:** WNL
**Palate:** WNL
**Pharynx:** WNL
**Tonsils:** WNL
**Occlusion:**
Left Molar:  Class 1
Right Molar:  Class 1
Left Cuspid:  Class 1
Right Cuspid:  Class 1


## Oral Hygiene
**Plaque:** 2. plaque covering up to cervical 2/3 of teeth.
**Stain:** 2. moderate stain.
**Calculus:** 2. moderate supra / sub-gingival calculus on 4 or more teeth.   **Comment:** Pre-precedural rinse
given.  Prophy completed.  OHI's and dietary counseling given.
**Bleeding:** Medium.   **Comment:** Hemostasis normal on dismissal.  Fl2 applied
**Gingival Case Type:** Early periodontal disease

Oral cancer screening done.
**Exam Comments:**  Temp 96.0
**Are dentures required?**  No
**Was dental/medical history form completed?** Yes
PMH reviewed.  Allergic to Percocet
N.v. sick call


**Electronically Signed by Mary M. Brown on 10/27/2021 at 3:11 PM**

---

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*November 2, 2021*
Page  3
Clinical Lists Update

## CHRISTOPHER WORRELL

Home: 377183

Male  DOB: ▮▮▮/1971                    377183

**10/26/2021 - Dental Procedure: Limited  Exam X 6**
**Provider: William J. Bowles - DDS**
**Location of Care: Correctional Treatment Facility**

S- "I thought that I was coming here to get my teeth cleaned."
O- Ref. received for patient complaining of increased pain in tooth #19 and also points to tooth #31 that has distal decay. Patient states that although he can feel the fx. tooth with his tongue he does not want to have anything done on that tooth. States that it is the radiation that is causing his teeth to deteriorate. Only wants to get his teeth cleaned.
A- Dental caries #31.
P- PMH Reviewed; OCS (-); Patient will be set up for hygiene. No other treatment at this time.

**Electronically Signed by William J. Bowles - DDS on 10/26/2021 at 11:18 AM**
_____

**10/26/2021 - Clinical Lists Update: FEDERAL DENIAL FOR HUH ORTHOPEDIC SURGREY**
**Provider: Margaret Crenshaw - MD**
**Location of Care: Central Detention Facility**
**Status: UNSIGNED DOCUMENT**
**This document contains external references**

**FEDERAL DENIAL FOR HUH ORTHOPEDIC SURGREY**

*Imported By: Erin Ellis 10/26/2021 11:02:45 AM*

_____

```
External Attachment:

   Type:     Image
   Comment:  External Document
```
_____

**10/25/2021 - TextNote: consent**
**Provider: Tamela Clinkscale**
**Location of Care: DC JAIL MMHS**
**This document contains external references**

**Electronically Signed by Tamela Clinkscale on 10/27/2021 at 3:02 PM**

FD-302 (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry     01/19/2021


Christopher John Worrell, ████████████████████, was
interviewed at ████████████████     Florida 34104 After being advised
of the identity of the interviewing Agent and the nature of the interview,
WORRELL provided the following information:

On January 18, 2021 at approximately 1200 hours, TFO Alex Grandy (Tampa
Division / Fort Myers RA) along with Collier County Sheriff's Office
Detective Brian Clervoix ████ made contact with Chris Worrell. Contact was
made at his home address, ████.
WORRELL was very upset upon first making contact with him, he demanded to
know why the FBI was at his house when he hasn't done anything wrong. He
wanted to know why the FBI is going after anyone that was at the January 6th,
2021 Protest in Washington DC, but they haven't done anything about BLM and
Antifa burning down businesses and homes over the summer.

Eventually through conversation WORRELL admitted to being in Washington DC
protest on 01/06/2021. WORRELL stated he did nothing illegal and used his
First Amendment right to peacefully protest. WORRELL advised that he did not
go onto Capital grounds. He said he didn't witness any crimes or violence
towards Law Enforcement. WORRELL continued to state that "the Patriots
didn't storm the Capital, that it was BLM, Antifa, and paid actors.

WORRELL really became upset when Proud Boys was brought up, he said that the
Proud Boys were not a racist white supremacist group like the media tries
portray. He said the Proud Boys are made up of all kinds of races and are
people that love their country. He believes the FBI is going to try and
categorize the Proud Boys as a Domestic Terrorist Group.

WORRELL was very emotional during this interview, at one time he was
visually shaking and almost starting to cry, as he said "I took an oath to
defend this county against all enemies both foreign and domestic and they

**UNCLASSIFIED//FOUO**

Investigation on   01/18/2021   at   Naples, Florida, United States (In Person)

File #   ████████████                                          Date drafted   01/19/2021

by   GRANDY ALEXANDER LEE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

CAP02_000014115

UNCLASSIFIED//FOUO

(U//FOUO) Interview of Christhoper John
Continuation of FD-302 of  Worrell                                                    , On  01/18/2021  , Page   2 of 2


are trying to steal it." WORRELL believes that the majority of the Federal
Government backs the liberal / socialist agenda.

WORRELL advised he is not traveling to Washington DC for the Presidential
Inauguration.

UNCLASSIFIED//FOUO

CAP02_000014116