UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPER WORRELL,<br><br>*Defendant.* | Case No. 1:21-cr-292-RCL<br><br>*Let this be filed.*<br>*Royce C. Lamberth*<br>*U.S.D.J.  11/3/21* |

## DECLARATION OF MICHELLE K. WILSON

I, Michelle K. Wilson, certify that I am over 18 years of age, and I declare the following is true to the best of my knowledge:

1. I am an Attorney Advisor for the District of Columbia Department of Corrections, and I have served in this capacity since January 6, 2020.

2. On October 7, 2021, at 11:44 a.m., I received a phone call from Supervisory Deputy U.S. Marshal Derek Haywood (Marshal Haywood) informing me he was about to send me an email on the United States Marshal Service (USMS) medical unit's request for records needed to approve surgery for Mr. Christopher Worrell's right small finger fracture.

3. Eight minutes later, Marshal Haywood sent me a copy of USMS's denial of Unity Health Care's request for Mr. Worrell's surgery. Marshal Haywood requested assistance and asked that I ask Unity Health Care to send "correct specialized notes" and advised that "the request [for surgery] can be sent again however the medical department needs to send the correct requested information."

4. After receiving this email, I immediately emailed Dr. Eleni O'Donovan, Unity Health Care's Medical Director, copying Dr. Beth Jordon, DOC Medial Director, and asked Unity to provide the requested notes, not the summary notes sent before.

5. The next afternoon, at 3:02 p.m., I missed a call from Marshal Haywood.

6. Ten minutes later, I received a copy of Judge Lamberth's Order directing DOC to provide USMS with "narrative specialist notes from orthopedic hand specialist Dr. Wilson, who evaluated Mr. Worrell and is recommending proceeding with surgical repair."

7. At 3:20 p.m., I spoke with Marshal Haywood, who told me that he had been requesting the notes directly from medical, but the medical tema had not sent the correct notes to him.

8. I then called Dr. Eleni O'Donovan at 3:23 p.m. to find out why the notes had not been provided to USMS. During this conversation, Dr. O'Donovan explained the discrepancy in Dr. Wilson's notes—specifically that Dr. Wilson had said both that Mr. Worrell's fracture would be treated conservatively but also that he they would schedule him for surgery—and that the day before she had spoken with him about scheduling surgery. Dr. O'Donovan informed me that Mr. Worrell had a follow up appointment with Dr. Wilson scheduled for October 14, 2021.

9. At the same time, DOC General Counsel Eric Glover sent Marshal Haywood an email requesting the names of the individuals USMS contacted to obtain Mr. Worrell's records to ascertain why the breakdown in information sharing occurred.

10. Marshal Haywood then forwarded an email chain to Mr. Glover and I where USMS requested records directly from DOC medical on October 7, 2021, attaching the USMS denial. *See* Ex. A, Haywood Email. DOC's OGC had not been included on the USMS's original emails requesting the records.

11. Around the same time, I spoke with Marshal Haywood again and summarized my conversation with Dr. O'Donovan. I explained to him that I was waiting to get the requested records and that there would be conflicting information in Dr. Wilson's notes as to whether Mr. Worrell needed surgery. I also advised Marshal Haywood that Mr. Worrell had a follow up appointment to re-evaluate him and decide a treatment plan and that DOC would also provide these notes to USMS once we received them.

12. At 3:39 p.m., Dr. O'Donovan informed DOC's Office of the General Counsel (OGC) that Mr. Worrell's electronic medical record (EMR) was being updated to include Dr. Wilson's notes and that they would be provided to OGC when complete.

13. Six minutes later, at 3:45 p.m., while still on the phone with US Marshal Haywood, I emailed Marshal Haywood and memorialized the end our conversation about Mr. Worrell's upcoming October 14, 2021 appointment and the need for the additional note. In my email, I indicated DOC would provide the documentation from the October 14 appointment upon Mr. Worrell's return to the facility. With this email, I intended to communicate that DOC would immediately supplement the medical records being provided to USMS, as I had already verbally stated that we would be providing the original records. I believed the October 14 notes would likely be needed in order to obtain USMS approval for the procedure and I was intending to convey that we would be supplementing the records provided. I did not intend to convey that DOC would withhold Dr. Wilson's notes until after the October 14 appointment. I recognize that I should have included a detailed summary of the entire conversation in my response and also clearly communicated my intentions to provide the original notes as soon as I or Mr. Glover received them.

14. Marshal Haywood sent no further communications on October 8, 2021.

15. On October 12, 2021, at 12:32 p.m., Marshal Haywood called me to report the Court was unhappy that DOC had not yet produced Dr. Wilson's notes. I explained to him that they were coming: I was still waiting to receive the records and would send them as soon as I received them from Unity Health Care.

16. Half an hour later, I called Dr. O'Donovan for a status update. Dr. O'Donovan advised that she had been in meetings all day but would ensure the medical records were scanned into the EMR system.

17. At 1:20 p.m., Mr. Glover again contacted the medical office team asking whether DOC had "provided USMS with all the notes from the hand specialist up to this point?"

18. At 2:36 p.m., Dr. O'Donovan responded stating that the records had been scanned and Ms. Boykin could send whichever records OGC needed.

19. One minute later, Mr. Glover requested Ms. Boykin send the notes directly to OGC.

20. At 3:16 p.m., Ms. Boykin sent OGC a copy of Mr. Worrell's updated EMR, which now included the notes from Dr. Wilson.

21. At 3:35 p.m., I was copied on the email from Mr. Glover sending the updated EMR to USMS.

*Michelle K. Wilson*
MICHELLE K. WILSON
Attorney Advisor
D.C. Department of Corrections

Executed on this 2nd day of November, 2021

4