UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER JOHN WORRELL,<br><br>*Defendant.* | Case No. 1:21-cr-292-RCL |

## ORDER

Before the Court is Pretrial Services' violation report [135]. Pretrial Services alleges that defendant and his custodian violated the condition of defendant's release that he not access a personal computer or the internet. Defendant and his custodian shall file a response on or before January 14, 2022, explaining what occurred and what steps they have taken to ensure future compliance with defendant's conditions of release.

**IT IS SO ORDERED.**

Date: 1/5/22

Royce C. Lamberth
United States District Judge

1

Case 1:21-cr-00292-RCL   Document 136   Filed 01/05/22   Page 2 of 2