UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

CHRISTOPHER JOHN WORRELL,

*Defendant.*

Case No. 1:21-cr-292-RCL

## ORDER

Before the Court are Probation's Pretrial Violation Report [135] and defendant's response [137] to this Court's order that he explain what occurred and what steps have been taken to ensure future compliance with his conditions of release. Upon consideration of defendant's response, the Court hereby **RECEIVES** and **ACCEPTS** defendant's explanation and will take no further action.

IT IS SO ORDERED.

Date: 2-1-22

Royce C. Lamberth
United States District Judge

1