# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-CR-292 |
| : | |
| **CHRISTOPHER WORRELL,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Before the Court is a Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act. Based on the facts set forth therein, it is hereby

**ORDERED** that the status conference currently scheduled for March 18, 2022 at 1:15 PM is hereby vacated;

**ORDERED** that a status conference be set for _____, 2022 at _____; and it is further

**ORDERED** that the time between March 18, 2022 and _____, 2022 be excluded from calculation of the time within which the indictment must be returned and the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, because the continuance will allow for the continued provision and review of discovery in this unusual and complex case, and will grant counsel for the defendant and the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Proceeding to trial without this continuance would be likely to result in a miscarriage of justice, would make it unreasonable to expect adequate preparation for pretrial proceedings and trial itself due to the unusual and

complex nature of the prosecution, and would deny counsel for both parties the time necessary for effective preparation.  *See* 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

DATE:

_____
HON. ROYCE C. LAMBERTH
United States District Judge