UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-292 |
| | : | |
| CHRISTOPHER WORRELL and DANIEL SCOTT, | : | |
| | : | |
| Defendants. | : | |

**JOINT MOTION FOR ORDER SETTING MOTION IN LIMINE DEADLINE**

The United States of America, defendant Christopher Worrell, through counsel Alex Stavrou, and defendant Daniel Scott, through counsel Nathan Silver, jointly move for entry by this Court of an order setting a deadline for the submission of motions in limine in this case. After discussion amongst counsel for all parties, the parties would propose the following briefing schedule, based on a trial date of December 12, 2022:

Motion in limine deadline: Monday, November 7, 2022

Responses due: Monday, November 14, 2022

Replies (if any) due: Friday, November 18, 2022

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   /s/ *William Dreher*
WILLIAM DREHER
Assistant United States Attorney
D.C. Bar No. 1033828
700 Stewart Street, Suite 5220

1

Seattle, WA 98101
(206) 553-4579
william.dreher@usdoj.gov

/s/ *Nathan I. Silver*
NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
Email: nisquire@aol.com
*Counsel for Daniel Scott*

/s/ *Alex R. Stavrou*
ALEX R. STAVROU, ESQ.
Alex R. Stavrou, P.A.
4908 Busch Blvd, Suite 204
Tampa, Florida 33617
Phone: 813-251-1289x1
Fax: 813-489-2528
Florida Bar No. 0108390
Email: alex@alexstavrou.com
*Counsel for Christopher Worrell*