UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. **1:21-CR-292-1-RCL** |
| CHRISTOPHER WORRELL, | |
| *Defendant.* | |

## ORDER

Upon consideration of the defendant's [161] Motion to Continue Trial, the government's [165] Response, the defendant's [175] Supplement, the government's [176] Response and [177] Exhibits, and the defendant's [183] Reply, it is hereby **ORDERED** that the trial date in this case is **VACATED**.

The defendant is **ORDERED** to provide a status report every thirty days updating the Court and the government regarding his medical status. The defendant is **ORDERED** to provide in each status report (1) a list of every medical appointment since the defendant's last status report; (2) a summary of the result of each medical appointment including diagnoses made, treatments ordered, and follow-up appointments scheduled; (3) any medical records produced by each appointment listed under prong one (such records may be filed under seal); (4) a list and summary of any additional medical events since the last status report, such as loss of consciousness, that the defendant believes relevant to his ability to go to trial. The first status report will be due on December 1, 2022 and should be written as if a status report had been filed on October 31, 2022.

The Court notes that the government's briefing on this matter has been very persuasive and the Court reluctantly vacates the trial date set in this case. When the Court sets a new trial date,

Mr. Worrell will have to provide <u>adequate</u> evidence of a medical inability to proceed to trial in order to continue this trial again.

**IT IS SO ORDERED.**

Date: November 15, 2022

Royce C. Lamberth
United States District Judge