# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA
### WASHINGTON D.C.

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

vs.                                                    **CASE NO.: 1:2021-CR-00292-RCL-1**

**CHRISTOPHER J. WORRELL,**
        **Defendant.**

_____/

## DEFENSE COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD

      COMES NOW, the undersigned attorney, Alex R. Stavrou, Esquire, as Counsel, for Defendant, CHRISTOPHER WORRELL, pursuant to the Federal Rules of Criminal Procedure and Federal Statutes, hereby moves to withdraw as attorney of record, from representation of the Defendant and would state:

      1.      For professional reasons, the undersigned attorney seeks to withdraw from representation of the Defendant.

      2.      The Defendant has obtained the services of William Shipley, Esquire, and Mr. Shipley has entered a notice of appearance in this cause.

      3.      As a result of the same, the undersigned has been requested to withdraw by his new counsel as well as the Defendant.

      4.      Upon termination of representation, the undersigned will take steps to the extent reasonably practicable to protect the Defendant's interests and surrendering papers and property to which the client is entitled. The undersigned may retain papers and other property relating to or belonging to the client to the extent permitted by law.

      5.      Withdrawal will not prejudice the Defendant in that all work performed by the defense will be made available to Defendant's subsequent attorney and has also already been received by the undersigned to other prior co-counsel.

      6.      This Motion is being filed in all good faith and is not being pursued for the purposes of delay.

      WHEREFORE, the undersigned attorney requests that this Court enter an order approving his

- This part of the page

United States v. Worrell
21-CR-292
Page two

withdrawal for all purposes from this action.

*ALEX R. STAVROU, ESQ.*
ALEX R. STAVROU, ESQUIRE
Alex R. Stavrou, P.A.
Physical address:
4908 Busch Blvd, Suite 204
Tampa, Florida 33617

Mailing:
13046 Racetrack Road, #333
Tampa, Florida 33626
Phone: 813-251-1289x1
Fax: 813-489-2528
Florida Bar No. 0108390
Alex@alexstavrou.com

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Withdraw was sent via ECM filing to the United States Attorney Office (AUSA Will Dreher), and to the Clerk of District Court, on this 24th day of November, 2022.

*ALEX R. STAVROU, ESQ.*
ALEX R. STAVROU, ESQUIRE
Alex R. Stavrou, P.A.
4908 Busch Blvd, Suite 204
Tampa, Florida 33617
Phone: 813-251-1289x1
Fax: 813-489-2528
Florida Bar No. 0108390
Alex@alexstavrou.com