**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No: 21-CR-292 RCL** |
| | **:** | |
| **CHRISTOPHER WORRELL,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**RESPONSE TO DEFENDANT WORRELL'S
MOTION TO MODIFY CONDITIONS OF RELEASE**

Mr. Worrell moved on December 11, 2022 to modify his conditions of release to provide that a positive urinalysis test for cannabis/THC would not constitute a violation of those conditions. The medical reasons for that request are discussed in Mr. Worrell's motion. The government notes that marijuana remains a controlled substance under federal law, but otherwise defers to U.S. Probation and Pretrial Services and to this Court with respect to Mr. Worrell's motion.

Respectfully submitted,

*/s/ William Dreher*
WILLIAM DREHER
D.C. Bar No. 1033828
Assistant United States Attorney (Detailed)
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-4579
william.dreher@usdoj.gov

ALEXIS J. LOEB
Assistant United States Attorney (Detailed)
CA Bar No. 269895
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-7168
alexis.loeb@usdoj.gov

1