# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CHRISTOPHER JOHN WORRELL, et. al.**,<br><br>    *Defendants.* | Case No. 1:21-cr-00292-RCL |

## ORDER

On November 15, 2022, this Court postponed trial in this matter based on Mr. Worrell's argument that he was medically unable to proceed to trial. *See* ECF No. 185. Based on Mr. Worrell's most recent medical status report, that no longer appears to be the case. *See* ECF No. 196. In that status report, Mr. Worrell fails to provide adequate medical evidence demonstrating that he would be medically unable to proceed to trial on February 13, 2023, the date proposed by the government. In fact, he includes no medical documentation at all. And he fails to respond to the government's proposed date with any specific argument that he would be medically unable to stand trial starting on February 13, 2023.

That date is available for the Court and therefore trial will begin on that date.

It is hereby **ORDERED** that the parties shall appear for a jury trial in this case to begin on February 13, 2023 at 10:00 AM in person in Courtroom 15.

**IT IS SO ORDERED**

Date: January 4, 2023

/s/ Royce C. Lamberth
_____
Royce C. Lamberth
United States District Judge