**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:21-CR-292 -RCL-1 |
| ) | |
| **CHRISTOPHER WORRELL** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ATTORNEY JOSEPH W. ALLEN'S CONFLICTING CASES FOR THE WEEK OF FEBRUARY 13 2023**

**COMES NOW** Counsel for the Defendant, Joseph W. Allen, and in compliance with this Court's Order dated January 6th, 2023, states his conflicts for appearance in the week of February 13, 2023, as follows:

1. **State v. Lucas Vincent Harwell, 22CT-CR01576-01**, 38 Circuit Court of Christian County, Missouri. Presiding Judge Jessica Kruse. Plea/Trial Setting hearing scheduled for Wednesday, February 15 at 10 AM. Hearing length expected to be approximately 20-30 minutes and is dependent on at what time the Honorable Judge Kruse takes the case up on the 10 AM docket. Hearing to take place in person in Ozark Missouri.

2. **State v. Jackie Sue Hankins, 2246-CR00685-01**, 46 Circuit Court of Taney County, Missouri. Presiding Judge Jeffrey Merrell. Sentencing hearing scheduled for Wednesday, February 15 at 1 PM. Hearing length expected to be approximately two hours. Hearing to take place in person in Forsyth Missouri.

3. **State v. Delano A Faulkner, 2146-CR01553-01**, 46 Circuit Court of Taney County, Missouri. Presiding Judge Jeffrey Merrell. Criminal Setting hearing scheduled for Thursday, February 16 at 1 PM. Hearing length expected to be approximately 15 minutes and is dependent on at what time the Honorable Judge Merrell takes the case up on the 1 PM docket. Hearing to take place in person in Forsyth Missouri.

4. **State v. Freddy N. Vasquez, 2146-CR00698-01**, 46 Circuit Court of Taney County, Missouri. Presiding Judge Jeffrey Merrell. Criminal Setting/Reappearance hearing scheduled for Thursday, February 16 at 1 PM. Hearing length expected to be approximately 20 minutes and is dependent on at what time the Honorable Judge Merrell takes the case up on the 1 PM docket. Hearing to take place in person in Forsyth Missouri.

5. **State v. Joshua A Davis, 2046-CR01938-01**, 46 Circuit Court of Taney County, Missouri. Presiding Judge Jeffrey Merrell. Criminal Setting/Disposition hearing scheduled for Thursday, February 16 at 1 PM. Hearing length expected to be approximately 15 minutes and is dependent on at what time the Honorable Judge Merrell takes up the case on the 1 PM docket. Hearing to take place in person in Forsyth Missouri.

6. **State v. Kenneth R Donovan, 2046-CR00516-01**, 46 Circuit Court of Taney County, Missouri. Presiding Judge Jeffrey Merrell. Criminal Setting hearing scheduled for Thursday, February 16 at 1 PM. Hearing length expected to be approximately 15 minutes and is dependent on at what time the Honorable Judge Merrell takes up the case on the 1 PM docket. Hearing to take place in person in Forsyth Missouri.

7. **State v. Kenneth R Donovan, 2046-CR01046-01**, 46 Circuit Court of Taney County, Missouri. Presiding Judge Jeffrey Merrell. Criminal Setting hearing scheduled for Thursday, February 16 at 1 PM. Hearing length expected to be approximately 15 minutes and is dependent on at what time the Honorable Judge Merrell takes up the case on the 1 PM docket. Hearing to take place in person in Forsyth Missouri.

8. **State v. Kenneth R Donovan, 2146-CR01147-01**, 46 Circuit Court of Taney County, Missouri. Presiding Judge Jeffrey Merrell. Criminal Setting hearing scheduled for Thursday, February 16 at 1 PM. Hearing length expected to be approximately 15 minutes and is dependent on at what time the Honorable Judge Merrell takes up the case on the 1 PM docket. Hearing to take place in person in Forsyth Missouri.

9. **State v. Alex M Bond, 2046-CR01928-01**, 46 Circuit Court of Taney County, Missouri. Presiding Judge Jeffrey Merrell. Criminal Setting/Reappearance hearing scheduled for Thursday, February 16 at 1 PM. Hearing length expected to be approximately 15 minutes and is dependent on at what time the Honorable Judge Merrell takes up the case on the 1 PM docket. Hearing to take place in person in Forsyth Missouri.

If it please the Court, I have also attached hereto a list of my available dates for a trial in this matter.

Respectfully submitted,

_____
Joseph W. Allen, MO BAR #57669
1015 W. State Hwy. 248 Ste. I
Branson, MO 65616
Telephone:  417/334-6818
Facsimile:  417/612-7081
joe@mybransonattorney.com
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 9th day of February 2023, I filed the foregoing List of Conflicts and Available Dates by the Court's CM/ECF system. All case registered parties will be served by CM/ECF.

_____
Joseph W. Allen