

# Joe Allen, Attorney at Law, P.C.

**1015 W. State Hwy. 248 Ste. I**
**Branson, Missouri 65616**

**Telephone:  417/334-6818**
**Facsimile:  417/612-7081**
**joe@mybransonattorney.com**

**January 9, 2023**

**RE: Available Dates for Trial in re 1:21-cr-00292-RCL USA v. WORRELL**

Your Honor,

Below are my available dates for trial in the above case, assuming this matter will take five days to conclude.

**March**: 13-17

**May**: 1-5, 8-12, 15-19

**June**: 12-16, 19-23, 26-23

**July**: 10-14, 17-21, 24-28

Respectfully,

Joseph W. Allen                                      #57669
1015 W. State Hwy. 248, Ste. I
Branson, Missouri 65616
Telephone: (417) 334-6818
Facsimile: (417) 612-7081
joe@mybransonattorney.com
**Attorney for Defendant**