UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER WORRELL, et. al.,<br><br>    *Defendants*. | Case No. 1:21-CR-292-RCL |

## ORDER

On January 4, 2023, this Court set a jury trial in this matter to commence on February 13, 2023. ECF No. 197. After receiving an email from Attorney Shipley's staff seeking to postpone the trial, this Court then ordered Attorney Shipley and Attorney Allen to provide a specific list of any court conflicts during the week of February 13, 2023 that would prevent them from attending trial. ECF No. 198. That order required the list to include specific details and was to be filed by January 10, 2023. *Id.*

Attorney Allen provided a list of conflicts complying with the details that the Court laid out in its order. ECF No. 199. Attorney Allen also provided a supplemental list of available trial dates. *Id.* Attorney Shipley moved to vacate the trial date without providing the details required by this Court in its order. *See* ECF No. 200.

The government has now filed its own response arguing that, if this Court were to continue the trial date, the week of March 13, 2023 would accommodate both Attorney Shipley and Attorney Allen. ECF No. 201. Attorney Allen represented in his filing that he would be available March 13 to March 17, 2023. ECF No. 199-1. As for Attorney Shipley, it appears from his filing, and the government's representations regarding conversations with defense counsel, that the week of March 13 would work for him as well. *See* ECF No. 201; *see also* ECF No. 200. The

1

government also notes that Mr. Worrell had previously requested that this trial be continued until March 2023.  ECF No. 201 (citing ECF No. 175).

Furthermore, as this Court's order continuing the trial made clear, "Mr. Worrell will have to provide <u>adequate</u> evidence of a medical inability to proceed to trial in order to continue this trial again."  ECF No. 185.  The Court therefore required Mr. Worrell to provide a monthly medical status report, complying with detailed specifications, to keep the Court apprised of Mr. Worrell's medical status and readiness for trial.  *Id.*  The latest status report, filed one day after the deadline, contains no medical documentation and in no way constitutes adequate medical evidence demonstrating an inability to attend trial.  ECF No. 196.  As for the medical events mentioned in the status report, none of them suggest anything more than that Mr. Worrell should be monitored by medical staff, as he already is.

Consequently, it is hereby **ORDERED** that the jury trial set for February 13, 2023 is **CONTINUED** until March 13, 2023.  It is further **ORDERED** that the Court's stay of the minute order dated January 4, 2023 permitting Alex Reed Stavrou, Sr. to withdraw as an attorney is **LIFTED**.

**IT IS SO ORDERED.**

Date: January 11, 2023

/s/ Royce C. Lamberth
Royce C. Lamberth
United States District Judge