**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **CHRISTOPHER WORRELL,** <br><br> *Defendant.* | Case No. 1:21-CR-292-1-RCL |

## ORDER

On 1/26/2023, Attorney Joseph W. Allen, who represents the defendant, Christopher Worrell, moved to withdraw as counsel in this matter. Mot. to Withdraw, ECF No. 205. This Court denied his withdrawal under Local Rule 44.5(d) to avoid undue delay of this trial and because the Court determined that it was otherwise not in the interests of justice. Order Denying Withdrawal, ECF No. 206. Attorney William Shipley now moves for this Court to reconsider its denial. Mot. Reconsider, ECF No. 207. Upon consideration of the motions, the applicable law, and the entire record, this Court **GRANTS** the motion to reconsider and **ORDERS** that Attorney Allen be permitted to withdraw from the case.

"The Court may deny a motion to withdraw if the attorney's withdrawal would unduly delay trial of the case or be unfairly prejudicial to any party, or otherwise not be in the interests of justice." Local Rule 44.5(d). This Court denied Attorney Allen's motion under the theory that Attorney Shipley might be unavailable, or unprepared, to defend Defendant Worrell in the jury trial scheduled to begin on 3/13/2023. Order Denying Withdrawal. However, in his motion, Attorney Shipley attests that he "fully expects to be prepared and ready for trial on that date – without needing the assistance of co-counsel." Mot. Reconsider 3. The Court accepts that representation which alleviates the Court's concerns.

Consequently, the Court **GRANTS** the motion to reconsider and **ORDERS** that Attorney Allen be permitted to withdraw from the case.

**IT IS SO ORDERED.**

Date: February 10, 2023

                                                Royce C. Lamberth
                                                United States District Judge