UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs )<br>)<br>CHRISTOPHER WORRELL )<br>) | Criminal Case No.: <u>21-cr-292-RCL</u> |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

<u>/s/ Christopher Worrell</u>
Christopher Worrell
Defendant

<u>/s/ William L. Shipley</u>
William L. Shipley, Jr., Esq.
Counsel for Defendant

I consent:

<u>/s/William Dreher</u>
William Dreher
Assistant United States Attorney

Approved:

_____          Date: _____

Royce C. Lamberth

United States District Judge