**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-cr-00292-RCL** |
| | ) | |
| **CHRISTOPHER WORRELL, et. al.,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**DEFENDANT'S MOTION TO CONTINUE PRETRIAL CONFERENCE**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW comes Defendant Christopher Worrell by and through his undersigned counsel of record, William L. Shipley, Esq., and respectfully files this motion asking the Honorable Court to reschedule the pretrial conference from 10:30 AM to 12:30 PM on March 6, 2023.

Defendant Worrell is set to begin trial March 13, 2023.  *See* EFC No. 202. On February 3, 2023, this Court set a Pretrial Conference for March 6, 2023, at 10:30 AM.  *See* Minute Order 03/06/2023.

Attorney William Shipley is currently in trial before Judge Mehta in United States v. Crowl, et. al, 21-cr-00028-APM.  The presentation of evidence in that case is tentatively expected to end on March 3, 2023, but it may continue to March 6, 2023.  But even if the evidence is concluded on March 3, 2023, the case is likely to move to closing arguments on March 6.  Attorney Shipley will be delivering the closing argument on behalf of Defendant Michael Greene.  Because of this scheduling conflict, Defendant Worrell requests this court to move the pretrial conference to 12:45 PM on March 6, 2023.

Undersigned has conferred with Government Counsel, William Dreher, who does not oppose.

WHEREFORE, Defendant Worrell respectfully requests this Honorable Court to reschedule the pretrial conference from 10:30 AM to 12:45 PM on

March 6, 2023

2

Dated: February 28, 2023        Respectfully submitted,

        /s/ William L. Shipley
        William L. Shipley, Jr., Esq.
        PO BOX 745
        Kailua, Hawaii 96734
        Tel: (808) 228-1341
        Email: 808Shipleylaw@gmail.com