UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                              )<br>)<br>CHRISTOPHER WORRELL, et. al., )<br>)<br>Defendant            )<br>) | Case No. 21-cr-00292-RCL |

**DEFENDANT'S MOTION TO APPEAR VIA TELECONFERENCE**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

NOW comes Defendant Christopher Worrell by and through his undersigned counsel of record, William L. Shipley, Esq., and respectfully files this motion asking the Honorable Court to allow Defendant Worrell to appear via teleconference for his pretrial conference.

Defendant Worrell is set to begin trial March 13, 2023. *See* EFC No. 202. On February 3, 2023, this Court set a Pretrial Conference for March 6, 2023, at 10:30 AM. *See* Minute Order 03/06/2023.

Due to the length of time between Defendant Worrell's Pretrial Conference and the commencement of trial, Defendant Worrell requests this Court to allow him to appear my teleconference due to the financial burden needing to travel to Washington D.C. twice in a one-week period or the need to obtain housing for a timeframe of roughly two-weeks.

WHEREFORE, Defendant Worrell respectfully requests this Honorable Court to allow him to appear for the Pretrial Conference via telecommunication.

Dated: February 28, 2023          Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com