**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-cr-292 (RCL)** |
| | : | |
| **CHRISTOPHER WORRELL,** | : | |
| | : | |
| Defendant. | : | |

### MOTION TO CONTINUE PRETRIAL CONFERENCE

With apologies for submitting a second request this week about scheduling the pretrial conference in this matter, the government respectfully requests that the Court continue the pretrial conference in this matter from 12:30 p.m. on March 6, 2023, to the same time on March 8, 9, or 10, if that time is available on the Court's calendar. Defense counsel indicated that that time on any of those three days would work for the defense as well.

Lead government counsel, William Dreher, began a jury trial on February 27, 2022 in the Western District of Washington. The parties estimated the trial would last 5 days. Based on the pace of the trial, the trial is now likely to last until at least Monday, March 6, creating a likely conflict with the pretrial conference in this matter, given the time required to travel from the West coast.

To be clear, government counsel Alexis Loeb can appear at the currently scheduled time for the pretrial conference, on Monday at 12:30 p.m. However, if the Court were amenable to moving the pretrial conference to accommodate government counsel, government counsel would certainly be available during the same time slot on March 8, 9, or 10.

//

//

1

        Respectfully submitted,

        Matthew M. Graves
        United States Attorney
        D.C. Bar No. 481052

By: */s/ William Dreher*
        WILLIAM DREHER
        Assistant United States Attorney
        D.C. Bar No. 1033828
        700 Stewart Street, Suite 5220
        Seattle, WA 98101
        (206) 553-4579
        william.dreher@usdoj.gov

        ALEXIS J. LOEB
        Assistant United States Attorney
        Detailee
        CA Bar No. 269895
        450 Golden Gate Ave, 11th Floor
        San Francisco, CA 94102
        (415) 436-7168
        alexis.loeb@usdoj.gov

        J. HUTTON MARSHALL
        Assistant United States Attorney
        D.C. Bar No. 1721890
        Assistant United States Attorney
        601 D Street NW
        Washington, D.C. 20005
        (202) 252-6299
        Joseph.hutton.marshall@usdoj.gov