# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER WORRELL,<br><br>*Defendant.* | Case No. 1:21-CR-292-1-RCL |

## ORDER

It is hereby **ORDERED** that Defendant Worrell's motion to file ECF No. 231 under seal is **GRANTED**. The information contained in that motion is sufficiently specific and personal as to merit being kept under seal. The relief that Mr. Worrell requested, having his GPS tracking monitor removed before his trip to Washington D.C., however, does not merit being kept under seal. Therefore, the Court will refer to that requested relief in this unsealed order.

It is further **ORDERED** that Mr. Worrell's requested relief is **GRANTED**. Specifically, it is hereby **ORDERED** that the Middle District of Florida Pretrial Services shall remove Defendant Worrell's GPS tracking monitor for the purpose of his travel to Washington D.C.

Let this Court be clear, however. Mr. Worrell must follow the exact plan he has submitted to this Court and may not use this as an opportunity to freely travel for other purposes. And if Mr. Worrell fails to appear when he is required to, this Court can and will order that he be found and brought by the U.S. Marshals to appear for his long awaited trial.

**IT IS SO ORDERED.**

Date: April 20, 2023

_____
Royce C. Lamberth
United States District Judge