UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    Plaintiff

    v.                                      Civil Case No.: 21-CR-292-1 (RCL)

CHRISTOPHER WORRELL

    Defendant

## FINAL EXHIBITS FOR THE DEFENDANT

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 1 | Black T-Shirt | 4/27/2023 | | Emma Jamison |
| W1 | Google Map: DC | 5/11/2023 | 5/11/2023 | Christopher Worrell |
| W2 | Front of Black T-Shirt: Proud Boys, Back the Blue | 5/11/2023 | 5/11/2023 | Christopher Worrell |
| W2A | Back of Black T-Shirt: Proud Boys, Back the Blue | 5/11/2023 | 5/11/2023 | Christopher Worrell |
| W3 | Front of Black T-Shirt: Trump/Pence 2020 | 5/11/2023 | 5/11/2023 | Christopher Worrell |
| W3A | Back of Black T-Shirt: Trump/Pence 2020 | 5/11/2023 | 5/11/2023 | Christopher Worrell |
| W4 | Front of Maroon T-Shirt: Cross/I only kneel for one man | 5/11/2023 | 5/11/2023 | Christopher Worrell |
| W4A | Back of Maroon T-Shirt: Cross/I only kneel for one man | 5/11/2023 | 5/11/2023 | Christopher Worrell |
| | | | | |