Government ☐
Plaintiff ☐
Defendant ☐
Joint Court ☐

# UNITED STATES

**v.**

# CHRISTOPHER WORRELL

Criminal No.: 21-CR-292

## Government Final Exhibits

| *No.* | *Description* | *Admitted/Received/ Marked for ID* | *Witness* | *Date / Time* |
|---|---|---|---|---|
| 1 | Map of U.S. Capitol Grounds | Admitted | Stipulated | 04-26-2023 |
| 2 | Map of U.S. Capitol Restricted Area | Admitted | Stipulated | 04-26-2023 |
| 3 | Photo of U.S. Capitol from Peace Circle | Admitted | Stipulated | 04-26-2023 |
| 4 | Aerial diagram of U.S. Capitol | Admitted | Stipulated | 04-26-2023 |
| 5 | Aerial diagram of U.S. Capitol | Admitted | Stipulated | 04-26-2023 |
| 6 | Diagram of West Plaza | Admitted | Stipulated | 04-26-2023 |

| | | | | |
|---|---|---|---|---|
| 7 | Diagram of West Plaza | Admitted | Stipulated | 04-26-2023 |
| 8 | Floor plan of second floor of U.S. Capitol Building | Admitted | Stipulated | 04-26-2023 |
| 10 | Video compilation of riot with USCP radio activity | Admitted | Stipulated | 04-26-2023 |
| 11 | CCV of VP Pence motorcade on Capitol Grounds - 1:58 p.m. | Admitted | Stipulated | 04-26-2023 |
| 12 | CCV of VP Pence evacuation - 2:25 p.m. | Admitted | Stipulated | 04-26-2023 |
| 13 | Video compilation of riot with USCP radio activity | Admitted | Stipulated | 04-26-2023 |
| 14 | Video compilation of 1/6/21 Congressional proceedings | Admitted | Stipulated | 04-26-2023 |
| 15 | Time-lapse of CCV showing West Plaza | Admitted | Stipulated | 04-26-2023 |
| 16 | Photo of U.S. Capitol Grounds with "area closed" signs | Admitted | Stipulated | 04-26-2023 |

| | | | | |
|---|---|---|---|---|
| 17 | Aerial photo of U.S. Capitol Grounds | Admitted | Stipulated | 04-26-2023 |
| 18 | "Area closed" sign at U.S. Capitol | Admitted | Stipulated | 04-26-2023 |
| 19 | "Area closed" sign at U.S. Capitol on bicycle rack | Admitted | Stipulated | 04-26-2023 |
| 20 | Video montage of Proud Boys march to U.S. Capitol from Washington Monument on 1/6/21 | | | |
| 20A | Clip from Exhibit 20 (CCTV) | Admitted | Stipulated | 05-11-2023 |
| 21 | Third-party video at Peace Circle on 1/6/21 | Admitted | Timothy Lively | 04-26-2023 |
| 22 | Audio recording of Capitol Police 1/6/21 radio activity | Admitted | Stipulated | 04-26-2023 |
| 23 | USSS - Email notification re: Pence Head of State visit | Admitted | Stipulated | 04-26-2023 |
| 24 | USSS - Head of State Worksheet | Admitted | Stipulated | 04-26-2023 |

| | | | | |
|---|---|---|---|---|
| 25 | USSS - Special Agent Elizabeth Glavey radio communications | Admitted | Stipulated | 04-26-2023 |
| 26 | USSS - Special Agent Elizabeth Glavey radio communications | Admitted | Stipulated | 04-26-2023 |
| 27 | USSS - Special Agent Elizabeth Glavey radio communications | Admitted | Stipulated | 04-26-2023 |
| 28 | Testimony of Inspector Lanelle Hawa (U.S. Secret Service), *United States v. Rhodes II* | Admitted | Stipulated | 04-28-2023 |
| 29 | CCV of West Plaza area 1:35 p.m. | Admitted | Stipulated | 04-26-2023 |
| 29A | Close-up of CCV of West Plaza area 1:36pm | Admitted | Stipulated | 05-11-2023 |
| 30 | CCV of West Plaza area - 12:50 p.m. | Admitted | Stipulated | 04-26-2023 |
| 30A | Clip from Exhibit 30 | Admitted | Stipulated | 05-11-2023 |
| 31 | CCV of walkway north of West Plaza - 1:56 p.m. | Admitted | Stipulated | 04-26-2023 |
| 32 | CCV of northwest Capitol Grounds - 1:56 p.m. | Admitted | Stipulated | 04-26-2023 |
| 33 | CCV of walkway north of West Plaza - 2:03 p.m. | Admitted | Stipulated | 04-26-2023 |

| | | | | |
|---|---|---|---|---|
| 34 | CCV of northeast Capitol Grounds - 2:17 p.m. | Admitted | Stipulated | 04-26-2023 |
| 35 | CCV of northeast Capitol Grounds - 2:56 p.m. | Admitted | Stipulated | 04-26-2023 |
| 36 | CCV of northwest Capitol Grounds - 2:59 p.m. | Admitted | Stipulated | 04-26-2023 |
| 37 | CCV of West Plaza area - Image from 1:15 p.m. | Admitted | Stipulated | 04-26-2023 |
| 38 | CCV of West Plaza area - Image from 1:25 p.m. | Admitted | Stipulated | 04-26-2023 |
| 39 | CCV of West Plaza area - Image from 1:30 p.m. | Admitted | Stipulated | 04-26-2023 |
| 40 | Video compilation of riot with USCP radio activity | Admitted | Stipulated | 04-26-2023 |
| 41 | USCP photograph from Lower West Terrace | Admitted | Kevin Gallagher | 04-28-2023 |
| 42 | USCP photograph from Lower West Terrace | Admitted | Kevin Gallagher | 04-28-2023 |

| 43 | USCP photograph from Lower West Terrace | Admitted | Kevin Gallagher | 04-28-2023 |
|---|---|---|---|---|
| 44 | USCP photograph from Lower West Terrace | Admitted | Kevin Gallagher | 04-28-2023 |
| 45 | USCP photograph from Lower West Terrace | Admitted | Kevin Gallagher | 04-28-2023 |
| 46 | USCP photograph from Lower West Terrace | Admitted | Kevin Gallagher | 04-28-2023 |
| 47 | USCP photograph from Lower West Terrace | Admitted | Timothy Lively | 04-26-2023 |
| 48 | USCP photograph from Lower West Terrace | Admitted | Kevin Gallagher | 04-28-2023 |
| 49 | USCP photograph from Lower West Terrace | Admitted | Kevin Gallagher | 04-28-2023 |
| 50 | Photo re FBI Search of Worrell Residence | Admitted | Emma Jamison | 04-27-2023 |
| 51 | Photo re FBI Search of Worrell Residence | Admitted | Emma Jamison | 04-27-2023 |
| 52 | Photo re FBI Search of Worrell Residence | Admitted | Emma Jamison | 04-27-2023 |
| 53 | Photo re FBI Search of Worrell Residence | Admitted | Emma Jamison | 04-27-2023 |

| | | | | |
|---|---|---|---|---|
| 54 | Photo re FBI Search of Worrell Residence | Admitted | Emma Jamison | 04-27-2023 |
| 55 | Photo re FBI Search of Worrell Residence | Admitted | Emma Jamison | 04-27-2023 |
| 56 | Photo re FBI Search of Worrell Residence | Admitted | Emma Jamison | 04-27-2023 |
| 57 | Photo re FBI Search of Worrell Residence | Admitted | Emma Jamison | 04-27-2023 |
| 58 | Photo re FBI Search of Worrell Residence | Admitted | Emma Jamison | 04-27-2023 |
| 59 | Photo re FBI Search of Worrell Residence | Admitted | Emma Jamison | 04-27-2023 |
| 60 | Photo re FBI Search of Worrell Residence | Admitted | Emma Jamison | 04-27-2023 |
| 61 | Photo re FBI Search of Worrell Residence | | | |
| 70 | Black t-shirt, Z5, Proud Buys, Size XL | | | |

| | | | | |
|---|---|---|---|---|
| 71 | Yellow T-shirt " Proud Boys Hurricane Coast Z5" | Admitted | Emma Jamison | 04-27-2023 |
| 72 | 1 Hotel key, "Proud Boys DC 12-12-20" | | | |
| 73 | Black t-shirt with FAFO DC Z5 Comes 12-12-20, yellow writing | | | |
| 74 | Four Grand Hyatt room keys | | | |
| 75 | Map of Washington D.C. | | | |
| 76 | American-flag neck gaiter: red, white and blue | | | |
| 77 | Camouflage-colored Hydramax hydration pack | | | |
| 78 | Red Head brand sweatshirt, brown and blue colored, 2XL | | | |
| 79 | Tactical pants, tan colored, size L 42/32 | | | |

| | | | | |
|---|---|---|---|---|
| 80 | 1 pair of tan and black tactical hand gloves | | | |
| 81 | Proud Boys flyers | | | |
| 82 | One Trump 2020 Button, eight Proud Boys challenge coins, four Proud Boys body patches | | | |
| 83 | Gold colored emblem and Good Night left side decal | | | |
| 84 | 1 canister Sabre Red Maximum Strength pepper gel | | | |
| 90 | CCV of Senate Wing entrance – 2:13 p.m. | Admitted | Stipulated | 04-26-2023 |
| 91 | CCV of Senate Wing entrance – 2:13 p.m. | Admitted | Stipulated | 04-26-2023 |
| 92 | CCV of north side of Capitol – 11:20 a.m. | Admitted | Stipulated | 04-26-2023 |

| | | | | |
|---|---|---|---|---|
| 93 | CCV of east side of Capitol – 11:20 a.m. | Admitted | Stipulated | 04-26-2023 |
| 94 | CCV of First Street N.E. entrance – 11:52 a.m. | Admitted | Stipulated | 04-26-2023 |
| 95 | CCV of Northwest Terrace - 2:49 p.m. | Admitted | Stipulated | 04-26-2023 |
| 100 | Extract of text messages from Worrell's phone | Admitted | Mary Horvath | 04-27-2023 |
| 101 | Photo attachment from Worrell text to Justin Randolph | Admitted | Mary Horvath | 04-27-2023 |
| 102 | Photo attachment from Worrell text to Justin Randolph | Admitted | Mary Horvath | 04-27-2023 |
| 103 | Screenshot of Amazon purchase | Admitted | Mary Horvath | 04-27-2023 |
| 104 | Screenshot of Amazon purchase | Admitted | Mary Horvath | 04-27-2023 |
| 105 | Screenshot of Amazon purchase | Admitted | Mary Horvath | 04-27-2023 |
| 106 | Photo from Worrell phone on 1/6/21 | Admitted | Mary Horvath | 04-27-2023 |

| | | | | |
|---|---|---|---|---|
| 107 | Photo from Worrell phone on 1/6/21 | Admitted | Mary Horvath | 04-27-2023 |
| 108 | Photo from Worrell phone on 1/6/21 | Admitted | Mary Horvath | 04-27-2023 |
| 109 | Video from Worrell phone on 1/6/21 | Admitted | Mary Horvath | 04-27-2023 |
| 110 | Video from Worrell phone on 1/6/21 | Admitted | Mary Horvath | 04-27-2023 |
| 110A | Ex. 110 video with transcription | Admitted | Mary Horvath | 04-27-2023 |
| 111 | Video from Worrell phone on 1/6/21 | Admitted | Mary Horvath | 04-27-2023 |
| 111A | Ex. 111 video with transcription | Admitted | Mary Horvath | 04-27-2023 |
| 112 | Video from Worrell phone on 1/6/21 | Admitted | Mary Horvath | 04-27-2023 |
| 112A | Ex. 112 video with transcription | Admitted | Mary Horvath | 04-27-2023 |
| 113 | Video from Worrell phone on 1/6/21 | Admitted | Mary Horvath | 04-27-2023 |
| 113A | Ex. 113 video with transcription | Admitted | Mary Horvath | 04-27-2023 |

| | | | | |
|---|---|---|---|---|
| 113B | Third party video of West Plaza on 1/6/21 | Admitted | Mary Horvath | 04-27-2023 |
| 114 | Photo from Worrell phone on 1/6/21 | Admitted | Mary Horvath | 04-27-2023 |
| 115 | Photo from Worrell phone on 1/6/21 | Admitted | Mary Horvath | 04-27-2023 |
| 120 | Worrell iPhone Extraction Report | Admitted | Mary Horvath | 04-27-2023 |
| 121 | Photo from Worrell phone | Admitted | Mary Horvath | 04-27-2023 |
| 122 | Photo from Worrell phone | Admitted | Mary Horvath | 04-27-2023 |
| 123 | Photo from Worrell phone | Admitted | Mary Horvath | 04-27-2023 |
| 124 | Photo from Worrell phone | Admitted | Mary Horvath | 04-27-2023 |
| 125 | Photo from Worrell phone | Admitted | Mary Horvath | 04-27-2023 |
| 126 | Photo from Worrell phone | Admitted | Mary Horvath | 04-27-2023 |
| 127 | Screenshot of 1/28/21 Twitter post | Admitted | Mary Horvath | 04-27-2023 |

| | | | | |
|---|---|---|---|---|
| 128 | Image featuring picture of Worrell on 1/6/21 | Admitted | Mary Horvath | 04-27-2023 |
| 129 | Screenshot of Twitter post | Admitted | Mary Horvath | 04-27-2023 |
| 130 | Florida Proud Boys symbol | Admitted | Mary Horvath | 04-27-2023 |
| 131 | Florida Proud Boys symbol | Admitted | Mary Horvath | 04-27-2023 |
| 132 | Photo of Worrell and Roger Stone | Admitted | Mary Horvath | 04-27-2023 |
| 133 | Photo of stab vest and pepper spray | Admitted | Mary Horvath | 04-27-2023 |
| 134 | Photo of Worrell at Washington Monument on 1/6/21 | Admitted | Richard Volp/Mary Horvath | 04-27-2023 |
| 134A | Ex. 134 with numbering | Admitted | Richard Volp | 04-27-2023 |
| 135 | Photo of Worrell and Proud Boys at Roger Stone Rally | Admitted | Mary Horvath | 04-27-2023 |
| 136 | Excerpt of "HURRICANE COAST Z5" Telegram conversation | Admitted | Mary Horvath | 04-27-2023 |

| 137 | Excerpt of "HURRICANE COAST Z5" Telegram conversation | Admitted | Mary Horvath | 04-27-2023 |
|---|---|---|---|---|
| 138 | | | | |
| 139 | Video from Worrell phone of 1/3/21 Roger Stone rally | Admitted | Mary Horvath | 04-27-2023 |
| 140 | Video from Worrell phone on 1/6/21 | Admitted | Mary Horvath | 04-27-2023 |
| 141 | Video from Worrell phone on 1/6/21 | Admitted | Mary Horvath | 04-27-2023 |
| 141A | Ex. 141 video with transcription | Admitted | Mary Horvath | 04-27-2023 |
| 142 | Video from Worrell phone on 1/6/21 | Admitted | Mary Horvath | 04-27-2023 |
| 142A | Ex. 142 video with transcription | Admitted | Mary Horvath | 04-27-2023 |
| 143 | Video from Worrell phone on 1/6/21 | Admitted | Mary Horvath | 04-27-2023 |
| 143A | Ex. 143 video with transcription | Admitted | Mary Horvath | 04-27-2023 |
| 144 | Video from Worrell phone on 1/6/21 | Admitted | Mary Horvath | 04-27-2023 |

| | | | | |
|---|---|---|---|---|
| 144A | Ex. 144 video with transcription | Admitted | Mary Horvath | 04-27-2023 |
| 145 | Video from Worrell phone on 1/6/21 | Admitted | Mary Horvath | 04-27-2023 |
| 145A | Ex. 145 video with transcription | Admitted | Mary Horvath | 04-27-2023 |
| 146 | Timestamps chart | Admitted | Mary Horvath | 04-27-2023 |
| 146A | Revised Timestamps Chart | Admitted | Stipulated | 05-11-2023 |
| 150 | Third-party video on West Plaza on 1/6/21 | | | |
| 151 | Third-party video on West Plaza on 1/6/21 | Admitted | Alexander Grady | 04-27-2023 |
| 160 | Third-party video on West Plaza on 1/6/21 | Admitted | Sean Thomas | 04-27-2023 |
| 160A | Ex. 160 video with transcription | Admitted | Alexander Grady | 04-28-2023 |
| 161 | Third-party video on West Plaza on 1/6/21 | Admitted | Sean Thomas | 04-27-2023 |

| | | | | |
|---|---|---|---|---|
| 161A | Ex. 161 video with transcription | Admitted | Mary Horvath | 04-28-2023 |
| 162 | Clip of third-party music video | Admitted | Kathryn Camiliere | 05-12-2023 |
| 164 | Timestamps chart | Admitted | Samantha Maxwell | 04-27-2023 |
| 165 | Third-party video on West Plaza on 1/6/21 | Admitted | Sean Patton | 04-27-2023 |
| 165A | Ex. 165 video with transcription | Admitted | Mary Horvath | 04-28-2023 |
| 166 | Screenshot from open-source video on West Plaza | Admitted | Samantha Maxwell | 04-27-2023 |
| 167 | Third-party video on West Plaza on 1/6/21 | Admitted | Sean Patton | 04-27-2023 |
| 168 | Third-party video on West Plaza on 1/6/21 | Admitted | Samantha Maxwell | 04-27-2023 |
| 169 | Third-party video on West Plaza on 1/6/21 | Admitted | Samantha Maxwell | 04-27-2023 |

| | | | | |
|---|---|---|---|---|
| 170 | Third-party video on West Plaza on 1/6/21 | Admitted | Samantha Maxwell | 04-27-2023 |
| 171 | Third-party video on West Plaza on 1/6/21 | Admitted | Sean Patton | 04-27-2023 |
| 172 | Third-party video on West Plaza on 1/6/21 | | | |
| 172A | Ex. 172 video with transcription | Admitted | Mary Horvath | 04-28-2023 |
| 173 | Third-party video on West Plaza on 1/6/21 | Admitted | Nathan Cole | 04-28-2023 |
| 174 | Video timestamps chart | Marked for ID | Mary Horvath | 04-28-2023 |
| 175 | Copy of Telegram extract from phone of Ethan Nordean | Admitted | Jennifer Cain | 04-26-2023 |
| 179 | Photograph of Tarrio phone | | | |
| 180 | Copy of Telegram extract from phone of Enrique Tarrio | Admitted | Jennifer Cain | 04-26-2023 |
| 181 | Video from Tarrio Telegram chat | Admitted | Jennifer Cain | 04-26-2023 |

| | | | | |
|---|---|---|---|---|
| 182 | Video from Tarrio Telegram chat | Admitted | Jennifer Cain | 04-26-2023 |
| 183 | Image from Tarrio Telegram chat | Admitted | Jennifer Cain | 04-26-2023 |
| 184 | Image from Tarrio Telegram chat | Admitted | Jennifer Cain | 04-26-2023 |
| 185 | Copy of Telegram extract from phone of Nicholas Ochs | Admitted | Jennifer Cain | 04-26-2023 |
| 186 | Video from Ochs Telegram chat | Admitted | Jennifer Cain | 04-26-2023 |
| 187 | Video from Ochs Telegram chat | Admitted | Kathryn Camiliere | 04-26-2023 |
| 188 | Telegram Charts | Admitted | Kathryn Camiliere Rebuttal | 05-12-2023 |
| 189 | Telegram Charts | Admitted | Kathryn Camiliere Rebuttal | 05-12-2023 |
| 190 | Copy of Telegram extract from phone of Zachary Rehl | Admitted | Jennifer Cain | 04-26-2023 |
| 191 | Video from Rehl Telegram chat | Admitted | Kathryn Camiliere | 04-26-2023 |

| | | | | |
|---|---|---|---|---|
| 200 | Redacted Facebook messages from Worrell account | Admitted | Stipulated | 04-26-2023 |
| 201 | Photo from Facebook account | Admitted | Stipulated | 04-26-2023 |
| 202 | Photo from Facebook account | Admitted | Stipulated | 04-26-2023 |
| 203 | Screenshot from 11/20/21 Amazon purchase of pepper spray | Admitted | Stipulated | 04-26-2023 |
| 204 | Photo from Facebook account | Admitted | Stipulated | 04-26-2023 |
| 205 | Video from Facebook account | Admitted | Stipulated | 04-26-2023 |
| 206 | Photo from Facebook account | Admitted | Stipulated | 04-26-2023 |
| 207 | Screenshot of Worrell text messages posted to Facebook account | Admitted | Stipulated | 04-26-2023 |
| 208 | Video from Facebook account of 1/3/21 Roger Stone rally | Admitted | Stipulated | 04-26-2023 |
| 209 | Photo from Facebook account on 1/6/21 | Admitted | Stipulated | 04-26-2023 |
| 210 | Photo from Facebook account on 1/6/21 | Admitted | Stipulated | 04-26-2023 |

| | | | | |
|---|---|---|---|---|
| 211 | Video from Facebook account on 1/6/21 | Admitted | Stipulated | 04-26-2023 |
| 212 | Video from Facebook account on 1/6/21 at West Plaza | Admitted | Stipulated | 04-26-2023 |
| 213 | Audio from Facebook account on 1/6/21 at West Plaza | Admitted | Stipulated | 04-26-2023 |
| 214 | Video from Facebook account on 1/6/21 at West Plaza | Admitted | Stipulated | 04-26-2023 |
| 215 | Video from Facebook account on 1/6/21 at West Plaza | Admitted | Stipulated | 04-26-2023 |
| 216 | Video from Facebook account on 1/6/21 at West Plaza | Admitted | Stipulated | 04-26-2023 |
| 217 | Audio recording from Facebook account | Admitted | Stipulated | 04-26-2023 |
| 218 | SeditionHunters photo collage of Worrell on 1/6/21 | Admitted | Stipulated | 04-26-2023 |
| 219 | Audio recording from Facebook account | Admitted | Stipulated | 04-26-2023 |
| 220 | Twitter post viewed by Worrell's Facebook account | Admitted | Stipulated | 04-26-2023 |
| 223 | Photo from Facebook account on 1/6/21 | Admitted | Stipulated | 04-26-2023 |

| | | | | |
|---|---|---|---|---|
| 224 | PDF of Jan. 18, 2021 NPR article re: laptop stolen from Speaker Pelosi | Admitted | Stipulated | 04-26-2023 |
| 225 | Facebook Certificate of Authenticity | | | |
| 230 | Photo of Worrell on West Plaza | Admitted | Lev Radin | 04-26-2023 |
| 240 | Third-party video of 1/3/21 Roger Stone rally | Admitted | Alexander Grandy | 04-28-2023 |
| 241 | Third-party video of 1/3/21 Roger Stone rally | | | |
| 242 | Video of Aug. 24, 2021 NewsMax appearance by Worrell | | | |
| 243 | Video excerpt of Jan. 7, 2021 TRT World news segment on Enrique Tarrio | | | |
| 245 | Video excerpt from NBC News video of Roger Stone 1/3/21 Naples rally | Admitted | Alexander Grandy | 04-28-2023 |
| 246 | Third party video near Capitol Grounds on 1/6/21 | | | |

| | | | | |
|---|---|---|---|---|
| 246A | Ex. 246 video with transcription | Admitted | Alexander Grandy | 04-28-2023 |
| 247 | Third party video on West Plaza on 1/6/21 | | | |
| 247A | Ex. 247 video with transcription | Admitted | Mary Horvath | 04-28-2023 |
| 248 | Third party video on West Plaza on 1/6/21 | Admitted | Nathan Cole | 04-28-2023 |
| 249 | Third party photo on West Plaza on 1/6/21 | Admitted | Nathan Cole | 04-28-2023 |
| 250 | Third party video on East Front Plaza on 1/6/21 | Admitted | Richard Volp | 04-27-2023 |
| 251 | MPD Sgt. Wilkins body-worn camera footage - 1:29 p.m. | Admitted | Stipulated | 04-26-2023 |
| 252 | Image taken from MPD Ofc. Smith body-worn camera footage at 1:40 p.m. | | | |
| 254 | Third party video on West Plaza on 1/6/21 | Admitted | Timothy Lively | 04-26-2023 |
| 254A | Image from Ex. 254 | Admitted | Lev Radin | 04-26-2023 |

| | | | | |
|---|---|---|---|---|
| 254B | Image from Ex. 254 | Admitted | Lev Radin | 04-26-2023 |
| 255 | Image from Ex. 254 | | | |
| 256 | Third party video on Northwest Terrace on 1/6/21 | Admitted | Jaclyn O'Neill | 04-28-2023 |
| 260 | Safeway email on 1/6/23 | | | |
| 261 | Safeway sales report for 1/6/23 | | | |
| 263 | Safeway Certificate of Authenticity | | | |
| 265 | T-Mobile subscriber records for Daniel Scott | | | |
| 266 | Spreadsheet of Daniel Scott text messages | | | |
| 267 | Redacted text messages from Daniel Scott | Admitted | Richard Volp | 04-27-2023 |
| 268 | Location history of Daniel Scott T-Mobile device | | | |

| | | | | |
|---|---|---|---|---|
| 269 | T-Mobile Certificate of Authenticity | | | |
| 270 | Verizon subscriber records for Worrell | | | |
| 271 | Verizon toll records for Worrell | | | |
| 272 | Verizon cell site information for Worrell | | | |
| 273 | Explanatory materials from Verizon for cell site information | | | |
| 274 | Verizon Certificate of Authenticity re: cell site records | | | |
| 275 | Verizon Certificate of Authenticity re: toll records | | | |
| 280 | U.S. Constitution, Amend. XII.pdf | Admitted | Stipulated | 04-26-2023 |
| 281 | Amend. XII - highlighted.pdf | Admitted | Stipulated | 04-26-2023 |
| 282 | 3 USC 15.pdf | Admitted | Stipulated | 04-26-2023 |

| 283 | 3 USC 15 - highlighted.pdf | Admitted | Stipulated | 04-26-2023 |
|---|---|---|---|---|
| 284 | 3 USC 16.pdf | Admitted | Stipulated | 04-26-2023 |
| 285 | 3 USC 16 - highlighted.pdf | Admitted | Stipulated | 04-26-2023 |
| 286 | 3 USC 17.pdf | Admitted | Stipulated | 04-26-2023 |
| 287 | 3 USC 18.pdf | Admitted | Stipulated | 04-26-2023 |
| 288 | Senate concurrent Resolution 1.pdf | Admitted | Stipulated | 04-26-2023 |
| 289 | Sen. con. Res. 1 - highlighted.pdf | Admitted | Stipulated | 04-26-2023 |
| 290 | Senate Recording Studio Certificate of Authenticity | Admitted | Stipulated | 04-26-2023 |
| 291 | House Recording Studio Certificate of Authenticity | Admitted | Stipulated | 04-26-2023 |
| 292 | Testimony of Officer Mark Gazelle, (U.S. Capitol Police), *United States v. Jensen* | Admitted | Stipulated | 04-28-2023 |

| | | | | |
|---|---|---|---|---|
| 293 | DC Register - Mayor's Order 2021-002 re Citywide Curfew | | | |
| 294 | 1/6/21 Tweet from Mayor Bowser re Citywide Curfew | | | |
| 300 | 3/17/21 email/text to Joey Menzel from Worrell on Department of Corrections ("DOC") device | | | |
| 301 | 3/23/21 DOC email/text from Worrell to Tricia Priller | | | |
| 302 | 4/4/21 DOC email/text from Worrell to Bret Watkins | | | |
| 310 | Dept. of Corrections phone call recording | Admitted | Alexander Grandy | 04-28-2023 |
| 311 | Dept. of Corrections phone call recording | | | |
| 312 | Dept. of Corrections phone call recording | | | |

| | | | | |
|---|---|---|---|---|
| 313 | Dept. of Corrections phone call recording | Admitted | Alexander Grandy | 04-28-2023 |
| 314 | Dept. of Corrections phone call recording | | | |
| 315 | Dept. of Corrections phone call recording | Admitted | Alexander Grandy | 04-28-2023 |
| 316 | Dept. of Corrections phone call recording | | | |
| 317 | Dept. of Corrections phone call recording | | | |
| 318 | Dept. of Corrections phone call recording | | | |
| 319 | Dept. of Corrections phone call recording | | | |
| 320 | Dept. of Corrections phone call recording | | | |
| 321 | Dept. of Corrections phone call recording | | | |

| | | | | |
|---|---|---|---|---|
| 322 | Dept. of Corrections phone call recording | | | |
| 323 | Dept. of Corrections phone call recording | | | |
| 324 | Dept. of Corrections phone call recording | | | |
| 325 | Dept. of Corrections phone call recording | | | |
| 326 | Dept. of Corrections phone call recording | | | |
| 327 | Dept. of Corrections phone call recording | | | |
| 328 | Dept. of Corrections phone call recording | | | |
| 329 | Dept. of Corrections phone call recording | | | |
| 330 | Dept. of Corrections phone call recording | | | |

| | | | | |
|---|---|---|---|---|
| 331 | Dept. of Corrections phone call recording | | | |
| 332 | Dept. of Corrections phone call recording | | | |
| 333 | Dept. of Corrections phone call recording | | | |
| 334 | Dept. of Corrections phone call recording | | | |
| 335 | Dept. of Corrections phone call recording | | | |
| 340 | Photo of Sabre Red pepper spray | | | |
| 341 | Photo of Sabre Red pepper spray | | | |
| 342 | Photo of Sabre Red pepper spray | Admitted | Kevin Jiannotti | 04-27-2023 |
| 343 | Photo of Sabre Red pepper spray | | | |
| 344 | Photo of Sabre Red pepper spray | | | |

| | | | | |
|---|---|---|---|---|
| 345 | Photo of Sabre Red pepper spray | | | |
| 346 | USCP Crime Scene Timestamps Chart | Marked for ID | Kevin Gallagher | 04-28-2023 |
| 351 | Open-Source Video | Admitted | Anthony Alioto | 05-11-2023 |
| 352 | Video Clip from Ex. 351 | Admitted | Anthony Alioto | 05-11-2023 |
| 353 | Screenshots from Ex. 351 | Admitted | Kathryn Camiliere | 05-12-2023 |
| 354 | Body-worn Camera of Sgt. Alioto | Admitted | Anthony Alioto | 05-11-2023 |
| 355 | Still from BWC | | | |
| 400 | Stipulation re identity and Proud Boys membership | Admitted | Stipulated | 04-26-2023 |
| 401 | Stipulation re certification of the electoral college vote | Admitted | Stipulated | 04-26-2023 |
| 402 | Stipulation re effect on interstate commerce | Admitted | Stipulated | 04-26-2023 |

| | | | | |
|---|---|---|---|---|
| 403 | Stipulation re Sabre Red pepper gel | Admitted | Stipulated | 04-26-2023 |
| 404 | Stipulation re testimony | Admitted | Stipulated | 04-28-2023 |
| 500 | | | | |
| 501 | | | | |
| 504 | Video | | | |
| 510 | | | | |
| 511 | | | | |
| 550 | Screenshots | Admitted | Christopher Worrell | 05-11-2023 |
| 551 | Screenshots of Upper West Terrace | Admitted | Christopher Worrell | 05-11-2023 |
| 552 | Excerpts from Ex. 175 | Admitted | Christopher Worrell | 05-11-2023 |
| 553 | | | | |

| | | | | |
|---|---|---|---|---|
| 554 | | | | |
| 555 | | | | |
| 556 | Screenshots | Admitted | Christopher Worrell | 05-11-2023 |
| 557 | Excerpts from Ex. 200 | Admitted | Christopher Worrell | 05-11-2023 |
| 559 | Screenshots | Admitted | Christopher Worrell | 05-11-2023 |
| 560 | | | | |
| 561 | Screenshots | Admitted | Christopher Worrell | 05-11-2023 |
| 562 | | | | |
| 563 | | | | |
| 564 | Image of Capitol Coin | Admitted | Kathryn Camiliere | 05-12-2023 |
| 565 | Video of Proud Boys at Washington Monument | Admitted | Kathryn Camiliere | 05-12-2023 |

| | | | | |
|---|---|---|---|---|
| 566 | Photo | | | |
| 567 | Photo | | | |
| 600 | | Marked for ID | Mary Horvath | 04-28-2023 |