UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 21-CR-292-1 (RCL) |
| | : | |
| **CHRISTOPHER WORRELL,** | : | |
| | : | |
| Defendant. | : | |

### UNITED STATES' NOTICE REGARDING FINDINGS OF FACT

The United States submits this notice with respect to a factual finding in the Court's oral verdict issued after the bench trial in this matter on May 12, 2023. The Court's factual findings referenced the defendant's contemporaneous statement that he had "got those motherfuckers." *See* Dkt. 245 at 3, 11. On further review, the government does not believe that this precise quotation, which the defendant made to his codefendant, is in the trial record.[1] The defendant did state, however, on the afternoon of January 6, 2021 and while referring to the U.S. Capitol Police, that he had been "fucking handin' it to them" on the Capitol Building's west plaza earlier that day. That statement is captured in Exhibit 145A, which was received into evidence.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/ *William Dreher*
WILLIAM DREHER
Assistant United States Attorney (Detailed)
D.C. Bar No. 1033828
700 Stewart Street, Suite 5220
Seattle, WA 98101

---

[1] *See* ECF No. 209 ¶ 24 (Statement of Offense).

(206) 553-4579
william.dreher@usdoj.gov

ALEXIS J. LOEB
Assistant United States Attorney (Detailed)
CA Bar No. 269895
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-7168
alexis.loeb@usdoj.gov