UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                                              ) | Case No. 21-cr-00292-RCL |
| ) | |
| CHRISTOPHER WORRELL, et. al., ) | |
| ) | |
| Defendant        ) | |
| ) | |

**DEFENDANT'S MOTION FOR 1-DAY EXTENSION OF TIME TO FILE SENTENCING STATEMENT**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW comes Defendant Christopher Worrell by and through his undersigned counsel of record, William L. Shipley, Esq., and respectfully requests this Honorable Court to grant Defendant Worrell's motion for a 1-day extension to file Sentencing Statement.

Undersigned is currently awaiting further information from Defendant Worrell regarding the current status of his medical treatment, and other matters pertinent to the "History and Characteristics of the Defendant" for the Sentencing Statement.

Undersigned has conferred with Government Counsel, William Dreher, and the Government does not oppose the extension.

Dated: August 8, 2023     Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com