# EXHIBIT A

| | |
|---|---|
| From: | BRET WATKINS (Public: BretWat) |
| To: | CHRISTOPHER WORRELL (Inmate: 101178) |
| Sent: | 04/04/2021 1:42 PM |
| Status: | Recipient Read |

Hey Chris, How are you doing? I hope ok. It is terrible you are unable to get the
Cancer medicine you need. The fact you being a Combat Vet makes it a disgusting act.
You got your own cell? Or what is up?

## RE: Yo

Reference #: 85,539,785

| | |
|---|---|
| From: | CHRISTOPHER WORRELL (Inmate: 101178) |
| To: | Zachary Jackson (Public: Zjack89) |
| Sent: | 04/04/2021 1:59 PM |
| Status: | Recipient Read |

I'm good Brother!! I'll try to call you later



## RE: Happy Easter

Reference #: 85,540,286

| | |
|---|---|
| From: | CHRISTOPHER WORRELL (Inmate: 101178) |
| To: | BRET WATKINS (Public: BretWat) |
| Sent: | 04/04/2021 2:03 PM |
| Status: | Recipient Read |

This copy was exported from SmartJailMail on 11/24/2021 at 9:05 AM US/Eastern by Detective. N. Edwards

I'm doing OK. Court Tuesday at 2!! While I am a Vet during Desert Shield/Storm and also been to Saudi I am not "combat" vet even though we had scuds dropping around us Lol I appreciate you staying in touch!! Happy Easter & UHURU Brother!! POYB

## RE: Happy Easter

Reference #: 85,546,106
From:       BRET WATKINS (Public: BretWat)
To:         CHRISTOPHER WORRELL (Inmate: 101178)
Sent:       04/04/2021 2:53 PM
Status:     Recipient Read

Is there anything you need?

## RE: Happy Easter

Reference #: 85,546,834
From:       CHRISTOPHER WORRELL (Inmate: 101178)
To:         BRET WATKINS (Public: BretWat)
Sent:       04/04/2021 2:59 PM
Status:     Recipient Read

A ride home!! LOLOLOL I'm good right now Brother. Y'all got me hooked up for now Appreciate it Brother

## RE: Brother

Reference #: 85,553,512
From:       Zack Thomas (Public: Zack5521)
To:         CHRISTOPHER WORRELL (Inmate: 101178)
Sent:       04/04/2021 4:00 PM
Status:     Recipient Read

Have the best Easter u can in a fucked up spot. We're all praying your hearing goes well on tuesday.

## RE: Brother

This copy was exported from SmartJailMail on 11/24/2021 at 9:05 AM US/Eastern by Detective. N. Edwards