# EXHIBIT C

```
 1              UNITED STATES DISTRICT AND BANKRUPTCY COURTS
                       FOR THE DISTRICT OF COLUMBIA
 2

 3    UNITED STATES OF AMERICA        Criminal No.  21-cr-00292

 4           v.                       Washington, D.C.

 5    CHRISTOPHER WORRELL             August 19, 2022

 6          AND

 7    DANIEL SCOTT,

 8              Defendants.           12:45 p.m.

 9    --------------------------/

10             TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM
              BEFORE THE HONORABLE ROYCE C. LAMBERTH
11                  UNITED STATES DISTRICT JUDGE

12    APPEARANCES:

13    For the Government:    WILLIAM DREHER, ESQUIRE

14

15

16    For the Defendants:    ALEX STAVROU, SR., ESQUIRE
                             NATHAN SILVER, II, ESQUIRE
17

18
      Court Reporter         Lisa K. Bankins RMR FCRR RDR
19                           United States District Court
                             District of Columbia
20                           333 Constitution Avenue, NW
                             Washington, D.C. 20001
21

22

23    Proceedings recorded by mechanical stenography,
      transcript produced by notereading.
24

25
```

                                                              1

```
 1                    P R O C E E D I N G S
 2            THE COURTROOM DEPUTY:  This is Criminal Case
 3   21-292, United States of America versus Christopher John
 4   Worrell and Daniel Scott.  Counsel, please identify
 5   yourselves for the record, starting with the government.
 6            MR. DREHER:  Good afternoon, Your Honor.
 7   William Dreher for the United States.
 8            MR. SILVER:  Nathan Silver appearing for
 9   Mr. Daniel Scott.
10            MR. STAVROU:  Alex Stavrou appearing on behalf
11   of Mr. Worrell.
12            THE COURT:  Okay.
13            MS. HOLEMAN:  Shay Holeman, Pretrial Services.
14            THE COURT:  Mr. Worrell, can you hear me okay?
15            DEFENDANT WORRELL:  Yes, sir, I can.
16            THE COURT:  And Mr. Scott?
17            DEFENDANT SCOTT:  Yes, Your Honor.
18            THE COURT:  Okay.  We do have one advantage.
19   That is a set of excellent lawyers.  I will say,
20   Mr. Stavrou, I appreciate you taking to heart exactly what
21   we talked about last time and I appreciate your filing.
22   And I especially appreciate the affidavit from the medical
23   doctor.
24            I am willing to place under seal the medical
25   part of what you filed under seal.  I do think the other
```

1    parts of that, there's no reason for them to be sealed.  I
2    would like you to file a redacted version so that the
3    public record can have the other portions that don't deal
4    with the medical portion of that.
5           So Mr. Worrell saying that he had a meeting with
6    his lawyer at a rally is the most ridiculous explanation
7    I've ever heard in my life.  I understand that's what he's
8    saying.  But I think the public record should be there on
9    that.  At his trial, assuming he takes the stand, he's
10   going to pay dearly for testimony about stupid mistakes
11   he's made like that.  In my view, how is he going to
12   explain to a jury that he makes a deal to go to meet his
13   lawyer at a rally when he's under an obligation to not do
14   that?  But that's just another stupid mistake he's made.
15   But in any event, I appreciate very much your getting the
16   detailed explanation from the doctor.
17          MR. STAVROU:  Yes, sir.  Thank you, sir, and I
18   will re-file a redacted version.
19          THE COURT:  Okay.  Let's talk about the -- I
20   read the government's explanation that they filed last
21   night as well.  It does look to me that we're looking at a
22   December trial date.  December 12th would work.  Based on
23   the followup from the doctor, if the doctor thinks that he
24   would not be available and able to participate in the
25   trial by December 12th, I could reconsider that.  But it

```
 1    looks like we could set a December 12th trial date.  Does
 2    that work for you, Mr. Silver?
 3             MR. SILVER:  It does, Your Honor.
 4             THE COURT:  Okay.  Do you want to argue against
 5    that, Mr. Stavrou?
 6             MR. STAVROU:  Just to the extent that the
 7    initial followups are roughly four to six weeks after the
 8    surgical procedure and there's an estimated timetable of
 9    four to six months healing process, some of which where
10    Mr. Worrell will be unable to arguably aid in the
11    preparation.  That I would respectfully ask for a January
12    or February trial date.  But I certainly understand the
13    Court's position of setting December 12th with the idea
14    that if the doctor has some cause for concern that that
15    can be addressed with the Court.
16             THE COURT:  Okay.  All right.  I'll set trial
17    for December 12th at 10 a.m.  What would be the earliest
18    date you could file pretrial motions?
19             MR. SILVER:  I would suppose 30 days.
20             THE COURT:  Okay.  How about for Mr. Worrell?
21             MR. STAVROU:  I would concur, sir.
22             THE COURT:  I'm sorry?
23             MR. STAVROU:  I would concur with what
24    Mr. Silver indicated.
25             THE COURT:  All right.  Mr. Dreher, I don't know
```

```
 1   how your schedule is.  Can you do 15 thereafter for
 2   opposition?
 3               MR. DREHER:  Yeah.  That's fine.
 4               THE COURT:  Okay.  Let's do 15 for oppositions.
 5   And then why don't we set a status date?  It will be a
 6   status, not a motions hearing like October 14th at 12:30
 7   and see -- in that range anyway and see if we need an
 8   evidentiary hearing on any motions.  That would be a month
 9   out from the surgery and see how he's doing and things
10   like that.  How does that sound?
11               MR. STAVROU:  Fine by me, sir.
12               MR. SILVER:  That's fine, Your Honor.
13               MR. DREHER:  Works for the government.
14               THE COURT:  I'm sorry?
15               MR. DREHER:  It works for the government as
16   well, Your Honor.
17               THE COURT:  Okay.  Let's do that.  October 14th
18   at 12:30.  So I think that will work.
19               All right.  The government has had a suggestion
20   of what to do now about the conditions of release.  Is
21   that workable for your client, Mr. Stavrou?
22               MR. STAVROU:  Yes, sir.  It's workable.
23               THE COURT:  I will say to Mr. Worrell, I
24   appreciate his note.  I think he has to understand one
25   thing.  It's only because of his medical condition that
```

1  I'm not revoking him and putting him in jail now.  Any
2  further violations despite medical conditions, I have a
3  place to put him now.  You know, in the other
4  circumstance, I clearly am not going to put him back in
5  the D.C. Jail.  But I have a deal now with the sheriff in
6  Alexandria.  The sheriff in Alexandria works very well
7  with me in holding someone from January 6th.
8       And the one I had was this guy that had the
9  organic diet.  D.C. Jail didn't want to comply with giving
10 him an organic diet.  So I moved him to Alexandria jail
11 and the sheriff was very cooperative with him in
12 Alexandria.  He does whatever I ask and he takes care of
13 everything.  So I have a place where you will be if you
14 continue to violate any conditions.
15      I'll renew the conditions and adopt what the
16 government is suggesting now for the conditions.  But you
17 keep doing screwy things like meeting with a lawyer at a
18 rally, plan on being in Alexandria jail until your trial
19 date of December 12th.
20      All right.  Anything else y'all want to do
21 today?
22      MR. STAVROU:  Two concerns.  I believe one of
23 them is addressed already by the conditions.  But
24 Mr. Worrell would like to be able to observe religious
25 observations.  So he would ask if he could be able to do

6

1  so.  Additionally, at least for the time that he's
2  permitted to do so there is voting in Florida's primary on
3  Tuesday.  Mr. Worrell would like to be permitted to leave
4  his residence for purposes of --
5           THE COURT:  Don't they have absentee ballots?
6           MR. STAVROU:  Your Honor, that's a good
7  question.  I don't believe Mr. Worrell would qualify for
8  purposes of an absentee ballot.
9           THE COURT:  All right.  Talk to pretrial and
10 have them give me the wording and I'll approve it.
11          MR. STAVROU:  All right.  Very good, sir.
12          THE COURT:  All right.  The Court will be in
13 recess.  I'll talk to y'all October 14th.
14          MR. STAVROU:  Yes.  Thank you, sir.  Have a good
15 day.
16          MR. SILVER:  Thank you, Your Honor.  Good day.
17          (Proceedings concluded.)

<u>CERTIFICATE OF REPORTER</u>

I, Lisa K. Bankins, an Official Court Reporter for the United States District and Bankruptcy Courts for the District of Columbia, do hereby certify that I reported, by machine shorthand, in my official capacity, the proceedings had and testimony adduced upon the status conference in the case of the United States of America versus Christopher Worrell and Daniel Scott, Criminal Number 21-cr-00292, in said court on the 19th day of August, 2022.

I further certify that the foregoing 7 pages constitute the official transcript of said proceedings, as taken from my machine shorthand notes, together with the backup tape of said proceedings to the best of my ability.

In witness whereof, I have hereto subscribed my name, this 27th day of July, 2023.

*Lisa K. Bankins*

Lisa K. Bankins
Official Court Reporter

 DEFENDANT SCOTT: [1]  2/17
 DEFENDANT WORRELL: [1]  2/15
 MR. DREHER: [4]  2/6 5/3 5/13 5/15
 MR. SILVER: [5]  2/8 4/3 4/19 5/12 7/16
 MR. STAVROU: [11]
 MS. HOLEMAN: [1]  2/13
 THE COURT: [17]
 THE COURTROOM DEPUTY: [1]  2/2

**0**

00292 [2]  1/3 8/10

**1**

10 a.m [1]  4/17
12:30 [2]  5/6 5/18
12:45 [1]  1/8
12th [6]  3/22 3/25 4/1 4/13 4/17 6/19
14th [3]  5/6 5/17 7/13
15 [2]  5/1 5/4
19 [1]  1/5
19th [1]  8/10

**2**

20001 [1]  1/20
2022 [2]  1/5 8/11
2023 [1]  8/19
21-292 [1]  2/3
21-cr-00292 [2]  1/3 8/10
27th [1]  8/19
292 [1]  2/3

**3**

30 [1]  4/19
333 [1]  1/20

**6**

6th [1]  6/7

**A**

a.m [1]  4/17
ability [1]  8/16
able [3]  3/24 6/24 6/25
about [5]  2/21 3/10 3/19 4/20 5/20
absentee [2]  7/5 7/8
Additionally [1]  7/1
addressed [2]  4/15 6/23
adduced [1]  8/7
adopt [1]  6/15
advantage [1]  2/18
affidavit [1]  2/22
after [1]  4/7
afternoon [1]  2/6
against [1]  4/4
aid [1]  4/10
ALEX [2]  1/16 2/10
Alexandria [5]  6/6 6/6 6/10 6/12 6/18
All [7]  4/16 4/25 5/19 6/20 7/9 7/11 7/12
already [1]  6/23
am [2]  2/24 6/4
AMERICA [3]  1/3 2/3 8/8
another [1]  3/14
any [4]  3/15 5/8 6/1 6/14
Anything [1]  6/20
anyway [1]  5/7
APPEARANCES [1]  1/12
appearing [2]  2/8 2/10
appreciate [5]  2/20 2/21 2/22 3/15 5/24
approve [1]  7/10
are [1]  4/7
arguably [1]  4/10
argue [1]  4/4
as [3]  3/21 5/15 8/14
ask [3]  4/11 6/12 6/25
assuming [1]  3/9

August [2]  1/5 8/11
available [1]  3/24
Avenue [1]  1/20

**B**

back [1]  6/4
backup [1]  8/16
ballot [1]  7/8
ballots [1]  7/5
Bankins [4]  1/18 8/3 8/22 8/23
BANKRUPTCY [2]  1/1 8/4
Based [1]  3/22
be [13]
because [1]  5/25
BEFORE [1]  1/10
behalf [1]  2/10
being [1]  6/18
believe [2]  6/22 7/7
best [1]  8/16

**C**

can [5]  2/14 2/15 3/3 4/15 5/1
capacity [1]  8/6
care [1]  6/12
case [2]  2/2 8/8
cause [1]  4/14
certainly [1]  4/12
CERTIFICATE [1]  7/18
certify [2]  8/5 8/13
CHRISTOPHER [3]  1/5 2/3 8/9
circumstance [1]  6/4
clearly [1]  6/4
client [1]  5/21
COLUMBIA [3]  1/1 1/19 8/5
comply [1]  6/9
concern [1]  4/14
concerns [1]  6/22
concluded [1]  7/17
concur [2]  4/21 4/23
condition [1]  5/25
conditions [6]  5/20 6/2 6/14 6/15 6/16 6/23
conference [2]  1/10 8/8
constitute [1]  8/14
Constitution [1]  1/20
continue [1]  6/14
cooperative [1]  6/11
could [4]  3/25 4/1 4/18 6/25
Counsel [1]  2/4
court [7]  1/18 1/19 4/15 7/12 8/3 8/10 8/23
Court's [1]  4/13
COURTS [2]  1/1 8/4
cr [2]  1/3 8/10
Criminal [3]  1/3 2/2 8/9

**D**

D.C [4]  1/4 1/20 6/5 6/9
DANIEL [4]  1/7 2/4 2/9 8/9
date [6]  3/22 4/1 4/12 4/18 5/5 6/19
day [4]  7/15 7/16 8/10 8/19
days [1]  4/19
deal [3]  3/3 3/12 6/5
dearly [1]  3/10
December [7]  3/22 3/22 3/25 4/1 4/13 4/17 6/19
December 12th [6]  3/22 3/25 4/1 4/13 4/17 6/19
Defendants [2]  1/8 1/16
despite [1]  6/2
detailed [1]  3/16
didn't [1]  6/9
diet [2]  6/9 6/10
DISTRICT [7]  1/1 1/1 1/11 1/19 1/19 8/4 8/5
do [12]
doctor [5]  2/23 3/16 3/23 3/23 4/14
does [5]  3/21 4/1 4/3 5/10 6/12
doing [2]  5/9 6/17

don't [5]  3/3 4/25 5/5 7/5 7/7
DREHER [9]  1/15 2/7 4/25

**E**

earliest [1]  4/17
else [1]  6/20
especially [1]  2/22
ESQUIRE [3]  1/13 1/16 1/16
estimated [1]  4/8
event [1]  3/15
ever [1]  3/7
everything [1]  6/13
evidentiary [1]  5/8
exactly [1]  2/20
excellent [1]  2/19
explain [1]  3/12
explanation [3]  3/6 3/16 3/20
extent [1]  4/6

**F**

FCRR [1]  1/18
February [1]  4/12
file [3]  3/2 3/18 4/18
filed [2]  2/25 3/20
filing [1]  2/21
fine [3]  5/3 5/11 5/12
Florida's [1]  7/2
followup [1]  3/23
followups [1]  4/7
foregoing [1]  8/13
four [2]  4/7 4/9
further [2]  6/2 8/13

**G**

getting [1]  3/15
give [1]  7/10
giving [1]  6/9
go [1]  3/12
going [3]  3/10 3/11 6/4
good [5]  2/6 7/6 7/11 7/14 7/16
government [6]  1/13 2/5 5/13 5/15 5/19 6/16
government's [1]  3/20
guy [1]  6/8

**H**

had [5]  3/5 5/19 6/8 6/8 8/7
has [3]  4/14 5/19 5/24
have [9]
he [10]
he's [7]  3/7 3/9 3/11 3/13 3/14 5/9 7/1
healing [1]  4/9
hear [1]  2/14
heard [1]  3/7
hearing [2]  5/6 5/8
heart [1]  2/20
hereby [1]  8/5
hereto [1]  8/18
him [7]  6/1 6/1 6/3 6/4 6/10 6/10 6/11
his [6]  3/6 3/9 3/12 5/24 5/25 7/4
holding [1]  6/7
Holeman [1]  2/13
Honor [7]  2/6 2/17 4/3 5/12 5/16 7/6 7/16
HONORABLE [1]  1/10
how [5]  3/11 4/20 5/1 5/9 5/10

**I**

I'll [4]  4/16 6/15 7/10 7/13
I'm [3]  4/22 5/14 6/1
I've [1]  3/7
idea [1]  4/13
identify [1]  2/4
II [1]  1/16
indicated [1]  4/24
initial [1]  4/7
is [9]

## I

**it** [6]  3/21 3/25 4/3 5/5 5/15 7/10
**It's** [2]  5/22 5/25

## J

**jail** [5]  6/1 6/5 6/9 6/10 6/18
**January** [2]  4/11 6/7
**January 6th** [1]  6/7
**John** [1]  2/3
**JUDGE** [1]  1/11
**July** [1]  8/19
**jury** [1]  3/12
**just** [2]  3/14 4/6

## K

**keep** [1]  6/17
**know** [2]  4/25 6/3

## L

**LAMBERTH** [1]  1/10
**last** [2]  2/21 3/20
**lawyer** [3]  3/6 3/13 6/17
**lawyers** [1]  2/19
**least** [1]  7/1
**leave** [1]  7/3
**Let's** [3]  3/19 5/4 5/17
**life** [1]  3/7
**like** [8]  3/2 3/11 4/1 5/6 5/10 6/17 6/24 7/3
**Lisa** [4]  1/18 8/3 8/22 8/23
**look** [1]  3/21
**looking** [1]  3/21
**looks** [1]  4/1

## M

**machine** [2]  8/6 8/15
**made** [2]  3/11 3/14
**makes** [1]  3/12
**me** [5]  2/14 3/21 5/11 6/7 7/10
**mechanical** [1]  1/23
**medical** [5]  2/22 2/24 3/4 5/25 6/2
**meet** [1]  3/12
**meeting** [2]  3/5 6/17
**mistake** [1]  3/14
**mistakes** [1]  3/10
**month** [1]  5/8
**months** [1]  4/9
**most** [1]  3/6
**motions** [3]  4/18 5/6 5/8
**moved** [1]  6/10
**Mr** [1]  3/5
**Mr.** [16]
**Mr. Daniel** [1]  2/9
**Mr. Dreher** [1]  4/25
**Mr. Scott** [1]  2/16
**Mr. Silver** [2]  4/2 4/24
**Mr. Stavrou** [3]  2/20 4/5 5/21
**Mr. Worrell** [8]  2/11 2/14 4/10 4/20 5/23 6/24 7/3 7/7
**much** [1]  3/15
**my** [6]  3/7 3/11 8/6 8/15 8/16 8/18

## N

**name** [1]  8/19
**NATHAN** [2]  1/16 2/8
**need** [1]  5/7
**night** [1]  3/21
**no** [2]  1/3 3/1
**not** [5]  3/13 3/24 5/6 6/1 6/4
**note** [1]  5/24
**notereading** [1]  1/23
**notes** [1]  8/15
**now** [5]  5/20 6/1 6/3 6/5 6/16
**Number** [1]  8/10
**NW** [1]  1/20

## O

**obligation** [1]  3/13
**observations** [1]  6/25
**observe** [1]  6/24
**October** [3]  5/6 5/17 7/13
**October 14th** [3]  5/6 5/17 7/13
**official** [4]  8/3 8/6 8/14 8/23
**okay** [9]
**one** [4]  2/18 5/24 6/8 6/22
**only** [1]  5/25
**opposition** [1]  5/2
**oppositions** [1]  5/4
**organic** [2]  6/9 6/10
**other** [3]  2/25 3/3 6/3
**out** [1]  5/9

## P

**p.m** [1]  1/8
**pages** [1]  8/13
**part** [1]  2/25
**participate** [1]  3/24
**parts** [1]  3/1
**pay** [1]  3/10
**permitted** [2]  7/2 7/3
**place** [3]  2/24 6/3 6/13
**plan** [1]  6/18
**please** [1]  2/4
**portion** [1]  3/4
**portions** [1]  3/3
**position** [1]  4/13
**preparation** [1]  4/11
**pretrial** [3]  2/13 4/18 7/9
**primary** [1]  7/2
**procedure** [1]  4/8
**proceedings** [5]  1/23 7/17 8/7 8/14 8/16
**process** [1]  4/9
**produced** [1]  1/23
**public** [2]  3/3 3/8
**purposes** [2]  7/4 7/8
**put** [2]  6/3 6/4
**putting** [1]  6/1

## Q

**qualify** [1]  7/7
**question** [1]  7/7

## R

**rally** [3]  3/6 3/13 6/18
**range** [1]  5/7
**RDR** [1]  1/18
**re** [1]  3/18
**re-file** [1]  3/18
**read** [1]  3/20
**reason** [1]  3/1
**recess** [1]  7/13
**reconsider** [1]  3/25
**record** [3]  2/5 3/3 3/8
**recorded** [1]  1/23
**redacted** [2]  3/2 3/18
**release** [1]  5/20
**religious** [1]  6/24
**renew** [1]  6/15
**reported** [1]  8/6
**Reporter** [4]  1/18 8/1 8/3 8/23
**residence** [1]  7/4
**respectfully** [1]  4/11
**revoking** [1]  6/1
**ridiculous** [1]  3/6
**right** [7]  4/16 4/25 5/19 6/20 7/9 7/11 7/12
**RMR** [1]  1/18
**roughly** [1]  4/7
**ROYCE** [1]  1/10

## S

**said** [3]  8/10 8/14 8/16
**say** [2]  2/19 5/23
**saying** [2]  3/5 3/8
**schedule** [1]  5/1
**SCOTT** [5]  1/7 2/4 2/9 2/16 8/9
**screwy** [1]  6/17
**seal** [2]  2/24 2/25
**sealed** [1]  3/1
**see** [3]  5/7 5/7 5/9
**Services** [1]  2/13
**set** [4]  2/19 4/1 4/16 5/5
**setting** [1]  4/13
**Shay** [1]  2/13
**sheriff** [3]  6/5 6/6 6/11
**shorthand** [2]  8/6 8/15
**should** [1]  3/8
**SILVER** [4]  1/16 2/8 4/2 4/24
**sir** [8]  2/15 3/17 3/17 4/21 5/11 5/22 7/11 7/14
**six** [2]  4/7 4/9
**so** [8]  3/2 3/5 5/18 6/10 6/13 6/25 7/1 7/2
**some** [2]  4/9 4/14
**someone** [1]  6/7
**sorry** [2]  4/22 5/14
**sound** [1]  5/10
**SR** [1]  1/16
**stand** [1]  3/9
**starting** [1]  2/5
**STATES** [8]  1/1 1/3 1/11 1/19 2/3 2/7 8/4 8/8
**status** [4]  1/10 5/5 5/6 8/7
**STAVROU** [5]  1/16 2/10 2/20 4/5 5/21
**stenography** [1]  1/23
**stupid** [2]  3/10 3/14
**subscribed** [1]  8/18
**suggesting** [1]  6/16
**suggestion** [1]  5/19
**suppose** [1]  4/19
**surgery** [1]  5/9
**surgical** [1]  4/8

## T

**taken** [1]  8/15
**takes** [2]  3/9 6/12
**taking** [1]  2/20
**talk** [3]  3/19 7/9 7/13
**talked** [1]  2/21
**tape** [1]  8/16
**testimony** [2]  3/10 8/7
**Thank** [3]  3/17 7/14 7/16
**that** [33]
**that's** [5]  3/7 3/14 5/3 5/12 7/6
**them** [3]  3/1 6/23 7/10
**then** [1]  5/5
**there** [2]  3/8 7/2
**there's** [2]  3/1 4/8
**thereafter** [1]  5/1
**they** [2]  3/20 7/5
**thing** [1]  5/25
**things** [2]  5/9 6/17
**think** [4]  2/25 3/8 5/18 5/24
**thinks** [1]  3/23
**this** [3]  2/2 6/8 8/19
**time** [2]  2/21 7/1
**timetable** [1]  4/8
**today** [1]  6/21
**together** [1]  8/15
**transcript** [3]  1/10 1/23 8/14
**trial** [7]  3/9 3/22 3/25 4/1 4/12 4/16 6/18
**Tuesday** [1]  7/3
**Two** [1]  6/22

## U

**unable** [1]  4/10
**under** [3]  2/24 2/25 3/13
**understand** [3]  3/7 4/12 5/24
**UNITED** [8]  1/1 1/3 1/11 1/19 2/3 2/7 8/4 8/8
**until** [1]  6/18
**upon** [1]  8/7

## V

version [2]  3/2 3/18
versus [2]  2/3 8/9
very [4]  3/15 6/6 6/11 7/11
VIA [1]  1/10
view [1]  3/11
violate [1]  6/14
violations [1]  6/2
voting [1]  7/2

## W

want [3]  4/4 6/9 6/20
was [2]  6/8 6/11
Washington [2]  1/4 1/20
we [5]  2/18 2/21 4/1 5/5 5/7
we're [1]  3/21
weeks [1]  4/7
well [3]  3/21 5/16 6/6
what [7]  2/20 2/25 3/7 4/17 4/23 5/20 6/15
whatever [1]  6/12
when [1]  3/13
where [2]  4/9 6/13
whereof [1]  8/18
which [1]  4/9
why [1]  5/5
will [8]  2/19 3/18 4/10 5/5 5/18 5/23 6/13 7/12
WILLIAM [2]  1/13 2/7
willing [1]  2/24
witness [1]  8/18
wording [1]  7/10
work [3]  3/22 4/2 5/18
workable [2]  5/21 5/22
works [3]  5/13 5/15 6/6
WORRELL [12]
would [13]

## Y

y'all [2]  6/20 7/13
Yeah [1]  5/3
Yes [5]  2/15 2/17 3/17 5/22 7/14
you [15]
your [12]
yourselves [1]  2/5

## Z

ZOOM [1]  1/10