UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. :
: Case No: 21-CR-292 RCL
:
CHRISTOPHER WORRELL, :
:
Defendant. :

### ORDER

Upon the motion of the Government, it is hereby ordered that the bench warrant issued for the arrest of Christopher Worrell on August 15, 2023 is unsealed. The existence of the warrant for defendant's arrest may be made public.

SO ORDERED this 17th day of August, 2023.

_____
Judge Royce C. Lamberth

2