UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 21-CR-292-1 (RCL) |
| | : | |
| **CHRISTOPHER WORRELL,** | : | |
| | : | |
| **Defendant.** | : | |

## UNITED STATES' UNOPPOSED MOTION TO SET SENTENCING DATE

The United States of America respectfully submits this motion to request that the Court set a sentencing date for Christopher Worrell between October 25, 2023, and November 3, 2023. Both parties are available on these dates.

Defendant Worrell was previously scheduled to be sentenced on August 18, 2023. Four days before the sentencing, while subject to release conditions including GPS monitoring and a curfew, Worrell absconded. On August 15, 2023, the Court revoked Worrell's release and issued a bench warrant. Yesterday, Worrell was located and arrested on that warrant in Naples, Florida. The government anticipates that he will have his initial appearance in the Middle District of Florida the week of October 2. The government will request that Worrell remain in custody pending sentencing, and (given his absconding) anticipates that he will be detained pending sentencing.

The government has conferred with Worrell's attorney, William Shipley, regarding his availability for the sentencing hearing. The parties request that the Court schedule a sentencing hearing between October 25, 2023 and November 3, 2023, the U.S. Marshals Service transport schedule permitting. Defense counsel requests that the sentencing be set for the lunch hour, as defense counsel will be co-counsel in another trial before Judge Cobb during this time period.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052


*/s/ William Dreher*
WILLIAM DREHER
D.C. Bar No. 1033828
ALEXIS LOEB
CA Bar No. 269895
Assistant United States Attorneys (Detailed)
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-4579
william.dreher@usdoj.gov