AO 442 (Rev. 11/11) Arrest Warrant

11248458

# UNITED STATES DISTRICT COURT
для the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 21cr292-1 (RCL) |
| CHRISTOPHER JOHN WORRELL | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

U.S. MARSHAL-DC AM 9:08
RECEIVED AUG 16 '23

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Christopher John Worrell,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☑ Order of the Court

This offense is briefly described as follows:

Violated conditions of release pending sentencing.

Date: 8/15/23

Royce Lamberth
*Issuing officer's signature*

City and state: Washington, DC

Royce C. Lamberth, U.S. District Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/16/23, and the person was arrested on *(date)* 09/23/23
at *(city and state)* Naples, FL

Date: 09/29/23

*Arresting officer's signature*

TFO Alexander Grandy
*Printed name and title*