AO 442 (Rev. 11/11) Arrest Warrant

11248458

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| CHRISTOPHER JOHN WORRELL | ) Case No. 21cr292-1 (RCL) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

U.S. MARSHAL-DC AM 9:08
RECEIVED AUG 16 '23

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Christopher John Worrell ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

Violated conditions of release pending sentencing.

Date: 8/15/23

*Issuing officer's signature*

City and state: Washington, DC

Royce C. Lamberth, U.S. District Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/16/23 , and the person was arrested on *(date)* 09/28/23
at *(city and state)* Naples, FL

Date: 09/29/23

*Arresting officer's signature*

TFO Alexander Grandy
*Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

v.  2:23-mj-1152-NPM

**CHRISTOPHER JOHN WORRELL**

| **Judge:** | Nicholas P. Mizell | **Counsel for Government** | Simon Eth Jesus Casas |
|---|---|---|---|
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Ellis Summers |
| **Court Reporter** | Digital | **Pretrial/ Probation** | Ruben Fournier |
| **Date/Time** | October 3, 2023 2:00 PM | **Interpreter** | N/A |
| **Bench Time** | 7 minutes | | |

## INITIAL APPEARANCE RULE 40

Court advised defendant of rights. Federal Public Defender appointed for this hearing only based on financial affidavit.

Government proceeded by proffer. Court orders defendant to remain detained and removed to the District of Columbia.

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:23-mj-1152-NPM |
| Christopher Worrell ) | |
| ) | Charging District's Case No. 21-cr-292 |
| *Defendant* ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: Oct. 3, 2023

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                          2:23-mj-1152-NPM

**CHRISTOPHER JOHN WORRELL**

District of Columbia (Charging District)
Case No. 21-cr-292
_____

### ORDER TRANSFERRING DEFENDANT TO CHARGING DISTRICT

Defendant was arrested and appeared before this court in connection with transfer proceedings pursuant Criminal Rules 5(c)(3) and 40. Defendant requested and was determined by the court to be eligible for court-appointed counsel. Therefore, the court appointed counsel to represent defendant for purposes of proceedings in the Middle District of Florida only. Defendant waived his rights to production of the warrant, an identity hearing, and a detention hearing in this district.

Accordingly, Defendant shall be detained and shall have all remaining hearings in the United States District Court for the District of Columbia. This order is without prejudice to Defendant's ability to seek conditions of release after transfer to the charging District.

The United States Marshal must transport Defendant, together with a copy of this order, to the charging district and deliver Defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant.

The United States Marshal or authorized officer in the charging district should immediately notify the United States Attorney and the clerk for that district of Defendant's arrival so that further proceedings may be promptly scheduled.

The clerk of this court is directed to promptly transmit the papers to the charging district.

**ORDERED** on October 3, 2023.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

# U.S. District Court
# Middle District of Florida (Ft. Myers)
# CRIMINAL DOCKET FOR CASE #: 2:23-mj-01152-NPM-1

| | |
|---|---|
| Case title: USA v. Worrell | Date Filed: 10/03/2023 |
| Other court case number: 21-cr-292 District of Columbia | Date Terminated: 10/03/2023 |

Assigned to: Magistrate Judge Nicholas P. Mizell

**Defendant (1)**

**Christopher John Worrell**
*TERMINATED: 10/03/2023*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1752.P RESTRICTED BUILDING OR GROUNDS | |

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2023 | 1 | Arrest pursuant to Rule 40 (Failure to appear) of Christopher John Worrell from the District of Columbia. (WRW) (Entered: 10/03/2023) |
| 10/03/2023 | 2 | NOTICE OF HEARING as to Christopher John Worrell: Initial Appearance - Rule 40 set for 10/3/2023 at 02:00 PM in Ft. Myers Courtroom 5 C before Magistrate Judge Nicholas P. |

| | | |
|---|---|---|
| 10/03/2023 | 3 | Minute Entry for In-Person proceedings Rule 40 Hearing held before Magistrate Judge Nicholas P. Mizell. (DIGITAL) (WRW) (Entered: 10/03/2023) |
| 10/03/2023 | 4 | **ORDER OF REMOVAL to the District of Columbia as to Christopher John Worrell Signed by Magistrate Judge Nicholas P. Mizell on 10/3/2023. (WRW)** (Entered: 10/03/2023) |
| 10/03/2023 | 5 | ***CJA 23 Financial Affidavit by Christopher John Worrell. (WRW) (Entered: 10/03/2023) |
| 10/03/2023 | 6 | WAIVER of Rule 5 & 5.1 Hearings by Christopher John Worrell. (WRW) (Entered: 10/04/2023) |
| 10/04/2023 | | NOTICE to District of Columbia of a Rule 40 Initial Appearance as to Christopher John Worrell regarding your case number: 21-cr-292. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (WRW) (Entered: 10/04/2023) |