# Exhibit A



# RE: Yo

Reference #: 174,988,848
From:        B.S.                                        )
To:          CHRISTOPHER WORRELL (Inmate: 101178)
Sent:        10/06/2023 3:44 PM
Status:      Recipient Read

No she didn't say anything.. I'm here bro I may not be able to speak to you a lot but I'm here we can message I know its not the same but its something I'm not going to leave you high and dry like that.. I need to know the truth bro did you try to kill your self I hope you didn't I need the truth

# RE: Yo

Reference #: 174,989,208
From: CHRISTOPHER WORRELL (Inmate: 101178)
To: B.S.
Sent: 10/06/2023 3:48 PM
Status: Recipient Read

I did not!! Will explain more when we talk. I already told you some of it

## RE: Yo

Reference #: 174,989,476
From: B.S.
To: CHRISTOPHER WORRELL (Inmate: 101178)
Sent: 10/06/2023 3:50 PM
Status: Recipient Read

OK I believe you

## RE: Yo

Reference #: 174,989,794
From: CHRISTOPHER WORRELL (Inmate: 101178)
To: B.S.
Sent: 10/06/2023 3:53 PM
Status: Recipient Read

I have never and will never lie to you. It was a stupid delay tactic. Will tell you more when we talk



This copy was exported from SmartJailMail on 10/15/2023 at 4:31 AM US/Eastern by Corporal N. Edwards

2