# Exhibit B

```
 1                IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2
     - - - - - - - - - - - - - - - -x
 3   THE UNITED STATES OF AMERICA,
                                              Criminal Action No.
 4              Plaintiff,                    1:21-cr-00292-RCL-1
                                              Friday, May 14, 2021
 5   vs.                                      10:06 a.m.

 6   CHRISTOPHER JOHN WORRELL,

 7              Defendant.
     - - - - - - - - - - - - - - - -x
 8
     _____
 9
                      TRANSCRIPT OF MOTION HEARING
10         HELD BEFORE THE HONORABLE ROYCE C. LAMBERTH
                   UNITED STATES DISTRICT JUDGE
11   _____

12   APPEARANCES:

13   For the United States:      WILLIAM KENNELLY DREHER, ESQ.
                                 U.S. ATTORNEY'S OFFICE
14                               700 Stewart Street, Suite 5220
                                 Seattle, WA 98101
15                               (202) 553-4579
                                 william.dreher@usdoj.gov
16

17   For the Defendant:          JAMES KELLY, ESQ.
                                 PIERCE BAINBRIDGE P.C.
18                               355 S. Grand Avenue, 44th Floor
                                 Los Angeles, CA 90071
19                               918-727-4129
                                 jkelly@piercebainbridge.com
20

21   Court Reporter:             Lisa A. Moreira, RDR, CRR
                                 Official Court Reporter
22                               U.S. Courthouse, Room 6718
                                 333 Constitution Avenue, NW
23                               Washington, DC  20001
                                 202-354-3187
24

25
```

1       I'm begging the Court.  I need this treatment.
2   I'm only 50 years old.  I'm not trying to bypass what I'm
3   due to answer to.  I just need the treatment by people that
4   know me.  This is not only trying medically, but it's also
5   mentally trying, and this is all key to my health.
6       I'm not trying to not answer to any charges that
7   the government wants me to answer to.  I'm just asking for
8   fair treatment.
9       Judge Howell promised me in Oklahoma that if we
10  transferred my records ahead of time there would be an
11  oncologist visit almost waiting for me.  Well, here I am 34
12  days in, no oncologist; so the promise made by Chief Justice
13  Howell and the government and the doctors have not been met.
14      I am severely behind in diagnosis at this point.
15  Who knows even if the meds Dr. Rucker has prescribed to me
16  are even appropriate at this point.  None of these doctors
17  can say so without having me -- I need multiple clinical
18  tests.  I need bone marrow biopsies, skin biopsies, more
19  extensive blood tests.  I'm unfortunately all too familiar
20  with all of this.  I'm almost as qualified as some of these
21  doctors in my situation because I have extensively been
22  involved in it.
23      I feel my medical health is in jeopardy this
24  morning.  My high white blood cell count hasn't happened to
25  me in 14 years, and I feel it's been because I've been