**KARA L. HARTZLER**
California State Bar No. 293751
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Kara_Hartzler@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER WORRELL,<br><br>Defendant. | CASE NO.: 21CR292-RCL<br><br><br><br>**NOTICE OF APPEARANCE AS LEAD COUNSEL** |

Pursuant to the CM/ECF procedures in the United States District Court for the District of California, Kara L. Hartzler, Federal Defenders of San Diego, Inc., hereby gives notice that he is lead counsel in the above-captioned case.

Respectfully submitted,

Dated: March 14, 2024        *s/ Kara L. Hartzler*
KARA L. HARTZLER
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Email: Kara_Hartzler@fd.org