UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-292 (RCL) |
| | : | |
| CHRISTOPHER WORRELL, | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S MOSTION TO REVIEW SEALED FILINGS TO PROVIDE ACCESS TO APPELLATE COUNSEL OF RECORD

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to provide all sealed filings in this case (except for any *ex parte* filings filed by the defendant) to government counsel, and to provide sealed filings filed by defendant to defendant's appellate counsel.

The government was recently contacted by Kara Hartzler, Esq., an assistant federal public defender based in the Southern District of California, who represents defendant Christopher Worrell on appeal. Ms. Hartzler has requested access to all sealed filings so that she may examine the record for appeal; specifically, docket entries 2, 32, 60, 68, 71, 100, 124, 130, 144, 145, 146, 148, 156, 167, 177, 182, 188, 190, 192, 193, 194, 196, 217, 220, 223, 225, 229, 231, 233, 240, 249, 250, 254, 256, 260, 262, 270, 280, 282, 283, 284, 285, 288, 289, 290, and 296. The government does not object, except that the sealed filings in this case may include *ex parte* matters that should not be disclosed to the defendant.

The government therefore proposes that (1) the Court direct the Clerk's Office to disclose all sealed filings to the government, except for *ex parte* filings filed by Worrell; the government will then review the filings and, assuming there are no *ex parte* matters, disclose them to the defendant's appellate counsel; and (2) the Court direct the Clerk's Office to disclose any *ex parte*

sealed filings filed by Worrell to Worrell's appellate counsel, Kara Hartzler, kara_hartzler@fd.org. The government discussed this request with Ms. Hartzler, who has no objection to this proposed course of action. The government requests that the docket entries otherwise remain sealed, for the same reasons they were originally sealed.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

By:   */s/ Alexis J. Loeb*
      ALEXIS J. LOEB, CA Bar No. 269895
      Assistant United States Attorney (Detailed)
      601 D Street, N.W.
      Washington, D.C. 20530
      (415) 436-7168
      Alexis.Loeb@usdoj.gov