UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

CHRISTOPHER WORRELL,

      Defendant.

Case No. 21-CR-292-RCL

## AMENDED ORDER

The Order to Disclose Docket Entries, ECF No. 321, entered on July 25, 2024 is amended as follows.  It is hereby

**ORDERED** that the Clerk's Office is directed to disclose docket entries 60, 68, 71, 100, 124, 144, 145, 146, 156, 177, 182, 188, 190, 192, 193, 194, 196, 217, 220, 223, 225, 231, 233, 270, 282, 283, 284, 285, 288, 289, 290, and 296 to the government, except that any *ex parte* matters filed by the defendant shall not be disclosed to the government.  The Clerk's Office will transmit each docket entry by email to the government.  It is further

**ORDERED** that the government shall review each filing and disclose each one to defendant's appellate counsel, unless it is an *ex parte* matter filed by the government; and it is further

**ORDERED** that any of the above-listed docket entries which are *ex parte* filings by the defendant shall be disclosed directly to defendant's appellate counsel; and it is further

**ORDERED** that docket entries 2, 32, 130, 148, 167, 229, 240, 249, 250, 254, 256, 260, 262, and 280 will not be disclosed.

**IT IS SO ORDERED.**

Date: July **26**, 2024

Royce C. Lamberth
United States District Judge