UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER WORRELL,<br><br>*Defendant.* | Case No. 1:21-cr-292-RCL-1 |

## ORDER

Upon consideration of the D.C. Circuit's Order of February 3, 2025, No. 24-3002, it is hereby **ORDERED** that the case is **DISMISSED AS MOOT**.

**SO ORDERED**

Date: February __10__, 2025

_Royce C. Lamberth_
Royce C. Lamberth
United States District Judge

1