**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER WORRELL,<br><br>*Defendant.* | Case No. 1:21-cr-292-RCL |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jonathan Gross, of the Law Office of Jonathan Gross, hereby enters his appearance as counsel of record for Defendant Christopher Worrell in the above-captioned matter. Counsel respectfully requests that all future notices, pleadings, orders, and other papers filed or served in this case be directed to the undersigned at the address listed below.

Dated: September 25, 2026

Respectfully submitted,

/s/ Jonathan Gross
Jonathan Gross
DC Bar ID MD0162
LAW OFFICE OF JONATHAN GROSS
2833 Smith Ave., Suite 331
Baltimore, MD 21209
(443) 813-0141
jon@jonathangross.law

*Counsel for Defendant Christopher Worrell*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jonathan Gross
Jonathan Gross