**KARA L. HARTZLER**
California State Bar No. 293751
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Kara_Hartzler@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTOPHER WORRELL,<br>Defendant. | CASE NO.: 21CR292-RCL<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL** |

Notice is hereby given by Kara Hartzler, that she is no longer counsel on this matter. Therefore, Ms. Hartzler should be terminated as Lead Attorney/Attorney to be Noticed.

Respectfully submitted,

Dated: October 29, 2026

*s/ Kara L. Hartzler*
KARA L. HARTZLER
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Email: Kara_Hartzler@fd.org